IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PAINTERS DISTRICT COUNCIL No.30 HEALTH and WELFARE FUND, and RICHARD G. WILDE, on behalf of themselves and all others similarly situated,<br>　　　　　　　　　　　　　Plaintiffs,<br><br>　　　　v.<br><br>ABBOTT LABORATORIES, FOURNIER INDUSTRIE ET SANTE, and LABORATOIRES FOURNIER, S.A.,<br>　　　　　　　　　　　　　Defendants. | Civil Action No. 05-360-KAJ |

**AFFIDAVIT OF NON-RESIDENT SERVICE**

　　　　　　　　　　　　　　　　Pamela S. Tikellis (D.S.B.A. No. 2172)
　　　　　　　　　　　　　　　　A. Zachary Naylor (D.S.B.A. No. 4439)
　　　　　　　　　　　　　　　　Robert R. Davis (D.S.B.A. No. 4536)
　　　　　　　　　　　　　　　　CHIMICLES & TIKELLIS LLP
　　　　　　　　　　　　　　　　One Rodney Square
　　　　　　　　　　　　　　　　P.O. Box 1035
　　　　　　　　　　　　　　　　Wilmington, DE 19899
　　　　　　　　　　　　　　　　Telephone: (302) 656-2500
　　　　　　　　　　　　　　　　Facsimile: (302) 656-9053

DATED: July 6, 2005

I, A. Zachary Naylor, being duly sworn, according to law, deposes and says:

1. He is an attorney admitted to practice before the bar of the Supreme Court of the State of Delaware and the United States District Court for the District of Delaware.

2. He is an associate at the law firm of Chimicles & Tikellis LLP, attorneys for Plaintiffs in the above-captioned matters.

3. Service of process was made in Civil Action No. 05-360-KAJ, pursuant to 10 Del. C. § 3104 on defendant Abbott Laboratories, a business located in Illinois, by serving the Secretary of State of the State of Delaware, on June 14, 2005.

4. On June 15, 2005, I caused copies of the process served on the Secretary of State in Civil Action No. 05-360-KAJ to be mailed, by registered mail, return receipt requested to defendant Abbott Laboratories, addressed as follows: Abbott Laboratories, Attn: General Counsel, 100 Abbott Park Road, Abbott Park, IL 60064. A true and correct copy of the letter transmitting the Summons and Complaint is attached hereto as Exhibit "A."

5. A true and correct copy of the original registered mail receipt obtained at the time of mailing is attached hereto as Exhibit "B."

6. A true and correct copy of the original signed and returned "green card" return receipt, received by the undersigned affiant on June 27, 2005 is attached hereto as Exhibit "C."

A. Zachary Naylor (#4439)

SWORN TO AND SUBSCRIBED before me this 6${}^{th}$ day of July, 2005.

*Catherine H. Emmett*
Catherine H. Emmett, Notary
State of Delaware
My Commission Expires 1/26/07