IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PAINTERS DISTRICT COUNCIL No.30 HEALTH and WELFARE FUND, and RICHARD G. WILDE, on behalf of themselves and all others similarly situated,<br><br>                                       Plaintiffs,<br><br>v.<br><br>ABBOTT LABORATORIES, FOURNIER INDUSTRIE ET SANTE, and LABORATOIRES FOURNIER, S.A.,<br><br>                                       Defendants. | Civil Action No. 05-360 |

## ORDER

IT IS HEREBY ORDERED that the Motion of counsel for plaintiffs for admission pro hac vice of Michael D. Gottsch of Chimicles & Tikellis LLP, 361 West Lancaster Avenue Haverford, PA 19041 to represent the plaintiffs in this matter is hereby GRANTED.

_____
United States District Judge

Dated: _____, 2005