CERTIFICATION OF MICHAEL D. GOTTSCH
IN SUPPORT OF ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am admitted, practicing and in good standing as a member of the Bar of the State of Pennsylvania and the State of New Jersey, United States District Court for the Eastern District of Pennsylvania, United States District Court for New Jersey, and the United States Court of Appeals for the Third and Ninth Circuits and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the course of this action. I also certify I am generally familiar with this Court's Local Rules.

*[signature]*

Michael D. Gottsch
Chimicles & Tikellis LLP
361 West Lancaster Avenue
Haverford, PA 19041

Dated: _____7/26/05_____