## CERTIFICATE OF SERVICE

I, Robert R. Davis, do hereby certify that on this 26th day of July, 2005, I caused two copies of the foregoing Motion for Admission Pro Hac Vice to be served via U.S. Mail, on defendants' counsel as listed below.

William F. Cavanaugh, Jr.
Chad J. Peterman
**PATTERSON, BELKNAP, WEBB & TYLER LLP**
1133 Avenue of the Americas
New York, NY 10036

Mary B. Graham
**MORRIS, NICHOLS, ARSHT & TUNNELL**
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19801

*Counsel for Abbott Laboratories*

Charles D. Ossola
Cathy Hoffman
**ARNOLD & PORTER LLP**
555 Twelfth Street, NW
Washington, DC 20004-1206

Frederick L. Cottrell, III
Anne Shea Gaza
**RICHARDS, LAYTON & FINGER**
One Rodney Square
Wilmington, DC 19801

*Counsel for Fournier Industrie et Santé and Laboratoires Fournier S.A.*

CHIMICLES & TIKELLIS LLP

_____
Robert R. Davis (No. 4536)
One Rodney Square
P.O. Box 1035
Wilmington, DE 19899
(302) 656-2500