## CERTIFICATE OF SERVICE

I, Robert R. Davis, do hereby certify that on this 26th day of July, 2005, I caused the foregoing Motion for Entry of Pre-Trial Order No. 1 and Proposed Order to be served, via e-mail, on all Plaintiff's Counsel in the indirect action, listed in Schedule A of the Proposed Order, counsel for Defendants, and lead counsel for the direct plaintiffs.

CHIMICLES & TIKELLIS LLP


Robert R. Davis (No. 4536)
Chimicles & Tikellis LLP
One Rodney Square
P.O. Box 1035
Wilmington, DE 19899
(302) 656-2500