IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: TRICOR INDIRECT PURCHASER ANTITRUST LITIGATION | Civil Action No. 05-360-KAJ |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | Hon. Kent Jordan, U.S.D.J. |

## MOTION PRO HAC VICE

Robert R. Davis, a member of the bar of this Court, pursuant to Local Rule 83.5(c) and the attached certification, moves the admission pro hac vice of Patrick E. Cafferty, Miller Faucher and Cafferty LLP, 101 N. Main Street, Suite 450, Ann Arbor, Michigan 48108, to represent plaintiffs, in this action.

Dated: August 11, 2005                                CHIMICLES & TIKELLIS LLP

_____
Pamela S. Tikellis (No. 2172)
A. Zachary Naylor (No. 4439)
Robert R. Davis (No. 4536)
One Rodney Square
P.O. Box 1035
Wilmington, DE  19899
(302) 656-2500
Attorneys for Plaintiffs