CERTIFICATION OF PATRICK E. CAFFERTY
IN SUPPORT OF ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am admitted, practicing and in good standing as a member of the Bars of the State of Michigan and the State of Illinois, the United States District Courts for the Eastern District of Michigan, Western District of Michigan, Northern District of Illinois and District of Arizona, and the United States Courts of Appeals for the Second, Third, Fourth, Sixth and Seventh Circuits, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the course of this action. I also certify I am generally familiar with this Court's Local Rules.

Patrick E. Cafferty
Miller Faucher and Cafferty LLP
101 N. Main Street, Suite 450
Ann Arbor, Michigan 48104
Tel: (734) 769-2144

Dated: August 8, 2004