CERTIFICATION OF JEFFREY L. KODROFF
IN SUPPORT OF ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am admitted, practicing and in good standing as a member of the Bar of the State of Pennsylvania and United States District Court for the Eastern District of Pennsylvania and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the course of this action. I also certify I am generally familiar with this Court's Local Rules.

Jeffrey L. Kodroff
Spector, Roseman & Kodroff, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA 19103

Dated: 8/10/05