## CERTIFICATE OF SERVICE

I, Robert R. Davis, do hereby certify that on this 12th day of August, 2005, I caused copies of the Motion for Pro Hac Vice, Certification and Proposed Order to be served on defendants' counsel in the manner indicated below.

**BY HAND DELIVERY**
Frederick L. Cottrell, III
Anne Shea Gaza
**RICHARDS, LAYTON & FINGER**
One Rodney Square
Wilmington, DE 19801

**BY FAX**
Patrick E. Cafferty
Bryan L. Clobes
**MILLER FAUCHER AND
CAFFERTY LLP**
One Logan Square
18th & Cherry Streets
Suite 1700
Philadelphia, PA 19103

**BY FAX**
Bernard Persky
**GOODKIND LABATON RUDOFF &
SUCHAROW LLP**
100 Park Avenue
New York, NY 10017

**BY FAX**
Thomas M. Sobol
**HAGENS BERMAN SOBOL
SHAPIRO LLP**
One Main Street, 4th Floor
Cambridge, MA 02142

**BY HAND DELIVERY**
Mary B. Graham
**MORRIS, NICHOLS, ARSHT &
TUNNELL**
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19801

**BY FAX**
William F. Cavanaugh, Jr.
Chad J. Peterman
**PATTERSON, BELKNAP, WEBB
& TYLER LLP**
1133 Avenue of the Americas
New York, NY 10036

**BY FAX**
Charles D. Ossola
Cathy Hoffman
**ARNOLD & PORTER LLP**
555 Twelfth Street, NW
Washington, DC 20004-1206

**BY FAX**
Steven C. Sunshine
**CADWALADER, WICKERSHAM &
TAFT LLP**
1201 F Street, N.W., Suite 110
Washington, DC 20004

CHIMICLES & TIKELLIS LLP

_____
Robert R. Davis (#4536)