IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: TRICOR DIRECT PURCHASER ANTITRUST LITIGATION | ) ) ) ) | |
| THIS DOCUMENT RELATES TO: | ) ) | Civil Action No. 05-340 (KAJ) |
| ALL ACTIONS: (05-340, 05-351, 05-358, 05-404) | ) ) | CONSOLIDATED |
| | | |
| IN RE: TRICOR INDIRECT PURCHASER ANTITRUST LITIGATION | ) ) ) ) | |
| THIS DOCUMENT RELATES TO: | ) ) | Civil Action No. 05-360 (KAJ) |
| ALL ACTIONS: (05-360, 05-365, 05-394, 05-390, 05-426, 05-467, 05-482, 05-475, 05-450, 05-516) | ) ) ) | CONSOLIDATED |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached Certification, counsel moves the admission *pro hac vice* of William F. Cavanaugh, Jr., Eugene M. Gelernter, Chad J. Peterman and Alexis Gander of Patterson Belknap Webb & Tyler LLP to represent defendant, Abbott Laboratories, in this matter.

OF COUNSEL:

William F. Cavanaugh, Jr.
Eugene M. Gelernter
Chad J. Peterman
Alexis Gander
PATTERSON, BELKNAP, WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY 10036-6710
(212) 336-2000

August 17, 2005

MORRIS, NICHOLS, ARSHT & TUNNELL

*/s/ Mary B. Graham*

Mary B. Graham (#2256)
James W. Parrett, Jr. (#4292)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200

*Attorneys for Defendant Abbott Laboratories*

2

## **ORDER GRANTING MOTION**

  IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

Date: _____

              United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the States of New York and California, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

Date: August 3, 2005            Signed: _____
                                        William F. Cavanaugh, Jr.

PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, New York 10036

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

Date: August 3, 2005

Signed: *[signature]*
Eugene M. Gelernter
PATTERSON, BELKNAP, WEBB &
TYLER LLP
1133 Avenue of the Americans
New York, NY 10036

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

Date: July 29, 2005         Signed: _____
                                    Chad J. Peterman
                                    PATTERSON, BELKNAP, WEBB &
                                    TYLER LLP
                                    1133 Avenue of the Americans
                                    New York, NY 10036

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

Date: July 28, 2005     Signed: _____
                                Alexis Gander
                                PATTERSON, BELKNAP, WEBB &
                                TYLER LLP
                                1133 Avenue of the Americans
                                New York, NY 10036

**CERTIFICATE OF SERVICE**

I hereby certify that on August 17, 2005, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to the following:

Jeffrey S. Goddess, Esquire
ROSENTHAL, MONHAIT, GROSS & GODDESS, PA
P.O. Box 1070
Wilmington, DE 19899

Michael I. Silverman, Esquire
SILVERMAN & MCDONALD
1010 North Bancroft Parkway
Suite 22
Wilmington, DE 19805

Lynn A. Iannone, Esquire
SILVERMAN & MCDONALD
1010 North Bancroft Parkway
Suite 22
Wilmington, DE 19805

Elizabeth M. McGeever
PRICKETT JONES & ELLIOTT, P.A.
1310 King Street
P.O. Box 1328
Wilmington, DE 19899

A. Zachary Naylor, Esquire
CHIMICLES & TIKELLIS LLP
One Rodney Square, P.O. Box 1035
Wilmington, DE 19899

Patrick Francis Morris
MORRIS & MORRIS
1105 North Market Street
Suite 803
Wilmington, DE 19801

Mary B. Matterer, Esquire
MORRIS JAMES HITCHENS & WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801

Josy W. Ingersoll, Esquire
YOUNG CONAWAY STARGATT & TAYLOR
1000 West Street, 17th Floor
Wilmington, DE 19801

Frederick L. Cottrell, III, Esquire
RICHARDS, LAYTON & FINGER
One Rodney Square; P.O. Box 551
Wilmington, DE 19899

*/s/ Mary B. Graham*

Mary B. Graham (#2256)