# Morris, Nichols, Arsht & Tunnell

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347
———
302 658 9200
302 658 3989 Fax

**Mary B. Graham**
**(302) 575-7287**
**mgraham@mnat.com**

September 1, 2005

**BY HAND AND ELECTRONIC FILING**

The Honorable Kent A. Jordan
United States District Court
Federal Building
844 King Street
Wilmington, Delaware 19801

    RE:    TriCor Direct Purchaser Antitrust Litigation
            C.A. No. 05-340 (KAJ)
            TriCor Indirect Purchaser Antitrust Litigation
            C.A. No. 05-360 (KAJ)

Dear Judge Jordan:

       Enclosed is the parties' agreed-upon proposed form of scheduling order. If the Court has any questions or concerns, counsel is available at the Court's convenience.

                          Respectfully,

                          */s/ Mary B. Graham*

                          Mary B. Graham

MBG/dam
Enclosures
cc:    all counsel on attached service list
481461

The Honorable Kent A. Jordan
September 1, 2005
Page 2

cc (via facsimile):

Frederick L. Cottrell, III, Esquire
RICHARDS, LAYTON & FINGER
One Rodney Square; P.O. Box 551
Wilmington, DE  19899
Fax:  302.651.7700

Elizabeth M. McGeever, Esquire
PRICKETT, JONES & ELLIOTT, P.A.
1310 King Street
Wilmington, DE  19899
Fax:  302.888.6554

A. Zachary Naylor, Esquire
CHIMICLES & TIKELLIS, LLP
One Rodney Square
Wilmington, DE  19899
Fax:  302.656.9053

Lynn A. Iannone, Esquire
SILVERMAN & MCDONALD
1010 North Bancroft Parkway; Suite 22
Wilmington, DE  19805
Fax:  302.888.2923

Michael I. Silverman, Esquire
SILVERMAN & MCDONALD
1010 North Bancroft Parkway; Suite 22
Wilmington, DE  19805
Fax:  302.888.2923

Jeffrey S. Goddess, Esquire
ROSENTHAL, MONHAIR, GROSS & GODDESS
Mellon Bank Center; Suite 1401
Wilmington, DE  19899
Fax:  302.658.7567

Patrick Francis Morris, Esquire
MORRIS & MORRIS LLC
1105 North Market Street; Suite 803
Wilmington, DE  19801
Fax:  302.426.0406

481461