IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE TRICOR INDIRECT PURCHASER ) <br> ANTITRUST LITIGATION ) <br> ) <br> _____ ) <br> ) <br> THIS DOCUMENT RELATES TO ) <br> PACIFICARE HEALTH SYSTEMS, INC. ) <br> C.A. No. 05-591 (KAJ) ) | C.A. No. 05-360 (KAJ) <br> (Consolidated) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of Neal S. Manne of Susman Godfrey L.L.P., 1000 Louisiana Street, Suite 5100, Houston, Texas 77002; William Christopher Carmody, John W. Turner and Shawn J. Rabin, all of Susman Godfrey L.L.P., 901 Main Street, Suite 4100, Dallas, Texas 75202; Kendall Zylstra and Steve Connolly of Schiffrin & Barroway, L.L.P., 280 King of Prussia Road, Radnor, PA 19087; and Jeffrey C. Swann, Mark D. Fischer and Mark M. Sandmann of Rawlings & Associates, 325 West Main, Suite 1700, Louisville, Kentucky 40202, to represent Plaintiff PacifiCare Health Systems, Inc. in this matter.

637366v1/009078

Respectfully submitted,

MURPHY SPADARO & LANDON

_____
Jonathan L. Parshall
1011 Centre Road, Suite 210
Wilmington, Delaware 19805
Telephone: 302-472-8100
Telecopy: 302-472-8135

ATTORNEY FOR PLAINTIFFS

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* of Neal S. Manne, William Christopher Carmody, John W. Turner and Shawn J. Rabin, all of Susman Godfrey L.L.P.; Kendall Zylstra and Steve Connolly of Schiffrin & Barroway, L.L.P.; and Jeffrey C. Swann, Mark D. Fischer and Mark M. Sandmann of Rawlings & Associates is granted.

DATE: _____

_____
UNITED STATES DISTRICT JUDGE

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Texas and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with the Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 is being submitted to the Clerk's Office upon the filing of this motion.

Dated: 8/31/05

_____
Neal S. Manne
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, Texas 77002
Telephone: 713-651-9366
Telecopy: 713-653-6666
E-Mail: nmanne@susmangodfrey.com

637366v1/009078

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Texas and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with the Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 is being submitted to the Clerk's Office upon the filing of this motion.

Dated: 7/29/05

William Christopher Carmody
SUSMAN GODFREY L.L.P.
901 Main Street, Suite 4100
Dallas, Texas 75202
Telephone: 214-754-1900
Telecopy: 214-754-1933
E-Mail: bcarmody@susmangodfrey.com

637366v1/009078

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Texas and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with the Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 is being submitted to the Clerk's Office upon the filing of this motion.

Dated: 8/31/05

John W. Turner
SUSMAN GODFREY L.L.P.
901 Main Street, Suite 4100
Dallas, Texas 75202
Telephone: 214-754-1900
Telecopy: 214-754-1933
E-Mail: jturner@susmangodfrey.com

637366v1/009078

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Texas and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with the Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 is being submitted to the Clerk's Office upon the filing of this motion.

Dated: 8/29/05

Shawn J. Rabin
SUSMAN GODFREY L.L.P.
901 Main Street, Suite 4100
Dallas, Texas 75202
Telephone: 214-754-1900
Telecopy: 214-754-1933
E-Mail: srabin@susmangodfrey.com

637366v1/009078

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Pennsylvania and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with the Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 is being submitted to the Clerk's Office upon the filing of this motion.

Dated: 8-29-05

Kendall Zylstra
SCHIFFRIN & BARROWAY, L.L.P.
280 King of Prussia Road
Radnor, PA 19087
Telephone: 610-822-0276
Telecopy: 610-667-7056
E-Mail: kzylstra@sbclasslaw.com

637366v1/009078

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Pennsylvania and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with the Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 is being submitted to the Clerk's Office upon the filing of this motion.

Dated: 8/29/05

Steve Connolly
SCHIFFRIN & BARROWAY, L.L.P.
280 King of Prussia Road
Radnor, PA 19087
Telephone: 610-822-0276
Telecopy: 610-667-7056
E-Mail: sconnolly@sbclasslaw.com

637366v1/009078

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Kentucky and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with the Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 is being submitted to the Clerk's Office upon the filing of this motion.

Dated: 8-29-05

_____
Mark M. Sandmann
RAWLINGS & ASSOCIATES
325 West Main, Suite 1700
Louisville, Kentucky 40202
Telephone: 502-587-1279
Telecopy: 502-584-8580
E-Mail: mms@rawlingsandassociates.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Kentucky and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with the Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 is being submitted to the Clerk's Office upon the filing of this motion.

Dated: 8/29/05

Mark D. Fischer
RAWLINGS & ASSOCIATES
325 West Main, Suite 1700
Louisville, Kentucky 40202
Telephone: 502-587-1279
Telecopy: 502-584-8580
E-Mail: mdf@rawlingsandassociates.com

637366v1/009078

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Kentucky and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with the Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 is being submitted to the Clerk's Office upon the filing of this motion.

Dated: 8/29/05

Jeffrey C. Swann
RAWLINGS & ASSOCIATES
325 West Main, Suite 1700
Louisville, Kentucky 40202
Telephone: 502-587-1279
Telecopy: 502-584-8580
E-Mail: js5@rawlingsandassociates.com

637366v1/009078

## CERTIFICATE OF SERVICE

I, Jonathan L. Parshall, hereby certify that on September 9, 2005, I caused true and correct copies of the foregoing to be served on all counsel of record by electronic filing.

                                                      Jonathan L. Parshall

September 9, 2005

123795