IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ABBOTT LABORATORIES, an Illinois corporation, FOURNIER INDUSTRIE ET SANTÉ, a French corporation, and LABORATOIRES FOURNIER S.A., a French corporation,<br><br>      Plaintiffs,<br><br>v.<br><br>TEVA PHARMACEUTICALS USA, Inc., a Delaware corporation,<br><br>      Defendant. | Civil Action No. 02-1512 (KAJ)<br>(consolidated) |
| TEVA PHARMACEUTICALS USA, Inc., a Delaware corporation, and TEVA PHARMACEUTICAL INDUSTRIES LTD., an Israeli corporation,<br><br>      Counterclaim Plaintiffs,<br><br>v.<br><br>ABBOTT LABORATORIES, an Illinois corporation, FOURNIER INDUSTRIE ET SANTÉ, a French corporation, and LABORATOIRES FOURNIER, S.A., a French corporation,<br><br>      Counterclaim Defendants. | |
| ABBOTT LABORATORIES, an Illinois corporation, FOURNIER INDUSTRIE ET SANTÉ, a French corporation, and LABORATOIRES FOURNIER S.A., a French corporation,<br><br>      Plaintiffs,<br><br>v.<br><br>IMPAX LABORATORIES, INC, a Delaware corporation,<br><br>      Defendant. | Civil Action No.: 03-120-KAJ<br>(Consolidated) |

RLF1-2922113-1

| | |
|---|---|
| IMPAX LABORATORIES, INC, a Delaware corporation,<br><br>    Counterclaim Plaintiffs,<br><br>v.<br><br>ABBOTT LABORATORIES, an Illinois corporation, FOURNIER INDUSTRIE ET SANTÉ, a French corporation, and LABORATOIRES FOURNIER, S.A., a French corporation,<br><br>    Counterclaim Defendants. | |
| IN RE TRICOR DIRECT PURCHASER ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Civil Action No. 05-340 (KAJ)<br><br>(consolidated) |
| IN RE TRICOR INDIRECT PURCHASER ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Civil Action No. 05-360 (KAJ)<br><br>(consolidated) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that copies of Defendants Abbott Laboratories, Fournier Industrie Et Sante, And Laboratoires Fournier, S.A. Rule 26(a) Initial Disclosures were served on September 15, 2005 upon the following counsel of record in the manner indicated below:

**VIA HAND DELIVERY**

Josy W. Ingersoll, Esquire
John W. Shaw, Esquire
Karen Keller, Esquire
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391

Jeffrey S. Goddess (#630)
Rosenthal, Monhait, Gross & Goddess, P.A.
919 Market Street, Suite 1401
P.O. Box 1070
Wilmington, DE 19899-1070
Tel. (302) 656-4433
Fax. (302) 658-7567

Mary Matterer
Blank Rome LLP
Chase Manhattan Centre, Suite 800
1201 Market Street
Wilmington, DE 19801-4226

Elizabeth M. McGeever (#2057)
1310 King Street
Wilmington, DE 19801
Tel. (302) 888-6500

Pamela S. Tikellis
Robert J. Kriner, Jr.
A. Zachary Naylor
Chimicles & Tikellis LLP
One Rodney Square
P.O. Box 1035
Wilmington, DE 19899

RLF1-2922113-1

Jonathan L. Parshall
Murphy Spadaro & Landon
1011 Centre Road, Suite 210
Wilmington, DE 19801

**VIA FEDERAL EXPRESS**

William Christopher Carmody
John W. Turner
Shawn J. Rabin
Susman Godfrey LLP
Suite 4100
901 Main Street
Dallas, TX 75202-3775
Phone: (214) 754-1900
Fax: (214) 754-1933

Scott E. Perwin, Esq.
KENNY NACHWALTER, PA
1100 Miami Center
201 South Biscayne Boulevard,
Miami, Florida 33131-4327

Adam Steinfeld, Esq.
Garwin Gerstein & Fisher LLP
1501 Broadway, Ste 1416
New York, NY 10036

Patrick E. Cafferty
Bryan L. Clobes
Miller Faucher and Cafferty LLP
One Logan Square
18th & Cherry Street
Suite 1700
Philadelphia, PA 19103

Jeffrey L. Kodroff
Spector, Roseman & Kodroff, P.C.
1818 Market Street
Suite 2500
Philadelphia, PA 19103

Christopher T. Holding, Esq.
Goodwin Procter LLP
Exchange Place
53 State Street,
Boston, MA 02109

