IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: TRICOR INDIRECT PURCHASER ANTITRUST LITIGATION | ) ) ) ) C.A. No. 05-360 (KAJ) (Consolidated) |
| THIS DOCUMENT RELATES TO: PACIFICARE HEALTH SYSTEMS, INC. C.A. No. 05-591 (KAJ) | ) ) ) ) Hon. Kent Jordan, U.S.D.J. |

## NOTICE OF SERVICE

Please take notices that copies of Plaintiff PacifiCare Health Systems, Inc.'s Rule 26(a)(1) initial disclosures were served on September 15, 2005, upon the following counsel of record in this matter, in the manner indicated below:

Charles D. Ossola
Cathy Hoffman
ARNOLD & PORTER LLP
555 Twelfth Street, NW
Washington, DC 20004-1206

*BY FACSIMILE - 202-942-5999*

Steven C. Sunshine
Matthew Dickinson
CADWALADER, WICKERSHAM & TAFT LLP
1201 F Street, NW, Suite 1100
Washington, DC 20004

*BY FACSIMILE - 202-862-2400*

Frederick L. Cottrell, III
Anne Shea Gaza
RICHARDS, LAYTON & FINGER
One Rodney Square
Wilmington, DE 19801
  *Counsel for Fournier Industrie et Sante and Laboratories Fournier S.A.*

*BY FACSIMILE - 302-651-7701*

William F. Cavanaugh, Jr.
Chad J. Peterman
PATTERSON, BELKNAP, WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY 10036

*BY FACSIMILE - 212-336-2222*

639745v1/009078

| | |
|---|---|
| Mary B. Graham<br>MORRIS, NICHOLS, ARSHT & TUNNELL<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19801<br>    *Counsel for Abbott Laboratories* | *BY FACSIMILE - 302-658-3989* |
| Pamela S. Tikellis<br>Robert J. Kriner, Jr.<br>A. Zachary Naylor<br>Robert R. Davis<br>CHIMICLES & TIKELLIS LLP<br>One Rodney Square<br>P.O. Box 1035<br>Wilmington, DE 19899 | *BY FACSIMILE - 215-864-2810* |
| Patrick E. Cafferty<br>Bryan L. Clobes<br>MILLER FAUCHER AND CAFFERTY LLP<br>One Logan Square<br>18th and Cherry Streets, Suite 1700<br>Philadelphia, PA 19103 | *BY FACSIMILE - 215-864-2810* |
| Bernard Persky<br>GOODKIND LABATON RUDOFF & SUCHAROW LLP<br>100 Park Avenue<br>New York, NY 10017 | *BY FACSIMILE - 212-883-7068* |
| Thomas M. Sobol<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>One Main Street, 4th Floor<br>Cambridge, MA 02142 | *BY FACSIMILE - 617-482-3003* |
| Jeffrey L. Kodroff<br>SPECTOR, ROSEMAN & KODROFF P.C.<br>1818 Market Street, Suite 2500<br>Philadelphia, PA 19103<br>    *Counsel for Class Plaintiffs* | *BY FACSIMILE - 215-496-6611* |

Respectfully submitted,

MURPHY SPADARO & LANDON

/s/ Jonathan L. Parshall
Jonathan L. Parshall, Bar I.D. No. 3247
1011 Centre Road, Suite 210
Wilmington, Delaware 19805
Telephone: 302-472-8100
Facsimile: 302-472-8135

William Christopher Carmody
John W. Turner
Shawn J. Rabin
SUSMAN GODFREY L.L.P.
901 Main Street, Suite 4100
Dallas, Texas 75202
Telephone: 214-754-1900
Facsimile: 214-754-1933

Mark D. Fischer
Mark S. Sandmann
Jeffrey C. Swann
RAWLINGS & ASSOCIATES
325 West Main, Suite 1700
Louisville, Kentucky 40202
Telephone: 502-587-1279
Facsimile: 502-584-8580

Kendall Zylstra
SCHIFFRIN & BARROWAY, L.L.P.
280 King of Prussia Road
Radnor, PA 19087
Telephone: 610-822-0276
Facsimile: 610-667-7056

ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

This is to certify that on this the 15th day of September, 2005, a true and correct copy of the above and foregoing Plaintiff's Notice of Service was served on all counsel of record by e-file and properly forwarded to the following counsel of record, in accordance with the Federal Rules of Civil Procedure and the Pretrial Order:

| | |
|---|---|
| Charles D. Ossola<br>Cathy Hoffman<br>ARNOLD & PORTER LLP<br>555 Twelfth Street, NW<br>Washington, DC 20004-1206 | *BY FACSIMILE - 202-942-5999* |
| Steven C. Sunshine<br>Matthew Dickinson<br>CADWALADER, WICKERSHAM & TAFT LLP<br>1201 F Street, NW, Suite 1100<br>Washington, DC 20004 | *BY FACSIMILE - 202-862-2400* |
| Frederick L. Cottrell, III<br>Anne Shea Gaza<br>RICHARDS, LAYTON & FINGER<br>One Rodney Square<br>Wilmington, DE 19801<br>    *Counsel for Fournier Industrie et Sante and Laboratories Fournier S.A.* | *BY FACSIMILE - 302-651-7701* |
| William F. Cavanaugh, Jr.<br>Chad J. Peterman<br>PATTERSON, BELKNAP, WEBB & TYLER LLP<br>1133 Avenue of the Americas<br>New York, NY 10036 | *BY FACSIMILE - 212-336-2222* |
| Mary B. Graham<br>MORRIS, NICHOLS, ARSHT & TUNNELL<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19801<br>    *Counsel for Abbott Laboratories* | *BY FACSIMILE - 302-658-3989* |
| Pamela S. Tikellis<br>Robert J. Kriner, Jr.<br>A. Zachary Naylor<br>Robert R. Davis<br>CHIMICLES & TIKELLIS LLP<br>One Rodney Square<br>P.O. Box 1035<br>Wilmington, DE 19899 | *BY FACSIMILE - 215-864-2810* |

| | |
|---|---|
| Patrick E. Cafferty<br>Bryan L. Clobes<br>MILLER FAUCHER AND CAFFERTY LLP<br>One Logan Square<br>18th and Cherry Streets, Suite 1700<br>Philadelphia, PA 19103 | *BY FACSIMILE - 215-864-2810* |
| Bernard Persky<br>GOODKIND LABATON RUDOFF & SUCHAROW LLP<br>100 Park Avenue<br>New York, NY 10017 | *BY FACSIMILE - 212-883-7068* |
| Thomas M. Sobol<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>One Main Street, 4th Floor<br>Cambridge, MA 02142 | *BY FACSIMILE - 617-482-3003* |
| Jeffrey L. Kodroff<br>SPECTOR, ROSEMAN & KODROFF P.C.<br>1818 Market Street, Suite 2500<br>Philadelphia, PA 19103<br>    *Counsel for Class Plaintiffs* | *BY FACSIMILE - 215-496-6611* |

/s/ Jonathan L. Parshall
Jonathan L. Parshall