IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE TRICOR INDIRECT PURCHASER ANTITRUST LITIGATION | ) ) ) ) | C.A. No. 05-360 (KAJ) (consolidated) |
| THIS DOCUMENT RELATES TO: PAINTERS' DISTRICT COUNCIL NO.30 HEALTH AND WELFARE FUND and RICHARD G. WILDE, C.A. No. 05-360 (KAJ) | ) ) ) ) ) ) | |
| VISTA HEALTH PLAN, INC. and ROSS LOVE, C.A. No. 05-365 (KAJ) | ) ) ) | |
| PENNSYLVANIA EMPLOYEES BENEFIT TRUST FUND, C.A. No. 05-390 (KAJ) | ) ) ) | |
| ALLIED SERVICES DIVISION WELFARE FUND and HECTOR VALDES, C.A. No. 05-394 (KAJ) | ) ) ) ) | |
| DIANA KIM, C.A. No. 05-426 (KAJ) | ) ) | |
| ELAINE M. PULLMAN, NEIL PERLMUTTER, HELENA PURLMUTTER and LULA RAMSEY, C.A. No. 05-450 (KAJ) | ) ) ) ) | |
| PHILADELPHIA FEDERATION OF TEACHERS HEALTH AND WELFARE FUND, C.A. No. 05-467 (KAJ) | ) ) ) ) | |
| CINDY CRONIN, C.A. No. 05 482 (KAJ) | ) ) | |
| CHARLES SHAIN and SANDRA KRONE, C.A. No. 05-475 (KAJ) | ) ) ) | |
| LOCAL 28 SHEET METAL WORKERS, C.A. No. 05-516 (KAJ) | ) ) ) | |
| ALBERTO LITTER, C.A. No. 05-695 (KAJ) | ) ) | |

**UNOPPOSED MOTION TO FILE END PAYOR PLAINTIFFS'
CONSOLIDATED CLASS ACTION COMPLAINT UNDER SEAL**

End Payor Plaintiffs hereby move for an Order permitting them to file the attached End Payor Plaintiffs' Consolidated Class Action Complaint in the above captioned action under seal. This motion is necessary because the End Payor Plaintiffs' Consolidated Class Action Complaint contains information obtained from documents designated by defendants as highly confidential and produced to plaintiffs pursuant to Local Rule 26.2. Plaintiffs do not believe that the non-current, summary information contained in the End Payor Plaintiffs' Consolidated Class Action Complaint warrants confidential treatment and intend to move the Court to unseal the End Payor Plaintiffs' Consolidated Class Action Complaint once it has been filed.

WHEREFORE, plaintiffs respectfully request entry of the attached Order permitting them to file their End Payor Plaintiffs' Consolidated Class Action Complaint under seal.

Dated: September 23, 2005

CHIMICLES & TIKELLIS LLP

Pamela S. Tikellis (#2172)
Robert J. Kriner, Jr. (#2546)
A. Zachary Naylor (#4439)
Robert R. Davis (#4536)
P.O. Box 1035
One Rodney Square
Wilmington, DE 19899
Tel: 302-656-2500
Fax: 302-656-9053
*Liaison Counsel for End-Payor Plaintiffs*

2

Bryan L. Clobes
William R. Kane
MILLER FAUCHER and CAFFERTY
LLP
One Logan Square
18th & Cherry Streets, Suite 1700
Philadelphia, PA 19103
Tel: 215-864-2800
Fax: 215-864-2810

Patrick E. Cafferty
MILLER FAUCHER and CAFFERTY
LLP
101 N. Main Street, Suite 450
Ann Arbor, MI 48101
Tel: 734-769-2144
Fax: 734-769-1207

Marvin A. Miller
Jennifer W. Sprengel
MILLER FAUCHER and CAFFERTY
LLP
30 N. LaSalle St. Suite 3200
Chicago, IL 60602
Tel: 312-782-4880
Fax: 312-782-4485

Jeffrey L. Kodroff
Theodore M. Lieverman
Simon B. Paris
SPECTOR, ROSEMAN & KODROFF,
P.C.
1818 Market Street, Suite 2500
Philadelphia, PA 19103
Tel: 215-496-0300
Fax: 215-496-6611

Bernard Persky
Christopher J. McDonald
Kellie C. Safar
GOODKIND LABATON RUDOFF &
SUCHAROW LLP
100 Park Avenue
New York, NY 10001
Tel.  212-907-0700
Fax  212-818-0477

Thomas M. Sobol
David S. Nalven
Greg Matthews
HAGENS BERMAN SOBOL SHAPIRO LLP
One Main Street, 4th Floor
Cambridge, MA 02142
Tel: 617-482-3700
Fax: 617- 482-3003

Steve W. Berman
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
Tel: 206-623-7292
Fax: 206-623-0594

Michael D. Gottsch
Daniel B. Scott
CHIMICLES & TIKELLIS LLP
361 West Lancaster Avenue
Haverford, PA 19041
Tel: 610-642-8500
Fax: 610-649-3633

