IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE TRICOR INDIRECT PURCHASER ANTITRUST LITIGATION ) ) ) ) | C.A. No. 05-360 (KAJ) (consolidated) |
| ) | |
| THIS DOCUMENT RELATES TO: ) PAINTERS' DISTRICT COUNCIL NO.30 ) HEALTH AND WELFARE FUND and ) RICHARD G. WILDE, C.A. No. 05-360 (KAJ) ) | |
| ) | |
| VISTA HEALTH PLAN, INC. and ROSS LOVE, ) C.A. No. 05-365 (KAJ) ) | |
| ) | |
| PENNSYLVANIA EMPLOYEES BENEFIT ) TRUST FUND, C.A. No. 05-390 (KAJ) ) | |
| ) | |
| ALLIED SERVICES DIVISION WELFARE ) FUND and HECTOR VALDES, ) C.A. No. 05-394 (KAJ) ) | |
| ) | |
| DIANA KIM, C.A. No. 05-426 (KAJ) ) | |
| ) | |
| ELAINE M. PULLMAN, NEIL PERLMUTTER, ) HELENA PURLMUTTER and LULA RAMSEY, ) C.A. No. 05-450 (KAJ) ) | |
| ) | |
| PHILADELPHIA FEDERATION OF TEACHERS ) HEALTH AND WELFARE FUND, ) C.A. No. 05-467 (KAJ) ) | |
| ) | |
| CINDY CRONIN, C.A. No. 05 482 (KAJ) ) | |
| ) | |
| CHARLES SHAIN and SANDRA KRONE, ) C.A. No. 05-475 (KAJ) ) | |
| ) | |
| LOCAL 28 SHEET METAL WORKERS, ) C.A. No. 05-516 (KAJ) ) | |
| ) | |
| ALBERTO LITTER, C.A. No. 05-695 (KAJ) ) | |

**ORDER PERMITTING END PAYOR PLAINTIFFS'**
**CONSOLIDATED CLASS ACTION COMPLAINT TO BE FILED UNDER SEAL**

Upon plaintiffs' Unopposed Motion to File End Payor Plaintiffs' Consolidated Class Action Compalint Under Seal and for good cause shown, IT IS HEREBY ORDERED that:

1.    Plaintiffs' motion is Granted.

2.    End Payor Plaintiffs' Consolidated Class Action Complaint is hereby deemed filed under seal as of the date of this Order.


Dated: _____, 2005                    _____
                                                United States District Judge