# Exhibit A

to Unopposed Motion to File End Payor Plaintiffs' Consolidated Class Action Complaint Under Seal

# END PAYOR PLAINTIFFS' CONSOLIDATED CLASS ACTION COMPLAINT

# SEALED DOCUMENT