# END PAYOR PLAINTIFFS' CONSOLIDATED CLASS ACTION COMPLAINT

# SEALED DOCUMENT