CERTIFICATE OF SERVICE

I, A. Zachary Naylor, do hereby certify that on this 26th day of September, 2005, I caused copies of the foregoing End Payors Plaintiffs' Consolidated Class Action Complaint to be served on defendants' counsel in the manner indicated below.

**BY HAND DELIVERY**
Frederick L. Cottrell, III, Esq.
Anne Shea Gaza, Esq.
Richards, Layton & Finger
One Rodney Square
Wilmington, DE 19801

**BY FAX**
Patrick E. Cafferty, Esq.
Bryan L. Clobes, Esq.
Miller Faucher and Cafferty LLP
One Logan Square
18th & Cherry Streets, Suite 1700
Philadelphia, PA 19103

**BY FAX**
Bernard Persky, Esq.
Goodkind Labaton Rudoff & Sucharow LLP
100 Park Avenue
New York, NY 10017

**BY FAX**
Thomas M. Sobol, Esq.
Hagens Berman Sobol Shapiro LLP
One Main Street, 4th Floor
Cambridge, MA 02142

**BY HAND DELIVERY**
Mary B. Graham, Esq.
Morris Nichols Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19801

**BY FAX**
Jeffrey L. Kodroff, Esq.
Spector Roseman & Kodroff, P.C.
1818 Market Street Suite 2500
Philadelphia, PA 19103

**BY FAX**
William F. Cavanaugh, Jr., Esq.
Chad J. Peterman, Esq.
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036

**BY FAX**
Charles D. Ossola, Esq.
Cathy Hoffman, Esq.
Arnold & Porter LLP
555 Twelfth Street, NW
Washington, DC 2004-1206

**BY FAX**
Steven Sunshine, Esq.
Cadwalader Wickersham & Taft LLP
1201 F. Street, N.W., Suite 110
Washington, DC 2004

A. Zachary Naylor (#4439)