IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: TRICOR INDIRECT PURCHASER ) | | C.A. No. 05-360 (KAJ) |
| ANTITRUST LITIGATION ) | | (Consolidated) |
| _____) | | |
| ) | | |
| THIS DOCUMENT RELATES TO: ) | | Hon. Kent Jordan, U.S.D.J. |
| PACIFICARE HEALTH SYSTEMS, INC. ) | | |
| C.A. No. 05-591 (KAJ) ) | | |

**PACIFICARE HEALTH SYSTEMS, INC.'S UNOPPOSED MOTION TO FILE ITS AMENDED COMPLAINT UNDER SEAL**

Plaintiff PacifiCare Health Systems, Inc. ("PacifiCare") hereby moves to have its Amended Complaint filed under seal. In support of this motion, PacifiCare states as follows:

1.      PacifiCare's Amended Complaint contains information obtained from documents designated by Defendants as highly confidential and produced to Plaintiff pursuant to Local Rule 26.2.

2.      To prevent public disclosure of what has been classified as highly confidential information, PacifiCare respectfully requests that its Amended Complaint be filed under seal. PacifiCare will file a public version of the Amended Complaint within five business days as directed by the Court's Administrative Procedures Governing Filing and Service by Electronic Means. A proposed Order to that effect is attached.

Respectfully submitted,

MURPHY SPADARO & LANDON

/s/ Jonathan L. Parshall
Jonathan L. Parshall, Bar I.D. No. 3247
1011 Centre Road, Suite 210
Wilmington, Delaware 19805
Telephone: 302-472-8100
Facsimile: 302-472-8135
e-mail: jonp@msllaw.com

William Christopher Carmody

<div style="margin-left: 40%;">

John W. Turner
Shawn J. Rabin
SUSMAN GODFREY L.L.P.
901 Main Street, Suite 4100
Dallas, Texas 75202
Telephone: 214-754-1900
Facsimile: 214-754-1933

Mark D. Fischer
Mark S. Sandmann
Jeffrey C. Swann
RAWLINGS & ASSOCIATES
325 West Main, Suite 1700
Louisville, Kentucky 40202
Telephone: 502-587-1279
Facsimile: 502-584-8580

Kendall Zylstra
SCHIFFRIN & BARROWAY, L.L.P.
280 King of Prussia Road
Radnor, PA 19087
Telephone: 610-822-0276
Facsimile: 610-667-7056

ATTORNEYS FOR PLAINTIFFS

</div>

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: TRICOR INDIRECT PURCHASER ) <br> ANTITRUST LITIGATION ) <br> _____ ) <br> ) <br> THIS DOCUMENT RELATES TO: ) <br> PACIFICARE HEALTH SYSTEMS, INC. ) <br> C.A. No. 05-591 (KAJ) ) | C.A. No. 05-360 (KAJ) <br> (Consolidated) <br><br><br> Hon. Kent Jordan, U.S.D.J. |

## ORDER GRANTING LEAVE FOR FILING UNDER SEAL

The Court having considered PacifiCare Health Systems, Inc.'s Unopposed Motion to File Its Amended Complaint Under Seal, IT IS ORDERED this ___ day of _____, 2005, that the motion shall be and hereby is GRANTED. PacifiCare shall file a public version of the Amended Complaint within five business days of the filing of its Amended Complaint as directed by the Court's Administrative Procedures Governing Filing and Service by Electronic Means.

_____
The Honorable Kent A. Jordan, U.S.D.J.

## CERTIFICATE OF SERVICE

This is to certify that on this the 26th day of September, 2005, a true and correct copy of the above and foregoing PacifiCare Health Systems, Inc.'s Motion to File its Amended Complaint Under Seal was electronically filed with the Clerk of Court using CM/ECF which will send notification of the filing to all counsel of record.

/s/ Jonathan L. Parshall
Jonathan L. Parshall (#3247)
MURPHY SPADARO & LANDON
1011 Centre Road, Suite 210
Wilmington, Delaware 19805
Telephone: 302-472-8100
Facsimile: 302-472-8135
e-mail: jonp@msllaw.com