IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE TRICOR INDIRECT PURCHASER ANTITRUST LITIGATION | ) C.A. No. 05-360 (KAJ)<br>) (Consolidated)<br>) |
| THIS DOCUMENT RELATES TO:<br>PACIFICARE HEALTH SYSTEMS, INC.<br>C.A. No. 05-591 (KAJ) | ) <br>) **JURY TRIAL DEMANDED**<br>)<br>)<br>) |

NOTICE OF FILING UNDER SEAL OF
PLAINTIFF'S FIRST AMENDED COMPLAINT

**PLEASE TAKE NOTICE** that plaintiff's First Amended Complaint was filed under seal this 27th day of September 2005 and was served upon the following parties by the means shown on September 26, 2005:

Mary B. Graham                                    (By First Class Mail)
MORRIS, NICHOLS, ARSHT &
TUNNELL
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19801

Frederick L. Cottrell, III                           (By First Class Mail)
Anne Shea Gaza
RICHARDS, LAYTON & FINGER
One Rodney Square
Wilmington, DE 19801

Matthew P. Hendrickson                      (By e-mail to Matthew.Hendrickson@cwt.com and
Cadwalader, Wickersham & Taft LLP      Fed-Ex)
One World Financial Center
New York, NY 10281
(212) 504-6666

Steven C. Sunshine                               (By First Class Mail)
Cadwalader, Wickersham & Taft LLP
1201 F Street, N.W.
Washington, DC 20004

William Cavanaugh, Jr.  (By e-mail to cjpeterman@pbwt.com and Fed-Ex)
Chad Peterman
Patterson, Belknap, Webb, & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036
(212) 336-2222

/s/ Jonathan L. Parshall
Jonathan L. Parshall (#3247)
MURPHY SPADARO & LANDON
1011 Centre Road, Suite 210
Wilmington, Delaware 19805
Telephone: 302-472-8100
Facsimile: 302-472-8135
e-mail: jonp@msllaw.com

## CERTIFICATE OF SERVICE

This is to certify that on this the 27th day of September, 2005, a true and correct copy of the above and foregoing Notice of Filing Under Seal of Plaintiff's First Amended Complaint was electronically filed with the Clerk of Court using CM/ECF which will send notification of the filing to all counsel of record.

/s/ Jonathan L. Parshall
Jonathan L. Parshall (#3247)
MURPHY SPADARO & LANDON
1011 Centre Road, Suite 210
Wilmington, Delaware 19805
Telephone: 302-472-8100
Facsimile: 302-472-8135
e-mail: jonp@msllaw.com
