## CERTIFICATION OF BERNARD PERSKY
## IN SUPPORT OF ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am admitted, practicing and in good standing as a member of the Bar of the State of New York, the United States Supreme Court and the District Courts for the Southern and Eastern Districts of New York. Pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the course of this action. I also certify I am generally familiar with this Court's Local Rules. I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion in accordance with the Standing Order for the District Court Fund effective January 1, 2005.

Bernard Persky
Goodkind Labaton Rudolph & Sucharow LLP
100 Park Avenue
New York, NY 10017

Dated: 9/28/05