<u>**CERTIFICATION OF KELLIE SAFAR**</u>
<u>**IN SUPPORT OF ADMISSION PRO HAC VICE**</u>

Pursuant to Local Rules 83.5, I certify that I am admitted, practicing and in good standing as a member of the Bar of the State of New Jersey and the United States District Court for the District of New Jersey. Pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the course of this action. I also certify I am generally familiar with this Court's Local Rules. I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion in accordance with the Standing Order for the District Court Fund effective January 1, 2005.

*Kellie Safar*
Kellie Safar
Goodkind Labaton Rudoff
& Sucharow LLP
100 Park Avenue
New York, New York 10017

Dated: 9/30/05

633482 v1
[9/21/2005 14:10]