IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE : TRICOR DIRECT PURCHASER ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | Civil Action No.: 05-340 (KAJ)<br><br>(CONSOLIDATED) |
| IN RE: TRICOR INDIRECT PURCHASER ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | Civil Action No.: 05-360 (KAJ)<br><br>(CONSOLIDATED) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that true and correct copies of:

1. Defendants' First Set Of Requests For The Production Of Documents And Things From Plaintiffs Louisiana Wholesale Drug Company, Inc., Rochester Drug Cooperative, Inc., Meijer, Inc., And Meijer Distribution, Inc.;

2. Defendants' First Set Of Requests For The Production Of Documents And Things From Plaintiffs Walgreen Co. et al. And CVS Pharmacy, Inc. et al.;

3. Defendants' First Set Of Requests For The Production Of Documents And Things From The Third-Party Payer Plaintiffs;

4. Defendants' First Set Of Requests For The Production Of Documents And Things From The Individual Consumer Plaintiffs; and

5. Defendants' First Set Of Requests For The Production Of Documents And Things From PacifiCare Health Systems, Inc.

were caused to be served on September 30, 2005 upon the following in the manner indicated:

**BY HAND DELIVERY**

Jeffrey S. Goddess, Esquire
ROSENTHAL, MONHAIT, GROSS & GODDESS, PA
P.O. Box 1070
Wilmington, DE 19899

A. Zachary Naylor, Esquire
CHIMICLES & TIKELLIS LLP
One Rodney Square, P.O. Box 1035
Wilmington, DE 19899

| | |
|---|---|
| Michael I. Silverman, Esquire<br>SILVERMAN & MCDONALD<br>1010 North Bancroft Parkway<br>Suite 22<br>Wilmington, DE  19805 | Patrick Francis Morris, Esquire<br>MORRIS & MORRIS<br>1105 North Market Street<br>Suite 803<br>Wilmington, DE  19801 |
| Lynn A. Iannone, Esquire<br>SILVERMAN & MCDONALD<br>1010 North Bancroft Parkway<br>Suite 22<br>Wilmington, DE  19805 | Jonathan L. Parshall, Esquire<br>MURPHY, SPADARO & LANDON<br>1011 Centre Road, Suite 210<br>Wilmington, DE  19805 |
| Elizabeth M. McGeever, Esquire<br>PRICKETT JONES & ELLIOTT, P.A.<br>1310 King Street<br>P.O. Box 1328<br>Wilmington, DE  19899 | Frederick L. Cottrell, III, Esquire<br>RICHARDS, LAYTON & FINGER<br>One Rodney Square; P.O. Box 551<br>Wilmington, DE  19899 |
| Josy W. Ingersoll , Esquire<br>YOUNG CONAWAY STARGATT & TAYLOR<br>1000 West Street, 17th Floor<br>Wilmington, DE  19801 | Mary B. Matterer, Esquire<br>MORRIS JAMES HITCHENS & WILLIAMS LLP<br>222 Delaware Avenue, 10th Floor<br>Wilmington, DE  19801 |

MORRIS, NICHOLS, ARSHT & TUNNELL

*/s/ James W. Parrett, Jr. (#4292)*

---

Mary B. Graham (#2256)
James W. Parrett, Jr. (#4292)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200

OF COUNSEL:

*Attorneys for Defendant Abbott Laboratories*

William F. Cavanaugh, Jr.
Eugene M. Gelernter
Chad J. Peterman
Alexis Gander
PATTERSON, BELKNAP, WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY  10036-6710
(212) 336-2000

**CERTIFICATE OF SERVICE**

       I hereby certify that on September 30, 2005, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to the following:

| | |
|---|---|
| Jeffrey S. Goddess, Esquire<br>ROSENTHAL, MONHAIT, GROSS & GODDESS, PA<br>P.O. Box 1070<br>Wilmington, DE  19899 | A. Zachary Naylor, Esquire<br>CHIMICLES & TIKELLIS LLP<br>One Rodney Square, P.O. Box 1035<br>Wilmington, DE  19899 |
| Michael I. Silverman, Esquire<br>SILVERMAN & MCDONALD<br>1010 North Bancroft Parkway<br>Suite 22<br>Wilmington, DE  19805 | Patrick Francis Morris, Esquire<br>MORRIS & MORRIS<br>1105 North Market Street<br>Suite 803<br>Wilmington, DE  19801 |
| Lynn A. Iannone, Esquire<br>SILVERMAN & MCDONALD<br>1010 North Bancroft Parkway<br>Suite 22<br>Wilmington, DE  19805 | Jonathan L. Parshall, Esquire<br>MURPHY, SPADARO & LANDON<br>1011 Centre Road, Suite 210<br>Wilmington, DE  19805 |
| Elizabeth M. McGeever, Esquire<br>PRICKETT JONES & ELLIOTT, P.A.<br>1310 King Street<br>P.O. Box 1328<br>Wilmington, DE  19899 | Frederick L. Cottrell, III, Esquire<br>RICHARDS, LAYTON & FINGER<br>One Rodney Square; P.O. Box 551<br>Wilmington, DE  19899 |
| Josy W. Ingersoll, Esquire<br>YOUNG CONAWAY STARGATT & TAYLOR<br>1000 West Street, 17th Floor<br>Wilmington, DE  19801 | Mary B. Matterer, Esquire<br>MORRIS JAMES HITCHENS & WILLIAMS LLP<br>222 Delaware Avenue, 10th Floor<br>Wilmington, DE  19801 |

                                          */s/ James W. Parrett, Jr. (#4292)*
                                             James W. Parrett, Jr. (#4292)
                                             jparrett@mnat.com