FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

2005 OCT -3 PM 1:07

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: TRICOR INDIRECT PURCHASER ANTITRUST LITIGATION | ) ) ) ) ) | C.A. No. 05-360 (KAJ) (Consolidated) |
| THIS DOCUMENT RELATES TO: PACIFICARE HEALTH SYSTEMS, INC. C.A. No. 05-591 (KAJ) | ) ) ) ) | Hon. Kent Jordan, U.S.D.J. |

## ORDER GRANTING LEAVE FOR FILING UNDER SEAL

The Court having considered PacifiCare Health Systems, Inc.'s Unopposed Motion to File Its Amended Complaint Under Seal, IT IS ORDERED this 3rd day of Oct., 2005, that the motion shall be and hereby is GRANTED. PacifiCare shall file a public version of the Amended Complaint within five business days of the filing of its Amended Complaint as directed by the Court's Administrative Procedures Governing Filing and Service by Electronic Means.

The Honorable Kent A. Jordan, U.S.D.J.