IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: TRICOR INDIRECT PURCHASER ANTITRUST LITIGATION ) ) ) | Civil Action No. 05-360-KAJ |
| THIS DOCUMENT RELATES TO: ALL ACTIONS ) ) ) | |

## MOTION PRO HAC VICE

A. Zachary Naylor, a member of the bar of this Court, pursuant to Local Rule 83.5(c) and the attached certification, moves the admission pro hac vice of Lance A. Harke of Harke & Clasby LLP, 155 S. Miami Ave., Suite 600, Miami, FL 33130 to represent plaintiffs, in this action.

Dated: October 3, 2005

CHIMICLES & TIKELLIS LLP

Pamela S. Tikellis (No. 2172)
A. Zachary Naylor (No. 4439)
Robert R. Davis (No. 4536)
One Rodney Square
P.O. Box 1035
Wilmington, DE 19899
(302) 656-2500
Attorneys for Plaintiffs