IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: TRICOR INDIRECT PURCHASER ANTITRUST LITIGATION ) ) ) | Civil Action No. 05-360-KAJ |
| THIS DOCUMENT RELATES TO: ALL ) ACTIONS ) ) | |

## NOTICE OF FIRM NAME CHANGE

PLEASE TAKE NOTICE that effective September 30, 2005, the name of Goodkind Labaton Rudoff & Sucharow LLP, Counsel for Plaintiffs, will change to:

Labaton Sucharow & Rudoff LLP

The firm's Address, telephone and facsimile numbers remain the same.

Dated: October 3, 2005

CHIMICLES & TIKELLIS LLP

/s/ Pamela S. Tikellis

Pamela S. Tikellis (No. 2172)
A. Zachary Naylor (No. 4439)
Robert R. Davis (No. 4536)
One Rodney Square
P.O. Box 1035
Wilmington, DE  19899
(302) 656-2500
Attorneys for Plaintiffs