IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

_____
IN RE TRICOR INDIRECT PURCHASER           )        C.A. No. 05-360 (KAJ)
ANTITRUST LITIGATION                       )        (Consolidated)
_____)
                                           )
THIS DOCUMENT RELATES TO:                  )
PACIFICARE HEALTH SYSTEMS, INC.            )
C.A. No. 05-591 (KAJ)                      )

## PLAINTIFF PACIFICARE'S DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, PacifiCare Health Systems, Inc.,

a nongovernmental corporate party in the above listed civil action, informs the Court that

it does not have any parent corporation or publicly held company that owns 10% or more

of its stock.


Respectfully submitted,

MURPHY SPADARO & LANDON


/s/ Jonathan L. Parshall
Jonathan L. Parshall #3247
1011 Centre Road, Suite 210
Wilmington, Delaware 19805
Telephone: 302-472-8100
Telecopy: 302-472-8135


William Christopher Carmody
John W. Turner
Shawn J. Rabin
SUSMAN GODFREY L.L.P.
901 Main Street, Suite 4100
Dallas, Texas 75202
Telephone: 214-754-1900
Telecopy: 214-754-1933

Mark D. Fischer
Mark S. Sandmann
Jeffrey C. Swann
RAWLINGS & ASSOCIATES
325 West Main, Suite 1700
Louisville, Kentucky 40202
Telephone: 502-587-1279
Telecopy: 502-584-8580

Kendall Zylstra
SCHIFFRIN & BARROWAY, L.L.P.
280 King of Prussia Road
Radnor, PA 19087
Telephone: 610-822-0276
Telecopy: 610-667-7056

ATTORNEYS FOR PLAINTIFFS

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that on this the 3rd day of October, 2005, a true and correct copy of the above and foregoing PacifiCare Health Systems, Inc.'s Disclosure Statement was electronically filed with the Clerk of Court using CM/ECF which will send notification of the filing to all counsel of record.

/s/ Jonathan L. Parshall
Jonathan L. Parshall (#3247)
MURPHY SPADARO & LANDON
1011 Centre Road, Suite 210
Wilmington, Delaware 19805
Telephone: 302-472-8100
Facsimile: 302-472-8135
e-mail: jonp@msllaw.com