IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE TRICOR INDIRECT PURCHASER ANTITRUST LITIGATION | ) ) ) ) | C.A. No. 05-360 (KAJ) (Consolidated) |
| THIS DOCUMENT RELATES TO: PACIFICARE HEALTH SYSTEMS, INC. C.A. No. 05-591 (KAJ) | ) ) ) | **JURY TRIAL DEMANDED** |

**PACIFICARE HEALTH SYSTEMS, INC.'S
FIRST AMENDED COMPLAINT**

# SEALED DOCUMENT

## CERTIFICATE OF SERVICE

I, Jonathan L. Parshall, do hereby certify that on September 26, 2005 I caused copies of PacifiCare Health Systems, Inc.'s First Amended Complaint to be served on counsel as indicated below:

| | |
|---|---|
| Mary B. Graham<br>MORRIS, NICHOLS, ARSHT & TUNNELL<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19801 | (By First Class Mail) |
| Frederick L. Cottrell, III<br>Anne Shea Gaza<br>RICHARDS, LAYTON & FINGER<br>One Rodney Square<br>Wilmington, DE 19801 | (By First Class Mail) |
| Matthew P. Hendrickson<br>Cadwalader, Wickersham & Taft LLP<br>One World Financial Center<br>New York, NY 10281<br>(212) 504-6666 | (By e-mail to Matthew.Hendrickson@cwt.com and Fed-Ex) |
| Steven C. Sunshine<br>Cadwalader, Wickersham & Taft LLP<br>1201 F Street, N.W.<br>Washington, DC 20004 | (By First Class Mail) |
| William Cavanaugh, Jr.<br>Chad Peterman<br>Patterson, Belknap, Webb, & Tyler LLP<br>1133 Avenue of the Americas<br>New York, NY 10036<br>(212) 336-2222 | (By e-mail to cjpeterman@pbwt.com and Fed-Ex) |

/s/ Jonathan L. Parshall
Jonathan L. Parshall (#3247)
MURPHY SPADARO & LANDON
1011 Centre Road, Suite 210
Wilmington, Delaware 19805
Telephone: 302-472-8100
Facsimile: 302-472-8135
e-mail: jonp@msllaw.com