IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: TRICOR INDIRECT PURCHASER ANTITRUST LITIGATION ) ) ) | Civil Action No. 05-360-KAJ |
| THIS DOCUMENT RELATES TO: ALL ACTIONS ) ) ) | |

## NOTICE OF SERVICE

The undersigned counsel hereby certifies that on October 25, 2005, David S. Nalven, of Hagens Berman Sobol Shapiro LLP, One Main Street, 4th Floor, Cambridge, MA 02142 caused to be served, by fax and first class mail, copies of the Indirect Purchaser Plaintiffs' First Set of Requests for the Production of Documents by Defendants upon the following counsel:

Frederick L. Cottrell, III, Esq.
Anne Shea Gaza, Esq.
Richards, Layton & Finger
One Rodney Square
Wilmington, DE 19801

Steven Sunshine, Esq.
Cadwalader Wickersham & Taft LLP
1201 F. Street, N.W., Suite 110
Washington, Darryl Chan 2004

Charles D. Ossola, Esq.
Cathy Hoffman, Esq.
Arnold & Porter LLP
555 Twelfth Street, NW
Washington, Darryl Chan 2004-1206

Mary B. Graham, Esq.
Morris Nichols Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19801

William F. Cavanaugh, Jr., Esq.
Chad J. Peterman, Esq.
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036

Dated: October 26, 2005                          CHIMICLES & TIKELLIS LLP

*/s/*

Pamela S. Tikellis (No. 2172)
A. Zachary Naylor (No. 4439)
Robert R. Davis (No. 4536)
One Rodney Square
P.O. Box 1035
Wilmington, DE 19899
(302) 656-2500

Attorneys for Indirect Purchaser Plaintiffs