IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: TRICOR INDIRECT PURCHASER ANTITRUST LITIGATION ) ) ) | Civil Action No. 05-360-KAJ |
| THIS DOCUMENT RELATES TO: ALL ACTIONS ) ) ) ) | |

## MOTION PRO HAC VICE

Robert R. Davis, a member of the bar of this Court, pursuant to Local Rule 83.5(c) and the attached certification, moves the admission pro hac vice of Gregory H. Matthews to represent plaintiffs in this action. In accordance with the Standing Order for District Court Fund effective 1/1/05, I hereby certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Dated: October 27, 2005         CHIMICLES & TIKELLIS LLP

/s/ Robert Davis
Pamela S. Tikellis (No. 2172)
A. Zachary Naylor (No. 4439)
Robert R. Davis (No. 4536)
One Rodney Square
P.O. Box 1035
Wilmington, DE 19899
(302) 656-2500
Attorneys for Plaintiffs

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____

_____
United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Michigan and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

Date: October 26, 2005

_____
Gregory H. Matthews
Hagens Berman Sobol Shapiro, LLP
BBO# 653316
One Main Street, 4th Floor
Cambridge, MA 02142
Phone:(617) 482-3700
Fax: (617) 482-3003