IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE TRICOR INDIRECT PURCHASER ) <br> ANTITRUST LITIGATION ) <br> ) <br> _____ ) <br> ) <br> THIS DOCUMENT RELATES TO ) <br> PACIFICARE HEALTH SYSTEMS, INC. ) <br> C.A. No. 05-591 (KAJ) ) | C.A. No. 05-360 (KAJ) <br> (Consolidated) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Justin A. Nelson of Susman Godfrey L.L.P., Suite 3100, 1201 Third Avenue Seattle, WA 98101-3000 and W. Lyle Stamps of Schiffrin & Barroway, L.L.P., 280 King of Prussia Road, Radnor, PA 19087, to represent Plaintiff PacifiCare Health Systems, Inc. in this matter.

Respectfully submitted,

MURPHY SPADARO & LANDON

_____
Jonathan L. Parshall
1011 Centre Road, Suite 210
Wilmington, Delaware 19805
Telephone: 302-472-8100
Telecopy: 302-472-8135
ATTORNEY FOR PLAINTIFFS

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* of Justin A. Nelson of Susman Godfrey L.L.P. is granted.

DATE: _____

_____
UNITED STATES DISTRICT JUDGE

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Washington and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with the Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 is being submitted to the Clerk's Office upon the filing of this motion.

Dated: 10-10-05

Justin A. Nelson
SUSMAN GODFREY L.L.P.
Suite 3100
1201 Third Avenue
Seattle, WA 98101-3000
Telephone: 206.516.3867
Fax: 206.516.3883
E-Mail: jnelson@susmangodfrey.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Pennsylvania and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with the Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 is being submitted to the Clerk's Office upon the filing of this motion.

Dated: 10 OCT 05

W. Lyle Stamps
SCHIFFRIN & BARROWAY, L.L.P.
280 King of Prussia Road
Radnor, PA 19087
Telephone: 610-667-7706
Telecopy: 610-667-7056
E-Mail: lstamps@sbclasslaw.com

## CERTIFICATE OF SERVICE

I, Jonathan L. Parshall, do hereby certify that on the 28th day of October, 2005, I electronically filed Plaintiff's Motion For Admission Pro Hac Vice, using CM/ECF, which will send notification of such filing to all registered participants.

_____
Jonathan L. Parshall (#3247)