IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: TRICOR INDIRECT PURCHASER ANTITRUST LITIGATION | ) ) ) ) ) | C.A. No. 05-360 (KAJ) (Consolidated) |
| THIS DOCUMENT RELATES TO: PACIFICARE HEALTH SYSTEMS, INC. C.A. No. 05-591 (KAJ) | ) ) ) ) | Hon. Kent Jordan, U.S.D.J. |

**NOTICE OF CHANGE OF ADDRESS**

PLEASE TAKE NOTICE that effective immediately all future notices, pleadings, correspondence, and other written communications should be addressed as follows for the Dallas, Texas office:

William Christopher Carmody
John W. Turner
Susman Godfrey L.L.P.
901 Main Street, **Suite 5100**
Dallas, Texas 75202



RECEIVED
OCT 31 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

The telephone and fax numbers have <u>not</u> changed.

DATED:   October 27, 2005.

635317v1/009078

Respectfully submitted,

/s/ William Christopher Carmody

William Christopher Carmody
John W. Turner
Shawn J. Rabin
SUSMAN GODFREY L.L.P.
901 Main Street, Suite 4100
Dallas, TX 75202
Telephone: 214-754-1900
Facsimile: 214-754-1933

Mark D. Fischer
Mark S. Sandmann
Jeffrey C. Swann
RAWLINGS & ASSOCIATES
325 West Main, Suite 1700
Louisville, KY 40202
Telephone: 502-587-1279
Facsimile: 502-584-8580

Kendall Zylstra
SCHIFFRIN & BARROWAY, L.L.P.
280 King of Prussia Road
Radnor, PA 19087
Telephone: 610-822-0276
Facsimile: 610-667-7056

Jonathan L. Parshall
Murphy Spadaro & Landon
1011 Centre Road, Suite 210
Wilmington, DE 19805
Telephone: 302-472-8100
Facsimile: 302-472-8135

ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

This is to certify that on the _27_ day of _October_, 2005, a true and correct copy of the above and foregoing instrument was properly forwarded to the following counsel of record via U.S. Mail and via Facsimile, in accordance with the Federal Rules of Civil Procedure and the Pretrial Order as indicated below:

Charles D. Ossola  *BY U.S. MAIL & FACSIMILE - 202-942-5999*
Cathy Hoffman
ARNOLD & PORTER LLP
555 Twelfth Street, NW
Washington, DC 20004-1206

Steven C. Sunshine  *BY U.S. MAIL & FACSIMILE - 202-862-2400*
Matthew Dickinson
CADWALADER, WICKERSHAM & TAFT LLP
1201 F Street, NW, Suite 1100
Washington, DC 20004

Frederick L. Cottrell, III  *BY U.S. MAIL & FACSIMILE - 302-651-7701*
Anne Shea Gaza
RICHARDS, LAYTON & FINGER
One Rodney Square
Wilmington, DE 19801
   *Counsel for Fournier Industrie et Sante and Laboratories Fournier S.A.*

William F. Cavanaugh, Jr.  *BY U.S. MAIL & FACSIMILE - 212-336-2222*
Chad J. Peterman
PATTERSON, BELKNAP, WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY 10036

Mary B. Graham  *BY U.S. MAIL & FACSIMILE - 302-658-3989*
MORRIS, NICHOLS, ARSHT & TUNNELL
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19801
   *Counsel for Abbott Laboratories*

Pamela S. Tikellis  *BY U.S. MAIL & FACSIMILE - 215-864-2810*
Robert J. Kriner, Jr.
A. Zachary Naylor
Robert R. Davis
CHIMICLES & TIKELLIS LLP
One Rodney Square
P.O. Box 1035
Wilmington, DE 19899

Patrick E. Cafferty  *BY U.S. MAIL & FACSIMILE - 215-864-2810*
Bryan L. Clobes
MILLER FAUCHER AND CAFFERTY LLP
One Logan Square
18th and Cherry Streets, Suite 1700
Philadelphia, PA 19103

Bernard Persky  *BY U.S. MAIL & FACSIMILE - 212-883-7068*
GOODKIND LABATON RUDOFF & SUCHAROW LLP
100 Park Avenue
New York, NY 10017

Thomas M. Sobol  *BY U.S. MAIL & FACSIMILE - 617-482-3003*
HAGENS BERMAN SOBOL SHAPIRO LLP
One Main Street, 4th Floor
Cambridge, MA 02142

Jeffrey L. Kodroff  *BY U.S. MAIL & FACSIMILE - 215-496-6611*
SPECTOR, ROSEMAN & KODROFF P.C.
1818 Market Street, Suite 2500
Philadelphia, PA 19103
    *Counsel for Class Plaintiffs*

_____
John W. Turner