IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: TRICOR INDIRECT PURCHASER ANTITRUST LITIGATION ) ) ) ) ) | C.A. No. 05-360 (KAJ) (Consolidated) |
| THIS DOCUMENT RELATES TO: PACIFICARE HEALTH SYSTEMS, INC. C.A. No. 05-591 (KAJ) ) ) ) | Hon. Kent Jordan, U.S.D.J. |

## NOTICE OF SERVICE

Please take notices that copies of Plaintiff PacifiCare Health Systems, Inc.'s Response to Defendants' First Request for Production of Documents and Things were served on October 31, 2005, upon the following counsel of record in this matter, in the manner indicated below:

Charles D. Ossola                             *BY MAIL & FACSIMILE - 202-942-5999*
Cathy Hoffman
ARNOLD & PORTER LLP
555 Twelfth Street, NW
Washington, DC 20004-1206

Steven C. Sunshine                            *BY MAIL & FACSIMILE - 202-862-2400*
Matthew Dickinson
CADWALADER, WICKERSHAM & TAFT LLP
1201 F Street, NW, Suite 1100
Washington, DC 20004

Frederick L. Cottrell, III                    *BY MAIL & FACSIMILE - 302-651-7701*
Anne Shea Gaza
RICHARDS, LAYTON & FINGER
One Rodney Square
Wilmington, DE 19801
   *Counsel for Fournier Industrie et Sante and Laboratories Fournier S.A.*

William F. Cavanaugh, Jr.                     *BY MAIL & FACSIMILE - 212-336-2222*
Chad J. Peterman
PATTERSON, BELKNAP, WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY 10036

639745v1/009078

Mary B. Graham  
MORRIS, NICHOLS, ARSHT & TUNNELL  
1201 N. Market Street  
P.O. Box 1347  
Wilmington, DE 19801  
    *Counsel for Abbott Laboratories*

*BY MAIL & FACSIMILE - 302-658-3989*

Pamela S. Tikellis  
Robert J. Kriner, Jr.  
A. Zachary Naylor  
Robert R. Davis  
CHIMICLES & TIKELLIS LLP  
One Rodney Square  
P.O. Box 1035  
Wilmington, DE 19899

*BY MAIL & FACSIMILE - 215-864-2810*

Patrick E. Cafferty  
Bryan L. Clobes  
MILLER FAUCHER AND CAFFERTY LLP  
One Logan Square  
18th and Cherry Streets, Suite 1700  
Philadelphia, PA 19103

*BY MAIL & FACSIMILE - 215-864-2810*

Bernard Persky  
GOODKIND LABATON RUDOFF & SUCHAROW LLP  
100 Park Avenue  
New York, NY 10017

*BY MAIL & FACSIMILE - 212-883-7068*

Thomas M. Sobol  
HAGENS BERMAN SOBOL SHAPIRO LLP  
One Main Street, 4th Floor  
Cambridge, MA 02142

*BY MAIL & FACSIMILE - 617-482-3003*

Jeffrey L. Kodroff  
SPECTOR, ROSEMAN & KODROFF P.C.  
1818 Market Street, Suite 2500  
Philadelphia, PA 19103  
    *Counsel for Class Plaintiffs*

*BY MAIL & FACSIMILE - 215-496-6611*

Bruce Gerstein  <u>*BY MAIL & FACSIMILE - 212-764-6620*</u>
Adam Steinfeld
GARWIN GERSTEIN & FISHER LLP
1501 Broadway, Suite 1416
New York, NY 10036
   *Counsel for Class Plaintiffs*

Daniel Berger  <u>*BY MAIL & FACSIMILE - 215-875-4604*</u>
Eric L. Cramer
BERGER & MONTAGUE P.C.
1622 Locust Street
Philadelphia, PA 19103
   *Counsel for Class Plaintiffs*


Respectfully submitted,

MURPHY SPADARO & LANDON


<u>/s/ Jonathan L. Parshall</u>
Jonathan L. Parshall, Bar I.D. No. 3247
1011 Centre Road, Suite 210
Wilmington, Delaware 19805
Telephone: 302-472-8100
Facsimile: 302-472-8135

William Christopher Carmody
John W. Turner
Shawn J. Rabin
SUSMAN GODFREY L.L.P.
901 Main Street, Suite 4100
Dallas, Texas 75202
Telephone: 214-754-1900
Facsimile: 214-754-1933

Mark D. Fischer
Mark S. Sandmann
Jeffrey C. Swann
RAWLINGS & ASSOCIATES
325 West Main, Suite 1700
Louisville, Kentucky 40202
Telephone: 502-587-1279
Facsimile: 502-584-8580

Kendall Zylstra
SCHIFFRIN & BARROWAY, L.L.P.
280 King of Prussia Road
Radnor, PA 19087
Telephone: 610-822-0276
Facsimile: 610-667-7056

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

This is to certify that on this the 31st day of October 2005, I electronically filed Notice of Service with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to all counsel of record.

/s/ Jonathan L. Parshall
Jonathan L. Parshall
MURPHY SPADARO & LANDON
1011 Centre Road, Suite 210
Wilmington, Delaware 19805
Telephone: 302-472-8100
e-mail: jonp@msllaw.com
