IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: TRICOR INDIRECT PURCHASER ANTITRUST LITIGATION | ) ) ) | C.A. No. 05-360 (KAJ) (Consolidated) |
| _____ | ) | |
| | ) | |
| THIS DOCUMENT RELATES TO: | ) | Hon. Kent Jordan, U.S.D.J. |
| PACIFICARE HEALTH SYSTEMS, INC. | ) | |
| C.A. No. 05-591 (KAJ) | ) | |

**NOTICE OF SERVICE**

Please take notices that copies of Plaintiff PacifiCare's First Set of Document Requests to

Defendants Abbott Laboratories, Fournier Industrie et Sante and Laboratories Fournier S.A. were

served on November 9, 2005, upon the following counsel of record in this matter, in the manner

indicated below:

Frederick L. Cottrell, III                              *BY HAND & FACSIMILE - 302-651-7701*
Anne Shea Gaza
RICHARDS, LAYTON & FINGER
One Rodney Square
Wilmington, DE 19801
    *Counsel for Fournier Industrie et Sante and Laboratories Fournier S.A.*

Mary B. Graham                              *BY  HAND & FACSIMILE - 302-658-3989*
MORRIS, NICHOLS, ARSHT & TUNNELL
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19801
    *Counsel for Abbott Laboratories*

639745v1/009078

Pamela S. Tikellis                                    *BY HAND & FACSIMILE – 302-656-9053*
Robert J. Kriner, Jr.
A. Zachary Naylor
Robert R. Davis
CHIMICLES & TIKELLIS LLP
One Rodney Square
P.O. Box 1035
Wilmington, DE 19899
*Counsel for Indirect Purchaser Class Plaintiffs*

Josy W. Ingersoll                                    *BY HAND & FACSIMILE – 302-576-3301*
YOUNG CONAWAY STARGATT & TAYLOR
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
*Counsel for Teva Pharmaceuticals USA, Inc.*

Mary Matterer                                        *BY HAND & FACSIMILE – 302-571-1750*
MORRIS JAMES HITCHENS & WILLIAMS
222 Delaware Avenue, 10th Floor
P.O. Box 2306
Wilmington, DE 19899-2306
*Counsel for Impax Laboratories*

Jeffrey S. Goddess                                   *BY HAND & FACSIMILE – 302-658-7567*
ROSENTHAL MONHAIT GROSS & GODDESS
919 Market Street, Suite 1401
P.O. Box 1070
Wilmington, DE 19899-1070
*Counsel for Direct Purchaser Class Plaintiffs*

Elizabeth M. McGeever                                *BY HAND & FACSIMILE – 302-888-6554*
PRICKETT JONES & ELLIOTT
1310 King Street
P.O. Box 1328
Wilmington, DE 19899-1328
*Counsel for CVS, RiteAid and Walgreen*

Michael I. Silverman                                 *BY MAIL & FACSIMILE – 302-888-2923*
Lynn A. Ianonne
SILVERMAN & McDONALD
1010 N. Bancroft Parkway, Suite 22
Wilmington, DE 19805
*Counsel for Certain Plaintiffs*

Patrick F. Morris                                    *BY HAND & FACSIMILE – 302-426-0406*

639745v1/009078                    -2-

MORRIS & MORRIS LLC
1105 N. Market Street, Suite 803
Wilmington, DE 19801
*Counsel for Certain Plaintiffs*

Respectfully submitted,

MURPHY SPADARO & LANDON

/s/ Jonathan L. Parshall
Jonathan L. Parshall, Bar I.D. No. 3247
1011 Centre Road, Suite 210
Wilmington, Delaware 19805
Telephone: 302-472-8100
Facsimile: 302-472-8135

William Christopher Carmody
John W. Turner
Shawn J. Rabin
SUSMAN GODFREY L.L.P.
901 Main Street, Suite 4100
Dallas, Texas 75202
Telephone: 214-754-1900
Facsimile: 214-754-1933

Mark D. Fischer
Mark S. Sandmann
Jeffrey C. Swann
RAWLINGS & ASSOCIATES
325 West Main, Suite 1700
Louisville, Kentucky 40202
Telephone: 502-587-1279
Facsimile: 502-584-8580

Kendall Zylstra
Lyle Stamps
SCHIFFRIN & BARROWAY, L.L.P.
280 King of Prussia Road
Radnor, PA 19087
Telephone: 610-822-0276
Facsimile: 610-667-7056

ATTORNEYS FOR PLAINTIFF
PACIFICARE HEALTH SYSTEMS, INC.

639745v1/009078

-4-

## CERTIFICATE OF SERVICE

I hereby certify than on November 9, 2005, I electronically filed **NOTICE OF SERVICE** with the Clerk of the Court using CM/ECF which will send notification of such filing to all counsel of record

/s/ Jonathan L. Parshall
Jonathan L. Parshall
Murphy Spadaro & Landon
1011 Centre Road, Suite 210
Wilmington, DE 19805
(302) 472-8100
jonp@msllaw.com