IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: TRICOR INDIRECT PURCHASER ANTITRUST LITIGATION ) ) ) | Civil Action No. 05-360-KAJ |
| THIS DOCUMENT RELATES TO: ALL ACTIONS ) ) ) | |

## NOTICE OF SERVICE

The undersigned counsel hereby certifies that Theodore M. Lieverman of Spector Roseman & Kodroff, P.C. caused to be served, by email on November 8, 2005 and UPS Next Day Air on November 9, 2005, copies of: (1) Plaintiff Diana Kim's Response to Defendants' First Set of Requests for Production of Documents and Things from the Individual Consumer Plaintiffs, (2) Plaintiff Richard Wilde's Response to Defendants' First Set of Requests for Production of Documents and Things from the Individual Consumer Plaintiffs, (3) Plaintiff Charles Shain's Response to Defendants' First Set of Requests for Production of Documents and Things from the Individual Consumer Plaintiffs, (4) Plaintiff Elaine Pullman Response to Defendants' First Set of Requests for Production of Documents and Things from the Individual Consumer Plaintiffs, (5) Plaintiff Sheet Metal Worker's Response to Defendants' First Set of Requests for Production of Documents Directed to Third-Party Payor, (6) Plaintiff Cindy Cronins' Response to Defendants' First Set of Requests for Production of Documents and Things from the Individual Consumer Plaintiffs, (7) Plaintiff Pennsylvania Employees Benefit Trust Fund's Response to Defendants' First Set of Requests for Production of Documents Directed to Third-Party Payor, (8) Plaintiff Sandra Krone's Response to Defendants' First

Set of Requests for Production of Documents and Things from the Individual Consumer Plaintiffs, (9) Plaintiff Allied Services Division Welfare Fund's Response to Defendants' First Set of Requests for Production of Documents Directed to Third-Party Payor, (10) Plaintiff Lula Ramsey's Response to Defendants' First Set of Requests for Production of Documents and Things from the Individual Consumer Plaintiffs, (11) Plaintiff Painters' District Council No. 30 Health and Welfare Fund's Response to Defendants' First Set of Requests for Production of Documents Directed to Third-Party Payor; and (12) Plaintiff Philadelphia Federation of Teachers' Health and Welfare Fund's Resone to Defendants' First Set of Requests for Production of Documents Directed to Third-Party Payors upon the following counsel:

Frederick L. Cottrell, III, Esq.
Anne Shea Gaza, Esq.
Richards, Layton & Finger
One Rodney Square
Wilmington, DE 19801

Josy W. Ingersol
John W. Shaw
Karen Keller
Young Conway Stargatt & Taylor LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391

Jeffrey S. Goddess
Rosenthal Monhait Gross & Goddess, P.A.
919 Market Street, Suite1401
P.O. Box 1070
Wilmington, DE 19899-1070

Mary Matterer
Morris James Hitchens & Williams
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801

Mary B. Graham, Esq.
Morris Nichols Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19801

Jonathan L. Parshall
Murphy Spadaro & Landon
1011 Centre Road, Suite 210
Wilmington, DE 19801

Charles D. Ossola, Esq.
Cathy Hoffman, Esq.
Arnold & Porter LLP
555 Twelfth Street, NW
Washington, DC 2004-1206

Steven Sunshine, Esq.
Cadwalader Wickersham & Taft LLP
1201 F. Street, N.W., Suite 110
Washington, DC 2004

William Christopher Carmody
John W. Turner
Shawn J. Rabin
Susman Godfrey LLP
901 Main Street, Suite 5100
Dallas, TX 75202-3775

Kenneth A. Cohen
Elaine Herrman Blais
Christopher T. Holding
Goodwin Procter LLP
Exchange Place
Boston, MA 02109-2881

Mark A. Lemley
Asim Bhansali
Paula Blizzard
Keker & Van Nest LLP
710 Sansome Street
San Francisco, CA 94111

Elizabeth M. McGeever
Prickett Jones Elliot, P.A.
1310 King Street
Wilmington, DE 19801

Bruce M. Gagala
M. Daniel Hefner
Leydig Voit & Mayer, LTD
Two Prudential Plaza
Suite 4900
180 N. Stetson Avenue
Chicago, IL 60601-6780

Philip J. McCabe
Kenyon & Kenyon
333 West San Carlos Street
Suite 600
San Jose, CA 95110

November 8, 2005 copies of the aforementioned documents were served upon William F. Cavanaugh, Jr., Esq. and Chad J. Peterman, Esq. of Patterson Belknap Webb & Tyler LLP, 1133 Avenue of the Americas, New York, NY 10036 by email.

The undersigned counsel further certifies that on November 1, 2005, Theodore M. Lieverman of Spector Roseman & Kodroff, P.C. caused to be served, by email and UPS Next Day Air, copies of: (1) Plaintiff Painters' District Council No. 30 Health and Welfare Fund's Response to Defendants' First Set of Requests for Production of Documents Directed to Third-Party Payor, (2) Plaintiff Richard Wilde's Response to Defendants' First Set of Requests for Production of Documents and Things from the Individual Consumer Plaintiffs, (3) Plaintiff Pennsylvania Employees Benefit Trust Fund's Response to Defendants' First Set of Requests for Production of Documents Directed to Third-Party Payor, (4) Plaintiff Allied Services Division Welfare Fund's Response to Defendants' First Set of Requests for Production of Documents Directed to

Third-Party Payor, (5) Plaintiff Diana Kim's Response to Defendants' First Set of Requests for Production of Documents and Things from the Individual Consumer Plaintiffs, (6) Plaintiff Philadelphia Federation of Teachers' Health and Welfare Fund's Resone to Defendants' First Set of Requests for Production of Documents Directed to Third-Party Payors, (7) Plaintiff Cindy Cronins' Response to Defendants' First Set of Requests for Production of Documents and Things from the Individual Consumer Plaintiffs, (8) Plaintiff Charles Shain's Response to Defendants' First Set of Requests for Production of Documents and Things from the Individual Consumer Plaintiffs, (9) Plaintiff Sandra Krone's Response to Defendants' First Set of Requests for Production of Documents and Things from the Individual Consumer Plaintiffs, and (10) Plaintiff Sheet Metal Worker's Response to Defendants' First Set of Requests for Production of Documents Directed to Third-Party Payor upon the following counsel:

Matthew Hendrickson
Cadwalader Wickersham & Taft LLP
1201 F. Street, N.W., Suite 110
Washington, DC 2004

Chad J. Peterman, Esq.
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036

Dated: November 10, 2005

CHIMICLES & TIKELLIS LLP

*/s/ A. Zachary Naylor*
Pamela S. Tikellis (No. 2172)
A. Zachary Naylor (No. 4439)
Robert R. Davis (No. 4536)
One Rodney Square
P.O. Box 1035
Wilmington, DE 19899
(302) 656-2500

Attorneys for Indirect Purchaser Plaintiffs