IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| | ) | |
| IN RE : TRICOR INDIRECT PURCHASER | ) | Civil Action No.: 05-360 (KAJ) |
| ANTITRUST LITIGATION | ) | |
| | ) | (CONSOLIDATED) |
| THIS DOCUMENT RELATES TO: | ) | |
| ALL ACTIONS | ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that true and correct copies of *Abbott Laboratories'*

*Responses to the Indirect Purchaser Plaintiffs' First Set of Requests for the Production of*

*Documents to Defendants (Nos. 1-71)* were caused to be served on November 23, 2005 upon the

following in the manner indicated:

## BY HAND DELIVERY

Jeffrey S. Goddess, Esquire
ROSENTHAL, MONHAIT, GROSS & GODDESS, PA
P.O. Box 1070
Wilmington, DE  19899

A. Zachary Naylor, Esquire
CHIMICLES & TIKELLIS LLP
One Rodney Square, P.O. Box 1035
Wilmington, DE  19899

Michael I. Silverman, Esquire
SILVERMAN & MCDONALD
1010 North Bancroft Parkway
Suite 22
Wilmington, DE 19805

Patrick Francis Morris, Esquire
MORRIS & MORRIS
1105 North Market Street
Suite 803
Wilmington, DE  19801

Lynn A. Iannone, Esquire
SILVERMAN & MCDONALD
1010 North Bancroft Parkway
Suite 22
Wilmington, DE  19805

Jonathan L. Parshall, Esquire
MURPHY, SPADARO & LANDON
1011 Centre Road, Suite 210
Wilmington, DE  19805

Elizabeth M. McGeever, Esquire
PRICKETT JONES & ELLIOTT, P.A.
1310 King Street
P.O. Box 1328
Wilmington, DE  19899

Frederick L. Cottrell, III, Esquire
RICHARDS, LAYTON & FINGER
One Rodney Square; P.O. Box 551
Wilmington, DE  19899

Josy W. Ingersoll , Esquire
YOUNG CONAWAY STARGATT & TAYLOR
1000 West Street, 17th Floor
Wilmington, DE  19801

Mary B. Matterer, Esquire
MORRIS JAMES HITCHENS & WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE  19801

## BY ELECTRONIC MAIL

| | |
|---|---|
| REPRESENTING DIRECT PARTY PLAINTIFFS (C.A. 05-340): | Jeffrey S. Goddess jgoddess@rmgglaw.com |
| | Bruce E. Gerstein bgerstein@garwingerstein.com |
| REPRESENTING WALGREEN, ECKERD, KROGER, MAXI, CVS, RITE AID (C.A. 05-340): | Elizabeth M. McGeever emmcgeever@prickett.com |
| | Scott E. Perwin sperwin@kennynachwalter.com |
| | Joseph T. Lukens jlukens@hangley.com |
| REPRESENTING PACIFICARE (C.A. 05-340): | Jonathan L. Parshall jonp@msllaw.com |
| | William Christopher Carmody bcarmody@susmangodfrey.com |
| REPRESENTING INDIRECT PARTY PLAINTIFFS (C.A. 05-360): | Pamela S. Tikellis Thomas M. Sobol Patrick E. Cafferty Jeffrey L. Kodroff Bernard J. Persky |
| | tricor@chimicles.com |
| REPRESENTING TEVA PHARMACEUTICALS (C.A. 02-1512): | Josy W. Ingersoll Bruce M. Gagala Christopher T. Holding |
| | tricor@ycst.com |
| REPRESENTING IMPAX LABORATORIES (C.A. 03-120): | Mary Matterer mmatterer@morrisjames.com |
| | John C. Vetter jvetter@kenyon.com |
| | Asim Bhansali abhansali@kvn.com |
| REPRESENTING FOURNIER (ALL CASES): | Anne Shea Gaza Matthew P. Hendrickson |
| | tricor@rlf.com |

MORRIS, NICHOLS, ARSHT & TUNNELL

*/s/ James W. Parrett, Jr. (#4292)*
_____
Mary B. Graham (#2256)
James W. Parrett, Jr. (#4292)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200

