IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: TRICOR INDIRECT PURCHASER ANTITRUST LITIGATION ) ) _____ ) ) THIS DOCUMENT RELATES TO: ) PACIFICARE HEALTH SYSTEMS, INC. ) C.A. No. 05-591 (KAJ) ) | C.A. No. 05-360 (KAJ) (Consolidated) Hon. Kent Jordan, U.S.D.J. |

**PACIFICARE HEALTH SYSTEMS, INC.'S UNOPPOSED MOTION TO FILE ITS ANSWERING BRIEF IN RESPONSE TO DEFENDANTS' MOTION TO DISMISS UNDER SEAL**

Plaintiff PacifiCare Health Systems, Inc. ("PacifiCare") hereby moves to have its Answering Brief in Response to Defendants' Motion to Dismiss filed under seal. In support of this motion, PacifiCare states as follows:

1. Defendants have moved to dismiss PacifiCare's Amended Complaint. This Honorable Court previously granted PacifiCare's motion to file its Amended Complaint under seal because the Amended Complaint contains information designated by Defendants as highly confidential and produced to PacifiCare pursuant to Local Rule 26.2.

2. PacifiCare's answering brief necessarily discusses the allegations in its Amended Complaint, some of which involve allegations related to the highly confidential information produced to it by Defendants. To prevent public disclosure of what Defendants consider to be highly confidential information, PacifiCare respectfully requests that its Answering Brief in response to defendants' motion to dismiss be filed under seal.

3. Counsel for PacifiCare has conferred with counsel for Defendants and Defendants to not oppose the motion.

Respectfully submitted,

MURPHY SPADARO & LANDON

/s/ Jonathan L. Parshall
Jonathan L. Parshall, Bar I.D. No. 3247
1011 Centre Road, Suite 210
Wilmington, Delaware 19805
Telephone: 302-472-8100
Facsimile: 302-472-8135
e-mail: jonp@msllaw.com

William Christopher Carmody
John W. Turner
Shawn J. Rabin
Justin Nelson
SUSMAN GODFREY L.L.P.
901 Main Street, Suite 4100
Dallas, Texas 75202
Telephone: 214-754-1900
Facsimile: 214-754-1933

Mark D. Fischer
Mark S. Sandmann
Jeffrey C. Swann
RAWLINGS & ASSOCIATES
325 West Main, Suite 1700
Louisville, Kentucky 40202
Telephone: 502-587-1279
Facsimile: 502-584-8580

Kendall Zylstra
Lyle Stamps
SCHIFFRIN & BARROWAY, L.L.P.
280 King of Prussia Road
Radnor, PA 19087
Telephone: 610-822-0276
Facsimile: 610-667-7056

ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

This is to certify that on this the 30th day of November, 2005, a true and correct copy of the above and foregoing PacifiCare Health Systems, Inc.'s Motion to File its Answering Brief in Response to Defendants' Motion to Dismiss Under Seal was electronically filed with the Clerk of Court using CM/ECF which will send notification of the filing to all counsel of record.

/s/ Jonathan L. Parshall
Jonathan L. Parshall (#3247)
MURPHY SPADARO & LANDON
1011 Centre Road, Suite 210
Wilmington, Delaware 19805
Telephone: 302-472-8100
Facsimile: 302-472-8135
e-mail: jonp@msllaw.com