IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: TRICOR INDIRECT PURCHASER ANTITRUST LITIGATION | ) ) ) ) | C.A. No. 05-360 (KAJ) (Consolidated) |
| THIS DOCUMENT RELATES TO: PACIFICARE HEALTH SYSTEMS, INC. C.A. No. 05-591 (KAJ) | ) ) ) ) | Hon. Kent Jordan, U.S.D.J. |

**ORDER GRANTING LEAVE FOR FILING UNDER SEAL**

The Court having considered PacifiCare Health Systems, Inc.'s Motion to File Its Answering Brief in Response to Defendants' Motion to Dismiss the Amended Complaint Under Seal, IT IS ORDERED this __ day of _____, 2005, that the motion shall be and hereby is GRANTED. PacifiCare shall file a public version of the Answering Brief within 5 business days of the filing of its Answering Brief as directed by the Court's Administrative Procedures Governing Filing and Service by Electronic Means.

_____
The Honorable Kent A. Jordan, U.S.D.J.