IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: TRICOR INDIRECT PURCHASER ANTITRUST LITIGATION ) ) ) | C.A. No. 05-360 (KAJ) (Consolidated) |
| THIS DOCUMENT RELATES TO: PACIFICARE HEALTH SYSTEMS, INC. C.A. No. 05-591 (KAJ) ) ) ) ) ) | Hon. Kent Jordan, U.S.D.J. |

### ORDER GRANTING LEAVE FOR FILING UNDER SEAL

The Court having considered PacifiCare Health Systems, Inc.'s Motion to File Its Answering Brief in Response to Defendants' Motion to Dismiss the Amended Complaint Under Seal, IT IS ORDERED this 30th day of Nov., 2005, that the motion shall be and hereby is GRANTED. PacifiCare shall file a public version of the Answering Brief within 5 business days of the filing of its Answering Brief as directed by the Court's Administrative Procedures Governing Filing and Service by Electronic Means.

*[signature]*
The Honorable Kent A. Jordan, U.S.D.J.