IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE TRICOR INDIRECT PURCHASER ANTITRUST LITIGATION | ) ) ) ) | Civil Action No. 05-00360 (KAJ) (consolidated) |
| THIS DOCUMENT RELATES TO: | ) ) ) | |
| PAINTERS' DISTRICT COUNCIL NO. 30 HEALTH AND WELFARE FUND and RICHARD G. WILDE, C.A. No. 05-360(KAJ) | ) ) ) ) ) | |
| VISTA HEALTH PLAN, INC. and ROSS LOVE, C.A. No. 05-365 (KAJ) | ) ) ) | |
| PENNSYLVANIA EMPLOYEES BENEFIT TRUST FUND, C.A. No. 05-390 (KAJ) | ) ) ) | |
| ALLIED SERVICES DIVISION WELFARE FUND and HECTOR VALDES, C.A. No. 05-394 (KAJ) | ) ) ) ) | |
| DIANA KIM, C.A. No. 05-426 (KAJ) | ) ) | |
| ELAINE M. PULLMAN, NEIL PERLMUTTER, HELENA PERLMUTTER and LULA RAMSEY, C.A. No. 05-450 (KAJ) | ) ) ) ) | |
| PHILADELPHIA FEDERATION OF TEACHERS HEALTH AND WELFARE FUND, C.A. No. 05-467 (KAJ) | ) ) ) ) | |
| CINDY CRONIN, C.A. No. 05-482 (KAJ) | ) ) | |
| CHARLES SHAIN and SANDRA KRONE, C.A. No. 05-475 (KAJ) | ) ) ) | |
| LOCAL 28 SHEET METAL WORKERS, C.A. No. 05-516 (KAJ) | ) ) ) | |
| ALBERTO LITTER, C.A. No. 05-695 (KAJ) | ) ) | |

**UNOPPOSED MOTION TO FILE INDIRECT PURCHASER
PLAINTIFFS' BRIEF IN OPPOSITION TO DEFENDANTS' CONSOLIDATED
MOTION TO DISMISS PLAINTIFFS' COMPLAINTS UNDER SEAL**

The Indirect Purchaser Plaintiffs' hereby move for an Order permitting them to file Indirect Purchaser Plaintiffs' Brief in Opposition to Defendants' Consolidated Motion to Dismiss Plaintiffs' Complaints under seal. This motion is necessary because Indirect Purchaser Plaintiffs' Brief in Opposition to Defendants' Consolidated Motion to Dismiss Plaintiffs' Complaints contains information obtained from documents designated by defendants as highly confidential and produced to plaintiffs pursuant to Local Rule 26.2.

WHEREFORE, plaintiffs respectfully request entry of the attached Order permitting them to file Indirect Purchaser Plaintiffs' Brief in Opposition to Defendants' Consolidated Motion to Dismiss Plaintiffs' Complaints under seal. Counsel for the Indirect Purchaser Plaintiffs have conferred with Defendants and Defendants do not oppose this motion.

Dated: December 1, 2005

**CHIMICLES & TIKELLIS LLP**

*/s/ Robert Davis*

Pamela S. Tikellis (#2172)
Robert J. Kriner, Jr. (#2546)
A. Zachary Naylor (#4439)
Robert R. Davis (#4536)
P.O. Box 1035
One Rodney Square
Wilmington, DE 19899
Tel: 302-656-2500
Fax: 302-656-9053
*Liaison Counsel for Indirect Purchaser Plaintiffs*

## **CERTIFICATE OF SERVICE**

I, Robert R. Davis, do hereby certify that on this 1st day of December, 2005, I electronically filed the foregoing Motion and Proposed Order Permitting Indirect Purchaser Plaintiffs' Brief in Opposition to Defendants' Consolidated Motion to Dismiss Plaintiffs' Complaints to be Filed Under Seal using CM/ECF, which will send notification of such filing to all registered participants.

I hereby certify that on December 1, 2005, I sent by electronic mail the foregoing document to the following:

| | |
|---|---|
| Jeffrey S. Goddess | jgoddess@rmgglaw.com |
| Bruce E. Gerstein | bgerstein@garwingerstein.com |
| Barry S. Taus | btaus@garwingerstein.com |
| Adam M. Steinfeld | asteinfeld@garwingerstein.com |
| Elizabeth M. McGeever | emmcgeever@prickett.com |
| Scott E. Perwin | sperwin@kennynachwalter.com |
| Joseph T. Lukens | jlukens@hangley.com |
| Thomas M. Sobol | tricor@chimicles.com |
| Patrick E. Cafferty | tricor@chimicles.com |
| Jeffrey L. Kodroff | tricor@chimicles.com |
| Bernard J. Persky | tricor@chimicles.com |
| Mike Gottsch | tricor@chimicles.com |
| Zach Naylor | tricor@chimicles.com |
| Robert Davis | tricor@chimicles.com |
| Brian Clobes | tricor@chimicles.com |
| Michael Tarringer | tricor@chimicles.com |

| | |
|---|---|
| Tim Fraser | tricor@chimicles.com |
| David Nalven | tricor@chimicles.com |
| Greg Matthews | tricor@chimicles.com |
| Christopher McDonald | tricor@chimicles.com |
| Kellie Safar | tricor@chimicles.com |
| Ted Lieverman | tricor@chimicles.com |
| Pat Howard | tricor@chimicles.com |
| Jonathan L. Parshall | jonp@msllaw.com |
| William C. Carmody | bcarmody@susmangodfrey.com |
| John Turner | jturner@susmangodfrey.com |
| Shawn Rabin: | srabin@susmangodfrey.com |
| Justin Nelson | jnelson@susmangodfrey.com |
| Cindy Tijerina | ctijerina@susmangodfrey.com |
| Ken Zylstra | kzylstra@sbclasslaw.com |
| Lyle Stamps | lstamps@sbclasslaw.com |
| Mark Sandman | mms@rawlingsandassociates.com |
| Jeffrey Swann | js5@rawlingsandassociates.com |
| Josy Ingersoll | tricor@ycst.com |
| Karen E. Keller | tricor@ycst.com |
| Bruce M. Gagala | tricor@ycst.com |
| Christopher T. Holding | tricor@ycst.com |
| Ken Cohen | tricor@ycst.com |
| Elaine Blais | tricor@ycst.com |
| Mary Matterer | mmatterer@morrisjames.com |

| | |
|---|---|
| John C. Vetter | jvetter@kenyon.com |
| Asim Bhansali | abhansali@kvn.com |
| Mary B. Graham | tricor@mnat.com |
| William F. Cavanaugh | tricor@mnat.com |
| Chad J. Peterman | tricor@mnat.com |
| Frederick L. Cottrell, III | tricor@rlf.com |
| Anne Shea Gaza | tricor@rlf.com |
| Steven C. Sunshine | tricor@rlf.com |
| Matthew P. Hendrickson | tricor@rlf.com |
| Bradley J. Demuth | tricor@rlf.com |
| Maggie DiMoscator | tricor@rlf.com |
| Timothy C. Bickham | tricor@rlf.com |

_____
Robert R. Davis (#4536)