IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| IN RE TRICOR INDIRECT PURCHASER ANTITRUST LITIGATION | ) ) ) ) | Civil Action No. 05-00360 (KAJ) (consolidated) |
| THIS DOCUMENT RELATES TO: | ) ) ) | |
| PAINTERS' DISTRICT COUNCIL NO. 30 HEALTH AND WELFARE FUND and RICHARD G. WILDE, C.A. No. 05-360(KAJ) | ) ) ) ) | |
| VISTA HEALTH PLAN, INC. and ROSS LOVE, C.A. No. 05-365 (KAJ) | ) ) ) | |
| PENNSYLVANIA EMPLOYEES BENEFIT TRUST FUND, C.A. No. 05-390 (KAJ) | ) ) ) | |
| ALLIED SERVICES DIVISION WELFARE FUND and HECTOR VALDES, C.A. No. 05-394 (KAJ) | ) ) ) | |
| DIANA KIM, C.A. No. 05-426 (KAJ) | ) ) | |
| ELAINE M. PULLMAN, NEIL PERLMUTTER, HELENA PERLMUTTER and LULA RAMSEY, C.A. No. 05-450 (KAJ) | ) ) ) ) | |
| PHILADELPHIA FEDERATION OF TEACHERS HEALTH AND WELFARE FUND, C.A. No. 05-467 (KAJ) | ) ) ) ) | |
| CINDY CRONIN, C.A. No. 05-482 (KAJ) | ) ) | |
| CHARLES SHAIN and SANDRA KRONE, C.A. No. 05-475 (KAJ) | ) ) ) | |
| LOCAL 28 SHEET METAL WORKERS, C.A. No. 05-516 (KAJ) | ) ) ) | |
| ALBERTO LITTER, C.A. No. 05-695 (KAJ) | ) ) | |

**ORDER PERMITTING INDIRECT PURCHASER
PLAINTIFFS' BRIEF IN OPPOSITION TO DEFENDANTS' CONSOLIDATED
MOTION TO DISMISS PLAINTIFFS' COMPLAINTS TO BE FILED UNDER SEAL**

Upon Indirect Purchaser Plaintiffs' Unopposed Motion to File Indirect Purchaser Plaintiffs' Brief in Opposition to Defendants' Consolidated Motion to Dismiss Plaintiffs' Complaints Under Seal and for good cause shown, IT IS HEREBY ORDERED that plaintiffs' motion is GRANTED. Indirect Purchaser Plaintiffs shall file a public version of the Answering Brief within 5 business days of the filing of its Answering Brief as directed by the Court's Administrative Procedures Governing Filing and Service by Electronic Means.

Date: __Dec. 1, 2005__          _____
                                United States District Judge