IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE TRICOR INDIRECT PURCHASER ANTITRUST LITIGATION | ) ) ) ) | C.A. No. 05-360 (KAJ) (Consolidated) |
| THIS DOCUMENT RELATES TO: PACIFICARE HEALTH SYSTEMS, INC. C.A. No. 05-591 (KAJ) | ) ) ) ) | **JURY TRIAL DEMANDED** |

**PLAINTIFF PACIFICARE'S RESPONSE TO
DEFENDANTS' CONSOLIDATED MOTION TO DISMISS**

# SEALED DOCUMENT

2

**CERTIFICATE OF SERVICE**

I, Jonathan L. Parshall, do hereby certify that on December 2, 2005, I electronically filed Plaintiff PacifiCare's Response to Defendants' Consolidated Motion to Dismiss (Sealed Document) with the Clerk of the Court using CM/ECF which will send notification of the filing to all counsel of record.

> /s/ Jonathan L. Parshall
> Jonathan L. Parshall (#3247)
> MURPHY SPADARO & LANDON
> 1011 Centre Road, Suite 210
> Wilmington, Delaware 19805
> Telephone: 302-472-8100
> Facsimile: 302-472-8135
> e-mail: jonp@msllaw.com