## **CERTIFICATE OF SERVICE**

I, Robert R. Davis, do hereby certify that on this 2nd day of December, 2005, I electronically filed the foregoing Indirect Purchaser Plaintiffs' Brief in Opposition to Defendants' Consolidated Motion to Dismiss Plaintiffs' Complaints (Sealed Document) using CM/ECF, which will send notification of such filing to all registered participants.

I hereby certify that on December 2, 2005, I sent by electronic mail the foregoing document to the following:

| | |
|---|---|
| Jeffrey S. Goddess | jgoddess@rmgglaw.com |
| Bruce E. Gerstein | bgerstein@garwingerstein.com |
| Barry S. Taus | btaus@garwingerstein.com |
| Adam M. Steinfeld | asteinfeld@garwingerstein.com |
| Elizabeth M. McGeever | emmcgeever@prickett.com |
| Scott E. Perwin | sperwin@kennynachwalter.com |
| Joseph T. Lukens | jlukens@hangley.com |
| Thomas M. Sobol | tricor@chimicles.com |
| Patrick E. Cafferty | tricor@chimicles.com |
| Jeffrey L. Kodroff | tricor@chimicles.com |
| Bernard J. Persky | tricor@chimicles.com |
| Mike Gottsch | tricor@chimicles.com |
| Zach Naylor | tricor@chimicles.com |
| Robert Davis | tricor@chimicles.com |
| Brian Clobes | tricor@chimicles.com |
| Michael Tarringer | tricor@chimicles.com |
| Tim Fraser | tricor@chimicles.com |

| | |
|---|---|
| David Nalven | tricor@chimicles.com |
| Greg Matthews | tricor@chimicles.com |
| Christopher McDonald | tricor@chimicles.com |
| Kellie Safar | tricor@chimicles.com |
| Ted Lieverman | tricor@chimicles.com |
| Pat Howard | tricor@chimicles.com |
| Jonathan L. Parshall | jonp@msllaw.com |
| William C. Carmody | bcarmody@susmangodfrey.com |
| John Turner | jturner@susmangodfrey.com |
| Shawn Rabin: | srabin@susmangodfrey.com |
| Justin Nelson | jnelson@susmangodfrey.com |
| Cindy Tijerina | ctijerina@susmangodfrey.com |
| Ken Zylstra | kzylstra@sbclasslaw.com |
| Lyle Stamps | lstamps@sbclasslaw.com |
| Mark Sandman | mms@rawlingsandassociates.com |
| Jeffrey Swann | js5@rawlingsandassociates.com |
| Josy Ingersoll | tricor@ycst.com |
| Karen E. Keller | tricor@ycst.com |
| Bruce M. Gagala | tricor@ycst.com |
| Christopher T. Holding | tricor@ycst.com |
| Ken Cohen | tricor@ycst.com |
| Elaine Blais | tricor@ycst.com |
| Mary Matterer | mmatterer@morrisjames.com |
| John C. Vetter | jvetter@kenyon.com |
| Asim Bhansali | abhansali@kvn.com |

| | |
|---|---|
| Mary B. Graham | tricor@mnat.com |
| William F. Cavanaugh | tricor@mnat.com |
| Chad J. Peterman | tricor@mnat.com |
| Frederick L. Cottrell, III | tricor@rlf.com |
| Anne Shea Gaza | tricor@rlf.com |
| Steven C. Sunshine | tricor@rlf.com |
| Matthew P. Hendrickson | tricor@rlf.com |
| Bradley J. Demuth | tricor@rlf.com |
| Maggie DiMoscator | tricor@rlf.com |
| Timothy C. Bickham | tricor@rlf.com |
| Ken Zylstra | kzylstra@sbclasslaw.com |
| Daniel Berger | danberger@bm.net |
| Eric L. Cramer | ecramer@bm.net |
| Peter Kohn | pkohn@bm.net |
| Linda P. Nussbaum | lnussbaum@cmht.com |
| Steig D. Olson | solson@cmht.com |
| William F. Cavanaugh | wfcavanaugh@pbwt.com |
| Chad J. Peterman | cjpeterman@pbwt.com |

_____
Robert R. Davis (#4536)