IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: TRICOR INDIRECT PURCHASER ANTITRUST LITIGATION </br></br>THIS DOCUMENT RELATES TO: ALL ACTIONS | ) ) ) ) ) ) ) Civil Action No. 05-360-KAJ |

## NOTICE OF SERVICE

The undersigned counsel certifies that Theodore M. Lieverman of Spector Roseman & Kodroff, P.C. caused to be served, by U.S. Mail on December 5, 2005, copies of: (1) Plaintiff Vista Health Plan, Inc.'s Responses and Objections to Defendants' First Request for Production of Documents, (2) Plaintiff Hector Valdes' Responses and Objections to Defendants' First Request for Production of Documents, (3) Plaintiff Alberto Litter's Responses and Objections to Defendants' First Request for Production of Documents, (4) Plaintiff Neil Perlmutter's Responses and Objections to Defendants' First Request for Production of Documents, (5) Plaintiff Helena Perlmutter's Responses and Objections to Defendants' First Request for Production of Documents upon the following counsel

Frederick L. Cottrell, III, Esq.
Anne Shea Gaza, Esq.
Richards, Layton & Finger
One Rodney Square
Wilmington, DE 19801

William F. Cavanaugh, Jr, Esq.
Chad J. Petterman, Esq.
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036

Mary B. Graham, Esq.
Morris Nichols Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19801

Charles D. Ossola, Esq.
Cathy Hoffman, Esq.
Arnold & Porter LLP
555 Twelfth Street, NW
Washington, DC 2004-1206

| | |
|---|---|
| William Christopher Carmody<br>John W. Turner<br>Shawn J. Rabin<br>Susman Godfrey LLP<br>901 Main Street, Suite 5100<br>Dallas, TX 75202-3775<br><br>Kenneth A. Cohen<br>Elaine Herrman Blais<br>Christopher T. Holding<br>Goodwin Procter LLP<br>Exchange Place<br>Boston, MA 02109-2881<br><br>Mark A. Lemley<br>Asim Bhansali<br>Paula Blizzard<br>Keker & Van Nest LLP<br>710 Sansome Street<br>San Francisco, CA 94111 | Steven Sunshine, Esq.<br>Cadwalader Wickersham & Taft LLP<br>1201 F. Street, N.W., Suite 110<br>Washington, DC 2004<br><br>Bruce M. Gagala<br>M. Daniel Hefner<br>Leydig Voit & Mayer, LTD<br>Two Prudential Plaza<br>Suite 4900<br>180 N. Stetson Avenue<br>Chicago, IL 60601-6780<br><br>Philip J. McCabe<br>Kenyon & Kenyon<br>333 West San Carlos Street<br>Suite 600<br>San Jose, CA 95110 |

Dated: December 8, 2005

                                          CHIMICLES & TIKELLIS LLP

                                          Pamela S. Tikellis (No. 2172)
Robert J. Kriner, Jr. (No. 2546)
A. Zachary Naylor (No. 4439)
Robert R. Davis (No. 4536)
One Rodney Square
P.O. Box 1035
Wilmington, DE 19899
(302) 656-2500

Attorneys for Indirect Purchaser Plaintiffs