IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ABBOTT LABORATORIES, an Illinois corporation, FOURNIER INDUSTRIE ET SANTÉ, a French corporation, and LABORATOIRES FOURNIER S.A., a French corporation,<br><br>Plaintiffs,<br><br>v.<br><br>TEVA PHARMACEUTICALS USA, Inc., a Delaware corporation,<br><br>Defendant. | Civil Action No. 02-1512 (KAJ)<br>(consolidated) |
| TEVA PHARMACEUTICALS USA, Inc., a Delaware corporation, and TEVA PHARMACEUTICAL INDUSTRIES LTD., an Israeli corporation,<br><br>Counterclaim Plaintiffs,<br><br>v.<br><br>ABBOTT LABORATORIES, an Illinois corporation, FOURNIER INDUSTRIE ET SANTÉ, a French corporation, and LABORATOIRES FOURNIER, S.A., a French corporation,<br><br>Counterclaim Defendants. | |
| ABBOTT LABORATORIES, an Illinois corporation, FOURNIER INDUSTRIE ET SANTÉ, a French corporation, and LABORATOIRES FOURNIER S.A., a French corporation,<br><br>Plaintiffs,<br><br>v.<br><br>IMPAX LABORATORIES, INC, a Delaware corporation,<br><br>Defendant. | Civil Action No.: 03-120-KAJ<br>(Consolidated) |

| | |
|---|---|
| IMPAX LABORATORIES, INC, a Delaware corporation,<br><br>       Counterclaim Plaintiffs,<br><br>v.<br><br>ABBOTT LABORATORIES, an Illinois corporation, FOURNIER INDUSTRIE ET SANTÉ, a French corporation, and LABORATOIRES FOURNIER, S.A., a French corporation,<br><br>       Counterclaim Defendants. | |
| IN RE TRICOR DIRECT PURCHASER ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Civil Action No. 05-340 (KAJ)<br><br>(consolidated) |
| IN RE TRICOR INDIRECT PURCHASER ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Civil Action No. 05-360 (KAJ)<br><br>(consolidated) |

## STIPULATION AND ORDER

The parties, through their respective attorneys and subject to order of the Court, agree that Abbott Laboratories ("Abbott"), Fournier Industrie Et Santé, and Laboratoires Fournier, S.A. (collectively "Fournier") may submit a consolidated reply brief in support of their consolidated motion to dismiss under Fed. R. Civ. P. 12(b)(6) not to exceed 40 pages on or before December 22, 2005.

RLF1-2960397-1

| | |
|---|---|
| /s/ Karen E. Keller<br>Josy W. Ingersoll (#1088)<br>Karen E. Keller (#4489)<br>Young Conaway Stargatt & Taylor, LLP<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, Delaware 19899-0391<br>(302) 571-6600<br>jingersoll@ycst.com<br>kkeller@ycst.com<br>Attorneys for Teva Pharmaceuticals USA, Inc.<br>and Teva Pharmaceutical Industries Ltd. | /s/ Mary B. Matterer<br>Mary B. Matterer (#2696)<br>Morris James Hitchens & Williams<br>222 Delaware Avenue, 10th Floor<br>Wilmington, DE 19899-2306<br>(302) 888-6800<br>mmatterer@morrisjames.com<br>Attorneys for Impax Laboratories Inc. |
| /s/ Jeffrey S. Goddess<br>Jeffrey S. Goddess (#630)<br>Rosenthal, Monhait, Gross & Goddess, P.A.<br>919 Market Street, Suite 1401<br>P.O. Box 1070<br>Wilmington, DE 19899-1070<br>(302) 656-4433<br>jgoddess@rmgglaw.com<br>Liaison Counsel for Direct Purchasers | /s/ Elizabeth M. McGeever<br>Elizabeth M. McGeever (#2057)<br>Prickett Jones & Elliott, P.A.<br>1310 King Street<br>Wilmington, DE 19801<br>(302) 888-6500<br>emmcgeever@prickett.com<br>Attorneys for Walgreen Co., Eckerd Corp.,<br>Kroger Co., Meijer Drug Inc., CVS Pharmacy<br>Inc., Rite Aid Corp. and Rite Aid Headquarter<br>Corp. |
| /s/ Jonathan L. Parshall<br>Jonathan L. Parshall (#3247)<br>Murphy Spadaro & Landon<br>1011 Centre Road, Suite 210<br>Wilmington, DE 19805<br>(302) 472-8105<br>jonp@msllaw.com<br>Attorneys for Pacificare | /s/ A. Zachary Naylor<br>Pamela S. Tikellis (#2172)<br>A. Zachary Naylor (#4439)<br>Chimicles & Tikellis LLP<br>One Rodney Square<br>P.O. Box 1035<br>Wilmington, DE 19899<br>302-656-2500<br>pamelatikellis@chimicles.com<br>zacharynaylor@chimicles.com<br>Liaison Counsel for Indirect Purchasers |

|  |  |
|---|---|
| /s/ James W. Parrett, Jr. | *Anne Shea Gaza* (signature) |
| Mary B. Graham (#2256) | Frederick L. Cottrell, III (#2555) |
| James W. Parrett, Jr. (#4292) | Anne Shea Gaza (#4093) |
| Morris, Nichols, Arsht & Tunnell | Richards, Layton & Finger, P.A. |
| 1201 N. Market Street | P.O. Box 551 |
| Wilmington, DE 19899 | One Rodney Square |
| (302) 658-9200 | Wilmington, DE 19899 |
| mbgefiling@mnat.com | (302) 651-7700 |
| Attorneys for Abbott Laboratories | Cottrell@rlf.com |
|  | Gaza@rlf.com |
|  | Attorneys for Fournier Industrie Et Santé and Laboratoires Fournier, S.A. |

SO ORDERED this _____ day of December, 2005.

_____
U.S.D.J.