RICHARDS, LAYTON & FINGER
A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX (302) 651-7701
WWW.RLF.COM

FREDERICK L. COTTRELL. III
DIRECTOR

DIRECT DIAL NUMBER
302-651-7509
COTTRELL@RLF.COM

December 23, 2005

**VIA E-FILING &**
**HAND DELIVERY**

The Honorable Kent A. Jordan
United States District Court
  for the District of Delaware
844 King Street
Wilmington, DE 19801

> Re:   *Abbott Laboratories, et al. v. Teva Pharmaceuticals USA, Inc.,*
>       C.A. No. 02-1512 KAJ (consolidated)
>       *Abbott Laboratories, et al. v Impax Laboratories, Inc.,*
>       C.A. No. 03-120-KAJ (consolidated)
>       *In re Tricor Direct Purchaser Antitrust Litigation,*
>       C.A. No. 05-340-KAJ (consolidated)
>       *In re Tricor Indirect Purchaser Antitrust Litigation,*
>       C.A. No. 05-360-KAJ (consolidated)

Dear Judge Jordan:

Fournier and Abbott have today filed their *Reply Brief in Support of their Consolidated Motion to Dismiss Defendants' Complaints* (D.I. 408, 317, 69 & 78). Pursuant to Local Rule 7.1.4, Fournier and Abbott respectfully request oral argument on the motion.

Should Your Honor have any questions, counsel is available at the Court's convenience.

Respectfully,

Frederick L. Cottrell, III

FLC,III/afg

RLF1-2955986-1

The Honorable Kent A. Jordan
February 25, 2005
Page 2


cc:   Clerk of Court (electronic filing and hand delivery)
      All Counsel