## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: TRICOR INDIRECT PURCHASER ANTITRUST LITIGATION | ) )  Civil Action No. 05-360-KAJ ) |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | ) ) ) |

## ORDER

IT IS HEREBY ORDERED that the Motion of counsel for plaintiffs for admission pro hac vice of Kevin Bruce Love of  Hanzman & Criden, P.A., Commercebank Building, 220 Alhambra Circle, Suite 400, Coral Gables, Florida 33134 to represent the plaintiff Vista Healthplan, Inc. in this matter is hereby GRANTED.

_____
United States District Judge

Dated: _____, 2006