IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE TRICOR DIRECT PURCHASER ANTITRUST LITIGATION | ) ) ) | CASE NO. 05-340 (KAJ) (consolidated) |
| THIS DOCUMENT RELATES TO: Louisiana Wholesale Drug. Co., Inc. (05-340) Rochester Drug Co-Operative, Inc. (05-351) Meijer, Inc., et al. (05-358) | ) ) ) ) | |
| IN RE INDIRECT PURCHASER ANTITRUST LITIGATION | ) ) ) ) | CASE NO. 05-360 (KAJ) (consolidated) |
| THIS DOCUMENT RELATES TO: Painters District Council No.30 Health and Welfare Fund and Richard D. Wilde (05-360) Vista Health Plan and Ross Love (05-365) Allied Services Division Welfare Fund and Hector Valdes   (05-394) Pennsylvania Employees Benefit Trust Fund   (05-390) Diana Kim   (05-426) Philadelphia Federation of Teachers Health and Welfare Fund   (05-467) Cindy Cronin  (05-482) Charles M. Shain and Sandra Krone (05-475) Elaine M. Pullman, Neil Perlmutter Helena Perlmutter and Lula Ramsey (05-450) Local 28 Sheet Metal Workers (05-516) | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |

**NOTICE OF DEPOSITION UNDER FED. R. CIV. P. 30(b)(6) OF, AND REQUEST FOR THE PRODUCTION OF DOCUMENTS TO DEFENDANT ABBOTT LABORATORIES**

**TO ALL COUNSEL ON ATTACHED SERVICE LIST:**

PLEASE TAKE NOTICE that, pursuant to the provisions of Rule 30(b)(6) of the Federal Rules of Civil Procedure, Direct Purchaser Class Plaintiffs, Louisiana Wholesale Drug Company, Inc., Rochester Drug Co-Operative, Inc., Meijer, Inc. and Meijer Distribution, Inc., and the Indirect Purchaser Plaintiffs (collectively "Plaintiffs") will take the deposition upon oral examination of Defendant Abbott Laboratories ("Abbott"), commencing on February 21, 2006, beginning at 10:00 a.m., and continuing from day to day thereafter until completed, at the offices of Berger & Montague, P.C., 1622 Locust St., Philadelphia, PA 19103. The deposition will be taken before a notary public or other officer duly authorized to administer oaths and take testimony, and will be recorded by stenographic means and may be audiotaped and/or videotaped.

In accordance with Rule 30(b)(6) of the Federal Rules of Civil Procedure, Abbott is hereby notified of its obligation to designate one or more officer, director, or managing agent, or other person who consents to testify on behalf of Abbott with respect to the matters set forth on the attached Schedule "A", and to produce documents in response to the matters set forth on the attached Schedule "B" by February 16, 2006. The person(s) so designated shall be required to testify as to each of those matters known or reasonably available to Abbott.

Plaintiffs hereby incorporate by reference the Definitions, Instructions, and Relevant Time Period set forth in Coordinated Direct Purchaser Plaintiffs' First Set of Document Requests to Defendants Abbott Laboratories, Fournier Industrie et Sante and Laboratories Fournier S.A.

Dated: February   , 2006

By: /s/ Jeffrey S. Goddess
Jeffrey S. Goddess (Del. Bar No. 630)
ROSENTHAL, MONHAIT, GROSS & GODDESS, P.A.
919 Market Street, Suite 1401
P.O. Box 1070
Wilmington, Delaware 19899-1070
jgoddess@rmgglaw.com
Tel: (302) 656-4433

Liaison Counsel for Direct Purchaser Class

By: /s/ A. Zachary Naylor
A. Zachary Naylor (Del. Bar No. 4439)
Chimicles & Tikellis LLP
One Rodney Square
P. O. Box 1035
Wilmington, DE 19899
zacharynaylor@chimicles.com
(302) 656-2500

Liaison Counsel for Indirect Purchaser Class

## **SCHEDULE A**

**MATTERS ON WHICH EXAMINATION IS REQUESTED:**

1. The pricing of Tricor including, without limitation, any actual, published, potential, or expected prices or other terms for the sale of Tricor to any customer, category of customer, or class of trade, including discounts, rebates, chargebacks, and/or other adjustments to price or quantity and the basis on which same are calculated or determined.

