IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ABBOTT LABORATORIES, an Illinois corporation, FOURNIER INDUSTRIE ET SANTÉ, a French corporation, and LABORATORIES FOURNIER S.A., a French corporation,<br><br>    Plaintiffs,<br><br>  v.<br><br>TEVA PHARMACEUTICALS USA, INC., a Delaware Corporation,<br><br>    Defendant.<br>_____<br><br>TEVA PHARMACEUTICALS USA, INC., a Delaware corporation, and TEVA PHARMACEUTICAL INDUSTRIES LIMITED, an Israeli corporation,<br><br>    Counterclaim-Plaintiffs,<br><br>  v.<br><br>ABBOTT LABORATORIES, an Illinois corporation, FOURNIER INDUSTRIE ET SANTÉ, a French corporation, and LABORATORIES FOURNIER S.A., a French corporation,<br><br>    Counterclaim-Defendants. | Civil Action No. 02-1512-KAJ<br>(Consolidated) |

| | |
|---|---|
| ABBOTT LABORATORIES, an Illinois corporation, FOURNIER INDUSTRIE ET SANTE, a French corporation, and LABORATORIES FOURNIER S.A., a French corporation,<br><br>         Plaintiffs,<br><br>    v.<br><br>IMPAX LABORATORIES, INC., a Delaware corporation,<br><br>         Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 03-120-KAJ<br>)        (Consolidated)<br>)<br>)<br>)<br>)<br>) |
| IN RE TRICOR DIRECT PURCHASER ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | )<br>)  Civil Action No. 05-340-KAJ<br>)        (Consolidated)<br>)<br>)<br>)<br>) |
| IN RE TRICOR INDIRECT PURCHASER ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | )<br>)  Civil Action No. 05-360-KAJ<br>)        (Consolidated)<br>)<br>)<br>)<br>)<br>) |

## ORDER

Oral argument on the consolidated motions to dismiss (D.I. 383, 294, 39 and 38, respectively) in the above-captioned actions will be heard on **March 15, 2006**

beginning at 9:30 a.m. and concluding at 10:30 a.m. in courtroom 6-A, 6th Floor, J. Caleb Boggs Federal Building, Wilmington, Delaware.

_____
UNITED STATES DISTRICT JUDGE

Dated:   February 8, 2006
Wilmington, Delaware