IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ABBOTT LABORATORIES, an Illinois corporation, FOURNIER INDUSTRIE ET SANTÉ, a French corporation, and LABORATORIES FOURNIER S.A., a French corporation, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 02-1512-KAJ (Consolidated) |
| TEVA PHARMACEUTICALS USA, INC., a Delaware Corporation, | ) ) ) | |
| Defendant. | ) ) | |
| TEVA PHARMACEUTICALS USA, INC., a Delaware corporation, and TEVA PHARMACEUTICAL INDUSTRIES LIMITED, an Israeli corporation, | ) ) ) ) ) | |
| Counterclaim-Plaintiffs, | ) ) | |
| v. | ) ) | |
| ABBOTT LABORATORIES,  an Illinois corporation, FOURNIER INDUSTRIE ET SANTÉ, a French corporation, and LABORATORIES FOURNIER S.A., a French corporation, | ) ) ) ) ) ) | |
| Counterclaim-Defendants. | ) | |

| | | |
|---|---|---|
| ABBOTT LABORATORIES, an Illinois corporation, FOURNIER INDUSTRIE ET SANTE, a French corporation, and LABORATORIES FOURNIER S.A., a French corporation, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 03-120-KAJ (Consolidated) |
| IMPAX LABORATORIES, INC., a Delaware corporation, | ) ) ) | |
| Defendant. | ) ) | |
| IN RE TRICOR DIRECT PURCHASER ANTITRUST LITIGATION | ) ) ) | Civil Action No. 05-340-KAJ (Consolidated) |
| THIS DOCUMENT RELATES TO: | ) ) | |
| ALL ACTIONS | ) ) | |
| IN RE TRICOR INDIRECT PURCHASER ANTITRUST LITIGATION | ) ) ) | Civil Action No. 05-360-KAJ (Consolidated) |
| THIS DOCUMENT RELATES TO: | ) ) | |
| ALL ACTIONS | ) ) | |

## ORDER

At Wilmington this **21st** day of **February, 2006**,

The Court has considered the parties' submissions on a proposed protective order dated February 16, 2006,

IT IS HEREBY ORDERED that the proposed protective order submitted by Abbott Laboratories and Fournier Industrie Et Sante shall be amended to include the

2

Court's standard clause as set forth in paragraph 4 of the form scheduling order

regarding "Other Proceedings," and shall be submitted to the Court for signature.

UNITED STATES DISTRICT JUDGE