IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: TRICOR INDIRECT PURCHASER ANTITRUST LITIGATION ) ) ) | Civil Action No. 05-360-KAJ |
| THIS DOCUMENT RELATES TO: ALL ACTIONS ) ) ) | |

## ORDER

IT IS HEREBY ORDERED that the Motion of counsel for plaintiffs for admission pro hac vice of Elizabeth Ferguson of Wolf Popper LLP, 845 Third Avenue, New York, New York 10022 to represent the plaintiffs Charles Shain and Sandra Krone in this matter is hereby GRANTED.

_____
United States District Judge

Dated: _____, 2006