IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: TRICOR INDIRECT PURCHASER ANTITRUST LITIGATION ) ) ) | Civil Action No. 05-360-KAJ |
| THIS DOCUMENT RELATES TO: ALL ACTIONS ) ) ) ) | |

### NOTICE OF FIRM NAME CHANGE

PLEASE TAKE NOTICE that the name of Hanzman & Criden, P.A., Counsel for plaintiff Vista Healthplan, Inc., has changed to:

Hanzman, Criden & Love, P.A.

The firm's Address, telephone and facsimile numbers remain the same.

DATED: February 23, 2006

CHIMICLES & TIKELLIS LLP

_(signature)_
Pamela S. Tikellis (#2172)
A. Zachary Naylor (#4439)
Robert R. Davis (#4536)
One Rodney Square
P.O. Box 1035
Wilmington, DE 19899
Telephone: (302) 656-2500
Facsimile: (302) 656-9053

*Counsel for Plaintiffs*