IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: TRICOR INDIRECT PURCHASER ANTITRUST LITIGATION )<br>)<br>) | Civil Action No. 05-360-KAJ |
| THIS DOCUMENT RELATES TO: ALL ACTIONS )<br>)<br>) | |

### MOTION PRO HAC VICE

A. Zachary Naylor, a member of the bar of this Court, pursuant to Local Rule 83.5(c) and the attached certification, moves the admission pro hac vice of Joseph Goldberg of Freedman Boyd Daniels Hollander & Goldberg, P.A., 20 First Plaza, Suite 700, Albuquerque, New Mexico 87102 to represent plaintiff Diana Kim, in this action.

Dated: February 23, 2006

CHIMICLES & TIKELLIS LLP

*/s/ A. Zachary Naylor*
Pamela S. Tikellis (No. 2172)
A. Zachary Naylor (No. 4439)
Robert R. Davis (No. 4536)
One Rodney Square
P.O. Box 1035
Wilmington, DE 19899
(302) 656-2500
Attorneys for Plaintiffs