## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

IN RE: TRICOR INDIRECT PURCHASER )
ANTITRUST LITIGATION )          Civil Action No. 05-360-KAJ
)

THIS DOCUMENT RELATES TO: ALL )
ACTIONS )
)

## **ORDER**

IT IS HEREBY ORDERED that the Motion of counsel for plaintiffs for admission pro hac vice of Joseph Goldberg of Freedman Boyd Daniels Hollander & Goldberg, P.A., 20 First Plaza, Suite 700, Albuquerque, New Mexico 87102 to represent the plaintiff Diana Kim in this matter is hereby GRANTED.

_____
United States District Judge

Dated: _____, 2006