## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the bar of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective 1/1/05, I further hereby certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Date: February 22, 2006

Joseph Goldberg
Freedman Boyd Daniels Hollander
& Goldberg, P.A.
20 First Plaza, Suite 700
Albuquerque, New Mexico 87102
T: (505) 842-9960
F: (505) 842-0761
Email: jg@fbdlaw.com