IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: TRICOR INDIRECT PURCHASER ANTITRUST LITIGATION ) ) ) ) THIS DOCUMENT RELATES TO: ALL ACTIONS ) ) ) ) | C.A. No. 05-360 (KAJ) |

MOTION FOR ADMISSION PRO HAC VICE

Patrick F. Morris, a member of the bar of this Court, pursuant to Local Rule 83.5(c) and the attached certification, moves the admission *pro hac vice* of Jeffrey S. Istvan of Fine, Kaplan and Black, R.P.C., 1835 Market Street, 28th Floor, Philadelphia, Pennsylvania 19103 to represent plaintiff Diana Kim in this matter.

Dated: February 22, 2006

_____
Karen L. Morris
Patrick F. Morris #3015
**Morris and Morris LLC**
**Counselors at Law**
4001 Kennett Pike, Suite 300
Wilmington, DE 19807
(302) 426-0400

Attorneys for Plaintiff
Diane Kim

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: TRICOR INDIRECT PURCHASER ANTITRUST LITIGATION ) ) ) | C.A. No. 05-360 (KAJ) |
| THIS DOCUMENT RELATES TO: ALL ACTIONS ) ) ) ) | |

## ENTRY OF APPEARANCE

**TO THE CLERK:**

Kindly enter the appearance of Jeffrey S. Istvan as counsel for plaintiff Diana Kim in this matter.

Dated: February 21, 2006

_____
Jeffrey S. Istvan
Fine, Kaplan and Black, R.P.C.
1835 Market Street, 28th Floor
Philadelphia, Pennsylvania 19103
(215) 567-6565
Attorneys for Plaintiff Diana Kim

Of Counsel:   Karen L. Morris
Patrick F. Morris
**Morris and Morris LLC**
**Counselors at Law**
1105 North Market Street, Suite 803
Wilmington, DE 19801
(302) 426-0400
Attorneys for Plaintiff Diane Kim

**CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the Commonwealth of Pennsylvania, of the United States District Court for the Eastern District of Pennsylvania, and of the United States Court of Appeals for the Third Circuit, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for the District Court Fund effective 1/1/05, I further hereby certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Dated: February 21, 2006

Jeffrey S. Istvan
**Fine, Kaplan and Black, R.P.C.**
1835 Market Street, 28th Floor
Philadelphia, PA 19103
Tel: (215) 567-6565
Fax: (215) 568-5872