IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: TRICOR INDIRECT PURCHASER ANTITRUST LITIGATION ) ) ) | C.A. No. 05-360 (KAJ) |
| THIS DOCUMENT RELATES TO: ALL ACTIONS ) ) ) | |

**ORDER**

IT IS HEREBY ORDERED that the Motion of counsel for plaintiffs for admission *pro hac vice* of Jeffrey S. Istvan of Fine, Kaplan and Black, R.P.C., 1835 Market Street, 28th Floor, Philadelphia, Pennsylvania 19103, to represent the plaintiff Diana Kim in this matter is hereby GRANTED.

_____
United States District Judge

Dated: _____, 2006