## CERTIFICATE OF SERVICE

I, Patrick F. Morris, do hereby certify that on this 23rd day of February, 2006, I caused copies of the foregoing Motion for Admission Pro Hac Vice, Proposed Order and Certification to be served on the following counsel by electronic mail:

_____
Patrick F. Morris

| | |
|---|---|
| Elizabeth M. McGeever<br>Prickett Jones & Elliott P.A.<br>1310 King Street<br>Wilmington, DE 19899<br><br>Scott E. Perwin<br>Kenny Nachwalter, P.A.<br>1100 Miami Center<br>201 South Biscayne Boulevard<br>Miami, FL 33131<br><br>Joseph T. Lukens<br>Hangley Aronchick Segal & Pudlin P.C.<br>One Logan Square<br>18th & Cherry Streets<br>27th Floor<br>Philadelphia, PA 19103-6933<br><br>Patrick E. Cafferty<br>Bryan L. Clobes<br>Michael S. Tarringer<br>Timothy M. Fraser<br>Miller Faucher and Cafferty LLP<br>One Logan Square<br>18th & Cherry Streets, Suite 1700<br>Philadelphia, PA 19103<br><br>Bernard J. Pesky<br>Christopher J. McDonald<br>Kellie Safar<br>Labaton Sucharow & Rudoff LLP<br>100 park Avenue<br>New York, NY 10017<br><br>Bruce M. Gagala<br>Leydig Voit & Mayer Ltd.<br>Two Prudential Plaza, Suite 4900<br>180 N. Stetson Avenue<br>Chicago, IL 60601<br><br>Josy W. Ingersoll<br>Karen E. Keller<br>Young Conaway Stargatt & Taylor LLP<br>1000 West Street, 17th Floor<br>Wilmington, DE 19899 | Jeffrey S. Goddess<br>Rosenthal Monhait Gross & Goddess, P.A.<br>919 Market Street, Suite 1401<br>Wilmington, DE 19899<br><br>Bruce E. Gerstein<br>Barry S. Taus<br>Adam M. Steinfeld<br>Garwin Gerstein & Fisher LLP<br>1501 Broadway<br>New York, NY 10036<br><br>Thomas M. Sobol<br>david Nalven<br>Gregory H. Matthews<br>Hagens Berman Sobol Shapiro LLP<br>One Main Street, 4th Floor<br>Cambridge, MA 02142<br><br>Jeffrey L. Kodroff<br>Theodore M. Lieverman<br>Pat Howard<br>Spector Roseman & Kodroff, P.C.<br>1818 Market Street, Suite 2500<br>Philadelphia, PA 19103<br><br>Jonathan L. Parshall<br>Murphy Spadaro & Landon<br>824 N. Market Street, Suite 700<br>Wilmington, DE 19899<br><br>Kendall S. Zylstra<br>Lyle Stamps<br>Schiffrin & Barroway LLP<br>280 King of Prussia Road<br>Radnor, PA 19087<br><br>William Christopher Carmody<br>John W. Turner<br>Shawn J. Rabin<br>Justin Nelson<br>Cindy Tijerina<br>Susman Godfrey LLP<br>901 Main Street, Suite 5100<br>Dallas, TX 75202-3775 |

Kenneth A. Cohen
Elaine Herrman Blais
Christopher T. Holding
Goodwin Procter LLP
Exchange Place
Boston, MA 02109

Frederick L. Cottrell, III
Anne Shea Gaza
Richards, Layton & Finger
One Rodney Square
Wilmington, DE 19801

Asim Bhansali
Keker & Van Nest LLP
710 Sansome Street
San Francisco, CA 94111

Timothy C. Bickham
Steptoe & Johnson LLP
1330 Connecticut Avenue, NW
Washington, DC 20036

Mark Sandman
Jeffrey Swann
Rawlings & Associates
1700 Watterson Trail
Louisville, KY 40299

Pamela S. Tikellis
A. Zachary Naylor
Robert R. Davis
Chimicles & Tikellis LLP
One Rodney Square
P. O. Box 1035
Wilmington, DE 19899

Mary B. Graham
Morris Nichols Arsht & Tunnell
1201 N. Market Street
P. O. Box 1347
Wilmington, DE 19801

Mary Matterer
Morris James Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE 19899

John C. Vetter
Kenyon & Kenyon
333 West San Carlos Street, Suite 600
San Jose, CA 95110

Steven Sunshine
Maria M. DiMoscato
Cadwalader Wickersham & Taft LLP
1201 F Street, N.W., Suite 110
Washington, DC 20004

Matthew P. Hendrickson
Bradley J. Demuth
Cadwalader Wickersham & Taft LLP
One World Financial Center
New York, NY 10281

William F. Cavanaugh, Jr.
Chad J. Pettersman
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036

Elizabeth Ferguson
Wolf Popper LLP
845 Third Avenue
New York, NY 10022