IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: TRICOR INDIRECT PURCHASER ANTITRUST LITIGATION ) ) ) | Civil Action No. 05-360-KAJ |
| THIS DOCUMENT RELATES TO: ALL ) ACTIONS ) ) | |

## ORDER

IT IS HEREBY ORDERED that the Motion of counsel for plaintiffs for admission pro hac vice of J Ann D. White of Ann D. White Law Offices, One Pitcairn Place, Suite 2400, 165 Township Line Road, Jenkintown, PA 19046 to represent the plaintiffs Charles M. Shain and Sandra Krone in this matter is hereby GRANTED.

_____
United States District Judge

Dated: _____, 2006