MORRIS, NICHOLS, ARSHT & TUNNELL LLP

1201 NORTH MARKET STREET
P.O. BOX 1347
WILMINGTON, DELAWARE 19899-1347

302 658 9200
302 658 3989 FAX

MARY B. GRAHAM
(302) 351-9287

February 28, 2006

The Honorable Kent A. Jordan
United States District Court
844 King Street
Wilmington, DE 19801

**VIA HAND DELIVERY
AND ELECTRONIC FILING**

Re:  *In re TriCor® Antitrust Litigations*
C.A. Nos. 02-1512, 03-120, 05-340 and 05-360 (KAJ)

Dear Judge Jordan:

Enclosed is a form of protective order as approved by the Court's order of February 21, 2006 with the Court's standard paragraph about "Other Proceedings" incorporated as paragraph L (pp. 19-20). The signature line for the Court is on page 21.

Respectfully,

*/s/ Mary B. Graham (#2256)*

Mary B. Graham

MBG/dam
cc:  Clerk of the Court (via electronic filing)
     All Counsel of Record (via e-mail)
509010