## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the bar of Massachusetts and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective 1/1/05, I further hereby certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Date: March 3, 2006

Debra A. Gaw
BBO # 652251
One Main Street, 4th Floor
Phone: 617-482-3700
Fax: 617-482-3003