IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: TRICOR INDIRECT PURCHASER ANTITRUST LITIGATION ) ) ) THIS DOCUMENT RELATES TO: ALL ) ACTIONS ) ) | Civil Action No. 05-360-KAJ |

## ORDER

IT IS HEREBY ORDERED that the Motion of counsel for plaintiffs for admission pro hac vice of Debra A. Gaw of One Main Street, 4th Floor, Cambridge, MA 02142 to represent plaintiffs Elaine Pullman, Neil Perlmutter, Helena Perlmutter, Lula Ramsey, and Sheetmetal Workers Union Local No. 28 in this matter is hereby GRANTED.

_____
United States District Judge

Dated: _____, 2006