IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: TRICOR INDIRECT PURCHASER ANTITRUST LITIGATION ) ) ) | Civil Action No. 05-360-KAJ |
| THIS DOCUMENT RELATES TO: ALL ACTIONS ) ) ) ) | |

## ORDER

IT IS HEREBY ORDERED that the Motion of counsel for plaintiffs for admission pro hac vice of Christopher J. McDonald of Labaton Sucharow & Rudoff LLP, 100 Park Avenue, New York, NY 10017 to represent plaintiffs Vista Healthplan, Inc. and Allied Services Division Welfare Fund in this matter is hereby GRANTED.

_____
United States District Judge

Dated: _____, 2006