## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the bar of the State of Florida and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective 1/1/05, I further hereby certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Date: 3/29/06

Jay B. Shapiro
Stearns Weaver Miller Weissler Alhadeff
 & Sitterson, P.A.
Museum Tower
150 West Flagler Street
Suite 2200
Miami, Florida 33130
Phone: (305) 789-3200
Fax: (305) 789-3395