IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: TRICOR INDIRECT PURCHASER ANTITRUST LITIGATION ) ) ) | Civil Action No. 05-360-KAJ |
| THIS DOCUMENT RELATES TO: ALL ACTIONS ) ) ) ) | |

### ORDER

IT IS HEREBY ORDERED that the Motion of counsel for plaintiffs for admission <u>pro hac vice</u> of Alejandro Perez of Wites & Kapetan, P.A., 4400 North Federal Highway, Lighthouse Point, Florida, 33064 to represent plaintiff Vista Healthplan, Inc. in this matter is hereby GRANTED.

_____
United States District Judge

Date: _____, 2006