IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: TRICOR INDIRECT PURCHASER ANTITRUST LITIGATION ) ) ) | Civil Action No. 05-360-KAJ |
| THIS DOCUMENT RELATES TO: ALL ACTIONS ) ) ) ) | |

### MOTION FOR ADMISSION PRO HAC VICE

A. Zachary Naylor, a member of the bar of this Court, pursuant to Local Rule 83.5(c) and the attached certification, moves for the admission pro hac vice of Brian C. Gudmundson of the law firm of Zimmerman Reed PLLP, 651 Nicollet Mall, Suite 501, Minneapolis, MN 55402, to represent plaintiff Local 28 Sheet Metal Workers in this action.

Dated: April 13, 2006

CHIMICLES & TIKELLIS, LLP

Pamela S. Tikellis (No. 2172)
A. Zachary Naylor (No. 4439)
One Rodney Square
P.O. Box 1035
Wilmington, DE 19899

Attorneys for Plaintiffs