IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: TRICOR INDIRECT PURCHASER ANTITRUST LITIGATION ) ) ) THIS DOCUMENT RELATES TO: ) ALL ACTIONS ) ) | Civil Action No. 05-360-KAJ |

## ORDER

IT IS HEREBY ORDERED that the Motion of counsel for plaintiffs for admission pro hac vice of Brian C. Gudmundson of the law firm of Zimmerman Reed PLLP, 651 Nicollet Mall, Suite 501, Minneapolis, MN 55402 to represent plaintiff Local 28 Sheet Metal Workers, Inc. in this matter is hereby GRANTED.

_____
United States District Judge

Date: _____, 2006