IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE TRICOR INDIRECT PURCHASER ANTITRUST LITIGATION | ) ) ) ) Civil Action No. 05-00360 (KAJ)(consolidated) |
| THIS DOCUMENT RELATES TO: PAINTERS' DISTRICT COUNCIL NO. 30 HEALTH AND WELFARE FUND and RICHARD G. WILDE, C.A. No. 05-360(KAJ) VISTA HEALTH PLAN, INC. and ROSS LOVE, C.A. No. 05-365 (KAJ) PENNSYLVANIA EMPLOYEES BENEFIT TRUST FUND, C.A. No. 05-390 (KAJ) ALLIED SERVICES DIVISION WELFARE FUND and HECTOR VALDES, C.A. No. 05-394 (KAJ) DIANA KIM, C.A. No. 05-426 (KAJ) ELAINE M. PULLMAN, NEIL PERLMUTTER, HELENA PERLMUTTER and LULA RAMSEY, C.A. No. 05-450 (KAJ) PHILADELPHIA FEDERATION OF TEACHERS HEALTH AND WELFARE FUND, C.A. No. 05-467 (KAJ) CINDY CRONIN, C.A. No. 05-482 (KAJ) CHARLES SHAIN and SANDRA KRONE, C.A. No. 05-475 (KAJ) LOCAL 28 SHEET METAL WORKERS, C.A. No. 05-516 (KAJ) ALBERTO LITTER, C.A. No. 05-695 (KAJ) | |

**INDIRECT PURCHASER PLAINTIFFS' MOTION FOR APPOINTMENT OF CLASS COUNSEL**

1.  Indirect Purchaser Plaintiffs ("End-Payor Plaintiffs") hereby move this Court for the entry of Pre-Trial Order No. 2 in the form submitted herewith appointing class counsel pursuant to Federal Rule of Civil Procedure 23(g) as follows:

| Chimicles & Tikellis LLP | Liaison Counsel |
| Labaton Sucharow & Rudoff LLP | Co-Lead Counsel |
| Hagens Berman Sobol Shapiro LLP | Co-Lead Counsel |
| Miller Faucher and Cafferty LLP | Co-Lead Counsel |
| Spector Roseman and Kodroff, P.C. | Co-Lead Counsel |

2.  Pursuant to Pretrial Order No. 1 Regarding Consolidation of Indirect Purchaser Class Actions and Coordination of Indirect Purchaser Class Actions with Direct Purchaser Actions and Direct Purchaser Individual Actions [D.I. #9], Liaison Counsel and Co-Lead Counsel were appointed on behalf End-Payor Plaintiffs and the putative class of end-payors they seek to represent. Contemporaneously with the filing of the instant motion, End-Payor Plaintiffs are moving for class certification pursuant to Fed. R. Civ. P. 23(b)(2) and (b)(3). Should the Court grant End-Payor Plaintiffs' class certification motion it will be required to appoint "class counsel" pursuant to Fed. R. Civ. P. 23(g). The instant motion thus seeks to have Liaison Counsel and Co-Lead Counsel continue in the same capacities and with the same responsibilities as "class counsel" in the event End-Payor Plaintiffs' class certification motion is granted.

3.  In Support of their Motion, End-Payor Plaintiffs have concurrently filed their Brief in Support of their Motion for Appointment of Class Counsel and the Declaration of Patrick E. Cafferty in Support of End-Payor Plaintiffs' Motion for Appointment of Class Counsel.

4. Attached hereto is certification pursuant to Local Rule 7.1.1 that counsel for End-Payor Plaintiffs have been advised that Defendants **do not** oppose Indirect Purchaser Plaintiffs' Motion for Appointment of Class Counsel with the condition that Defendants **do** oppose Indirect Purchaser Plaintiffs' Motion for Class Certification.

WHEREFORE, End-Payor Plaintiffs respectfully request entry of the attached Order granting this Motion.

Dated: May 8, 2006

                                               **CHIMICLES & TIKELLIS LLP**

                                               /s/ *(signature)*
                                               Pamela S. Tikellis (#2172)
                                               Robert J. Kriner, Jr. (#2546)
                                               A. Zachary Naylor (#4439)
                                               P.O. Box 1035
                                               One Rodney Square
                                               Wilmington, DE 19899
                                               Tel: 302-656-2500
                                               Fax: 302-656-9053
                                               *Interim Liaison Counsel for End-Payor Plaintiffs*

| **LABATON SUCHAROW & RUDOFF LLP** | **SPECTOR ROSEMAN & KODROFF, P.C.** |
|---|---|
| Bernard Persky | Jeffrey L. Kodroff |
| Christopher J. McDonald | Theodore M. Lieverman |
| Kellie C. Safar | Simon B. Paris |
| 100 Park Avenue | 1818 Market Street, Suite 2500 |
| New York, NY 10001 | Philadelphia, PA 19103 |
| *Interim Co-Lead Counsel for End-Payor Plaintiffs* | *Interim Co-Lead Counsel for End-Payor Plaintiffs* |

| | |
|---|---|
| **MILLER FAUCHER<br>  and CAFFERTY LLP**<br>Bryan L. Clobes<br>William R. Kane<br>One Logan Square<br>18 & Cherry Streets, Suite 1700<br>Philadelphia, PA 19103<br> -and-<br>Patrick E. Cafferty<br>101 N. Main Street, Suite 450<br>Ann Arbor, MI 48101<br> -and-<br>Marvin A. Miller<br>Jennifer W. Sprengel<br>30 N. LaSalle St. Suite 3200<br>Chicago, IL 60602<br><br>*Interim Co-Lead Counsel for End-Payor Plaintiffs* | **HAGENS BERMAN<br>  SOBOL SHAPIRO LLP**<br>Thomas M. Sobol<br>David S. Nalven<br>Gregory H. Matthews<br>One Main Street, 4th Floor<br>Cambridge, MA 02142<br> -and-<br>Steve W. Berman<br>1301 Fifth Avenue, Suite 2900<br>Seattle, WA 98101<br><br>*Interim Co-Lead Counsel for End-Payor Plaintiffs* |

## RULE 7.1.1 CERTIFICATE

I hereby certify that I have raised the subject of the Indirect Purchaser Plaintiffs' Motion for Appointment of Class Counsel with Anne S. Gaza, Esquire of Richards Layton and Finger, counsel for the Defendants Fournier Industrie et Sante, and Laboratoires Fournier, S.A. and James W. Parrett, Jr., Esquire of Morris Nichols Arsht & Tunnell LLP, counsel for Defendant Abbott Laboratories. I have been advised that the Defendants do not oppose Indirect Purchaser Plaintiffs' Motion for Appointment of Class Counsel with the condition that Defendants do oppose Indirect Purchaser Plaintiffs' Motion for Class Certification.

Dated: May 8, 2006

A. Zachary Naylor (No. 4439)