IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE TRICOR INDIRECT PURCHASER ANTITRUST LITIGATION | Civil Action No. 05-00360 (KAJ)(consolidated) |
| THIS DOCUMENT RELATES TO: | |
| PAINTERS' DISTRICT COUNCIL NO. 30 HEALTH AND WELFARE FUND and RICHARD G. WILDE, C.A. No. 05-360(KAJ) | |
| VISTA HEALTH PLAN, INC. and ROSS LOVE, C.A. No. 05-365 (KAJ) | |
| PENNSYLVANIA EMPLOYEES BENEFIT TRUST FUND, C.A. No. 05-390 (KAJ) | |
| ALLIED SERVICES DIVISION WELFARE FUND and HECTOR VALDES, C.A. No. 05-394 (KAJ) | |
| DIANA KIM, C.A. No. 05-426 (KAJ) | |
| ELAINE M. PULLMAN, NEIL PERLMUTTER, HELENA PERLMUTTER and LULA RAMSEY, C.A. No. 05-450 (KAJ) | |
| PHILADELPHIA FEDERATION OF TEACHERS HEALTH AND WELFARE FUND, C.A. No. 05-467 (KAJ) | |
| CINDY CRONIN, C.A. No. 05-482 (KAJ) | |
| CHARLES SHAIN and SANDRA KRONE, C.A. No. 05-475 (KAJ) | |
| LOCAL 28 SHEET METAL WORKERS, C.A. No. 05-516 (KAJ) | |
| ALBERTO LITTER, C.A. No. 05-695 (KAJ) | |

**[PROPOSED] PRETRIAL ORDER #2**

IT IS HEREBY ORDERED that the Indirect Purchaser Plaintiffs' Motion for Appointment of Class Counsel is hereby GRANTED. Liaison counsel and Co-Lead Counsel appointed for the putative class in the Indirect Purchaser Class Actions pursuant to Pretrial Order No. 1 Regarding Consolidation of Indirect Purchaser Class Actions and Coordination of Indirect Purchaser Class Actions with Direct Purchaser Actions and Direct Purchaser Individual Actions [D.I. #9] shall continue in the same capacities and with the same responsibilities on behalf of the Class.

_____
United States District Judge

Date: _____, 2006