## **CERTIFICATE OF SERVICE**

I, A. Zachary Naylor, do hereby certify that on this 8th day of May, 2006, I caused copies of the Indirect Purchaser Plaintiffs' Motion for Appointment of Class Counsel; Brief in Support of Indirect Purchaser Plaintiffs' Motion to Appoint Class Counsel; The Declaration of Patrick E. Cafferty Submitted in Support of Indirect Purchaser Plaintiffs' Motion for Appointment of Class Counsel; and the Proposed Order Granting Indirect Purchaser Plaintiffs' Motion for Appointment of Class Counsel to be served on the following counsel by electronic mail:

Elizabeth M. McGeever
*emmcgeever@prickett.com*
Prickett Jones & Elliott P.A.
1310 King Street
Wilmington, DE 19899

Scott E. Perwin
*sperwin@kennynachwalter.com*
Kenny Nachwalter, P.A.
1100 Miami Center
201 South Biscayne Boulevard
Miami, FL 33131

Joseph T. Lukens
*jlukens@hangley.com*
Hangley Aronchick Segal & Pudlin P.C.
One Logan Square
18th & Cherry Streets
27th Floor
Philadelphia, PA 19103-6933

Patrick E. Cafferty
Bryan L. Clobes
Michael S. Tarringer
Timothy M. Fraser
*tricor@chimicles.com*
Miller Faucher and Cafferty LLP
One Logan Square
18th & Cherry Streets, Suite 1700

Jeffrey S. Goddess
*jgoddess@rmgglaw.com*
Rosenthal Monhait Gross & Goddess, P.A.
919 Market Street, Suite 1401
Wilmington, DE 19899

Bruce E. Gerstein
*bgerstein@garwingerstein.com*
Barry S. Taus
*btaus@garwingerstein.com*
Adam M. Steinfeld
*asteinfeld@garwingerstein.com*
Garwin Gerstein & Fisher LLP
1501 Broadway
New York, NY 10036

Thomas M. Sobol
David Nalven
Gregory H. Matthews
*tricor@chimicles.com*
Hagens Berman Sobol Shapiro LLP
One Main Street, 4th Floor
Cambridge, MA 02142

Jeffrey L. Kodroff
Theodore M. Lieverman
Pat Howard
*tricor@chimicles.com*
Spector Roseman & Kodroff, P.C.

Philadelphia, PA 19103

Bernard J. Persky
Christopher J. McDonald
Kellie Safar
*tricor@chimicles.com*
Labaton Sucharow & Rudoff LLP
100 Park Avenue
New York, NY 10017

Bruce M. Gagala
*tricor@ycst.com*
Leydig Voit & Mayer Ltd.
Two Prudential Plaza, Suite 4900
180 N. Stetson Avenue
Chicago, IL 60601

Josy W. Ingersoll
Karen E. Keller
*tricor@ycst.com*
Young Conaway Stargatt & Taylor LLP
1000 West Street, 17th Floor
Wilmington, DE 19899

Kenneth A. Cohen
Elaine Herrman Blais
Chrsitopher T. Holding
*tricor@ycst.com*
Goodwin Procter, LLP
Exchange Place
Boston, MA 02109

Frederick L. Cottrell, III
Anne Shea Gaza
*tricor@rlf.com*
Richards, Layton & Finger
One Rodney Square
Wilmington, DE 19801

Asim Bhansali
*abhansali@kvn.com*
Keker & Van Nest LLP
710 Sansome Street
San Francisco, CA 94111

1818 Market Street Suite 2500
Philadelphia, PA 19103
Jonathan L. Parshall
*jonp@msllaw.com*
Murphy Spadaro & Landon
824 N. Market Street, Suite 700
Wilmington, DE 19899

Kendall S. Zylstra
*kzylstra@sbclasslaw.com*
Lyle Stamps
*lstamps@sbclasslaw.com*
Schiffrin & Barroway LLP
280 King of Prussia Road
Radnor, PA 19087

William Christopher Carmody
*bcarmody@susmangodfrey.com*
John W. Turner
*jturner@susmangodfrey.com*
Shawn J. Rabin
*srabin@susmangodfrey.com*
Justin Nelson
*jnelson@susmangodfrey.com*
Cindy Tijerina
*ctijerina@susmangodfrey.com*
Susman Godfrey LLP
901 Main Street, Suite 5100
Dallas, TX 75202-3775

Mary B. Graham
*tricor@mnat.com*
Morris Nichols Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19801

Mary Matterer
*mmatterer@morrisjames.com*
Morris James Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE 19899

John C. Vetter
*jvetter@kenyon.com*
Kenyon & Kenyon

Timothy C. Bickham
*tricor@rlf.com*
Steptoe & Johnson LLP
1330 Connecticut Avenue, NW
Washington, DC 20036

Mark Sandman
*mms@rawlingsandassociates.com*
Jeffrey Swann
*js5@rawlingsandassociates.com*
Rawlings & Associates
1700 Watterson Trail
Louisville, KY 40299

333 West Can Carlos Street, Suite 600
San Jose, CA 95110

Steven Sunshine
Maria M. DiMoscato
*tricor@rlf.com*
Cadwalader Wickersham & Taft LLP
1201 F. Street, N.W., Suite 110
Washington, DC 2004

Matthew P. Hendrickson
Bradley J. Demuth
*tricor@rlf.com*
Cadwalader Wickersham & Taft LLP
One World Financial Center
New York, NY 10281
William F. Cavanaugh, Jr
*wfcavanaugh@pbwt.com*
Chad J. Petterman, Esq.
*cjpeterman@pbwt.com*
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036

_____
A. Zachary Naylor (No. 4439)