# Exhibit E

# SRK SPECTOR ROSEMAN & KODROFF

A PROFESSIONAL CORPORATION
1818 MARKET STREET, SUITE 2500
PHILADELPHIA, PENNSYLVANIA 19103
(215) 496-0300
FAX (215) 496-6611
http://www.srk-law.com
email: classaction@srk-law.com

## ATTORNEY BIOGRAPHIES

Spector, Roseman & Kodroff is a highly successful law firm with a nationwide practice that focuses on class actions and complex litigation, including securities, antitrust, consumer protection, contract and commercial claims. The firm is active in major litigation in state and federal courts throughout the country. The firm's reputation for excellence has been recognized on numerous occasions by courts which have appointed the firm as lead counsel in major class actions. As a result of the firm's efforts, defrauded consumers and shareholders have recovered millions of dollars in damages. The firm is rated "AV" by Martindale-Hubbell, its highest rating for competence and integrity.

Judges throughout the country have recognized contributions of the law firm in class action cases. *See In re New York City Shoes Inc. Securities Litigation*, C.A. No. 87-4677 (E.D. Pa.) ( "co-lead counsel Eugene Spector is a skilled and respected member of the bar who deftly managed this class action litigation."); *Larkin v. Collins*, C.A. No. 93-1252 (D. Kan.) ("I'm very appreciative of this kind of good work by lawyers."); *In re Oak Industries Securities Litigation*, Master File No. 83-0537-G(M) (S.D. Cal.) (court approved a settlement in excess of $32 million, finding that counsel for plaintiffs were "highly experienced and capable attorneys of good reputation . . . [who] have performed both with proficiency and efficiency. . . ."); *Swanick v. Felton*, C.A. No. 91-1350 (E.D. Pa.) ("But for the extraordinary work and skill of the plaintiffs' attorneys, there would have been no benefit to the class at all. . . . You have advanced the goal of litigation with dispatch and with dignity. . . .").

**EUGENE A. SPECTOR**, senior partner, has extensive experience in complex litigation, and has represented both plaintiffs and defendants in securities and antitrust cases. Mr. Spector was formerly a litigator with the firm of Schnader, Harrison, Segal and Lewis; and with Gross & Sklar, P.C., where he established and headed the securities litigation section of the firm.

Mr. Spector has served as lead or co-lead counsel for plaintiffs in numerous cases with successful results, such as:

- *In re Linerboard Antitrust Litigation*, C.A. No. 98-5055 (E.D. Pa.), a nationwide antitrust action ultimately settled for $202 million.

- *Cohen v. MacAndrews & Forbes Group, Inc.*, C.A. No. 7390 (Del. Ch.), a class

action on behalf of shareholders challenging a going-private transaction under Delaware corporate law in which a benefit in excess of $11,000,000 was obtained for the class;

- *Goldberg v. Americana Hotels and Realty Corp.*, C.A. No. 86-3166-Y (D. Mass.) (co-lead), a securities fraud class action in which a $9,500,000 settlement was approved by the Court;

- *Shanno v. Magee Industrial Enterprises, Inc.*, C.A. No. 79-2038 (E.D. Pa.) (trial counsel for defendants), a securities fraud action;

- *In re U.S. Healthcare Securities Litigation*, C.A. No. 88-559 (E.D. Pa.) (trial counsel);

- *PNB Mortgage and Realty Trust by Richardson v. Philadelphia National Bank*, C.A. No. 82-5023 (E.D. Pa.), a shareholders derivative and proxy violation action;

- *In re GCA Corporation Securities Litigation*, C.A. No. 85-4693-C (D. Mass.) (co-lead), a securities fraud action in which a settlement valued at more than $6,000,000 was obtained;

- *Tolan v. Computervision, Inc.*, C.A. No. 85-1396 (D. Mass.), in which the Court approved a settlement of $7,500,000 on behalf of the class;

- *In re RAC Mortgage Investment Corp. Securities Litigation*, MDL Docket No. 824 (D. Md.) (co-lead), where the Court approved a settlement of $11,000,000 on behalf of the class.

Mr. Spector has served as lead counsel or co-lead counsel in a number of other securities fraud class action cases and shareholder derivative actions: *Swanick v. Felton*, C.A. No. 91-1350 (E.D. Pa.); *In re Surgical Laser Technologies, Inc. Securities Litigation*, C.A. No. 91-CV-2478 (E.D. Pa.); *Tolan v. Adler*, C.A. No. 90-20710-WAI (PVT) (N.D. Cal.); *Rosenthal v. Dean Witter, Reynolds, Inc.*, C.A. No. 91-F-591 (D. Colo.); *Soenen v. American Dental Laser, Inc.*, No. 92 CV 71917 DT (E.D. Mich.); *In re Sunrise Technologies Securities Litigation*, Master File No. C-92-0948-THE (N.D. Cal.); *The Berwyn Fund v. Kline*, C.A. No. 4671-S-1991 (Dauphin Cty. C.C.P.); *In re Pacific Enterprises Securities Litigation*, Master File No. CV-92-0841-JSL (C.D. Cal.); *In re New America High Income Fund Securities Litigation*, Master File No. 90-10782-MA (D. Mass.); and *In re RasterOps Corp. Securities Litigation*, C.A. No. C-92-20349-RMW(EAI) (N.D. Cal. 1992).

Mr. Spector is currently serving as lead or co-lead counsel in a number of antitrust cases, including *In re Relafen Antitrust Litigation*, C.A. No. 01-12239 (D. Mass.); *In re Flat Glass Antitrust Litigation*, MDL No. 1200 (W.D. Pa.); *In re Mercedes-Benz Antitrust Litigation*, Master File No. 99-4311 (D. N.J.); *In re K-Dur Antitrust Litigation*, MDL Docket No. 1419 (D. N.J.); and *J.B.D.L. Corp. v. Wyeth-Ayerst Laboratories, Inc.*, C.A. No. C-1-01-704 (S.D. Ohio).

Further, Mr. Spector has actively participated as plaintiffs' counsel in national class action antitrust cases, including *In re Dynamic Random Access Memory (DRAM) Antitrust Litigation*, No. M-02-1486 PJH (N.D. Cal.) (executive committee); *In re Vitamins Antitrust Litigation*, Misc. No. 99-0197 (TFH) (D.D.C.) (Chair of the discovery committee); *In re Neurontin Antitrust Litigation*, MDL No. 1479 (D. N.J.) (executive committee); *Ryan-House v. GlaxoSmithKline, plc*, No. 02-CV-442 (ED Va.) (co-chair class certification committee); *In re Bulk [Extruded] Graphite Products Antitrust Litigation*, Master File No. 02-CV-06030 (D. N.J.) (chair of experts committee); *In re Publication Paper Antitrust Litigation,* No 04-MD-1631 (D. Conn.); *In re Polyester Staple Antitrust Litigation,* No. 03-CV-1576 (W.D.N.C.); *Chlorine & Caustic Soda Antitrust Litigation*, Civ. A. No. 86-5428 (E.D. Pa.); *In re Brand Name Prescription Drug Antitrust Litigation*, MDL No. 997 (N.D. Ill.); *Polypropylene Carpet Antitrust Litigation,* MDL No. 1075 (N.D. Ga.); *NASDAQ Market Markers Antitrust Litigation,* MDL No. 1023 (S.D.N.Y.); *Potash Antitrust Litigation,* MDL No. 981 (D. Minn.); *Commercial Tissue Products Antitrust Litigation*, MDL No. 1189 (N.D. Fla.); *High Fructose Corn Syrup Antitrust Litigation*, MDL No. 1087 (C.D. Ill.).

In 2002, Mr. Spector obtained a jury verdict of $4.5 million in *Heiser v. SEPTA*, No. 3167 July Term 1999 (Phila. C.C.P.), an employment class action.

Mr. Spector is admitted to practice in the Commonwealth of Pennsylvania; the United States Supreme Court; the United States Courts of Appeals for the First, Third, Fifth, Ninth and Tenth Circuits; and the United States District Court for the Eastern District of Pennsylvania. He is a graduate of Temple University (B.A. 1965) and an honors graduate of Temple University School of Law (J.D. 1970), where he was an editor of the *Temple Law Quarterly*. He served as law clerk to the Honorable Herbert B. Cohen and the Honorable Alexander F. Barbieri, Justices of the Pennsylvania Supreme Court (1970-71).

Mr. Spector has written a number of articles over the years which appeared in the *National Law Journal*, the *Legal Intelligencer*, and other trade and legal publications; and he has appeared on CNBC to discuss securities fraud. He is a member of the American, Federal, Pennsylvania and Philadelphia Bar Associations; the American Bar Association's Antitrust and Litigation Sections and the Securities Law Sub-Committee of the Litigation Section; and the Federal Courts Committee of the Philadelphia Bar Association.

