UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE TRICOR INDIRECT PURCHASER ANTITRUST LITIGATION | C.A. No. 05-360 (KAJ) (consolidated) |
| THIS DOCUMENT RELATES TO: | |
| PAINTERS' DISTRICT COUNCIL NO. 30 HEALTH AND WELFARE FUND and RICHARD G. WILDE, C.A. No. 05-360 (KAJ) | |
| VISTA HEALTH PLAN, INC. and ROSS LOVE, C.A. No. 05-365 (KAJ) | |
| PENNSYLVANIA EMPLOYEES BENEFIT TRUST FUND, C.A. No. 05-390 (KAJ) | |
| ALLIED SERVICES DIVISION WELFARE FUND and HECTOR VALDES, C.A. No. 05-394 (KAJ) | |
| DIANA KIM, C.A. No. 05-426 (KAJ) ELAINE M. PULLMAN, NEIL PERLMUTTER, HELENA PERLMUTTER and LULA RAMSEY, C.A. No. 05-450 (KAJ) | |
| PHILADELPHIA FEDERATION OF TEACHERS HEALTH AND WELFARE FUND, C.A. No. 05-467 (KAJ) | |
| CINDY CRONIN, C.A. No. 05 482 (KAJ) CHARLES SHAIN and SANDRA KRONE, C.A. No. 05-475 (KAJ) | |
| LOCAL 28 SHEET METAL WORKERS, C.A. No. 05-516 (KAJ) ALBERTO LITTER, C.A. No. 05-695 (KAJ) | |

**EXHIBITS 1-47 TO DECLARATION OF CHRISTOPHER J. MCDONALD IN SUPPORT OF END-PAYOR PLAINTIFFS' MOTION FOR CLASS CERTIFICATION [PUBLIC VERSION]**

# Exhibits 1-45

# Redacted in Full

# Exhibit 46

# TOP 200 BRAND-NAME Rx DRUGS

The following list contains the top 200 brand-name prescription drugs dispensed through independent, chain, food store, mass merchandiser, and deep-discount pharmacies. Rankings are based on total number of prescriptions for January 2002 to December 2002, as measured by Verispan Scott-Levin's Source Prescription Audit. Insulin products are included in the tally.

