IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ———————————————— | ) | |
| IN RE TRICOR INDIRECT PURCHASER | ) | |
| ANTITRUST LITIGATION | ) | C.A. No. 05-360 (KAJ) |
| ———————————————— | ) | |
| | ) | (consolidated) |
| THIS DOCUMENT RELATES TO: | ) | |
| | ) | |
| C.A. No. 05- 695 | ) | |
| ———————————————— | ) | |

## NOTICE OF VIDEOTAPE DEPOSITION OF ALBERTO LITTER

To:     All Counsel on the Attached Service List

PLEASE TAKE NOTICE that pursuant to Rule 30 of the Federal Rules of Civil

Procedure, counsel for Defendants shall take the deposition by oral examination of Alberto Litter

on June 1, 2006 at 2:00 P.M., at the offices of Morris, Nichols, Arsht & Tunnell LLP,

1201 North Market Street, 18th Floor, Wilmington, DE 19801.  The deposition will be recorded

by videotape as well as stenographically before a Notary Public or other officer authorized to

administer oaths, and shall continue from day to day until completed, with such adjournments as

to time and place as may be necessary.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ James W. Parrett, Jr.*

————————————————————
Mary B. Graham (#2256)
James W. Parrett, Jr. (#4292)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
*Attorneys for Defendant Abbott Laboratories*

OF COUNSEL:

William F. Cavanaugh, Jr.
Eugene M. Gelernter
Chad J. Peterman
Alexis Gander
PATTERSON, BELKNAP, WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY  10036-6710
(212) 336-2000

May 17, 2006
520805

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 17, 2006, the foregoing was caused to be electronically filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to all registered participants.

In addition, the undersigned hereby certifies that true and correct copies of the foregoing were caused to be served via electronic mail on May 17, 2006 upon the following parties:

| | |
|---|---|
| REPRESENTING DIRECT PARTY PLAINTIFFS (C.A. 05-340): | Jeffrey S. Goddess **jgoddess@rmgglaw.com** |
| | Bruce E. Gerstein **bgerstein@garwingerstein.com** |
| | Barry S. Taus **btaus@garwingerstein.com** |
| | Adam M. Steinfeld **asteinfeld@garwingerstein.com** |
| | Daniel Berger **danberger@bm.net** |
| | Eric L. Cramer **ecramer@bm.net** |
| | Peter Kohn **pkohn@bm.net** |
| | Linda P. Nussbaum **lnussbaum@cmht.com** |
| | Steig D. Olson **solson@cmht.com** |
| REPRESENTING WALGREEN, ECKERD, KROGER, MAXI, CVS, RITE AID (C.A. 05-340): | Elizabeth M. McGeever **emmcgeever@prickett.com** |
| | Scott E. Perwin **sperwin@kennynachwalter.com** |
| | Joseph T. Lukens **jlukens@hangley.com** |

REPRESENTING PACIFICARE
(C.A. 05-340):

Jonathan L. Parshall
**jonp@msllaw.com**

William Christopher Carmody
**bcarmody@susmangodfrey.com**

John Turner
**jturner@susmangodfrey.com**

Shawn Rabin
**srabin@susmangodfrey.com**

Justin Nelson
**jnelson@susmangodfrey.com**

Cindy Tijerina
**ctijerina@susmangodfrey.com**

Ken Zylstra
**kzylstra@sbclasslaw.com**

Lyle Stamps
**lstamps@sbclasslaw.com**

Steve Connolly
**sconnolly@sbclasslaw.com**

Mark Sandman
**mms@rawlingsandassociates.com**

Jeffrey Swann
**js5@rawlingsandassociates.com**

REPRESENTING INDIRECT PARTY PLAINTIFFS
(C.A. 05-360):

Pamela S. Tikellis
Thomas M. Sobol
Patrick E. Cafferty
Jeffrey L. Kodroff
Bernard J. Persky
Mike Gottsch
A. Zachary Naylor
Robert Davis
Brian Clobes
Michael Tarringer
Tim Fraser
David Nalven
Greg Matthews
Christopher McDonald
Kellie Safar
Theodore M. Lieverman
Pat Howard

**tricor@chimicles.com**

REPRESENTING TEVA PHARMACEUTICALS        Josy W. Ingersoll
(C.A. 02-1512):                          Karen E. Keller
                                         Bruce M. Gagala
                                         Christopher T. Holding
                                         Ken Cohen
                                         Elaine Blais

                                         **tricor@ycst.com**


REPRESENTING IMPAX LABORATORIES          Mary Matterer
(C.A. 03-120):                           **mmatterer@morrisjames.com**

                                         John C. Vetter
                                         **jvetter@kenyon.com**

                                         Asim Bhansali
                                         **abhansali@kvn.com**


REPRESENTING FOURNIER                    Frederick L. Cottrell, III
(ALL CASES):                             Anne Shea Gaza
                                         Steven C. Sunshine
                                         Matthew P. Hendrickson
                                         Bradley J. Demuth
                                         Maggie DiMoscato
                                         Timothy C. Bickham

                                         **tricor@rlf.com**



*/s/ James W. Parrett, Jr.*
_____
James W. Parrett, Jr. (#4292)

520805