IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ABBOTT LABORATORIES, an Illinois       )
corporation, FOURNIER INDUSTRIE ET     )
SANTÉ, a French corporation, and       )
LABORATOIRES FOURNIER S.A., a          )
French corporation,                    )
                                       )
         Plaintiffs,            )
                                       )
    v.                              )    Civil Action No. 02-1512-KAJ
                                       )          (Consolidated)
TEVA PHARMACEUTICALS USA, INC.,        )
a Delaware Corporation,                )
                                       )
         Defendant.             )
_____)
TEVA PHARMACEUTICALS USA, INC.,        )
a Delaware corporation, TEVA           )
PHARMACEUTICAL INDUSTRIES              )
LIMITED, an Israeli corporation, and   )
NOVOPHARM, LTD., a Canadian            )
corporation,                           )
                                       )
         Counterclaim-Plaintiffs,  )
                                       )
    v.                              )
                                       )
ABBOTT LABORATORIES,  an Illinois      )
corporation, FOURNIER INDUSTRIE ET     )
SANTÉ, a French corporation, and       )
LABORATOIRES FOURNIER S.A., a          )
French corporation,                    )
                                       )
         Counterclaim-Defendants.  )

ABBOTT LABORATORIES, an Illinois )
corporation, FOURNIER INDUSTRIE ET )
SANTÉ, a French corporation, and )
LABORATOIRES FOURNIER S.A., a )
French corporation, )
 )
   Plaintiffs, )
 )
    v. )   Civil Action No. 03-120-KAJ
 )     (Consolidated)
IMPAX LABORATORIES, INC., a )
Delaware corporation, )
 )
   Defendant. )
_____ )
 )
IMPAX LABORATORIES, INC., a )
Delaware corporation, )
 )
   Counterclaim-Plaintiff )
 )
    v. )
 )
ABBOTT LABORATORIES, an Illinois )
corporation, FOURNIER INDUSTRIE ET )
SANTÉ, a French corporation, and )
LABORATOIRES FOURNIER S.A., a )
French corporation, )
 )
   Counterclaim-Defendants. )

IN RE TRICOR DIRECT PURCHASER )
ANTITRUST LITIGATION )   Civil Action No. 05-340-KAJ
_____ )    (Consolidated)
THIS DOCUMENT RELATES TO: )
 )
ALL ACTIONS )
_____ )
 )
IN RE TRICOR INDIRECT PURCHASER )
ANTITRUST LITIGATION )   Civil Action No. 05-360-KAJ
_____ )    (Consolidated)
THIS DOCUMENT RELATES TO: )
 )
ALL ACTIONS )

## **ORDER**

For the reasons set forth in the Memorandum Opinion issued in this matter

today,

IT IS HEREBY ORDERED that the Consolidated Motion to Dismiss (C.A. 02-

1512, D.I. 383; C.A. 02-1512, D.I. 429; C.A. 03-120, D.I. 294; C.A. 05-340, D.I. 38; C.A.

05-360, D.I. 39) is DENIED.

UNITED STATES DISTRICT JUDGE

May 26, 2006
Wilmington, Delaware