IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE TRICOR INDIRECT PURCHASER ANTITRUST LITIGATION | ) ) ) ) | C.A. No. 05-360 (KAJ) |
| THIS DOCUMENT RELATES TO: | ) ) ) | (consolidated) |
| C.A. No. 05- 360 | ) ) ) | |

### AMENDED NOTICE OF VIDEOTAPE DEPOSITION OF RICHARD G. WILDE

To:    All Counsel on the Attached Service List

PLEASE TAKE NOTICE that pursuant to Rule 30 of the Federal Rules of Civil Procedure, counsel for Defendants shall take the deposition by oral examination of Richard G. Wilde on June 8, 2006 at 2:00 P.M., at the offices of Miller Faucher and Cafferty LLP, 30 North LaSalle Street, Suite 3200, Chicago, Illinois 60602. The deposition will be recorded by videotape as well as stenographically before a Notary Public or other officer authorized to administer oaths, and shall continue from day to day until completed, with such adjournments as to time and place as may be necessary. You are invited to attend and cross-examine.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ James W. Parrett, Jr.*

Mary B. Graham (#2256)
James W. Parrett, Jr. (#4292)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
  *Attorneys for Defendant Abbott Laboratories*

OF COUNSEL:

William F. Cavanaugh, Jr.
Eugene M. Gelernter
Chad J. Peterman
Alexis Gander
PATTERSON, BELKNAP, WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY  10036-6710
(212) 336-2000

June 2, 2006
523073

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 2, 2006 the foregoing was caused to be electronically filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to all registered participants.

In addition, the undersigned hereby certifies that true and correct copies of the foregoing were caused to be served via electronic mail on June 2, 2006 upon the following parties:

| | |
|---|---|
| REPRESENTING DIRECT PARTY PLAINTIFFS (C.A. 05-340): | Jeffrey S. Goddess<br>**jgoddess@rmgglaw.com** |
| | Bruce E. Gerstein<br>**bgerstein@garwingerstein.com** |
| | Barry S. Taus<br>**btaus@garwingerstein.com** |
| | Adam M. Steinfeld<br>**asteinfeld@garwingerstein.com** |
| | Daniel Berger<br>**danberger@bm.net** |
| | Eric L. Cramer<br>**ecramer@bm.net** |
| | Peter Kohn<br>**pkohn@bm.net** |
| | Linda P. Nussbaum<br>**lnussbaum@cmht.com** |
| | Steig D. Olson<br>**solson@cmht.com** |
| REPRESENTING WALGREEN, ECKERD, KROGER, MAXI, CVS, RITE AID (C.A. 05-340): | Elizabeth M. McGeever<br>**emmcgeever@prickett.com** |
| | Scott E. Perwin<br>**sperwin@kennynachwalter.com** |
| | Joseph T. Lukens<br>**jlukens@hangley.com** |

| | |
|---|---|
| REPRESENTING PACIFICARE (C.A. 05-340): | Jonathan L. Parshall **jonp@msllaw.com** |
| | William Christopher Carmody **bcarmody@susmangodfrey.com** |
| | John Turner **jturner@susmangodfrey.com** |
| | Shawn Rabin **srabin@susmangodfrey.com** |
| | Justin Nelson **jnelson@susmangodfrey.com** |
| | Cindy Tijerina **ctijerina@susmangodfrey.com** |
| | Ken Zylstra **kzylstra@sbclasslaw.com** |
| | Lyle Stamps **lstamps@sbclasslaw.com** |
| | Steve Connolly **sconnolly@sbclasslaw.com** |
| | Mark Sandman **mms@rawlingsandassociates.com** |
| | Jeffrey Swann **js5@rawlingsandassociates.com** |
| REPRESENTING INDIRECT PARTY PLAINTIFFS (C.A. 05-360): | Pamela S. Tikellis Thomas M. Sobol Patrick E. Cafferty Jeffrey L. Kodroff Bernard J. Persky Mike Gottsch A. Zachary Naylor Robert Davis Brian Clobes Michael Tarringer Tim Fraser David Nalven Greg Matthews Christopher McDonald Kellie Safar Theodore M. Lieverman Pat Howard **tricor@chimicles.com** |

| | |
|---|---|
| REPRESENTING TEVA PHARMACEUTICALS (C.A. 02-1512): | Josy W. Ingersoll<br>Karen E. Keller<br>Bruce M. Gagala<br>Christopher T. Holding<br>Ken Cohen<br>Elaine Blais<br><br>**tricor@ycst.com** |
| REPRESENTING IMPAX LABORATORIES (C.A. 03-120): | Mary Matterer<br>**mmatterer@morrisjames.com**<br><br>John C. Vetter<br>**jvetter@kenyon.com**<br><br>Asim Bhansali<br>**abhansali@kvn.com** |
| REPRESENTING FOURNIER (ALL CASES): | Frederick L. Cottrell, III<br>Anne Shea Gaza<br>Steven C. Sunshine<br>Matthew P. Hendrickson<br>Bradley J. Demuth<br>Maggie DiMoscato<br>Timothy C. Bickham<br><br>**tricor@rlf.com** |

*/s/ James W. Parrett, Jr.*

_____
James W. Parrett, Jr. (#4292)

523073