IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ABBOTT LABORATORIES, an Illinois corporation, FOURNIER INDUSTRIE ET SANTÉ, a French corporation, and LABORATOIRES FOURNIER S.A., a French corporation, <br><br> Plaintiffs, <br><br> v. <br><br> TEVA PHARMACEUTICALS USA, Inc., a Delaware corporation, <br><br> Defendant. | Civil Action No. 02-1512 (KAJ) (consolidated) |
| TEVA PHARMACEUTICALS USA, Inc., a Delaware corporation, TEVA PHARMACEUTICAL INDUSTRIES LTD., an Israeli corporation, NOVOPHARM, LTD., a Canadian corporation, <br><br> Counterclaim Plaintiffs, <br><br> v. <br><br> ABBOTT LABORATORIES, an Illinois corporation, FOURNIER INDUSTRIE ET SANTÉ, a French corporation, and LABORATOIRES FOURNIER, S.A., a French corporation, <br><br> Counterclaim Defendants. | |
| ABBOTT LABORATORIES, an Illinois corporation, FOURNIER INDUSTRIE ET SANTÉ, a French corporation, and LABORATOIRES FOURNIER S.A., a French corporation, <br><br> Plaintiffs, <br><br> v. <br><br> IMPAX LABORATORIES, INC, a Delaware corporation, <br><br> Defendant. | Civil Action No.: 03-120-KAJ (consolidated) |

| | |
|---|---|
| IMPAX LABORATORIES, INC, a Delaware corporation,<br><br>          Counterclaim Plaintiffs,<br><br>   v.<br><br>ABBOTT LABORATORIES, an Illinois corporation, FOURNIER INDUSTRIE ET SANTÉ, a French corporation, and LABORATOIRES FOURNIER, S.A., a French corporation,<br><br>          Counterclaim Defendants. | |
| IN RE TRICOR DIRECT PURCHASER ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Civil Action No. 05-340 (KAJ)<br><br>(consolidated) |
| IN RE TRICOR INDIRECT PURCHASER ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Civil Action No. 05-360 (KAJ)<br><br>(consolidated) |

## STIPULATION AND ORDER

The parties, through their respective attorneys and subject to order of the Court, hereby agree that Abbott Laboratories' ("Abbott"), Fournier Industrie Et Santé's and Laboratoires Fournier, S.A.'s (collectively "Fournier") time to answer all the counterclaims and complaints filed in the foregoing actions, except for the Direct Purchaser Class Plaintiffs' First Amended and Consolidated Class Action Complaint ("DPP Complaint"), is hereby extended through and including July 21, 2006. For the DPP Complaint, the time to answer is hereby extended through and including June 30, 2006.

_/s/ Josy W. Ingersoll_
Josy W. Ingersoll (#1088)
Karen E. Keller (#4489)
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19899-0391
(302) 571-6600
jingersoll@ycst.com
kkeller@ycst.com
Attorneys for Teva Pharmaceuticals USA, Inc.
and Teva Pharmaceutical Industries Ltd.

_/s/ Mary B. Matterer_
Mary B. Matterer (#2696)
Morris James Hitchens & Williams
222 Delaware Avenue, 10th Floor
Wilmington, DE 19899-2306
(302) 888-6800
mmatterer@morrisjames.com
Attorneys for Impax Laboratories Inc.

_/s/ Jeffrey S. Goddess_
Jeffrey S. Goddess (#630)
Rosenthal, Monhait & Goddess, P.A.
919 Market Street, Suite 1401
P.O. Box 1070
Wilmington, DE 19899-1070
(302) 656-4433
jgoddess@rmgglaw.com
Liaison Counsel for Direct Purchasers

_/s/ Elizabeth M. McGeever_
Elizabeth M. McGeever (#2057)
Prickett Jones & Elliott, P.A.
1310 King Street
Wilmington, DE 19801
(302) 888-6500
emmcgeever@prickett.com
Attorneys for Walgreen Co., Eckerd Corp., The
Kroger Co., Maxi Drug, Inc. d/b/a Brooks
Pharmacy, CVS Pharmacy Inc., Rite Aid Corp.
and Rite Aid Headquarter Corp., Albertson's
Inc., Safeway, Inc. and Hy-Vee, Inc. and
American Sales

_/s/ Jonathan L. Parshall_
Jonathan L. Parshall (#3247)
Murphy Spadaro & Landon
1011 Centre Road, Suite 210
Wilmington, DE 19805
(302) 472-8105
jonp@msllaw.com
Attorneys for Pacificare

_/s/ A. Zachary Naylor_
Pamela S. Tikellis (#2172)
A. Zachary Naylor (#4439)
Chimicles & Tikellis LLP
One Rodney Square
P.O. Box 1035
Wilmington, DE 19899
302-656-2500
pamelatikellis@chimicles.com
zacharynaylor@chimicles.com
Liaison Counsel for Indirect Purchasers

___/s/ Mary B. Graham_____

Mary B. Graham (#2256)
James W. Parrett, Jr. (#4292)
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
Wilmington, DE  19899
(302) 658-9200
mbgefiling@mnat.com
Attorneys for Abbott Laboratories

Frederick L. Cottrell, III (#2555)
Anne Shea Gaza (#4093)
Richards, Layton & Finger, P.A.
P.O. Box 551
One Rodney Square
Wilmington, DE 19899
(302) 651-7700
Cottrell@rlf.com
Gaza@rlf.com
Attorneys for Fournier Industrie Et Santé and
Laboratoires Fournier, S.A.


SO ORDERED this _____ day of June, 2006.


_____
U.S.D.J.

RLF1-3024798-1