UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: TRICOR INDIRECT PURCHASER ANTITRUST LITIGATION | ) ) ) Civil Action No. 05-cv-360 (KAJ) ) (consolidated) |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | ) ) ) ) ) |

**NOTICE OF WITHDRAW**

TO:   Clerk of the Court
      District Court of Delaware
      800 N. King Street
      Wilmington, DE 19801

**PLEASE WITHDRAW** the appearance of Robert Davis, Esquire, as an attorney for any plaintiff in the above captioned consolidated action.

_/S/ Robert R. Davis_
Robert R. Davis (I.D. No. 4536)

DATED: June 14, 2006