IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: TRICOR INDIRECT PURCHASER ANTITRUST LITIGATION | ) ) ) ) | C.A. No. 05-360 (KAJ) (Consolidated) |
| THIS DOCUMENT RELATES TO: PACIFICARE HEALTH SYSTEMS, INC. C.A. No. 05-591 (KAJ) | ) ) ) | Hon. Kent Jordan, U.S.D.J. |

**SUPPLEMENTAL CORPORATE DISCLOSURE STATEMENT**
**OF PACIFICARE HEALTH SYSTEMS, INC.**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, PacifiCare Health Systems, LLC, a wholly owned subsidiary of UnitedHealth Group Inc., discloses that it is the successor in interest to plaintiff PacifiCare Health Systems, Inc. No other publicly held corporation owns ten percent or more of its stock.

DATED:     June 16, 2006.

Respectfully submitted,

/s/ Jonathan L. Parshall
Jonathan L. Parshall, #3247
Murphy Spadaro & Landon
1011 Centre Road, Suite 210
Wilmington, DE 19805
Telephone: 302-472-8100
Facsimile: 302-472-8135
e-mail: jonp@msllaw.com

William Christopher Carmody
John W. Turner
Shawn J. Rabin
SUSMAN GODFREY L.L.P.
901 Main Street, Suite 5100
Dallas, TX 75202
Telephone: 214-754-1900
Facsimile: 214-754-1933

Mark D. Fischer
Mark S. Sandmann
Jeffrey C. Swann
RAWLINGS & ASSOCIATES
325 West Main, Suite 1700
Louisville, KY 40202
Telephone: 502-587-1279
Facsimile: 502-584-8580

Kendall Zylstra
SCHIFFRIN & BARROWAY, L.L.P.
280 King of Prussia Road
Radnor, PA 19087
Telephone: 610-822-0276
Facsimile: 610-667-7056


Attorneys For Plaintiff PacifiCare Health Systems, Inc.

-3-

## CERTIFICATE OF SERVICE

This is to certify that on this the 16th day of June, 2006, a true and correct copy of the above and foregoing PacifiCare Health Systems, Inc.'s Supplemental Disclosure Statement was electronically filed with the Clerk of Court using CM/ECF which will send notification of the filing to all counsel of record.

/s/ Jonathan L. Parshall
Jonathan L. Parshall (#3247)
MURPHY SPADARO & LANDON
1011 Centre Road, Suite 210
Wilmington, Delaware 19805
Telephone: 302-472-8100
Facsimile: 302-472-8135
e-mail: jonp@msllaw.com
