IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

IN RE TRICOR INDIRECT PURCHASER )
ANTITRUST LITIGATION                     )        Civil Action No. 05-360-KAJ
_____ )        (Consolidated)
                                                    )
THIS DOCUMENT RELATES TO:        )
                                                    )
ALL ACTIONS                                   )

**ORDER**

At Wilmington this **20th** day of **June, 2006**,

IT IS ORDERED that a teleconference relating to a discovery dispute has

been scheduled for **July 11, 2006 at 2:00 p.m.** with the undersigned.  **Counsel for**

**Plaintiff shall initiate the teleconference call.**

If there are out-of-state counsel working on this case, local counsel are

reminded of their obligation to inform their out-of-state co-counsel of this Order.

_____
UNITED STATES DISTRICT JUDGE