IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ABBOTT LABORATORIES,<br>FOURNIER INDUSTRIE ET SANTÉ, and<br>LABORATOIRES FOURNIER S.A.,<br><br>      Plaintiffs,<br><br>      v.<br><br>TEVA PHARMACEUTICALS USA, INC.,<br><br>      Defendant. | |
| TEVA PHARMACEUTICALS USA, INC.,<br>TEVA PHARMACEUTICAL INDUSTRIES LTD.,<br>and NOVOPHARM, LTD.,<br><br>      Counterclaim Plaintiffs,<br><br>      v.<br><br>ABBOTT LABORATORIES,<br>FOURNIER INDUSTRIE ET SANTÉ, and<br>LABORATOIRES FOURNIER S.A.,<br><br>      Counterclaim Defendants. | C.A. No. 02-1512 (KAJ)<br><br>CONSOLIDATED |
| ABBOTT LABORATORIES,<br>FOURNIER INDUSTRIE ET SANTÉ, and<br>LABORATOIRES FOURNIER S.A.<br><br>      Plaintiffs,<br>      v.<br><br>IMPAX LABORATORIES, INC.<br><br>      Defendant. | C.A. No. 03-120 (KAJ)<br><br>CONSOLIDATED |

| | |
|---|---|
| IN RE TRICOR DIRECT PURCHASER ANTITRUST LITIGATION ) ) ) | ) C.A. No. 05-340 (KAJ) |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | ) CONSOLIDATED |
| IN RE TRICOR INDIRECT PURCHASER ANTITRUST LITIGATION | ) C.A. No. 05-360 (KAJ) |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | ) CONSOLIDATED |

## STIPULATION AND ORDER

The parties, through their respective attorneys and subject to order of the Court, hereby agree that Abbott Laboratories' ("Abbott"), Fournier Industrie Et Santé's and Laboratories Fournier, S.A.'s (collectively "Fournier") time to answer the counterclaims and complaints filed in the Direct Purchaser Class Plaintiffs' First Amended and Consolidated Class Action Complaint is hereby extended through and including July 6, 2006.

ROSENTHAL, MONHAIT & GODDESS, P.A.

*/s/ Jeffrey S. Goddess*

---
Jeffrey S. Goddess (# 630)
Jessica Zeldin (# 3558)
919 Market Street, Suite 1401
P.O. Box 1070
Wilmington, DE 19899-1070
(302) 656-4433

*Liaison Counsel for Direct Purchasers*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ James W. Parrett, Jr.*

---
Mary B. Graham (# 2256)
James W. Parrett, Jr. (# 4292)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200

*Attorneys for Abbott Laboratories*

PRICKETT JONES & ELLIOTT, P.A.

/s/ *Elizabeth M. McGeever*

---
Elizabeth M. McGeever (# 2057)
1310 King Street
P.O. Box 1328
Wilmington, DE 19899
(302) 888-6521

*Counsel for Walgreen Co., Eckerd Corp., The Kroger Co., Maxi Drug, Inc. d/b/a Brooks Pharmacy, Albertson's Inc., Safeway, Inc. and Hy-Vee, Inc., CVS Pharmacy, Inc., Rite Aid Corp. and Rite Aid Hdqtrs Corp.*

CHIMICLES & TIKELLIS LLP

/s/ *A. Zachary Naylor*

---
Pamela S. Tikellis (#2172)
A. Zachary Naylor (# 4439)
One Rodney Square
P.O. Box 1035
Wilmington, DE 19899
(302) 656-2500

*Liaison Counsel for Indirect Purchasers*

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*Josy W. Ingersoll*

---
Josy W. Ingersoll (#1088)
Karen E. Keller (#4489)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899-0391
(302) 571-6600

*Attorneys for Teva Pharmaceuticals USA, Inc., Teva Pharmaceuticals Industries Ltd., and Novopharm Ltd.*

RICHARDS, LAYTON & FINGER, P.A.

