IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE TRICOR INDIRECT PURCHASER ANTITRUST LITIGATION ) ) ) ) | Civil Action No. 05-360-KAJ (Consolidated) |
| THIS DOCUMENT RELATES TO: ) ) ) | |
| ALL ACTIONS ) | |

### ORDER

At Wilmington this **12th** day of **July, 2006**,

For the reasons set forth by the Court during the July 11, 2006 teleconference,

IT IS HEREBY ORDERED that the indirect purchaser plaintiffs' letter motion to quash subpoenas (D.I. 179) is GRANTED without prejudice.

_____
UNITED STATES DISTRICT JUDGE