IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE TRICOR DIRECT PURCHASER ANTITRUST LITIGATION | C.A. No. 05-340 (KAJ) |
| | (consolidated) |
| THIS DOCUMENT RELATES TO: | |
| ALL ACTIONS | |
| | |
| IN RE TRICOR INDIRECT PURCHASER ANTITRUST LITIGATION | C.A. No. 05-360 (KAJ) |
| | (consolidated) |
| THIS DOCUMENT RELATES TO: | |
| ALL ACTIONS | |

**JOINT STATUS REPORT**

Pursuant to this Court's Scheduling Order dated October 27, 2005 (the "Scheduling Order"), Coordinated Direct Purchaser Plaintiffs, Indirect Purchaser Class Plaintiffs, and Indirect Purchaser Plaintiff Pacificare Health Systems, Inc. ("Pacificare"), (collectively "Plaintiffs"), and Defendants Abbott Laboratories ("Abbott"), Fournier Industrie et Sante, and Laboratories Fournier ("Fournier") (collectively, "Defendants"), by and through their counsel, hereby submit this Joint Status Report.

**A.  Discovery**

At this time, all parties have actively begun discovery. On March 2, 2006, the Court entered a Protective Order Governing Confidential Information. All parties served requests

for production of documents and/or interrogatories, the majority of which have been completed. The status of ongoing discovery is detailed below:

1. Coordinated Direct Purchaser Plaintiffs and Coordinated Indirect Purchaser Plaintiffs served responses and objections to Defendants' document requests and have produced documents pursuant to Defendants' requests. Pacificare recently became aware that it has additional documents responsive to Defendants' requests which relate to reimbursements Pacificare made for Tricor. On July 19, 2006, Pacificare notified Defendants of these additional documents, which are in the process of being produced. The remaining plaintiffs have purportedly produced all of their documents responsive to the document requests.

2. Defendant Abbott served responses and objections to Coordinated Direct Purchaser Plaintiffs and Coordinated Indirect Purchaser Plaintiffs' document requests and has purportedly produced all documents responsive to those requests. Defendant Fournier served responses and objections to Coordinated Direct Purchaser Plaintiffs and Coordinated Indirect Purchaser Plaintiffs' document requests and has purportedly produced all documents responsive to those requests.

3. On May 26, 2006, Defendants served their First Set of Requests for the Production of Documents and Things on Plaintiff American Sales Company. Plaintiff American Sales Company responded to Defendants' requests and has produced documents pursuant to Defendants' requests.

4. On June 27, 2006, Defendants served their Second Set of Requests for the Production of Documents and Things on Plaintiff Walgreens and Plaintiff CVS. Plaintiff Walgreens and Plaintiff CVS responded to Defendants' second requests on July 27, 2006.

5.	On July 26, 2006, Coordinated Direct Purchaser Plaintiffs served their Second Set of Interrogatories and Second Set of Document Requests on Defendant Abbott and on Defendant Fournier. Responses to these requests are not yet due.

6.	Deposition discovery has begun, including the depositions of representatives/employees of the Coordinated Direct Purchaser Plaintiffs, Indirect Purchaser Plaintiffs, and Defendants.

7.	The Defendants previously agreed, and the Court so ordered, that Defendants are to produce their respective class certification experts on dates and at times mutually convenient to the parties, but in any event, during the period between September 6, 2006 and September 14, 2006, inclusive.

**B.  Motion Practice**

1.	The Court denied Defendants' Motions to Dismiss on May 26, 2006.

2.	Indirect Purchaser Plaintiffs and Direct Purchaser Plaintiffs filed their Motions for Class Certification and Opening Briefs in Support Thereof on May 8, 2006.[1] Pursuant to the Scheduling Order, as amended on June 27, 2006, Defendants have until August 16, 2006 to file responding papers, and Plaintiffs have until October 4, 2006 to file reply papers.

**C.  Pleadings**

1.	On July 6, 2006, Defendant Fournier and Defendant Abbott served Answers to Direct Purchaser Class Plaintiffs' First Amended and Consolidated Class Action Complaint.

---

[1] Indirect Purchaser Plaintiffs simultaneously filed a motion for appointment of class counsel.

2. On July 21, 2006, Defendant Fournier and Defendant Abbott served Answers to: Plaintiff CVS and Rite Aid's Amended Complaint; Plaintiff Walgreens' Amended Complaint; Pacificare's Amended Complaint; End Payor Plaintiffs' Consolidated Class Action Complaint, and American Sales Company's Complaint.

