IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:  TRICOR INDIRECT PURCHASER ANTITRUST LITIGATION _____ THIS DOCUMENT RELATES TO: C.A. Nos.  05-360, 05-365, 05-390, 05-394, 05-426, 05-450, 05-467, 05-482, 05-475, 05-516, 05-695 | C.A. No. 05-360 (KAJ) |

**APPENDIX OF CITED DECISIONS TO DEFENDANTS' ANSWERING BRIEF IN OPPOSITION TO BRIEF IN SUPPORT OF INDIRECT PURCHASER PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

*Attorneys for Abbott Laboratories:*

Mary B. Graham (I.D. #2256)
James W. Parrett, Jr. (#4292)
MORRIS, NICHOLS, ARSHT & TUNNELL
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19801
302.658.9200

OF COUNSEL:

William F. Cavanaugh, Jr.
Thomas W. Pippert
Chad J. Peterman
Alexis A. Gander
PATTERSON, BELKNAP, WEBB TYLER LLP
1133 Avenue of the Americas
New York, NY 10036-6710

*Attorneys for Fournier Industrie et Santé and Laboratories Fournier S.A.:*

Frederick L. Cottrell, III (I.D. #2555)
Anne Shea Gaza (I.D. #4093)
cottrell@rlf.com
gaza@rlf.com
RICHARDS, LAYTON & FINGER
One Rodney Square
Wilmington, DE  19801
302.651.7700

OF COUNSEL:

Steven C. Sunshine
Maria M. DiMoscato
CADWALADER, WICKERSHAM & TAFT LLP
1201 F Street, N.W.
Washington, D.C.  20004

Matthew P. Hendrickson
Bradley J. Demuth
CADWALADER, WICKERSHAM & TAFT LLP
One World Financial Center
New  York, NY 10281

Timothy C. Bickham
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, N.W.
Washington, DC 20036-1795

Dated:  August 16, 2006

INDEX OF CITED DECISIONS

| Description | Exhibit |
|---|---|
| *Auscape Int'l. v. National Geographic Enterprises, Inc.*<br>2003 WL 23531750 (S.D.N.Y. July 25 2003) | A |
| *Avery v. State Farm Mut. Auto Ins. Co.*<br>2005 WL 1981444 (Ill. Aug. 18, 2005) | B |
| *In re Brand Name Prescription Drug, Antitrust Litig.,*<br>Nos. 94C897, M.D.L. 997, 1994 WL 663590 | C |
| *City of St. Paul v. FMC Corp.*<br>No. 3-89-0466, 1990 WL 259683, 1990-2 Trade Cases P 69,283 (D. Minn. Nov. 14, 1990) | D |
| *Crouch v. Crompton Corp.*<br>2004 WL 2414027 (N.C. Super. Ct. Oct. 28, 2004) | E |
| *Davis v. Lenox Hill Hosp.*<br>No. 03 Civ. 3746 DLC, 2004 WL 1926086 (S.D.N.Y. Aug. 31, 2004)) | F |
| *Derzon v. Appleton Papers, Inc.*<br>No. 96-CV-3678, 1998 WL 1031504, 1998-2 Trade Cases P 72,300 (Wis. Cir. Ct. July 7, 1998) | G |
| *Gordon v. Microsoft Corp.*<br>2003 WL 23105552, 2004-1 Trade Cases P 74,272 (Minn. Dist. Ct. Mar. 14, 2003) | H |
| *Granito v. IBM*<br>2003 WL 1963161 (Conn. Super. Ct. Apr. 16, 2003) | I |
| *Harvell v. Goodyear Tire & Rubber Co.*<br>No. 102 128, 2006 WL 1073067 (Okla. Apr. 25, 2006) | J |
| *Karnuth v. Rodale, Inc.*<br>No. Civ. A. 03-742, 2005 WL 1683605, (W.D.Va. July 18, 2005) | K |
| *Kerr v. Abbott Labs*<br>No. 96-002837, 1997 WL 314419, 1997-1 Trade Cases P 71,776 (Minn. Dist. Ct. Feb. 19, 1997) | L |
| *McCarter v. Abbott Labs, Inc.*<br>No. CV-91-050, 1993 WL 13011463 (Ala. Cir. Ct. Apr. 14, 1993 | M |

