IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: TRICOR INDIRECT PURCHASER ANTITRUST LITIGATION )<br>)<br>)<br>THIS DOCUMENT RELATES TO: ALL )<br>ACTIONS )<br>) | Civil Action No. 05-360-KAJ |

## MOTION PRO HAC VICE

Daniel J. Brown, a member of the bar of this Court, pursuant to Local Rule 83.5(c) and the attached certification, moves the admission <u>pro hac vice</u> of David Kalow of Kalow & Springut LLP, 488 Madison Avenue, New York, NY, 10022 to represent Indirect Purchaser Plaintiffs, in this action.

Dated: August 24, 2006                                CHIMICLES & TIKELLIS LLP

*/s/ Daniel J. Brown*
Pamela S. Tikellis (No. 2172)
A. Zachary Naylor (No. 4439)
Daniel J. Brown (No. 4688)
One Rodney Square
P.O. Box 1035
Wilmington, DE 19899
(302) 656-2500
Attorneys for Plaintiffs