Paula L. Blizzard, Esq.
KEKER & VAN NEST LLP
710 Sansome Street,
San Francisco CA 94111

Bernard Persky, Esq.
Goodkind Labaton Rudoff & Sucharow LLP
100 Park Avenue,
New York, NY 10017

Thomas M. Sobol
Hagens Berman Sobol Shapiro LLP
One Main Street, 4th Floor
Cambridge, MA 02142
Ph. (617)482-3700
Fax (617) 482-3003

Joseph T. Lukens, Esq.
HANGLEY ARONCHICK SEGAL &
PUDLIN
One Logan Square, 27th Floor
Philadelphia, PA 19103

RLF1-2922113-1

OF COUNSEL:

Steven C. Sunshine, Esq.
Matthew P. Hendrickson, Esq.
Maria M. DiMoscato, Esq.
Cadwalader, Wickersham & Taft LLP
1201 F Street, N.W.
Washington, D.C. 20004
(202) 862-2357

*Anne Shea Gaza / kef* (#4395)
Frederick L. Cottrell, III (#2555)
Anne Shea Gaza (#4093)
Richards, Layton & Finger, P.A.
P.O. Box 551
One Rodney Square
Wilmington, DE 19899
(302) 651-7700
Cottrell@rlf.com
Gaza@rlf.com
   Attorneys for Fournier Industrie et Santé
and Laboratoires Fournier, S.A.

Dated: September 15, 2005

## CERTIFICATE OF SERVICE

I hereby certify that on September 15, 2005, I caused to be served by hand delivery the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Josy W. Ingersoll, Esquire
John W. Shaw, Esquire
Karen Keller, Esquire
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391

Jeffrey S. Goddess (#630)
Rosenthal, Monhait, Gross & Goddess, P.A.
919 Market Street, Suite 1401
P.O. Box 1070
Wilmington, DE 19899-1070
Tel. (302) 656-4433
Fax. (302) 658-7567

Jonathan L. Parshall
Murphy Spadaro & Landon
1011 Centre Road, Suite 210
Wilmington, DE 19801

Mary Matterer
Blank Rome LLP
Chase Manhattan Centre, Suite 800
1201 Market Street
Wilmington, DE 19801-4226

Elizabeth M. McGeever (#2057)
1310 King Street
Wilmington, DE 19801
Tel. (302) 888-6500

Pamela S. Tikellis
Robert J. Kriner, Jr.
A. Zachary Naylor
Chimicles & Tikellis LLP
One Rodney Square
P.O. Box 1035
Wilmington, DE 19899

I hereby certify that on September 15, 2005, I sent by Federal Express the foregoing document to the following non-registered participants:

William Christopher Carmody
John W. Turner
Shawn J. Rabin
Susman Godfrey LLP
Suite 4100
901 Main Street
Dallas, TX 75202-3775
Phone: (214) 754-1900
Fax: (214) 754-1933

Christopher T. Holding, Esq.
Goodwin Procter LLP
Exchange Place
53 State Street,
Boston, MA 02109

Paula L. Blizzard, Esq.
KEKER & VAN NEST LLP
710 Sansome Street,
San Francisco CA 94111

Scott E. Perwin, Esq.
KENNY NACHWALTER, PA
1100 Miami Center
201 South Biscayne Boulevard,
Miami, Florida 33131-4327

Adam Steinfeld, Esq.
Garwin Gerstein & Fisher LLP
1501 Broadway, Ste 1416
New York, NY 10036

Patrick E. Cafferty
Bryan L. Clobes
Miller Faucher and Cafferty LLP
One Logan Square
18th & Cherry Street
Suite 1700
Philadelphia, PA 19103

Jeffrey L. Kodroff
Spector, Roseman & Kodroff, P.C.
1818 Market Street
Suite 2500
Philadelphia, PA 19103

Bernard Persky, Esq.
Goodkind Labaton Rudoff & Sucharow LLP
100 Park Avenue,
New York, NY 10017

Thomas M. Sobol
Hagens Berman Sobol Shapiro LLP
One Main Street, 4th Floor
Cambridge, MA 02142
Ph. (617)482-3700
Fax (617) 482-3003

Joseph T. Lukens, Esq.
HANGLEY ARONCHICK SEGAL &
PUDLIN
One Logan Square, 27th Floor
Philadelphia, PA 19103

_Kelly E. Farnan_
Kelly E. Farnan (#4395)
FARNAN@rlf.com