L. Kendall Saterfield
Richard M. Volin
Karen J. Marcus
FINKELSTEIN, THOMPSON
 & LOUGHRAN
Duvall Foundry
1050 30th Street, NW
Washington D.C. 20007
Tel. 202- 337-8000
Fax: 202-337-8090

Ronald S. Goldser
ZIMMERMAN REED P.L.L.P.
651 Nicollet Mall, Suite 501
Minneapolis, MN 55402
Tel: 612-341-0400
Fax: 612-341-0844

Jason J. Thompson
Ann K. Mandt
CHARFOOS & CHRISTENSEN, P.C.
5510 Woodward Ave.
Detroit, MI 48202
Tel: 313-875-8080
Fax: 313-875-8522

Ralph B. Kalfayan
KRAUSE, KALFAYAN, BENINK &
SLAVINS
1010 Second Avenue, Suite 1750
San Diego, CA 92101
Tel. 619- 232-0331
Fax: 619-232-4019

Karen L. Morris
Patrick F. Morris
MORRIS and MORRIS LLC
1105 North Market Street, Suite 803
Wilmington, DE 19801
Tel: 302-426-0400

Allen D. Black
Jeffrey S. Istvan
FINE, KAPLAN & BLACK, R.P.C.
1845 Walnut Street
Philadelphia, PA 19103
Tel: 215-567-6565

Joseph Goldberg
FREEDMAN BOYD DANIELS HOLLANDER
GOLDBERG & CLINE, P.A.
20 First Plaza, Suite 700
Albuquerque, NM 87102
Tel: 505-842-9960

Christopher G. Hayes
LAW OFFICES OF CHRISTOPHER G. HAYES
115 E. Chestnut Street, 2d Floor
West Chester, PA 19380
Tel: 610-431-99505

Marc H. Edelson
ELDELSON & ASSOCIATES, LLC
45 West Court Street
Doylestown, PA 18901
Tel. 215- 230-8043
Fax 215-230-8735

Art Sadin
SADIN LAW FIRM
1104 S. Friendwood Dr., Ste. A
Friendwood, TX 77546
Tel: 281-648-7711
Fax: 281-648-7799

James R. Dugan, II
Douglas R. Plymale
DUGAN & BROWNE, APLC
650 Poydras Street, Suite 2150
New Orleans, LA 70130
Tel: 504-648-0180
Fax: 504-648-0181

Michael E. Criden
HANZMAN & CRIDEN, P.A.
220 Alhambra Circle, Suite 400
Coral Gables, FL 33134
Tel: 305-357-9000
Fax: 305-357-9050

Lester L. Levy
WOLF POPPER LLP
845 Third Ave.
New York, NY 10022
Tel: 212-759-4600

Ann D. White
Jayne A. Goldstein
Lee Albert
MAGER WHITE & GOLDSTEIN, LLP
One Pitcairn Place, Suite 2400
165 Township Line Road
Jenkintown PA 19046
Tel: 215-481-0273

Joseph M. Burns
JACOBS, BURNS, ORLOVE, STANTON
 & HERNANDEZ
122 South Michigan Ave., Suite 1720
Chicago, Illinois 60603
Tel: 312- 372-1646

Michael I. Silverman
SILVERMAN, MCDONALD & FRIEDMAN
1010 North Bancroft Parkway, Suite 22
Wilmington, DE 19805
Tel: 302-888-2900

Richard Kirschner, Esq.
KIRSCHNER & GARTRELL
4910 Massachusetts Ave., NW
Suite 215
Washington, D.C. 20016
Tel: 202-775-0087

Lance Harke
Howard Bushman
HARKE & CLASBY LLP
155 S. Miami Ave. Suite 600
Miami, FL 33130
Tel: 305-536-8220
Fax: 305-536-8229

Robert Schachter
Joseph Liprofsky
ZWERLING, SCHACTER & ZWERLING,   LLP
41 Madison Avenue
32nd Floor
New York, New York 10010

## RULE 7.1.1 CERTIFICATE

I hereby certify that the subject of Plaintiffs' Unopposed Motion to File End Payor Plaintiffs' Consolidated Class Action Complaint Under Seal and Proposed Order has been raised by plaintiffs' counsel, A. Zachary Naylor, with Anne S. Gaza, Esquire, counsel for the defendants Laboratories Fournier, S.A. and Fournier Industrie et Sante, and have been advised that those defendants do not oppose the Motion. Mary B. Graham, Esquire, counsel for defendant Abbott Laboratories, has advised that without having seen the pleading in question her client does not oppose the Motion.

Dated: September 23, 2005                    CHIMICLES & TIKELLIS LLP

Pamela S. Tikellis (No. 2172)
Robert J. Kriner, Jr. (No. 2546)
A. Zachary Naylor (No. 4439)
Robert R. Davis (No. 4536)
One Rodney Square
P.O. Box 1035
Wilmington, DE  19899
(302) 656-2500

Attorneys for Plaintiffs