*Attorneys for Defendant Abbott Laboratories*

OF COUNSEL:

William F. Cavanaugh, Jr.
Eugene M. Gelernter
Chad J. Peterman
Alexis Gander
PATTERSON, BELKNAP, WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY 10036-6710
(212) 336-2000

485661

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on November 23, 2005, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to the following:

Jeffrey S. Goddess, Esquire
ROSENTHAL, MONHAIT, GROSS & GODDESS, PA
P.O. Box 1070
Wilmington, DE  19899

A. Zachary Naylor, Esquire
CHIMICLES & TIKELLIS LLP
One Rodney Square, P.O. Box 1035
Wilmington, DE  19899

Michael I. Silverman, Esquire
SILVERMAN & MCDONALD
1010 North Bancroft Parkway
Suite 22
Wilmington, DE  19805

Patrick Francis Morris, Esquire
MORRIS & MORRIS
1105 North Market Street
Suite 803
Wilmington, DE  19801

Lynn A. Iannone, Esquire
SILVERMAN & MCDONALD
1010 North Bancroft Parkway
Suite 22
Wilmington, DE  19805

Jonathan L. Parshall, Esquire
MURPHY, SPADARO & LANDON
1011 Centre Road, Suite 210
Wilmington, DE  19805

Elizabeth M. McGeever, Esquire
PRICKETT JONES & ELLIOTT, P.A.
1310 King Street
P.O. Box 1328
Wilmington, DE  19899

Frederick L. Cottrell, III, Esquire
RICHARDS, LAYTON & FINGER
One Rodney Square; P.O. Box 551
Wilmington, DE  19899

Josy W. Ingersoll, Esquire
YOUNG CONAWAY STARGATT & TAYLOR
1000 West Street, 17th Floor
Wilmington, DE  19801

Mary B. Matterer, Esquire
MORRIS JAMES HITCHENS & WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE  19801

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on November 23, 2005 upon the following individuals in the manner indicated:

**BY ELECTRONIC MAIL**

| | |
|---|---|
| REPRESENTING DIRECT PARTY PLAINTIFFS<br>(C.A. 05-340): | Jeffrey S. Goddess<br>jgoddess@rmgglaw.com |
| | Bruce E. Gerstein<br>bgerstein@garwingerstein.com |
| REPRESENTING WALGREEN, ECKERD, KROGER, MAXI,<br>CVS, RITE AID<br>(C.A. 05-340): | Elizabeth M. McGeever<br>emmcgeever@prickett.com |
| | Scott E. Perwin<br>sperwin@kennynachwalter.com |
| | Joseph T. Lukens<br>jlukens@hangley.com |
| REPRESENTING PACIFICARE<br>(C.A. 05-340): | Jonathan L. Parshall<br>jonp@msllaw.com |
| | William Christopher Carmody<br>bcarmody@susmangodfrey.com |
| REPRESENTING INDIRECT PARTY PLAINTIFFS<br>(C.A. 05-360): | Pamela S. Tikellis<br>Thomas M. Sobol<br>Patrick E. Cafferty<br>Jeffrey L. Kodroff<br>Bernard J. Persky<br><br>tricor@chimicles.com |
| REPRESENTING TEVA PHARMACEUTICALS<br>(C.A. 02-1512): | Josy W. Ingersoll<br>Bruce M. Gagala<br>Christopher T. Holding<br><br>tricor@ycst.com |
| REPRESENTING IMPAX LABORATORIES<br>(C.A. 03-120): | Mary Matterer<br>mmatterer@morrisjames.com |
| | John C. Vetter<br>jvetter@kenyon.com |
| | Asim Bhansali<br>abhansali@kvn.com |
| REPRESENTING FOURNIER<br>(ALL CASES): | Anne Shea Gaza<br>Matthew P. Hendrickson<br><br>tricor@rlf.com |

*/s/ James W. Parrett, Jr. (#4292)*
James W. Parrett, Jr. (#4292)
jparrett@mnat.com