2. Projected or actual effects and/or impact of the entry of generic fenofibrate on: (a) direct or WAC price; (b) contract price to any customer or class of trade; and/or (c) discounts and/or rebates to any customer (whether direct or contract) or class of trade; and (d) drugs prescribed and taken for the same uses as Tricor and/or fenofibrates.

3. Manuals, matrices, policies, guidelines and/or formulas developed to calculate, figure, or otherwise determine price and/or adjustments to the price (or quantity) of Tricor for each customer, class of trade, market segment, and/or subgroup thereof.

4. Contracts for the sale of Tricor that, in whole or in part (a) generate chargebacks, (b) provide for an entity other than Abbott to ship and/or sell Tricor to a contracting party, and/or (c) provide for an entity to purchase directly from Abbott.

5. Process(es), method(s), strategies, and/or procedures that you proposed, considered or used for setting or establishing the prices (whether direct or contract, and including rebates, discounts, and/or chargebacks) for Tricor or any fenofibrate product.

6. Actual and or forecasted effects of the market entry and/or delayed market entry of generic fenofibrate on the unit and dollar sales and market share of (a) Tricor; (b) generic fenofibrate; and (c) drugs prescribed and taken for the same uses as Tricor and/or fenofibrates.

## SCHEDULE B

**DOCUMENTS REQUESTED**

Plaintiffs hereby incorporate by reference the Definitions, Instructions, and Relevant Time Period set forth in Coordinated Direct Purchaser Plaintiffs' First Set of Document Requests to Defendants Abbott Laboratories, Fournier Industrie et Sante and Laboratories Fournier S.A.

1. Plaintiffs hereby request the production of all documents relating or referring to the topics set forth in Schedule "A" that have not already been produced in this litigation.

## CERTIFICATE OF SERVICE

I hereby certify that on February 7, 2006, I electronically filed the foregoing NOTICE OF DEPOSITION UNDER FED.R.CIV.P. 30(b)(6) OF, AND REQUEST FOR THE PRODUCTION OF DOCUMENTS TO, DEFENDANT ABBOTT LABORATORIES using CM/ECF, which will send notification of such filing to all registered participants, as follows:

Josy W. Ingersoll, Esquire
John W. Shaw, Esquire
Karen Keller, Esquire
Young Conaway Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
P. O. Box 391
Wilmington, DE 19899-0391

Mary B. Graham, Esquire
Morris Nichols Arsht & Tunnell
1201 North Market Street
P. O. Box 1347
Wilmington, DE 19899

Frederick L. Cottrell, III, Esquire
Anne Shea Gaza, Esquire
Richards Layton & Finger
One Rodney Square
920 North King Street
Wilmington, DE 19801

Mary B. Matterer, Esquire
Morris James Hitchens & Williams
222 Delaware Avenue
10th Floor
P. O. Box 2306
Wilmington, DE 19899

Pamela S. Tikellis, Esquire
Robert J. Kriner, Jr., Esquire
A. Zachary Naylor, Esquire
Chimicles & Tikellis lLP
One Rodney Square
P. O. Box 1035
Wilmington, DE 19899

Jonathan L. Parshall, Esquire
Murphy Spadaro & Landon
1011 Centre Road
Suite 210
Wilmington, DE 19801

Elizabeth M. McGeever, Esquire
Prickett Jones Elliott, P.A.
1310 King Street
P. O. Box 1328
Wilmington, DE 19899

Michael I. Silverman, Esquire
Lynn A. Iannone, Esquire
Silverman & McDonald
1010 N. Bancroft Parkway #22
Wilmington, DE 19805

Patrick Francis Morris, Esquire
Morris & Morris
1105 North Market Street
Suite 803
Wilmington, DE 19801