**ROBERT M. ROSEMAN,** a founding partner of SRK, chairs the Firm's domestic and international securities practice. His practice focuses on investor protection issues, including enforcement of federal securities laws and state laws involving fiduciary duties of directors.

Mr. Roseman has served or is serving as co-lead counsel in numerous major cases, including:

- *In re PSINet, Inc. Securities Litigation*, Civ. No. 00-1850-A (E.D. Va.)

- *In re Unisys Corporation Securities Litigation*, No. 99-CV-5333 (E.D. Pa.)

- *O'Brien v. Ashcroft* (*Tyco Corp. Derivative Litigation*), No. 03-E-0005 (N.H.

Super. Ct.)

- *Brudno v. Wise* (*El Paso Corp. Derivative Action*), C.A. No. 19953NC (New Castle Cty., Del. Ch.)

- *In re Xcel Energy, Inc. Securities Derivative & "ERISA" Litigation*, MDL No. 1511 (D. Minn.)

- *In re Capstead Mortgage Corporation Securities Litigation*, No. 3:98-CV-1716-L (N.D. Tex.)

- *In re S3 Securities Litigation*, Master File CV770003 (Sup. Ct. Cal.)

- *In re Conner Peripherals, Inc. Securities Litigation*, Master File No. C-93-20367-JW-(EAI) (N.D. Cal. 1993)

- *In re Information Resources, Inc. Securities Litigation*, Master File No. 94-C-2432 (N.D. Ill. 1994)

- *Felzen v. Andreas (Archer Daniels Midland Co. Derivative Litigation)*, C.A. No. 95-2279 (C.D. Ill.)

- *In re IMP Securities Litigation*, Case No. C-96-20826-SW (PVT) (N.D. Cal.)

- *Sports and Recreation Securities Litigation*, No. 95-424-CIV-T-25C (M.D. Fla.)

- *In re Autodesk, Inc. Securities Litigation*, Master File No. C-92-0553 SAW (JSB) (N.D. Cal.)

- *In re Sam & Libby Securities Litigation*, C.A. No. C-92-1564-WHO (N.D. Cal.)

- *Shore v. Ukropina (Pacific Enterprises, Inc.)*, Case No. BC047961 (Cal. Super. Ct.)

- *In re Syntex Corp. Securities Litigation*, Master File No. 92-20548 (PVT) (N.D. Cal.)

- *In re Shared Medical Systems Corp. Securities Litigation*, Master File No. 87-5601 (E.D. Pa.)

- *In re USACafes, L.P. Litigation*, Consol. C.A. No. 11146 (Del. Ch. 1989)

- *Miller v. New America High Income Fund*, C.A. No. 90-10782-MA (D. Mass.) (chairman of the executive committee)

- *Lucia v. Prospect Street High Income Portfolio, Inc.*, C.A. No. 90-10781-MA (D.

Mass.)

• *In re Leslie Fay Securities Litigation*, No. 92 Civ. 8036 (WCC) (S.D.N.Y. 1992) (member of the executive committee)

In addition, Mr. Roseman has played a major role in *In re Edison Schools, Inc. Securities Litigation*, No. 02 Civ. 3692 (S.D.N.Y.); *In re Bristol-Myers Squibb Derivative Litigation*, No. 02 Civ. 8571 (S.D.N.Y.); *In re Iomega Securities Litigation*, C.A. No. 86-273 (D. Conn.); *In re RAC Mortgage Investment Corp. Securities Litigation*, MDL Docket No. 824 (D. Md.); and *In re Wedgestone Financial Securities Litigation*, Master File No. 89-0987-S (D. Mass.).

Mr. Roseman is co-counsel representing Italian, French, and Belgium institutional investors in *In re Parmalat Securities Litigation*, No. 04 Civ. 0030 (LAK) (S.D.N.Y.); the Brussels-based KBC Asset Management in *In re Royal Dutch/Shell Securities Litigation*, C.A. No. 04-374 (D. N.J.); and Greek-based Avalon Holdings Inc. in *In re Converium Holding AG Litigation*, No. 04 Civ. 07897 (MBM) (S.D.N.Y.). He has been a frequent speaker at U.S. and international conferences on issues related to investor protection and corporate governance, including institutional investor conferences in London, Paris and Amsterdam. He was also asked to speak before the United Nations Corporate Governance conference in San Palo in June 2004.

Mr. Roseman is admitted to practice in the Commonwealth of Pennsylvania and the State of New York; the United States Supreme Court; the Court of Appeals for the Third and Seventh Circuits; and the United States District Courts for the Eastern District of Pennsylvania and the Central District of Illinois. He is also a member of the Philadelphia, Pennsylvania, New York State, and Federal Bar Associations. He has lectured extensively throughout Europe on the role of private litigation in enforcing U.S. securities laws. He earned a B.S. degree with honors in political science from the State University of New York in 1978, and a J.D. degree in 1982 from Temple University School of Law. He is AV-rated by Martindale-Hubbell.

**JEFFREY L. KODROFF** concentrates his practice in healthcare antitrust, securities and consumer litigation. He was among the first attorneys to represent clients in class action litigation against national health maintenance organizations. He also filed the first class action complaint against the manufacturers of Lupron relating to the marketing practices and use of the published Average Wholesale Price. Mr. Kodroff was co-lead counsel in *In re Lupron Marketing and Sales Practices Litigation*, MDL No. 1430 (D. Mass.), which settled for $150 million; and *In re Pharmaceutical Industry Average Wholesale Price Litigation*, MDL No. 1456 (D. Mass.).

Mr. Kodroff has actively litigated a number of securities cases, including *In re Unisys Corporation Securities Litigation*, No. 99-CV-5333 (E.D. Pa.); *In re Dreyfus Aggressive Growth Mutual Fund Litigation*, No. 98 Civ. 4318 (HB) (S.D.N.Y.); *In re Valuevision International, Inc. Securities Litigation*, Master File No. 94-CV-2838 (E.D. Pa.); *In re GTECH Holdings Corp. Securities Litigation*, Master File No. 94-0294 (D.R.I.); *In re The Leslie Fay Companies, Inc. Securities Litigation*, No. 92 Civ. 8036 (S.D.N.Y.); *In re Surgical Laser Technologies, Inc. Securities Litigation*, No. 91-CV-2478 (E.D. Pa.); and *The Berwyn Fund v. Kline*, No. 4671-S-1991 (Dauphin Cty. C.C.P.).

He has served as lead or co-lead counsel in a number of other class actions, including *Kaufman v. Comcast Cablevision of Phila., Inc.*, No. 9712-3756 (Phila. C.C.P.); *In re Managed Care Litigation*, Master File No. 00-1334-MD (S.D. Fla.); *Kalodner v. Michaels Stores, Inc.*, No. 3:95-CV-1903-R (N.D. Tex.); *Tulino v. U.S. Healthcare, Inc.*, No. 95-CV-4176 (E.D. Pa.); *LaChance v. Harrington*, No. 94-CV-4383 (E.D. Pa.); *Smith v. Recordex*, No. 5152, June Term 1991 (Phila. Cty. C.C.P.); *Guerrier v. Advest Inc.*, C.A. No. 90-709 (D. N.J.); and *Pache v. Wallace*, C.A. No. 93-5164 (E.D. Pa.).

Prior to joining the firm, Mr. Kodroff was associated with its predecessor firm, Eugene A. Spector & Associates. His past experience also includes handling corporate transactions, regulatory issues and commercial litigation with the law firm of McNees, Wallace & Nurick in Harrisburg, Pennsylvania.

Mr. Kodroff is admitted to practice in the Commonwealth of Pennsylvania and the United States District Courts for the Middle and Eastern Districts of Pennsylvania. He is a member of the Pennsylvania, Philadelphia and American Bar Associations, and is AV-rated by Martindale-Hubbell. He also serves on the advisory board for the Bureau of National Affairs *Class Action Litigation Report*. Mr. Kodroff has appeared before the U.S. House of Representatives, Subcommittee on Housing and Community Opportunity, Committee on Banking and Financial Services on the issue of predatory lending. He graduated from LaSalle University in 1986 with a B.S. in finance, and received his J.D. in 1989 from Temple University School of Law. He is AV-rated by Martindale-Hubbell.

**JEFFREY J. CORRIGAN** joined SRK in 2000 as a partner to help direct the Firm's complex antitrust litigation. From 1990 until 2000, he was a Trial Attorney with the U.S. Department of Justice in the New York office of the Antitrust Division.