| Rank | Product | Units (000) | Rank | Product | Units (000) | Rank | Product | Units (000) |
|---|---|---|---|---|---|---|---|---|
| 1. | Lipitor | 56,277 | 68. | Depakote | 6,343 | 135. | Tobradex | 2,985 |
| 2. | Synthroid | 40,113 | 69. | Concerta | 6,287 | 136. | Duragesic | 2,955 |
| 3. | Premarin Tablets | 34,302 | 70. | Diovan HCT | 6,254 | 137. | Tequin | 2,924 |
| 4. | Norvasc | 30,195 | 71. | Flomax | 6,184 | 138. | Miacalcin Nasal | 2,887 |
| 5. | Zoloft | 27,305 | 72. | Glucovance | 6,099 | 139. | Prozac | 2,887 |
| 6. | Paxil | 25,850 | 73. | Hyzaar | 5,949 | 140. | Alesse-28 | 2,860 |
| 7. | Zithromax Z-Pak | 24,664 | 74. | Claritin D, 24-hr. | 5,824 | 141. | Lantus | 2,834 |
| 8. | Zocor | 24,165 | 75. | Combivent | 5,683 | 142. | Niaspan | 2,802 |
| 9. | Prevacid | 23,209 | 76. | Humulin N | 5,615 | 143. | Atacand | 2,797 |
| 10. | Celebrex | 22,343 | 77. | Amaryl | 5,611 | 144. | Triphasil | 2,751 |
| 11. | Ortho Tri-Cyclen | 21,521 | 78. | Levothroid | 5,461 | 145. | Mobic | 2,687 |
| 12. | Levoxyl | 21,465 | 79. | Monopril | 5,421 | 146. | Ceftin | 2,670 |
| 13. | Allegra | 20,934 | 80. | Skelaxin | 5,203 | 147. | Ciloxan | 2,635 |
| 14. | Prilosec | 20,608 | 81. | Valtrex | 5,026 | 148. | Atrovent Inhalation | 2,460 |
| 15. | Toprol XL | 20,092 | 82. | Skelaxin | 4,777 | 149. | Differin | 2,443 |
| 16. | Vioxx | 19,736 | 83. | Zyrtec Syrup | 4,747 | 150. | Lamisil Oral | 2,378 |
| 17. | Celexa | 19,722 | 84. | Imitrex Oral | 4,716 | 151. | Avelox | 2,339 |
| 18. | Ambien | 18,791 | 85. | Sarevent | 4,676 | 152. | Zanaflex | 2,338 |
| 19. | Claritin | 17,756 | 86. | Ortho-Novum 7/7/7 | 4,627 | 153. | Miralax | 2,305 |
| 20. | Zyrtec | 17,062 | 87. | Claritin D, 12-hr. | 4,572 | 154. | Tenhri | 2,263 |
| 21. | Fosamax | 16,728 | 88. | Macrobid | 4,571 | 155. | Phenergan Suppositories | 2,262 |
| 22. | Augmentin | 16,617 | 89. | Cefzil | 4,481 | 156. | Proscar | 2,259 |
| 23. | Viagra | 15,355 | 90. | Avapro | 4,439 | 157. | Prometrium | 2,256 |
| 24. | Zestril | 15,291 | 91. | Ortho-Cyclen | 4,403 | 158. | Elocon | 2,248 |
| 25. | Prempro | 15,021 | 92. | Veetids | 4,317 | 159. | Estratest Tablets | 2,247 |
| 26. | Wellbutrin SR | 14,822 | 93. | Seroquel | 4,269 | 160. | BenzaClin | 2,229 |
| 27. | Neurontin | 14,348 | 94. | Dilantin Kapseals | 4,231 | 161. | Climara | 2,166 |
| 28. | Effexor XR | 13,595 | 95. | Trivora-28 | 4,107 | 162. | Zyrtec-D | 2,142 |
| 29. | Pravachol | 13,588 | 96. | Necon 1/35 | 4,104 | 163. | Proventil HFA | 2,079 |
| 30. | Singulair | 13,336 | 97. | Bextra | 4,061 | 164. | Estrostep Fe | 2,075 |
| 31. | Accupril | 13,040 | 98. | Adderall XR | 4,035 | 165. | MetroGel Vaginal | 2,071 |
| 32. | Cipro | 12,904 | 99. | Endocet | 4,028 | 166. | Ocuflox | 2,070 |
| 33. | Nexium | 12,792 | 100. | Bactroban | 3,971 | 167. | Humulin R | 2,030 |