/s/ *Gregory E. Stuhlman*

---
Frederick L. Cottrell, III (# 2555)
Anne Shea Gaza (# 4093)
Gregory E. Stuhlman (#4765)
One Rodney Square
Wilmington, DE 19801
(302) 651-7700

*Attorneys for Fournier Industrie et Santé and Laboratories Fournier, S.A.*

MORRIS JAMES HITCHENS & WILLIAMS

/s/ *Mary B. Matterer*

---
Mary B. Matterer (#2696)
222 Delaware Avenue, 10th Floor
Wilmington, DE 19899-2306
(302) 888-6800

*Attorneys for Impax Laboratories Inc.*

SO ORDERED this _____ day of _____, 2006.

---
U.S.D.J.

527066

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 30, 2006, the foregoing was caused to be electronically filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to all registered participants.

In addition, the undersigned hereby certifies that true and correct copies of the foregoing were caused to be served via electronic mail on June 30, 2006 upon the following parties:

| | |
|---|---|
| REPRESENTING DIRECT PARTY PLAINTIFFS (C.A. 05-340): | Jeffrey S. Goddess **jgoddess@rmgglaw.com** |
| | Bruce E. Gerstein **bgerstein@garwingerstein.com** |
| | Barry S. Taus **btaus@garwingerstein.com** |
| | Adam M. Steinfeld **asteinfeld@garwingerstein.com** |
| | Daniel Berger **danberger@bm.net** |
| | Eric L. Cramer **ecramer@bm.net** |
| | Peter Kohn **pkohn@bm.net** |
| | Linda P. Nussbaum **lnussbaum@cmht.com** |
| | Steig D. Olson **solson@cmht.com** |
| REPRESENTING WALGREEN, ECKERD, KROGER, MAXI, CVS, RITE AID (C.A. 05-340): | Elizabeth M. McGeever **emmcgeever@prickett.com** |
| | Scott E. Perwin **sperwin@kennynachwalter.com** |
| | Joseph T. Lukens **jlukens@hangley.com** |

- 2 -

| | |
|---|---|
| REPRESENTING PACIFICARE<br>(C.A. 05-340): | Jonathan L. Parshall<br>**jonp@msllaw.com**<br><br>William Christopher Carmody<br>**bcarmody@susmangodfrey.com**<br><br>John Turner<br>**jturner@susmangodfrey.com**<br><br>Shawn Rabin<br>**srabin@susmangodfrey.com**<br><br>Justin Nelson<br>**jnelson@susmangodfrey.com**<br><br>Cindy Tijerina<br>**ctijerina@susmangodfrey.com**<br><br>Ken Zylstra<br>**kzylstra@sbclasslaw.com**<br><br>Steve Connolly<br>**sconnolly@sbclasslaw.com**<br><br>Mark Sandman<br>**mms@rawlingsandassociates.com**<br><br>Jeffrey Swann<br>**js5@rawlingsandassociates.com** |
| REPRESENTING INDIRECT PARTY PLAINTIFFS<br>(C.A. 05-360): | Pamela S. Tikellis<br>Thomas M. Sobol<br>Patrick E. Cafferty<br>Jeffrey L. Kodroff<br>Bernard J. Persky<br>Mike Gottsch<br>A. Zachary Naylor<br>Robert Davis<br>Brian Clobes<br>Michael Tarringer<br>Tim Fraser<br>David Nalven<br>Greg Matthews<br>Christopher McDonald<br>Kellie Safar<br>Theodore M. Lieverman<br>Pat Howard<br><br>**tricor@chimicles.com** |

| | |
|---|---|
| REPRESENTING TEVA PHARMACEUTICALS (C.A. 02-1512): | Josy W. Ingersoll<br>Karen E. Keller<br>Bruce M. Gagala<br>Christopher T. Holding<br>Ken Cohen<br>Elaine Blais<br><br>**tricor@ycst.com** |
| REPRESENTING IMPAX LABORATORIES (C.A. 03-120): | Mary Matterer<br>**mmatterer@morrisjames.com**<br><br>John C. Vetter<br>**jvetter@kenyon.com**<br><br>Asim Bhansali<br>**abhansali@kvn.com** |
| REPRESENTING FOURNIER (ALL CASES): | Frederick L. Cottrell, III<br>Anne Shea Gaza<br>Steven C. Sunshine<br>Matthew P. Hendrickson<br>Bradley J. Demuth<br>Maggie DiMoscato<br>Timothy C. Bickham<br><br>**tricor@rlf.com** |

*/s/ James W. Parrett, Jr.*
_____
James W. Parrett, Jr. (#4292)

- 3 -