3. On July 31, 2006, Defendant Fournier served an amended answer to Pacificare's Amended Complaint.

/s/ Jeffrey S. Goddess
Jeffrey S. Goddess (Del. Bar No. 630)
Rosenthal, Monhait & Goddess, P.A.
919 Market Street, Suite 1401
P. O. Box 1070
Wilmington, DE 19899-1070
(302) 656-4433
jgoddess@rmgglaw.com
  Liaison Counsel for Direct
  Purchaser Class

/s/ Mary B. Graham
Mary B. Graham (Del. Bar No. 2256)
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P. O. Box 1347
Wilmington, DE 19899
(302) 658-9200
mbgefiling@mnat.com
  Attorney for Abbott Laboratories

/s/ Elizabeth M. McGeever
Elizabeth M. McGeever (Del. Bar No. 2057)
Prickett Jones & Elliott, P.A.
1310 King Street
P. O. Box 1328
Wilmington, DE 19899
(302) 888-6521
emmcgeever@prickett.com
  Counsel for Walgreen Co., Eckerd
  Corporation, The Kroger Co., Maxi Drug,
  Inc. d/b/a Brooks Pharmacy, Albertson's,
  Inc., Safeway, Inc. and Hy-Vee, Inc.,
  CVS Pharmacy, Inc. Rite Aid Corporation,
  Rite Aid Hdqrts. Corp. and American Sales
  Company, Inc.

/s/ Frederick L. Cottrell, III
Frederick L. Cottrell, III (Bar No. 2555)
Anne Shea Gaza (Del. Bar No. 4093)
Richards, Layton & Finger
One Rodney Square
Wilmington, DE 19801
(302) 651-7700
cottrell@rlf.com
gaza@rlf.com
  Attorneys for Fournier Industrie
  et Sante and Laboratories Fournier
  S.A.

*/s/ A. Zachary Naylor*
A. Zachary Naylor (Del. Bar No. 4439)
Chimicles & Tikellis LLP
One Rodney Square
P. O. Box 1035
Wilmington, DE 19899
(302) 656-2500
zacharynaylor@chimicles.com
  Liaison Counsel for Indirect Purchaser
  Class

*/s/ Jonathan L. Parshall*
Jonathan L. Parshall (Del. Bar No. 3247)
Murphy, Spadaro & Landon
1011 Centre Road, Suite 210
Wilmington, DE 19805
(302) 472-8100
jonp@msllaw.com
  Attorney for Pacificare Health Systems, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on August 16, 2006 I electronically filed the foregoing document using CM/ECF, which will send notification of such filing to all registered participants, including:

Josy W. Ingersoll, Esquire
John W. Shaw, Esquire
Karen Keller, Esquire
Young Conaway Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
P. O. Box 391
Wilmington, DE 19899-0391

Mary B. Graham, Esquire
Morris Nichols Arsht & Tunnell
1201 North Market Street
P. O. Box 1347
Wilmington, DE 19899

Frederick L. Cottrell, III, Esquire
Anne Shea Gaza, Esquire
Richards Layton & Finger
One Rodney Square
920 North King Street
Wilmington, DE 19801

Mary B. Matterer, Esquire
Morris James Hitchens & Williams
222 Delaware Avenue
10th Floor
P. O. Box 2306
Wilmington, DE 19899

Pamela S. Tikellis, Esquire
Robert J. Kriner, Jr., Esquire
A. Zachary Naylor, Esquire
Chimicles & Tikellis lLP
One Rodney Square
P. O. Box 1035
Wilmington, DE 19899

Jonathan L. Parshall, Esquire
Murphy Spadaro & Landon
1011 Centre Road
Suite 210
Wilmington, DE 19801

Elizabeth M. McGeever, Esquire
Prickett Jones Elliott, P.A.
1310 King Street
P. O. Box 1328
Wilmington, DE 19899

Michael I. Silverman, Esquire
Lynn A. Iannone, Esquire
Silverman & McDonald
1010 N. Bancroft Parkway #22
Wilmington, DE 19805

Patrick Francis Morris, Esquire
Morris & Morris
1105 North Market Street
Suite 803
Wilmington, DE 19801

I hereby certify that on August 16, 2006 I sent by electronic mail the foregoing document to the following non-registered participants:

| | |
|---|---|
| REPRESENTING DIRECT PURCHASER CLASS (C.A. No. 05-340): | Bruce E. Gerstein<br>**bgerstein@garwingerstein.com**<br><br>Barry S. Taus<br>**btaus@garwingerstein.com**<br><br>Adam M. Steinfeld<br>**asteinfeld@garwingerstein.com**<br><br>Rimma Neman<br>**rneman@garwingerstein.com**<br><br>Daniel Berger<br>**danberger@bm.net**<br><br>Eric L. Cramer<br>**ecramer@bm.net**<br><br>Peter Kohn<br>**pkohn@bm.net**<br><br>Neill W. Clark<br>**nclark@bm.net**<br><br>Linda P. Nussbaum<br>**lnussbaum@cmht.com**<br><br>Steig D. Olson<br>**solson@cmht.com**<br><br>David P. Germaine<br>**dgermaine@daarvanek.com** |