| | |
|---|---|
| *Melnick v. Microsoft Corp.,* No. V-99-709, CV-99-752, 2001 WL 1012261 | N |
| *In re Methionine* 2003 WL 22048232 | O |
| *Newman v. RCN Teleco. Services, Inc.* <br> No. Civ. A 4816, 2006 WL 572345 (S.D.N.Y. March 7, 2006) | P |
| *Peridot, Inc. v. Kimberly-Clark Corp.* <br> 2000 WL 673933, 2000-1 Trade Cases P 72,816 (Minn. Dist. Ct. Feb. 7, 2000) | Q |
| *Ren v. Philip Morris Inc.* <br> No. 00-004035-CZ, 2002 WL 1839983 (Mich Cir. Ct. June 11, 2002) | R |
| *Rosenstein v. CPC Int'l, Inc.* <br> Civ. A. No. 90-4970, 1991 WL 1783 (E.D. Pa. Jan. 8, 1991) | S |
| *Stutzle v. Rhone-Poulenc S.A.* <br> NO. 002768 OCT.TERM 2002, 2003 WL 22250424 (Pa. Com. Pl. Sept. 26, 2003) | T |
| *In re Vitamins Antitrust Litig.* <br> 2001 WL 849928 (D.D.C. Apr. 11, 2001) | U |
| *Wall v. Merrill Lynch, Pierce, Fenner & Smith* <br> No. 92C1642, 1992 WL 245540 (N.D.Ill. 1992) | V |
| *Wood v. Abbott Labs.* <br> 1997 WL 824019 (Mich. Cir. Ct. 1997) | W |
| *Zapka v. Coca-Cola Co.* <br> No. 99 CV 8238 , 2000 WL 1644539 (N.D. Ill. Oct. 27, 2000) | X |

533130

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on August 17, 2006, the foregoing was caused to be electronically filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to all registered participants.

In addition, the undersigned hereby certifies that true and correct copies of the foregoing were caused to be served via electronic mail on August 17, 2006 upon the following parties:

| | |
|---|---|
| REPRESENTING DIRECT PARTY PLAINTIFFS (C.A. 05-340): | Jeffrey S. Goddess<br>**jgoddess@rmgglaw.com** |
| | Bruce E. Gerstein<br>**bgerstein@garwingerstein.com** |
| | Barry S. Taus<br>**btaus@garwingerstein.com** |
| | Adam M. Steinfeld<br>**asteinfeld@garwingerstein.com** |
| | Daniel Berger<br>**danberger@bm.net** |
| | Eric L. Cramer<br>**ecramer@bm.net** |
| | Peter Kohn<br>**pkohn@bm.net** |
| | Linda P. Nussbaum<br>**lnussbaum@cmht.com** |
| | Steig D. Olson<br>**solson@cmht.com** |
| REPRESENTING WALGREEN, ECKERD, KROGER, MAXI, CVS, RITE AID (C.A. 05-340): | Elizabeth M. McGeever<br>**emmcgeever@prickett.com** |
| | Scott E. Perwin<br>**sperwin@kennynachwalter.com** |
| | Joseph T. Lukens<br>**jlukens@hangley.com** |

- 2 -

| | |
|---|---|
| REPRESENTING PACIFICARE<br>(C.A. 05-340): | Jonathan L. Parshall<br>**jonp@msllaw.com**<br><br>William Christopher Carmody<br>**bcarmody@susmangodfrey.com**<br><br>John Turner<br>**jturner@susmangodfrey.com**<br><br>Shawn Rabin<br>**srabin@susmangodfrey.com**<br><br>Justin Nelson<br>**jnelson@susmangodfrey.com**<br><br>Cindy Tijerina<br>**ctijerina@susmangodfrey.com**<br><br>Ken Zylstra<br>**kzylstra@sbclasslaw.com**<br><br>Steve Connolly<br>**sconnolly@sbclasslaw.com**<br><br>Mark Sandman<br>**mms@rawlingsandassociates.com**<br><br>Jeffrey Swann<br>**js5@rawlingsandassociates.com** |
| REPRESENTING INDIRECT PARTY PLAINTIFFS<br>(C.A. 05-360): | Pamela S. Tikellis<br>Thomas M. Sobol<br>Patrick E. Cafferty<br>Jeffrey L. Kodroff<br>Bernard J. Persky<br>Mike Gottsch<br>A. Zachary Naylor<br>Robert Davis<br>Brian Clobes<br>Michael Tarringer<br>Tim Fraser<br>David Nalven<br>Greg Matthews<br>Christopher McDonald<br>Kellie Safar<br>Theodore M. Lieverman<br>Pat Howard<br><br>**tricor@chimicles.com** |

- 3 -

| | |
|---|---|
| REPRESENTING TEVA PHARMACEUTICALS (C.A. 02-1512): | Josy W. Ingersoll<br>Karen E. Keller<br>Bruce M. Gagala<br>Christopher T. Holding<br>Ken Cohen<br>Elaine Blais<br><br>**tricor@ycst.com** |
| REPRESENTING IMPAX LABORATORIES (C.A. 03-120): | Mary Matterer<br>**mmatterer@morrisjames.com**<br><br>John C. Vetter<br>**jvetter@kenyon.com**<br><br>Asim Bhansali<br>**abhansali@kvn.com** |
| REPRESENTING FOURNIER (ALL CASES): | Frederick L. Cottrell, III<br>Anne Shea Gaza<br>Steven C. Sunshine<br>Matthew P. Hendrickson<br>Bradley J. Demuth<br>Maggie DiMoscato<br>Timothy C. Bickham<br><br>**tricor@rlf.com** |

*/s/ Mary B. Graham*

_____
Mary B. Graham (#2256)

520842