I hereby certify that on February 7, 2006 I sent by electronic mail the foregoing document to the following non-registered participants:

| | |
|---|---|
| REPRESENTING DIRECT PURCHASER CLASS (C.A. No. 05-340): | Bruce E. Gerstein **bgerstein@garwingerstein.com** |
| | Barry S. Taus **btaus@garwingerstein.com** |
| | Adam M. Steinfeld **asteinfeld@garwingerstein.com** |
| | Daniel Berger **danberger@bm.net** |
| | Eric L. Cramer **ecramer@bm.net** |
| | Peter Kohn **pkohn@bm.net** |
| | Linda P. Nussbaum **lnussbaum@cmht.com** |
| | Steig D. Olson **solson@cmht.com** |
| REPRESENTING WALGREEN, ECKERD, KROGER, MAXI, CVS, RITE AID (C.A. No. 05-340): | Elizabeth M. McGeever **emmcgeever@prickett.com** |
| | Scott E. Perwin **sperwin@kennynachwalter.com** |
| | Joseph T. Lukens **jlukens@hangley.com** |

| | |
|---|---|
| REPRESENTING PACIFICARE (C.A. No. 05-340): | Jonathan L. Parshall<br>**jonp@msllaw.com**<br><br>William Christopher Carmody<br>**bcarmody@susmangodfrey.com**<br><br>John Turner<br>**jturner@susmangodfrey.com**<br><br>Shawn Rabin<br>**srabin@susmangodfrey.com**<br><br>Justin Nelson<br>**jnelson@susmangodfrey.com**<br><br>Cindy Tijerina<br>**ctijerina@susmangodfrey.com**<br><br>Ken Zylstra<br>**kzylstra@sbclasslaw.com**<br><br>Lyle Stamps<br>**lstamps@sbclasslaw.com**<br><br>Steve Connolly<br>sconnolly@sbclasslaw.com<br><br>Mark Sandman<br>**mms@rawlingsandassociates.com**<br><br>Jeffrey Swann<br>**js5@rawlingsandassociates.com** |
| REPRESENTING IMPAX LABORATORIES (C.A. No. 03-120) | Mary Matterer<br>**mmatterer@morrisjames.com**<br><br>John C. Vetter<br>**jvetter@kenyon.com**<br><br>Asim Bhansali<br>**abhansali@kvn.com** |

| | |
|---|---|
| REPRESENTING INDIRECT PARTY PLAINTIFFS (C.A. No. 05-360): | Pamela S. Tikellis<br>Thomas M. Sobol<br>Patrick E. Cafferty<br>Jeffery L. Kodroff<br>Bernard J. Persky<br>Michael Gottsch<br>A. Zachary Naylor<br>Robert Davis<br>Brian Clobes<br>Michael Tarringer<br>Tim Fraser<br>David Nalven<br>Greg Matthews<br>Christopher McDonald<br>Kellie Safar<br>Ted Lieverman<br>Pat Howard<br>**tricor@chimicles.com**<br><br>Michael I. Silverman<br>mike@silverman-mcdonald.psemail.com<br><br>Lynn A. Iannone<br>lynn@silverman-mcdonald.psemail.com<br><br>Patrick Francis Morris<br>pmorris@morrisandmorrislaw.com |
| REPRESENTING TEVA PHARMACEUTICALS (C.A. No. 02-1512): | Josy W. Ingersoll<br>Bruce M. Gagala<br>Karen E. Keller<br>Christopher T. Holding<br>Ken Cohen<br>Elaine Blais<br>**tricor@ycst.com** |
| REPRESENTING ABBOTT (ALL CASES): | Mary B. Graham<br>**tricor@mnat.com**<br><br>William F. Cavanaugh<br>wfcavanaugh@pbwt.com |

|  | Chad J. Peterman<br>cjpeterman@pbwt.com |
|---|---|
| REPRESENTING FOURNIER (ALL CASES): | Frederick L. Cottrell, III<br>Anne Shea Gaza<br>Steven S. Sunshine<br>Matthew P. Hendrickson<br>Bradley J. Demuth<br>Maggie DiMoscato<br>Timothy C. Bickham<br>**tricor@rlf.com** |

*/s/ Jeffrey S. Goddess*
Jeffrey S. Goddess (Del. Bar No. 630)
Rosenthal, Monhait, Gross
 & Goddess, P.A.
Suite 1401, 919 Market Street
P. O. Box 1070
Wilmington, DE 19899-1070
(302) 656-4433
jgoddess@rmgglaw.com