Mr. Corrigan has extensive experience investigating and prosecuting complex antitrust and other white collar criminal cases. He was lead counsel on numerous federal grand jury investigations and has significant federal trial experience as well. His cases include *United States v. Tobacco Valley Sanitation*, Cr. H-90-4 (D. Conn. 1991); and *United States v. Singleton*, Crim. No. 94-10066 (D. Mass. 1995)). He was nominated by the Antitrust Division in 1999 for the Attorney General's Distinguished Service Award for his work on a major case involving bid-rigging at state courthouses in Queens and Brooklyn in New York City, which resulted in 49 guilty pleas. *United States v. Abrishamian*, No. 98 CR 826 (E.D.N.Y. 1998). Mr. Corrigan also played a major part in *United States v. Canstar Sports USA, Inc.*, C.A. No. 93-7 (D. Vt. 1993), a complex civil antitrust case.

He is currently taking a leadership role in *In re Mercedes-Benz Antitrust Litigation*, Master File No. 99-4311 (D. N.J.); *In re Flat Glass Antitrust Litigation*, MDL No. 1200 (W.D. Pa.); *Lynch v. National Prescription Administrations*, No. 03 Civ. 1303 (S.D.N.Y.); and *Twin Cities Bakery Workers Fund and Lynch, et al. v. Biovail Corp.*, C.A. No. 01-2197 (D. D.C.). He was also active in *In re Linerboard Antitrust Litigation*, C.A. No. 98-5055 (E.D. Pa.), which settled for $202 million; *In re Buspirone Antitrust Litigation*, MDL Docket No.1413 (S.D.N.Y.) which in 2003 settled for $670 million for all plaintiff groups; and *In re Tamoxifen Citrate*, C.A. No. 01-MD-1408 (E.D.N.Y.).

-6-

Mr. Corrigan is a 1985 graduate of The State University of New York at Stony Brook, where he earned his B.A. in economics. He received his J.D. in 1990 from Fordham University School of Law, where he was a member of the Moot Court Board. Mr. Corrigan is admitted to practice in the States of New York and New Jersey, and in the United States Court of Appeals for the Third Circuit; and the United States District Courts for the District of New Jersey, Southern District of New York and the Eastern District of New York. He is also a member of the New Jersey, New York and American Bar Associations.

**THEODORE M. LIEVERMAN** is a partner in the Firm, focusing on class actions involving unions and union benefit funds. During his 25 years of practice, he has concentrated on civil litigation and appeals involving complex issues of federal law, including claims under the Labor Management Relations Act, the Racketeer Influenced and Corrupt Organizations Act (RICO), federal civil rights statutes, constitutional law, the Employee Retirement Income Security Act (ERISA), the Labor-Management Reporting and Disclosure Act (LMRDA), and antitrust statutes. He has tried numerous cases to judges, juries, and administrative judges.

Mr. Lieverman currently represents employee pension and benefit funds in a number of class actions, including *In re Relafen Antitrust Litigation*, C.A. No. 01-12239 (D. Mass.), which settled for $75 million; *In re K-Dur Antitrust Litigation*, C.A. No. 01-1652 (D. N.J.); *In re Neurontin Antitrust Litigation*, MDL No. 1479 (D. N.J.); *In re Pharmaceutical Industry Average Wholesale Price Litigation*, MDL No. 1453 (D. Mass.). He is also lead counsel in *Penn Federation BMWE v. Norfolk Southern Corp.*, C.A. No. 02-9049 (E.D. Pa.), a class action involving breach of fiduciary duty under ERISA. In 2001, he was asked to file an amicus brief on behalf of a number of distinguished historians in the important copyright case of *New York Times Co. v. Tasini*, 533 U.S. 483 (2001).

Mr. Lieverman served as co-counsel for a nationwide class of retirees who sued Campbell Soup for lost medical benefits. *Local 56 UFCW v. Campbell Soup Co.*, 954 F. Supp. 1000, 1003 (D. N.J. 1997). He litigated one of the leading case on the use of labor-management cooperation programs in unionized workplaces. *E.I. duPont deNemours & Co.*, 311 NLRB No. 88 (1993). He also served as co-counsel in *Cement Masons Local 699 Health & Welfare Fund v. Mylan Laboratories*, Docket No. MER-L-000431-99 (N.J. Super. L.), which in 2000 was part of a $147 million nationwide settlement of antitrust and consumer protection claims.

Other notable cases in which Mr. Lieverman served as lead counsel include *Manufacturers Association of Tri-County v. Knepper*, 801 F.2d 130 (3d Cir. 1986), *cert. denied*, 484 U.S. 815 (1987); *Local 397 IUE v. Midwest Fasteners, Inc.*, 763 F. Supp. 78 (D. N.J. 1990), 779 F. Supp. 788 (D. N.J. 1992); *Doe v. Borough of Barrington*, 729 F. Supp. 376 (D. N.J. 1990); *Knoll v. Springfield Township School District*, 699 F.2d 137 (3d Cir. 1983), *vacated and remanded*, 471 U.S. 288 (1985), *on remand*, 763 F.2d 584 (3d Cir. 1985); and *Araujo v. Welch*, 742 F.2d 802 (3d Cir. 1984).

As a labor lawyer, he has represented many labor organizations, including Council 13, American Federation of State, County and Municipal Employees; Philadelphia Metal Trades Council; Pennsylvania AFL-CIO; Pennsylvania Federation, Brotherhood of Maintenance of Way Employes; Allied Pilots Association; United Food and Commercial Workers International Union;

United Food and Commercial Workers Local 56; Chemical Workers Association; Glass, Molders, Pottery, Plastic and Allied Workers Union; Hotel Employees and Restaurant Employees Local 54.

During 1995-1997, Mr. Lieverman served as general counsel to the Court-appointed Election Officer who conducted the 1996 officer elections for the 1.4 million members of the International Brotherhood of Teamsters. *United States v. International Brotherhood of Teamsters*, No. 88 Civ. 4486 (S.D.N.Y.) (numerous reported cases). He also served as general counsel for the Philadelphia Area Projection on Occupational Safety and Health in 1983-1992.

He is admitted to practice in Pennsylvania, New Jersey and Massachusetts; the United States Supreme Court; United States Courts of Appeals for the Second, Third, Eleventh, D.C. and Federal Circuits; and the United States District Courts for the Eastern and Middle Districts of Pennsylvania, the District of New Jersey, and the Southern District of New York. He has served as an arbitrator for the United States District Court for the Eastern District of Pennsylvania and the Philadelphia Court of Common Pleas.

He has published a number of articles on the law as well as public policy issues, including (with Howard S. Simonoff) "The RICO-ization of Federal Labor Law: An Argument for Broad Preemption," 8 *The Labor Lawyer* 335 (1992), reprinted in 17 *RICO Law Reporter*, Jan. 1993, at 9; "Are You Ready for This? Some Clients to Avoid," *Trial*, vol. 25, no. 9, at 91 (September 1989); (with William Tomar) "'Caution: We've Discovered a Slight Problem . . .' The Continuing Duty To Warn in Products Liability Cases," *New Jersey Trial Lawyer* 85 (April 1990); "Law and Power: Some Reflections on Nicaragua, the United States and the World Court," 10 *Maryland Journal of International Law and Trade* 295 (1986).

Mr. Lieverman is AV- rated by Martindale-Hubbell and is listed in *Who's Who in America*, *Who's Who in American Law*, and *The Best Lawyers in America*. He has lectured on various legal issues to lawyers and union officials and has been an adjunct professor of law at Rutgers Law School-Camden. He earned a B.A. with general and departmental honors in History from Vassar College and a J.D. degree from Northeastern University Law School. Mr. Lieverman is a member of the AFL-CIO Lawyers Coordinating Committee and the Philadelphia Bar Association.

**ANDREW D. ABRAMOWITZ,** a partner in the Firm, graduated *cum laude* from Franklin and Marshall College in 1993, where he earned a B.A. in Government. Mr. Abramowitz received his J.D. in 1996 from the University of Maryland School of Law, where he was Assistant Editor for *The Business Lawyer*, published jointly with the American Bar Association. He was formerly an associate at Polovoy & Turner, LLC, in Baltimore, where he practiced commercial litigation and corporate transactional law, and was a law clerk at the Office of the Attorney General of Maryland in the Department of Business and Economic Development.

Among recent cases in which Mr. Abramowitz has participated are: *In re PSINet, Inc. Securities Litigation*, Civ. No. 00-1850-A (E.D. Va.); *In re Unisys Corporation Securities Litigation*, No. 99-CV-5333 (E.D. Pa.); *O'Brien v. Ashcroft* (*Tyco Corp. Derivative Litigation*), No. 03-E-0005 (N.H. Super. Ct.); *Brudno v. Wise* (*El Paso Corp. Derivative Action*), C.A. No.