| 34. | Flonase | 12,323 | 101. | Claritin RediTabs | 3,930 | 168. | Avalide | 1,996 |
| 35. | Klor-Con | 12,093 | 102. | Nasacort AQ | 3,893 | 169. | Thyroid, Armour | 1,982 |
| 36. | Levaquin | 11,606 | 103. | Detrol LA | 3,886 | 170. | Azmacort | 1,974 |
| 37. | Diflucan | 11,127 | 104. | Ultracet | 3,831 | 171. | Loestrin Fe 1/20 | 1,939 |
| 38. | Glucotrol XL | 10,885 | 105. | Humulin 70/30 | 3,758 | 172. | Guaifenex PSE | 1,916 |
| 39. | Amoxil | 10,482 | 106. | Zestoretic | 3,676 | 173. | Cosopt | 1,915 |
| 40. | Plavix | 10,369 | 107. | Mircette | 3,675 | 174. | Lo/Ovral 28 | 1,911 |
| 41. | Protonix | 9,967 | 108. | Aviane | 3,659 | 175. | Lescol XL | 1,903 |
| 42. | Advair Diskus | 9,713 | 109. | Tiazac | 3,652 | 176. | Lotensin HCT | 1,902 |
| 43. | Coumadin Tablets | 9,149 | 110. | Coreg | 3,637 | 177. | Depakote ER | 1,883 |
| 44. | Lotrel | 9,033 | 111. | Remeron | 3,602 | 178. | Prinzide | 1,882 |
| 45. | Altace | 9,001 | 112. | Humalog | 3,578 | 179. | Humalog Mix 75/25 Pen | 1,865 |
| 46. | Diovan | 8,985 | 113. | Rhinocort Aqua | 3,546 | 180. | Univasc | 1,861 |
| 47. | Zithromax, Oral Suspension | 8,876 | 114. | Augmentin ES-600 | 3,366 | 181. | Xopenex | 1,856 |
| 48. | Lanoxin | 8,665 | 115. | Biaxin XL | 3,363 | 182. | Estratest HS | 1,850 |
| 49. | Prinivil | 8,507 | 116. | Biaxin | 3,339 | 183. | Demadex | 1,835 |
| 50. | Lotensin | 8,229 | 117. | Topamax | 3,329 | 184. | Vivelle-Dot | 1,834 |
| 51. | Nasonex | 8,124 | 118. | Ortricel | 3,297 | 185. | Lamictal | 1,816 |
| 52. | Cozaar | 7,806 | 119. | Plendil | 3,272 | 186. | Asacol | 1,798 |
| 53. | Avandia | 7,674 | 120. | Patanol | 3,248 | 187. | Detrol | 1,795 |
| 54. | Actos | 7,561 | 121. | Actonel | 3,247 | 188. | Paxil CR | 1,774 |
| 55. | Flovent | 7,491 | 122. | Low-Ogestrel | 3,243 | 189. | Zantac | 1,772 |
| 56. | Risperdal | 7,450 | 123. | Zithromax | 3,232 | 190. | Sonata | 1,765 |
| 57. | Clarinex | 7,411 | 124. | Apri | 3,172 | 191. | Covera-HS | 1,751 |
| 58. | Glucophage XR | 7,390 | 125. | Lescol | 3,155 | 192. | Claritin Syrup | 1,732 |
| 59. | Ultram | 7,026 | 126. | Roxicet | 3,153 | 193. | Zaroxolyn | 1,732 |
| 60. | Zyprexa | 6,988 | 127. | Inderal LA | 3,116 | 194. | Depo-Provera | 1,729 |
| 61. | Allegra-D | 6,926 | 128. | Vicoprofen, Non-Injectable | 3,049 | 195. | Pulmicort Respules | 1,724 |
| 62. | Aciphex | 6,889 | 129. | Adderall | 3,029 | 196. | Orapred | 1,724 |
| 63. | Glucophage | 6,802 | 130. | Yasmin 28 | 3,029 | 197. | Levora | 1,721 |
| 64. | Digitek | 6,553 | 131. | Ditropan XL | 3,017 | 198. | Adalat CC | 1,701 |
| 65. | Xalatan | 6,453 | 132. | Aricept | 3,011 | 199. | Genesslin | 1,687 |
| 66. | Evista | 6,413 | 133. | Tussionex | 3,003 | 200. | Nizoral Shampoo | 1,669 |
| 67. | OxyContin | 6,376 | 134. | Serzone | 2,994 | | | |