|  |  |
|---|---|
|  | Joseph Vanek<br>**jvanek@daarvanek.com** |
|  | Stuart Des Roches<br>**stuart@odrlaw.com** |
|  | Andrew Kelly<br>**akelly@odrlaw.com** |
|  | Adelaida Ferchmin<br>**aferchmin@odrlaw.com** |
|  | David P. Smith<br>**dpsmith@psfllp.com** |
|  | Russell A. Chorush<br>**rchorush@hpcllp.com** |
|  | Michael F. Heim<br>**mheim@hpcllp.com** |
| REPRESENTING WALGREEN, ECKERD, KROGER, MAXI, CVS, RITE AID (C.A. No. 05-340): | Elizabeth M. McGeever<br>**emmcgeever@prickett.com** |
|  | Scott E. Perwin<br>**sperwin@kennynachwalter.com** |
|  | Lauren Ravkind<br>**lravkind@kennynachwalter.com** |
|  | Joseph T. Lukens<br>**jlukens@hangley.com** |
| REPRESENTING PACIFICARE (C.A. No. 05-340): | Jonathan L. Parshall<br>**jonp@msllaw.com** |
|  | William Christopher Carmody<br>**bcarmody@susmangodfrey.com** |

|  |  |
|---|---|
|  | John Turner<br>**jturner@susmangodfrey.com**<br><br>Shawn Rabin<br>**srabin@susmangodfrey.com**<br><br>Justin Nelson<br>**jnelson@susmangodfrey.com**<br><br>Ken Zylstra<br>**kzylstra@sbclasslaw.com**<br><br>Lyle Stamps<br>**lstamps@sbclasslaw.com**<br><br>Steve Connolly<br>**sconnolly@sbclasslaw.com**<br><br>Casey Murphy<br>**cmurphy@sbclasslaw.com**<br><br>Mark Sandman<br>**mms@rawlingsandassociates.com**<br><br>Jeffrey Swann<br>**js5@rawlingsandassociates.com** |
| REPRESENTING IMPAX<br>LABORATORIES (C.A. No. 03-120) | Mary Matterer<br>**mmatterer@morrisjames.com**<br><br>John C. Vetter<br>**jvetter@kenyon.com**<br><br>Asim Bhansali<br>**abhansali@kvn.com** |
| REPRESENTING INDIRECT PARTY<br>PLAINTIFFS (C.A. No. 05-360): | Pamela S. Tikellis<br>Thomas M. Sobol<br>Patrick E. Cafferty<br>Jeffery L. Kodroff |

|  |  |
|---|---|
|  | Bernard J. Persky<br>Michael Gottsch<br>A. Zachary Naylor<br>Robert Davis<br>Brian Clobes<br>Michael Tarringer<br>Tim Fraser<br>David Nalven<br>Greg Matthews<br>Christopher McDonald<br>Kellie Safar<br>Ted Lieverman<br>Pat Howard<br>**tricor@chimicles.com**<br><br>Michael I. Silverman<br>mike@silverman-mcdonald.psemail.com<br><br>Lynn A. Iannone<br>lynn@silverman-mcdonald.psemail.com<br><br>Patrick Francis Morris<br>**pmorris@morrisandmorrislaw.com** |
| REPRESENTING TEVA PHARMACEUTICALS (C.A. No. 02-1512): | Josy W. Ingersoll<br>Bruce M. Gagala<br>Karen E. Keller<br>Christopher T. Holding<br>Ken Cohen<br>Elaine Blais<br>**tricor@ycst.com** |
| REPRESENTING ABBOTT (ALL CASES): | Mary B. Graham<br>**tricor@mnat.com**<br><br>William F. Cavanaugh<br>**wfcavanaugh@pbwt.com**<br><br>Chad J. Peterman<br>**cjpeterman@pbwt.com** |

REPRESENTING FOURNIER (ALL CASES):    Frederick L. Cottrell, III
Anne Shea Gaza
Steven S. Sunshine
Matthew P. Hendrickson
Bradley J. Demuth
Maggie DiMoscato
Timothy C. Bickham
**tricor@rlf.com**

*/s/ Jeffrey S. Goddess*
Jeffrey S. Goddess (Del. Bar No. 630)
Jessica Zeldin (Del. Bar No. 3558)
Rosenthal, Monhait & Goddess, P.A.
Suite 1401, 919 Market Street
P. O. Box 1070
Wilmington, DE 19899-1070
(302) 656-4433
jgoddess@rmgglaw.com
jzeldin@rmgglaw.com