-8-

19953NC (Del. Ch.); *In re Xcel Energy, Inc. Securities Derivative & "ERISA" Litigation*, MDL No. 1511 (D. Minn.); *In re Bristol-Myers Squibb Derivative Litigation*, No. 02 Civ. 8571 (S.D.N.Y.); *Penn Federation BMWE v. Norfolk Southern Corp.*, C.A. No. 02-9049 (E.D. Pa.); *Rosenthal v. Dean Witter Reynolds, Inc.*, No. 91-CV-429 (Dist. Ct. Douglas Cty., Colo.); *In re Visa Check/MasterMoney Antitrust Litigation*, No. CV-96-5238 (S.D.N.Y.); *Moskowitz v. Mitcham Industries, Inc.*, C.A. No. H-98-1244 (S.D. Tex.); and *In re Flat Glass Antitrust Litigation*, C.A. No. 97-550 (W.D. Pa.).

Mr. Abramowitz is admitted to practice in the State of Maryland and the United States District Court for the District of Maryland. He is a member of the Maryland Bar Association.

**JOHN MACORETTA** represents both individuals and businesses in a wide variety of litigation and transactional matters, including secured and unsecured lending, collections, bankruptcy and insurance matters. He also represents investors in stock-broker arbitration and class-action securities fraud litigation.

He is involved in a number of significant cases, including *In re Pharmaceutical Industry Average Wholesale Price Litigation*, MDL No. 1456 (D. Mass.); *In re Lupron Marketing and Sales Practices Litigation*, MDL No. 1430 (D. Mass.); *In re Unisys Corporation Securities Litigation*, No. 99-CV-5333 (E.D. Pa.); *Masters v. Wilhelmina Model Agency, Inc.*, No. 02 CV 4911 (S.D.N.Y.); *In re Dynamic Random Access Memory (DRAM) Antitrust Litigation*, C.A. No. M-02-1486 PJH (N.D. Cal.).

Mr. Macoretta graduated with honors from the University of Texas Law School in 1990 and received his undergraduate degree *cum laude* from LaSalle University in 1986. He is admitted to practice in the Commonwealth of Pennsylvania and the State of New Jersey; the United States Court of Appeals for the Third Circuit; and the United States District Court for the Eastern District of Pennsylvania. In addition to being a member of the Philadelphia Bar Association, Mr. Macoretta also serves as an arbitrator in the Philadelphia Court of Common Pleas.

## ASSOCIATES

**WILLIAM G. CALDES** is a 1986 graduate of the University of Delaware, where he earned a B.A. with a double major in Economics and Political Science. Mr. Caldes received his J.D. in 1994 from Rutgers School of Law at Camden, and then served as law clerk to the Honorable Rushton H. Ridgway of New Jersey Superior Court, Cumberland County. Mr. Caldes was formerly associated with the law firm Meredith, Cohen, Greenfogel & Skirnick, where he practiced in the areas of antitrust, securities, and other complex litigation.

Among the recent cases in which Mr. Caldes has participated are *In re McKesson HBOC, Inc. Securities Litigation,* Master File No. 99-CV-20743 (N.D. Cal.); *In re K-Dur Antitrust Litigation*, MDL Docket No. 1419 (D. N.J.); *In re Relafen Antitrust Litigation*, C.A. No. 01-12239 (D. Mass.); *In re Buspirone Antitrust Litigation,* MDL Docket No.1413 (S.D.N.Y.); *In re Linerboard Antitrust Litigation*, C.A. No. 98-5055 (E.D. Pa.); *In re Dynamic Random Access Memory (DRAM) Antitrust Litigation*, No. M-02-1486 PJH (N.D. Cal.); *In re Baycol Products*

*Litigation*, No. 1431 (D. Minn.); *In re Vitamins Antitrust Litigation*, Misc. No. 99-0197 (TFH) (D.D.C.).

He has also participated in such cases as *General Refractories Co. v. Washington Mills Electro Minerals Corp.*, No. 95-CV-580S(S) (E.D.N.Y.); *In re Brand Name Prescription Drugs Antitrust Litigation*, No.94-C-897 (N.D. Ill.); *In re Nasdaq Market-Makers Antitrust Litigation,* MDL No. 1023 (S.D.N.Y.); *In re Flat Glass Antitrust Litigation*, MDL No. 1200 (W.D. Pa.); and *In re Carpet Antitrust Litigation*, MDL No. 1075 (N.D. Ga.). Mr. Caldes is admitted to practice in the Commonwealth of Pennsylvania, the State of New Jersey, and the United States District Courts for the District of New Jersey and the Eastern District of Pennsylvania.

**DAVID J. COHEN** came to the Firm in 2001 with experience in complex and class action litigation. Following law school, Mr. Cohen was associated with Shrager, McDaid, Loftus, Flum, & Spivey, and then Raynes, McCarty, Binder, Ross & Mundy, where he participated in the litigation of civil cases in the U.S. and Spain on behalf of hemophiliacs who received blood products contaminated with the HIV virus. He later joined the Philadelphia law firm of Kohn, Swift & Graf, P.C. in 1998, where he participated in the litigation of numerous complex cases.

At SRK, Mr. Cohen has worked on a number of complex cases, including *In re Abbott Laboratories Derivative Shareholder Litigation*, C.A. 99C-7246 (N.D. Ill.); *In re Initial Public Offering Securities Litigation*, Master File No. 21-MC-92 (SAS) (S.D.N.Y.); *O'Brien v. Ashcroft (Tyco Corp. Derivative Litigation)*, No. 03-E-0005 (N.H. Super. Ct.); *Heiser v. SEPTA*, No. 3167 July Term 1999 (Phila. Cty. C.C.P.), which he successfully tried with Eugene Spector and won a jury verdict of \$4.5 million; *In re Pharmaceutical Industry Average Wholesale Price Litigation*, MDL No. 1456 (D. Mass.); *In re Parmalat Securities Litigation*, No. 04 Civ. 0030 (LAK) (S.D.N.Y.); and *In re Vioxx Litigation*, No. 619 (N.J. Super. L.).

Mr. Cohen earned a B.A. with honors from the University of Chicago in 1991, and a J.D. from Temple University School of Law in 1994, where he received the Barristers' Award for excellence in trial advocacy. He later clerked for the Hon. Stephen E. Levin in Philadelphia Court of Common Pleas Class Action program. During this time, Mr. Cohen authored the 1998 "Civil Trial Division At A Glance" sections on class actions and statutory appeals, and contributed to the class action, motion, and appeals sections of Arbittier & Simon, *Philadelphia Court of Common Pleas Civil Practice Manual* (9th ed.).

Mr. Cohen is admitted to practice in Pennsylvania and New Jersey, as well as the United States Court of Appeals for the Third Circuit, and the United States District Courts for the Eastern District of Pennsylvania and the District of New Jersey. He is a member of the American, Pennsylvania, New Jersey and Philadelphia Bar Associations. He is also an elected member of the Board of Directors and Executive Committee of the Old City Civic Association. He volunteers as a judge for the Temple Law School moot court and trial advocacy programs.

**DAVID FELDERMAN** is a 1991 graduate of the University of Pennsylvania where he earned a B.A. degree in Economics. He received his J.D. degree *cum laude* from Temple University School of Law in 1996. Upon graduation from law school, Mr. Felderman served as a

-10-

law clerk to the Honorable Bernard J. Goodheart in the Court of Common Pleas, Philadelphia County. He was formerly associated with the law firm of McEldrew & Fullam, P.C., where he focused on medical malpractice litigation.