# TOP 200 BRAND-NAME Rx DRUGS

The following list contains the top 200 brand-name prescription drugs dispensed through independent, chain, food store, mass merchandiser, and deep-discount pharmacies. Rankings are based on total number of prescriptions for January 2003 to December 2003, as measured by Verispan Scott-Levin's Source Prescription Audit. Insulin products are included in the tally.

| Rank | Product | Units (000) | Rank | Product | Units (000) | Rank | Product | Units (000) |
|---|---|---|---|---|---|---|---|---|
| 1. | Lipitor | 57,007 | 68. | Amaryl | 6,211 | 135. | Miacalcin Nasal | 2,453 |
| 2. | Synthroid | 42,349 | 69. | Glucovance | 6,206 | 136. | Lamictal | 2,423 |
| 3. | Norvasc | 29,549 | 70. | Combivent | 6,163 | 137. | Orapred | 2,404 |
| 4. | Zoloft | 28,236 | 71. | Yasmin 28 | 6,096 | 138. | Xopenex | 2,340 |
| 5. | Zithromax Z-Pak | 26,160 | 72. | Actonel | 6,086 | 139. | Trileptal | 2,326 |
| 6. | Toprol XL | 25,090 | 73. | Xalatan | 6,061 | 140. | Proscar | 2,310 |
| 7. | Zocor | 23,954 | 74. | Lanoxin | 6,040 | 141. | Ciloxan | 2,301 |
| 8. | Prevacid | 23,319 | 75. | Valtrex | 5,922 | 142. | Roxicet | 2,299 |
| 9. | Premarin Tablets | 22,113 | 76. | Zyrtec Syrup | 5,767 | 143. | Pulmicort Respules | 2,291 |
| 10. | Ambien | 21,179 | 77. | Seroquel | 5,767 | 144. | BenzaClin | 2,276 |
| 11. | Levoxyl | 20,995 | 78. | Depakote | 5,364 | 145. | Lescol | 2,258 |
| 12. | Allegra | 19,912 | 79. | Levothroid | 5,176 | 146. | Tequin | 2,226 |
| 13. | Celebrex | 19,222 | 80. | Zithromax | 5,090 | 147. | Depakote ER | 2,210 |
| 14. | Ortho Tri-Cyclen | 19,016 | 81. | Skelaxin | 4,994 | 148. | Prometrium | 2,201 |
| 15. | Nexium | 18,051 | 82. | Ultracet | 4,984 | 149. | Tiazac | 2,149 |
| 16. | Zyrtec | 17,518 | 83. | Prempro | 4,926 | 150. | Thyroid, Armour | 2,142 |
| 17. | Singulair | 17,440 | 84. | Endocet | 4,858 | 151. | Benicar | 2,107 |
| 18. | Vioxx | 17,104 | 85. | Lantus | 4,853 | 152. | Differin | 2,073 |
| 19. | Fosamax | 17,102 | 86. | Ornicef | 4,814 | 153. | MetroGel-Vaginal | 2,064 |
| 20. | Effexor XR | 16,496 | 87. | Augmentin ES-600 | 4,805 | 154. | Atrovent for Inhalation | 2,049 |
| 21. | Viagra | 15,685 | 88. | Topamax | 4,764 | 155. | Cosopt | 2,041 |
| 22. | Neurontin | 15,641 | 89. | Avapro | 4,706 | 156. | Ortho-Novum 7/7/7 | 2,005 |
| 23. | Celexa | 15,231 | 90. | Macrobid | 4,675 | 157. | Femhrt | 1,989 |
| 24. | Wellbutrin SR | 15,076 | 91. | Prilosec | 4,621 | 158. | Vivelle-DOT | 1,984 |
| 25. | Paxil | 14,836 | 92. | Imitrex Oral | 4,605 | 159. | Ortho-Cyclen | 1,956 |
| 26. | Protonix | 13,958 | 93. | Coreg | 4,561 | 160. | Astelin | 1,919 |
| 27. | Advair Diskus | 13,793 | 94. | Humulin N | 4,536 | 161. | Lotensin HCT | 1,912 |
| 28. | Flonase | 13,567 | 95. | Detrol LA | 4,528 | 162. | Folix | 1,901 |
| 29. | Lexapro | 13,390 | 96. | Rhinocort Aqua | 4,492 | 163. | Serevent | 1,890 |
| 30. | Plavix | 13,291 | 97. | Zetia | 4,364 | 164. | Mircette | 1,876 |