Among the recent cases in which Mr. Felderman has participated are *In re Microstrategy, Inc. Securities Litigation*, C.A. No. 00-473-A (E.D. Va.); *In re Revlon, Inc. Securities Litigation*, No. 99 Civ.10192 (S.D.N.Y.); *In re S3 Securities Litigation*, Master File CV770003 (Sup. Ct. Cal.); *In re McKesson HBOC, Inc. Securities Litigation,* Master File No. 99-CV-20743 (N.D. Cal.); *In re Lupron Marketing and Sales Practices Litigation*, MDL Docket No. 1430 (D. Mass); *In re Pharmaceutical Industry Average Wholesale Price Litigation,* MDL Docket No. 1456 (D. Mass.); *In re Managed Care Litigation,* C.A. No. 00-1334-MD (S.D. Fla.); *Ross v. Aetna, Inc.*, C.A. No. GIC-738288 (Super. Ct. Cal.); *In re Monosodium Glutamate Antitrust Litigation,* MDL Docket No. 1328 (D. Minn); *In re Buspirone Antitrust Litigation,* MDL Docket No. 1413 (S.D.N.Y.); *In re Flat Glass Antitrust Litigation*, MDL No. 1200 (W.D. Pa.); *In re Mercedes-Benz Antitrust Litigation*, Master File No. 99-4311 (D. N.J.); and *In re Linerboard Antitrust Litigation*, C.A. No. 98-5055 (E.D. Pa.);

Mr. Felderman is admitted to practice in the Commonwealth of Pennsylvania and the State of New Jersey, as well as in the United States Court of Appeals for the Third Circuit; and the United States District Courts for the Eastern District of Pennsylvania and the District of New Jersey. He is currently a member of the American, Pennsylvania and Philadelphia Bar Associations as well as the Pennsylvania Trial Lawyers Association. Mr. Felderman served a three year term (2000-2002) as a member of the Executive Committee of the Philadelphia Bar Association's Young Lawyers Division. As part of this commitment, he co-Chaired Legal Line, P.M. which won a national award from Lexis-Nexis during the second year that he co-Chaired the program. Mr. Felderman also previously served as a member of the Philadelphia Bar Association's State Civil Committee and the Pennsylvania Trial Lawyers Association's New Lawyer Section Leadership Council. He is also a Charter Member of the Philadelphia Bar Foundation's Young Lawyers Division of the Andrew Hamilton Circle.

**SIMON BAHNE PARIS** concentrates his practice in complex antitrust, securities and consumer litigation. Prior to joining the Firm, he was an Assistant State Attorney for the State of Florida, where he was lead counsel in over fifty jury trials. Mr. Paris' past experience includes handling construction and complex commercial matters for Marshall, Dennehey, Warner, Coleman & Goggin. He is admitted to practice in New Jersey, Florida and the United States District Courts for the District of New Jersey. He is a member of the Camden County and American Bar Associations. A graduate of Rutgers University in 1993, Mr. Paris received his law degree from Widener University School of Law (1996).

He is currently actively involved in numerous class actions, including *Lynch v. National Prescription Administrators, Inc.*, No. 03 Civ. 1303 (S.D.N.Y.); *In re Abbott Laboratories Derivative Shareholder Litigation*, No. 99 C 7246 (N.D. Ill.); *In re Mercedes-Benz Antitrust Ligitation*, Master File No. 99-4311 (AMW), (D. N.J.); *S & M Farm Supply, Inc. v. Pharmacia Corporation, et al.*, 4:02-cv-518 (ERW), (E.D. Mo.); *Cosgrove v. Nestlé Waters North America, Inc.*, Docket No. ATL-L-1599-03 (N.J. Super.); and *Blake v. United Auto Group, Inc.*, Docket No. CAM-L-5283-02 (N.J. Super.).

-11-

**DANIEL J. MIRARCHI** concentrates his practice in antitrust, securities and consumer litigation. Prior to joining the Firm, He was associated with the law firms of Wilson, Elser, Moskowitz, Edelman & Dicker; and Marks, O'Neill, O'Brien & Courtney, where he handled products liability, complex insurance coverage and commercial matters. His past experience also includes appointment as staff counsel to the AHP Settlement Trust, the entity responsible for administering the class action settlement reached in the *In re Diet Drugs Products Liability Litigation*, MDL No. 1203 (E.D. Pa.).

Among the recent cases in which Mr. Mirarchi has participated are *J.B.D.L. Corp. v. Wyeth*, C.A. No. C-1-01-704 (S.D. Ohio); *In re K-Dur Antitrust Litigation*, C.A. No. 01-1652 (D.N.J.); *In re Parmalat Securities Litigation*, No. 04 Civ. 0030 (LAK) (S.D.N.Y.); and *In re Vioxx Litigation*, No. 619 (N.J. Super. L.).

He earned his B.A. from Temple University in 1995 and his law degree from the St. John's University School of Law in 1999. During law school, Mr. Mirarchi was a legal extern for Justice Arthur Cooperman of the New York State Supreme Court, Queens County, and served as an intern to the Philadelphia District Attorney's Office and the Pennsylvania Attorney General's Office.

Mr. Mirarchi is admitted to practice in the State of Pennsylvania and the United States District Court for the Eastern District of Pennsylvania. He is a member of the Philadelphia and Pennsylvania Bar Associations.

**PATRICK HOWARD** is a 1998 graduate of the University of Scranton where he received a B.S. majoring in both Political Science and History. Mr. Howard received his law degree from the University of Pittsburgh in 2001. While in law school, Mr. Howard received Dean's Honors, was a member of the school's Moot Court Board and participated in the Robert Wagner National Labor and Employment Moot Court Competition.

After law school, Mr. Howard served as a judicial clerk to the Honorable Peter Paul Olszewski of the Pennsylvania Superior Court. Prior to joining SRK in 2005, Mr. Howard was associated with the Philadelphia law firm Post and Schell, P.C. where he assisted in the representation of health systems, hospitals and individual physicians.

Mr. Howard has been involved with the *In re Pharmaceutical Industry Average Wholesale Price Litigation*, MDL No. 1456 (D. Mass.) and the firm's representation of the Attorney General of the State of Connecticut in the state's litigation involving similar claims.

Mr. Howard is admitted to practice in the Commonwealth of Pennsylvania and the State of New Jersey. He is currently a member of the American, Pennsylvania and Philadelphia Bar Associations.

**RACHEL E. KOPP** earned her law degree from Villanova University Law School in 2003. She served as president of the Law School's Sports and Entertainment Law Society, and received a Public Interest Fellowship from the Law School in 2002. She earned her B.A. degree in 2000 from the University of Maryland, majoring in Government and Politics, with a

concentration in Languages.

During law school, Ms. Kopp served as a legal intern with the Civil Rights Division of the U.S. Department of Justice in Washington, D.C.; MTV Networks; the mediation program of the U.S. Court of Appeals for the Third Circuit; Philadelphia Volunteer Lawyers for the Arts; and Volunteer Lawyers for the Arts in New York. She is admitted to practice in Pennsylvania and New Jersey, as well as the U.S. District Court for the Eastern District of Pennsylvania. She is a member of the American, Pennsylvania, and New Jersey Bar Associations.

She has been heavily involved in discovery and research for *In re Pharmaceutical Industry Average Wholesale Price Litigation*, MDL No. 1456 (D. Mass.); and *In re Parmalat Securities Litigation*, No. 04 Civ. 0030 (LAK) (S.D.N.Y.).

**JAY S. COHEN** is counsel to the Firm. Since 1978, he has focused his practice on complex and class action litigation, particularly antitrust cases, consumer protection and shareholder rights. Mr. Cohen is currently co-lead counsel in *J.B.D.L. Corp. v. Wyeth*, C.A. No. C-1-01-704 (S.D. Ohio), where he represents a nationwide class of direct purchasers of the drug Premarin. He was also actively involved in *In re Linerboard Antitrust Litigation*, C.A. No. 98-5055 (E.D. Pa.); as well as *In re Industrial Silicon Antitrust Litigation*, Master File No. 95-2104 (W.D. Pa.); *In re Chlorine and Caustic Soda Antitrust Litigation*, Master File No. 86-5428 (E.D. Pa.); *In re Nylon Carpet Antitrust Litigation*, No. 4:98-CV-0267-HLM (N.D. Ga.); *In re Polypropylene Carpet Antitrust Litigation*, No. 4:95-CV-193-HLM (N.D. Ga.); and *Paper Systems, Inc. v. Mitsubishi Corp.*, No. 96-C-0959 (E.D. Wis.).

Mr. Cohen has been lead counsel in class actions successfully prosecuted on behalf of consumers nationwide and in Pennsylvania, including *Duboff v. SmithKline Beecham, PLC.*, No. 5004 December Term 1990 (Phila. C.C.P.); *Tracy v. AAMCO Transmissions, Inc.*, No. 4840 October Term 1990 (Phila. C.C.P.); and, as co-lead counsel, in *Mauger v. Home Shopping Network, Inc.*, No. 91-6152-20-1 (Bucks Cty. C.C.P.).

Mr. Cohen led the class action securities department of Gross & Sklar in 1987, where he had litigated shareholder rights cases since 1983. Mr. Cohen was actively involved in successful class actions on behalf of defrauded investors, including *In re Oak Industries Securities Litigation*, Master File No. 83-0537 (S.D. Cal.); *In Re Nucorp Energy Securities Litigation*, MDL No. 514 (S.D. Cal.); *Wilkes v. Heritage Bancorp, Inc.*, No. 90-11151-F (D. Mass.); *Philadelphia Electric Co. Derivative Litigation*, No. 7090 March Term 1987 (Phila. Cty. C.C.P.); *In re Flight Transportation Corp. Securities Litigation*, Master Docket No. 4-82-874 (D. Minn.); *Priest v. Zayre Corp.*, C.A. No. 86-2411-2 (D. Mass.); *Tolan v. Computervision Corp.*, C.A. No. 85-1396-N (D. Mass.); *In re U.S. Healthcare, Inc. Securities Litigation*, Master File No. 88-0559 (E.D. Pa.); and *In re SmithKline Beecham Securities Litigation*, Master File No. 88-7474 (E.D. Pa.).