| 31. | Pravachol | 13,238 | 98. | Nasacort AQ | 4,353 | 165. | Sprintec | 1,866 |
| 32. | Levaquin | 12,766 | 99. | Monopril | 4,297 | 166. | Tamiflu | 1,819 |
| 33. | Accupril | 11,349 | 100. | Aviane | 4,210 | 167. | Guaifenex PSE | 1,809 |
| 34. | Diflucan | 10,968 | 101. | Ceftin | 4,208 | 168. | Elocon | 1,794 |
| 35. | Altace | 10,620 | 102. | Biaxin XL | 3,939 | 169. | Alesse-28 | 1,776 |
| 36. | Diovan | 10,531 | 103. | Bactroban | 3,861 | 170. | Depo-Provera | 1,769 |
| 37. | Lotrel | 10,380 | 104. | Humalog | 3,754 | 171. | Promethegan | 1,765 |
| 38. | Glucotrol XL | 9,824 | 105. | Duragesic | 3,659 | 172. | Zantac | 1,763 |
| 39. | Klor-Con | 9,594 | 106. | Patanol | 3,641 | 173. | Ovcon-35 | 1,747 |
| 40. | Zithromax Suspension | 9,544 | 107. | Miralax | 3,554 | 174. | Estrostep Fe | 1,744 |
| 41. | Clarinex | 9,393 | 108. | Zyrtec-D | 3,548 | 175. | Climara | 1,727 |
| 42. | Ortho Evra | 9,193 | 109. | Strattera | 3,462 | 176. | Activella | 1,726 |
| 43. | Bextra | 9,175 | 110. | Trivora-28 | 3,441 | 177. | Humalog Mix 75/25 Pn | 1,724 |
| 44. | Paxil CR | 8,405 | 111. | Dilantin Kapseals | 3,416 | 178. | Asacol | 1,719 |
| 45. | Actos | 8,222 | 112. | Elidel | 3,359 | 179. | Humulin R | 1,709 |
| 46. | Cozaar | 8,169 | 113. | Humulin 70/30 | 3,267 | 180. | Ocuflox | 1,677 |
| 47. | Diovan HCT | 8,078 | 114. | Inderal LA | 3,223 | 181. | Augmentin | 1,647 |
| 48. | Cipro | 7,937 | 115. | Aricept | 3,219 | 182. | Mavik | 1,641 |
| 49. | Avandia | 7,571 | 116. | Tussionex | 3,204 | 183. | Sonata | 1,627 |
| 50. | Risperdal | 7,513 | 117. | Apri | 3,191 | 184. | Glucophage | 1,613 |
| 51. | Nasonex | 7,502 | 118. | Ditropan XL | 3,172 | 185. | Levora | 1,596 |
| 52. | Digitek | 7,480 | 119. | Niaspan | 3,101 | 186. | Floxin Otic | 1,571 |
| 53. | Aciphex | 7,459 | 120. | Low-Ogestrel | 2,945 | 187. | Proventil HFA | 1,557 |
| 54. | Coumadin Tablets | 7,312 | 121. | Necon 1/35 | 2,940 | 188. | Catapres-TTS | 1,548 |
| 55. | Lotensin | 7,103 | 122. | Avelox | 2,933 | 189. | Zaroxolyn | 1,526 |
| 56. | Glucophage XR | 7,102 | 123. | Kariva | 2,885 | 190. | Serevent Diskus | 1,508 |
| 57. | Allegra-D | 7,065 | 124. | Mobic | 2,874 | 191. | Triphasil | 1,496 |
| 58. | Concerta | 6,960 | 125. | Biaxin | 2,777 | 192. | Azmacort | 1,465 |
| 59. | Zyprexa | 6,906 | 126. | Alesand | 2,739 | 193. | Zovia 1/35 | 1,456 |
| 60. | Flomax | 6,898 | 127. | Tobradex | 2,682 | 194. | Nizoral Shampoo | 1,450 |
| 61. | Amoxil | 6,877 | 128. | Alphagan P | 2,641 | 195. | Cipro HC Otic | 1,443 |
| 62. | OxyContin | 6,593 | 129. | Lescol XL | 2,626 | 196. | Serzone | 1,428 |
| 63. | Adderall XR | 6,443 | 130. | Plendil | 2,623 | 197. | Zestril | 1,418 |
| 64. | Evista | 6,330 | 131. | Augmentin XR | 2,560 | 198. | Prozac | 1,407 |
| 65. | Flovent | 6,294 | 132. | Ortho Tri-Cyclen Lo | 2,508 | 199. | Cenestin | 1,400 |
| 66. | Hyzaar | 6,217 | 133. | Avalide | 2,501 | 200. | Lumigan | 1,388 |
| 67. | Tricor | 6,216 | 134. | Lamisil Oral | 2,482 | | | |