Mr. Cohen was also associated with the firm of Kohn, Savett, Marion & Graf (now Kohn, Swift & Graf) (1978-1982). There, he participated in a number of cases with multi-million dollar results, including *In re Fine Paper Antitrust Litigation*, MDL No. 323 (E.D. Pa.); *In re Folding Carton Antitrust Litigation*, Master File No. 250 (N.D. Ill.); *In re Glassine and Greaseproof*

*Paper Antitrust Litigation*, MDL No. 475 (E.D. Pa.); *In re Water Heaters Antitrust Litigation*, MDL No. 379 (E.D. Pa.); *In re Corrugated Containers Antitrust Litigation*, MDL No. 310 (N.D. Tex.).

Mr. Cohen served as a Captain in the United States Army Judge Advocate General's Corps in Falls Church, Virginia from 1974 to 1977, where his practice was limited to criminal appeals. He also served as Case Notes Editor of *The Advocate*, which was a worldwide publication devoted to military law.

Mr. Cohen is admitted to practice in the Commonwealth of Pennsylvania; the United States Court of Appeals for the Third Circuit; the United States District Court for the Eastern District of Pennsylvania;  the Court of Military Appeals; and the Army Court of Military Review. Mr. Cohen received a B.A. degree *cum laude* from Temple University in 1971, and graduated with a  J.D. degree from Temple University School of Law in 1974.  He is a member of the Philadelphia Bar Association.

# Exhibit F

## *ABOUT THE FIRM*

FINE, KAPLAN AND BLACK, RPC
1835 MARKET STREET, 28th FLOOR
PHILADELPHIA, PENNSYLVANIA 19103
(215) 567-6565

Fine, Kaplan and Black is a nationally recognized firm located in Philadelphia,

Pennsylvania, which devotes its practice entirely to litigation, with particular emphasis on

antitrust, securities, RICO, consumer protection and complex commercial litigation.

Fine, Kaplan and Black, R.P.C., is highly ranked in Pennsylvania in the antitrust practice

area by the 2005 Chambers USA Guide. According to the Guide, peers "described the boutique

as being heavy with 'intellectually gifted lawyers' who have extensive trial experience in civil

and criminal antitrust cases."

In addition, all of Fine, Kaplan and Black's litigation partners – Allen Black, Roberta

Liebenberg, Donald Perelman and Jeffrey Istvan – have been named as 2005 Pennsylvania Super

Lawyers in a recent survey by Philadelphia Magazine. Ms. Liebenberg and Mr. Black were

named among the top 100 lawyers in Pennsylvania; and Ms. Liebenberg was named among the

top 50 women lawyers in the State.

Over the years since its formation in 1975, the firm has had leading roles in numerous

important complex actions, including class actions, in federal and state courts. A few examples

of these cases include:

> In Re Nasdaq Market-Makers Antitrust Litigation, 187 F.R.D. 465 (S.D.N.Y.
> 1998), was a large, complex multidistrict price-fixing class action in which a
> member of the firm was Plaintiffs' Co-Lead Counsel, a class of more than a
> million class members was certified by the Court, and which ultimately was
> settled for a recovery of more than one billion dollars for the benefit of the class.

In re Remeron End-Payor Antitrust Litigation, 2005-2 (CCH) Trade Cas. ¶ 74,966, No. 02-cv-2007 (D.N.J. Sept. 13, 2005), an antitrust class action in which the firm was co-lead counsel, and achieved a settlement of $36 million for the class of end users of a prescription drug.

In re Linerboard Antitrust Litigation, 321 F. Supp. 2d 619 (E.D. Pa. 2004), and 2004 WL 1221350, at *6 (E.D. Pa. June 2, 2004), was a horizontal price-fixing class action against the major manufacturers of corrugated containers, in which the firm was a member of Plaintiffs' Executive Committee. Settlements in the fall of 2003 resulted in a recovery in excess of $202.5 million for the benefit of the class. The firm was a member of the executive committee of plaintiffs' counsel.

Harleysville Mutual Ins. Co. v. GE Reinsurance Corp., 2002 WL 922148 (E.D. Pa. May 6, 2002), a complex litigation in which we won summary judgment for our plaintiff client less than six months after the action was filed.

In re Lorazepam and Clorazepate Antitrust Litigation, 2003 WL 2203774, *3 (D.D.C. 2003), an antitrust class action in which we were co-counsel for the class of direct purchasers. The Court, in approving a $35,000,000 settlement for our class, characterized counsel "among the best and most experienced antitrust litigators in the country."

In re Microcrystalline Cellulose Antitrust Litigation, M.D.L. No. 1402 (E.D. Pa.), a pending price-fixing class action involving the sale of microcrystalline cellulose (MCC), in which the firm is one of the co-chairs of discovery.

In re Vitamins Antitrust Litigation, M.D.L. No. 1285 (D.D.C.), a massive international price-fixing class action, in which the firm is a member of Plaintiffs' Executive Committee. Settlements have been reached resulting in a recovery for the class in excess of $325 million.

Parsky v. First Union Corp., 51 Pa. D &C 4th 468, 2001 WL 535786 (Phila. Com. Pl. 2001), a class action alleging breach of contract and breach of fiduciary duty against First Union Corp., arising out of First Union's conversion of its common trust funds to shares of its in-house mutual funds. In the fall of 2003 the firm achieved a settlement in excess of $23 million for the benefit of the class.

In Re Providian Financial Corp. Credit Card Terms Litigation (E.D. Pa. 1999), a large, consumer fraud class action in which a member of the firm was Plaintiffs' Co-Lead Counsel, which ultimately was settled for $105 million dollars for the benefit of the class.

In Re Allegheny Health, Education & Research Foundation. The firm represented a former executive of the Allegheny Health System as a defendant in a variety of civil proceedings in federal and state trial courts, and in a federal bankruptcy court. The firm also represented the client in connection with a variety of government investigations concerning the financial collapse of the Allegheny system. See Browne v. Abdelhak, 2000 WL 1201889 (E.D. Pa. 2000)

In re Polypropylene Carpet Antitrust Litigation, 93 F. Supp. 2d 1348 (N.D. Ga. 2000), a horizontal price-fixing class action involving the carpet industry, in which the firm was co-counsel for the class, resulting in a recovery of nearly \$50 million.

In Re Commercial Explosives Antitrust Litigation, MDL 1093 (D. Utah), a large, complex multidistrict price-fixing class action in which a member of the firm was Discovery Co-Chair. The case was settled for a recovery of more than \$ 77 million dollars for the benefit of the class.

In Re Drill Bits Antitrust Litigation (C.A. No. H-91-627) (S.D. Tex.), a complex price-fixing class action in which a partner of the firm was on the Plaintiffs' Trial Team. The case ultimately was settled for a recovery of \$ 53.4 million dollars for the benefit of the class.

In re Corrugated Container Antitrust Litigation, 1983-2 CCH Trade Cases ¶ 65,628 (S.D. Tex. 1983), a seminal price-fixing class action case in which a firm partner was one of six trial counsel for the plaintiff class and obtained \$500 million in settlements, including a four month jury trial that resulted in a verdict for the class.

Mead Data Central v. West Publishing Co. (S.D. Ohio 1987); and West Publishing Co. v. Mead Corporation, (D. Minn. 1988). The firm, with co-counsel, represented West Publishing Company in two courts as both counterclaim defendant and plaintiff in a massive antitrust battle with Lexis, and ultimately achieved a very favorable ettlement for West.

Northeast Jet Co. v. Lehigh-Northampton Airport Authority, et al., 767 F. Supp. 672 (E.D. Pa. 1991). A firm partner represented Defendants in RICO, antitrust, § 1983, and other claims against an airport authority, the chairman of its board, and the airport's executive director. All claims were dismissed on summary judgment before trial.

Swarthmore Radiation Oncology, Inc. v. Melvyn J. Lapes, M.D., et al., 1993-2 CCH Trade Cases ¶ 70,443 (E.D. Pa. 1992), a group boycott case in which the

firm represented the Plaintiff and achieved an exceptionally satisfactory settlement, the amount of which is subject to a confidentiality agreement.

In Re Domestic Air Transportation Antitrust Litigation, 137 F.R.D. 677 (N.D. Ga. 1991), a large complex antitrust price-fixing class action, in which the Court appointed one of the firm's partners as Plaintiffs' Co-Lead Counsel and in which a settlement valued by the Court at $ 458 million was obtained.