# TOP 200 BRAND-NAME Rx DRUGS

The following list contains the top 200 brand-name prescription drugs dispensed through independent, chain, food store, mass merchandiser, and deep-discount pharmacies. Rankings are based on total number of prescriptions for January 2004 to December 2004, as measured by Verispan's Vector One National Reports. Insulin products are included in the tally.

| Rank | Product | Units (000) | Rank | Product | Units (000) | Rank | Product | Units (000) |
|---|---|---|---|---|---|---|---|---|
| 1. | Lipitor | 62,540 | 68. | Evista | 6,124 | 135. | Tobradex | 2,472 |
| 2. | Synthroid | 42,105 | 69. | OxyContin | 6,067 | 136. | Miacalcin Nasal | 2,429 |
| 3. | Norvasc | 30,928 | 70. | Zithromax | 6,024 | 137. | Cialis | 2,414 |
| 4. | Toprol XL | 30,450 | 71. | Allegra-D | 6,001 | 138. | Cosopt | 2,403 |
| 5. | Zoloft | 28,755 | 72. | Metformin HCl ER | 5,948 | 139. | Lamisil Oral | 2,353 |
| 6. | Zocor | 23,804 | 73. | Ortho Tri-Cyclen Lo | 5,923 | 140. | Pulmicort Respules | 2,340 |
| 7. | Zithromax Z-Pak | 23,235 | 74. | Zyprexa | 5,785 | 141. | Bactroban | 2,299 |
| 8. | Ambien | 22,747 | 75. | Trinessa | 5,650 | 142. | Plendil | 2,273 |
| 9. | Lexapro | 22,392 | 76. | Strattera | 5,560 | 143. | Vivelle-DOT | 2,222 |
| 10. | Prevacid | 21,842 | 77. | Avapro | 5,469 | 144. | Abilify | 2,217 |
| 11. | Nexium | 20,649 | 78. | Topamax | 5,308 | 145. | Vigamox | 2,179 |
| 12. | Singulair | 20,435 | 79. | Endocet | 5,361 | 146. | Serevent Diskus | 2,171 |
| 13. | Levoxyl | 19,508 | 80. | Ultracet | 5,337 | 147. | Xopenex | 2,150 |
| 14. | Celebrex | 19,037 | 81. | Omnicef | 5,315 | 148. | Biaxin | 2,104 |
| 15. | Fosamax | 18,326 | 82. | Flovent | 5,254 | 149. | Prometrium | 2,092 |
| 16. | Effexor XR | 17,916 | 83. | Zyrtec Syrup | 5,212 | 150. | BenzaClin | 2,070 |
| 17. | Premarin Tabs | 17,805 | 84. | Detrol LA | 5,122 | 151. | Cipro | 2,064 |
| 18. | Allegra | 17,623 | 85. | Lanoxin | 4,882 | 152. | Benicar HCT | 2,060 |
| 19. | Plavix | 16,976 | 86. | Depakote | 4,710 | 153. | Astelin | 2,049 |
| 20. | Protonix | 16,709 | 87. | Nasacort AQ | 4,503 | 154. | Sprintec | 1,992 |
| 21. | Zyrtec | 16,355 | 88. | Imitrex Oral | 4,493 | 155. | Orapred | 1,970 |
| 22. | Advair Diskus | 16,144 | 89. | Rhinocort Aqua | 4,453 | 156. | Ovcon-35 | 1,937 |
| 23. | Neurontin | 14,355 | 90. | Wellbutrin SR | 4,362 | 157. | Levitra | 1,931 |
| 24. | Flonase | 14,204 | 91. | Skelaxin | 4,303 | 158. | Glucotrol XL | 1,931 |
| 25. | Viagra | 13,216 | 92. | Levothroid | 4,206 | 159. | Cipro XR | 1,931 |
| 26. | Levaquin | 12,639 | 93. | Duragesic | 4,113 | 160. | Lescol | 1,931 |
| 27. | Pravachol | 12,034 | 94. | Aviane | 4,068 | 161. | Lotensin | 1,931 |
| 28. | Lotrel | 12,020 | 95. | Mobic | 4,012 | 162. | Flexeril | 1,931 |
| 29. | Diovan | 11,859 | 96. | Aricept | 3,994 | 163. | NuvaRing | 1,931 |
| 30. | Vioxx | 11,788 | 97. | Niaspan | 3,866 | 164. | Roxicet | 1,931 |
| 31. | Altace | 11,075 | 98. | Elidel | 3,829 | 165. | MetroGel-Vaginal | 1,931 |