Hoefer & Arnett, Inc. v. The Lehigh Press, Inc., 695 F. Supp. 832 (E.D. Pa. 1988), a securities class action that was settled for $4 million after trial had begun, in which the firm was lead counsel for the plaintiff class. The Court found that "The result is excellent in relation to the contingencies and risks of this lawsuit." Id. at 835.

Stainton v. Tarantino, 637 F. Supp. 1051 (E.D. Pa. 1986). The firm represented a partner of a prominent Philadelphia law firm in RICO litigation, and obtained a defense verdict after a month-long jury trial.

Virginia Soft Drinks Antitrust Litigation (E.D. Va. 1990). A price-fixing action in which the firm, as one of the principal counsel, obtained class certification and a settlement for 100% of damages after prior similar actions (brought by others) had failed.

Sutton v. Independence Medical Service Association of Pennsylvania, et al., (E.D. Pa. 1992) ("Blue Cross/Blue Shield") an ERISA and fraud class action in which the firm as Plaintiffs' Lead Counsel obtained a class action settlement including full damages and equitable relief greatly improving the extent to which Blue Cross/Blue Shield pay major medical benefits.

Transamerican Refining Corporation v. Dravo Corporation, et al., 130 F.R.D. 70 (S.D. Tex. 1990) (Specialty Steel Piping Antitrust Litigation); an antitrust action in which the firm and its co-counsel obtained a $50 million settlement for the plaintiff class.

Various courts have commented favorably on the quality of our firm's work in antitrust

and other class actions. For example, in In re Linerboard Antitrust Litigation, 321 F. Supp. 2d

619 (E.D. Pa. 2004), and 2004 WL 1221350, at *6 (E.D. Pa. June 2, 2004), in which Donald

Perelman and Roberta Liebenberg were members of Plaintiffs' Executive Committee, the Court

– 4 –

approved a settlement of $202.5 million for the benefit of the class, and stated, "[T]he lawyering in the case at every stage was superb...."  In In re Lorazepam and Clorazepate Antitrust Litigation, 2003 WL 22037741, *6, M.D.L. No. 1290 (D.D.C. 2003), in which our firm was co-counsel for the class of direct purchasers, the Court in approving settlement characterized counsel "among the best and most experienced antitrust litigators in the country."  In the In re Nasdaq Market-Makers Antitrust Litigation, 1998 WL 782020, at *5 (S.D.N.Y. 1998), in which a member of our firm was Plaintiffs' Co-Lead Counsel, the Court in approving settlement stated that, "It is difficult to conceive of better representation than the parties to this action achieved...." In the In re Workers Compensation Insurance Antitrust Litigation, CV. No. 4-85-1166 (D. Minn.) in which our firm was one of the principal counsel, the Court in approving settlement characterized counsel as "extraordinarily competent" (Transcript of April 29, 1991 at 103).  In Meredith v. Mid-Atlantic Coca-Cola Bottling Co. ("Virginia Soft Drinks Antitrust Litigation"), Civ. No. 89-00302-R (E.D. Va.), in which our firm was one of principal counsel for plaintiffs, the Court in approving settlement characterized plaintiffs' counsel as "excellent" (Transcript of May 1, 1990 at 25).  Likewise, in Sutton v. Medical Service Association of Pennsylvania, et al. ("Pennsylvania Blue Shield/Blue Cross Class Action"), Civil Action No. 92-4787 (E.D. Pa.) in which our firm was Lead Counsel for plaintiffs, the Court stated that the "quality" of our work was "extraordinarily good." (Memorandum dated June 8, 1994 at 18).

Allen D. Black, a member, is a graduate of Princeton University and the University of Pennsylvania Law School, magna cum laude, where he was Comment Editor of the Law Review and a member of the Order of the Coif. Thereafter, he served as law clerk to the Honorable John

Minor Wisdom of the United States Court of Appeals for the Fifth Circuit, as a trial attorney in

the Civil Rights Division of the United States Department of Justice, and in the Judge Advocate

General's Corps of the United States Navy. Mr. Black was selected by his peers as one of the top

100 "Super-lawyers" in Pennsylvania in 2005. He is highly rated in both general commercial

litigation and antitrust law by the 2004 Chambers Guide, which said: "Allen Black of Fine,

Kaplan and Black acts for both plaintiffs and defendants in a variety of complex commercial

litigation cases. A 'smart, agressive, talented and ethical lawyer,' he impresses interviewees as

one who 'makes opposing attorneys know they have a fight on their hands.'" Id. at 1135.

Professor Stephen Burbank of the University of Pennsylvania Law School recently stated: "Allen

Black is quite simply one of the best and most thoughtful lawyers in the country, a highly

successful litigator and important contributor to numerous law reform efforts." Burbank,

Litigation in a Free Society: The Roles of Litigation, 80 Wash. U.L.Q., 705, 719 (2002).

     Mr. Black has been an elected member of The American Law Institute for 29 years, has

served as a member of its council for 13 years, and was recently elected as the second vice

president of the Institute. He is a Fellow of the American College of Trial Lawyers. Mr. Black

has taught at the law schools of the University of North Dakota, Rutgers University, Temple

University, and the University of Pennsylvania.

     Donald L. Perelman, a member, is a graduate of the University of Michigan Law School

(J.D., magna cum laude, 1980), and has had extensive experience since then in the conduct of

antitrust, class action and other complex litigation. He served as a member of the Plaintiffs'

Executive Committee in the In re Linerboard Antitrust Litigation, 321 F. Supp. 2d 619 (E.D. Pa.

2004), and 2004 WL 1221350, at *6 (E.D. Pa. June 2, 2004), which was settled in late 2003

resulting in a recovery for the class in excess of $202 million. He served as Co-Discovery Chair

in the Commercial Explosives Antitrust Litigation, MDL 1093 (D. Utah), and he was principally

responsible for the management of the discovery programs in Lawrence v. Phillip Morris, Civ.

94-1494 (E.D.N.Y.) and Transamerican v. Dravo, Civ. H-88-789 (S.D.N.Y.).

Roberta D. Liebenberg, a member, is a 1970 graduate of the University of Michigan and a

1975 graduate of the Catholic University Columbus School of Law, magna cum laude, where she

was the Notes Editor of the Law Review.  Thereafter, she served as a law clerk for the United

States Court of Appeals for the Fourth Circuit.  She is an elected member of the American Law

Institute and has written and lectured extensively on a wide range of subjects including, antitrust,

RICO, consumer financial services litigation and discovery issues.  She is currently the Third

Circuit representative of the American Bar Association's Standing Committee on the Federal

Judiciary.  She served as Chair of the Class Action and Derivative Suits Committee of the

Section of Litigation of the American Bar Association and also co-chairs the Philadelphia Bar

Association's Antitrust Committee.  She served on the Board of Governors of the American Bar

Association and is the former Vice Chair of the American Bar Association's Commission on

Women in the Profession.  She also serves as Co-Chair of the Philadelphia Bar Association's

Antitrust Committee.

Ms. Liebenberg was also listed as one of the leading antitrust lawyers in Pennsylvania by

the 2004 and 2005 Chambers USA Guide and is considered to "have risen to the top ranks of the

antitrust bar."  She has served in leadership roles in the litigation of a number of plaintiffs'

– 7 –

antitrust and consumer class actions, including: In re Providian Financial Corp. Credit Card Terms Litigation (M.D.L. 1301 E.D. Pa.) (Co-Lead Counsel) ($105 million settlement); In re Commercial Explosives Antitrust Litigation, MDL No. 1093 (D.Utah) (Co-chair of Discovery) ($71 million settlement); In re Travel Agency Commission Antitrust Litigation, MDL No. 1058 (D. Minn.) (Discovery chair for major corporate defendant) ($82 million settlement); and In re Polypropylene Carpet Antitrust Litigation, Case No. 1075 (N.D. Ga.)(Co-Chair, Expert Committee).

Michael D. Basch, a member, is a graduate of Duke University, summa cum laude, and Yale Law School. He clerked for Hon. U.W. Clemon, United States District Judge for the Northern District of Alabama, and was an associate at Dechert, Price & Rhoads, Philadelphia, before joining the firm in 1989.

Jeffrey S. Istvan, a member, received his law degree from the University of Virginia School of Law in 1992, where he was a Hardy Cross Dillard Scholar. He received his undergraduate education at the University of Rochester, from which he graduated summa cum laude and was elected to Phi Beta Kappa. He clerked for The Honorable Robert S. Gawthrop, III, United States District Court for the Eastern District of Pennsylvania (1992-93), before joining Fine, Kaplan and Black in October, 1993.