| 32. | Klor-Con | 11,264 | 99. | Humulin N | 3,794 | 166. | Paxil | 1,931 |
| 33. | Bextra | 10,909 | 100. | Humalog | 3,719 | 167. | Asacol | 1,931 |
| 34. | Celexa | 10,241 | 101. | Benicar | 3,694 | 168. | Differin | 1,931 |
| 35. | Ortho Evra | 9,955 | 102. | Patanol | 3,618 | 169. | Lidoderm | 1,931 |
| 36. | Diovan HCT | 9,400 | 103. | Lamictal | 3,475 | 170. | Zelnorm | 1,931 |
| 37. | Accupril | 9,295 | 104. | Tri-Sprintec | 3,471 | 171. | Atrovent for Inhalation | 1,931 |
| 38. | Paxil CR | 9,087 | 105. | Miralax | 3,429 | 172. | Climara | 1,931 |
| 39. | Actonel | 8,748 | 106. | Zyrtec-D | 3,300 | 173. | Lumigan | 1,931 |
| 40. | Actos | 8,681 | 107. | Avalide | 3,291 | 174. | Glyxolax | 1,931 |
| 41. | Wellbutrin XL | 8,629 | 108. | Dilantin Kapseals | 3,183 | 175. | Tequin | 1,931 |
| 42. | Cozaar | 8,466 | 109. | Augmentin ES-600 | 3,157 | 176. | Levora | 1,931 |
| 43. | Zetia | 8,427 | 110. | Kariva | 3,154 | 177. | Estrostep Fe | 1,931 |
| 44. | Yasmin 28 | 8,408 | 111. | Prempro | 3,138 | 178. | Zantac | 1,931 |
| 45. | Avandia | 8,130 | 112. | Ditropan XL | 3,135 | 179. | Provigil | 1,931 |
| 46. | Aciphex | 8,003 | 113. | Glucovance | 3,131 | 180. | Methadose | 1,931 |
| 47. | Zithromax Suspension | 7,683 | 114. | Inderal LA | 3,109 | 181. | Mavik | 1,931 |
| 48. | Adderall XR | 7,635 | 115. | Apri | 3,078 | 182. | Glucophage XR | 1,931 |
| 49. | Concerta | 7,627 | 116. | Trivora-28 | 3,074 | 183. | Femhrt | 1,931 |
| 50. | Flomax | 7,507 | 117. | Biaxin XL | 2,968 | 184. | Depo-Provera | 1,931 |
| 51. | Risperdal | 7,544 | 118. | Lescol XL | 2,851 | 185. | Elocon | 1,931 |
| 52. | Digitek | 7,411 | 119. | Low-Ogestrel | 2,840 | 186. | Zymar | 1,931 |
| 53. | Tricor | 7,331 | 120. | Amoxil | 2,802 | 187. | Catapres-TTS | 1,931 |
| 54. | Seroquel | 7,172 | 121. | Avelox | 2,799 | 188. | Micardis | 1,931 |
| 55. | Nasonex | 7,048 | 122. | Cotzt | 2,780 | 189. | Keppra | 1,931 |
| 56. | Clarinex | 6,957 | 123. | Humulin 70/30 | 2,760 | 190. | Humulin R | 1,931 |
| 57. | Xalatan | 6,908 | 124. | Augmentin XR | 2,728 | 191. | Prilosec | 1,931 |
| 58. | Diflucan | 6,861 | 125. | Tussionex | 2,723 | 192. | Macrobid | 1,931 |
| 59. | Coumadin Tabs | 6,754 | 126. | Necon 1/35 | 2,652 | 193. | Sonata | 1,931 |
| 60. | Lantus | 6,625 | 127. | Trileptal | 2,642 | 194. | Necon 0.5/35E | 1,931 |
| 61. | Amaryl | 6,591 | 128. | Alphagan P | 2,627 | 195. | Premarin Vaginal | 1,931 |
| 62. | Hyzaar | 6,564 | 129. | Atacand | 2,553 | 196. | Zovia 1/35 | 1,931 |
| 63. | Combivent | 6,517 | 130. | Proscar | 2,525 | 197. | Activella | 1,931 |
| 64. | Valtrex | 6,490 | 131. | Avandamet | 2,508 | 198. | Humalog Mix 75/25 Pn | 1,931 |
| 65. | Crestor | 6,359 | 132. | Budeprion SR | 2,502 | 199. | Mircette | 1,931 |
| 66. | Ortho Tri-Cyclen | 6,241 | 133. | Thyroid, Armour | 2,497 | 200. | Tarka XT | 1,931 |
| 67. | Coreg | 6,203 | 134. | Depakote ER | 2,491 | | | |

# Exhibit 47

# Redacted in Full