Mr. Istvan has had wide-ranging experience in many complex cases, including antitrust, securities fraud, RICO, legal malpractice, corporate mismanagement, consumer protection and civil rights cases. He has earned a reputation as an outstanding writer, and he has been the

– 8 –

primary drafter and editor of many complex briefs in important cases.  Mr. Istvan recently was named a Pennsylvania Super Lawyer by Philadelphia Magazine.

Mr. Istvan was Lead Counsel in Parsky v. First Union Corp., No. 771, Feb. Term 2001 (C.C.P. Phila. Cty.), which in the fall of 2003 resulted in a recovery of more than $23 million for a class of trust customers of the bank.  He was Co-Lead counsel in In re Remeron Antitrust Litgation, No. 02-cv-2007 (D.N.J.), in which a $36 million dollar settlement for end users of a prescription drug was approved the court in the fall of 2005.  Mr. Istvan presently is one of the principal counsel to a group of large purchasers of copper in In re Copper Antitrust Litigation, 436 F.3d 782 (7th Cir. Feb. 6, 2006), in which the Seventh Circuit recently reversed the district court's entry of summary judgment, and he is Co-Lead Counsel in In re Metoprolol Succinate End-Payor Antitrust Litigation, No. 06-71 (D. Del.).

Mary L. Russell, an associate, received her law degree from the Georgetown University School of Law, where she was an editor of the American Criminal Law Review.  She received her undergraduate education at Kalamazoo College, where she was a Stone Honor Scholarship recipient.  She was previously associated with Winthrop, Stimson, Putman & Roberts in New York City and Ballard, Spahr, Andrews & Ingersoll in Philadelphia, and was Of Counsel at Liebenberg & White.

Gerard A. Dever, an associate, received his law degree from Temple University School of Law in 2000, where he graduated magna cum laude.  He received his undergraduate education at American University from which he graduated cum laude.  Prior to attending law school, he served as a legislative assistant to Philadelphia City Councilman Daniel P. McElhatton.  Prior to

joining Fine, Kaplan and Black, R.P.C., in January 2002, he was an associate at Pepper Hamilton LLP.

Michael F. Mirarchi, an associate, received his law degree from Harvard Law School in 2001, where he graduated magna cum laude and was an Editor of the Harvard Law Review. Prior to joining this firm, he served as a clerk to Chief Judge Edward R. Becker of the Third Circuit Court of Appeals.

Paul Costa, an associate, received his undergraduate degree from the University of Pennsylvania, where he graduated cum laude. He received his law degree from Georgetown University Law Center, where he graduated magna cum laude and was elected to the Order of the Coif. Following law school, he worked as an associate in the Washington, D.C. offices of Akin, Gump, Strauss, Hauer & Feld, L.L.P. Prior to joining Fine, Kaplan and Black, R.P.C. in October 2004, he served as a law clerk to the Honorable Cynthia M. Rufe of the United States District Court for the Eastern District of Pennsylvania.

Matthew H. Duncan, an associate, received his law degree from the University of Pennsylvania Law School in 2003, where he graduated cum laude, and won the Dolores Sloviter Award for best paper in the field of judicial administration. He received his undergraduate degree from Bucknell University in 1996 with a degree in Civil Engineering. He worked for four years in New York City as a construction project superintendent for Moretrench American Corp. Prior to joining Fine, Kaplan and Black, Matt served as a law clerk to the Honorable Anthony J. Scirica, Chief Judge of the United States Court of Appeals for the Third Circuit.

# Exhibit G

Charfoos & Christensen, P.C., has been a law firm in downtown Detroit since 1929. We have grown substantially since our beginnings and currently have a staff of 12 attorneys and other highly skilled paraprofessionals who provide necessary technical support. Our clients come not only from Michigan but also throughout the country.

Our work with DES and Toxic Shock Syndrome in the 70's and 80's brought us national exposure. In addition to representing clients in the Lockerbie Pan Am crash, the Korean Airlines 007 shootdown and Northwest Airlines Flight 255 litigation, we serve as liaison counsel between numerous attorneys and the court. We have represented hundreds of injured clients in the bankruptcy action against A. H. Robins, manufacturer of the Dalkon Shield intra-uterine device and hundreds of injured clients in actions against Dow Corning and other manufacturers of breast implants. We have a lead role in this most recent mass tort litigation and are one of a select group of firms on the National Steering Committee for this multi-district litigation. In addition, we have served as class counsel in several national class action suits including national litigation against Abbott Laboratories, Bausch & Lomb, Inc., Sulzer Medica USA, Inc., Sulzer Orthopedics and General Motors.

To enhance our services, Charfoos & Christensen, P.C., has established relationships with lawfirms throughout the country. Through these associations we now provide legal services in the following areas: accounting malpractice, all terrain vehicle injuries, antitrust litigation, architectural malpractice, automobile negligence, aviation litigation, commercial litigation, computer law, construction liability, drug products liability, employment discrimination, entertainment and sports law, environmental law, farming equipment injuries, federal and state agency matters, federal and state appeals, highway design failures, industrial liability, industrial products liability, labor law, legal malpractice, mass injury litigation, medical malpractice, pension and profit sharing plans, personal and business IRS matters, personal injury, products liability, professional and business licensing matters, professional disciplinary matters, real estate law and condemnation, tax law, vehicle rollover injuries, wrongful discharge and pharmaceutical litigation.

Not only is our firm recognized for its outstanding litigation record, but also two of our attorneys, Lawrence S. Charfoos and David W. Christensen, are listed in *Best Lawyers in America.* One of our former partners, Dennis W. Archer, has served as a Justice on the Michigan Supreme Court and as the Mayor of Detroit.

Several of our partners have written books, including: *The law of Medical Practice in Michigan; Obstetrics/Gynecology and the Law; Anesthesiology and the Law; The Law of Medical Practice in Ohio, Pennsylvania, New Jersey and Illinois; The Medical Malpractice Case: The Legal and Ethical Aspects of Treating Terminally Ill Patients; and Daughters at Risk (The DES Story).*

In addition, some of our attorneys are part-time law and medical professors and others are frequent lecturers for both professional and community groups.

Charfoos & Christensen, P.C. takes pride in its accomplishments on behalf of its clients as well as the legal profession and continues to explore new ways for our country's legal system to better serve the unique needs of our clients and their families.

# JASON J. THOMPSON

Jason J. Thompson is a trial attorney with the firm of Charfoos & Christensen, P.C. He is Board Certified in Civil Trial Advocacy by the National Board of Trial Advocacy. His practice includes complex and serious cases in a variety of areas including personal injury and professional malpractice, business litigation, and class actions.

Thompson leads the firm's Pharmaceutical Litigation Practice Group. He represents several healthcare plans, unions and other third-party payors in nationwide price-gouging class action lawsuits against pharmaceutical companies. He has been appointed to leadership positions and selected to work on several State and Federal class action and MDL cases, including: *In Re*: Vioxx-MDL (Purchase Claims Committee); *In Re*: Lovenox Antitrust Litigation (Co-Lead Class Counsel); *In Re*: Nexium Litigation; *In Re*: Ditropan Antitrust Litigation (Discovery Committee Chair); Zyprexa Off Label Marketing Litigation; *In Re*: Guidant Medical Device Litigation (Expert Witness Committee), and *In Re*: Neurontin Marketing and Sales Practice Litigation, MDL No.1629.

Thompson is also a leader in the firm's Environmental Tort Group where he has settled several environmental mass tort cases, including chemical explosion and emergency evacuation against ATOFINA Chemicals and groundwater contamination against Waste Management, Inc. In 2006 Thompson was appointed Lead Class Counsel by Judge Avern Cohn in the U.S. Steel Air Pollution Litigation, consisting of a class of 20,000 residents of the cities of River Rouge and Ecorse.

Thompson is an active and well-respected member of his profession. He serves on the Executive Board of the Michigan Trial Lawyers Association and is a member of the American Trial Lawyers Association's Section on Toxic, Environmental and Pharmaceutical Torts (STEP). In 2001 Thompson was selected as one of five "Up & Coming Lawyers" in Michigan. He frequently writes and lectures in his areas of expertise, including speaking on class actions and mass torts in KitzbÜhel, Austria. He has been recognized by trial judges as one of Michigan's best trial lawyers at using hi-tech trial techniques.

Thompson graduated from the University of Southern California in 1989 with a Bachelor of Arts degree in Economics. In 1992 he graduated from Michigan State University – DCL College of Law, *cum laude,* and was a Note and Comment Editor on the Law Review.

He grew up in Bloomfield Hills, Michigan and currently lives with his two daughters, Anna and Sara. Jason Thompson's complete biography can be viewed at www.C2law.com.