## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the bar of the State of New York and The United States District Courts for the Southern and Eastern Districts of New York, The United States Court of Appeals for the Federal and Second Circuits, and The Supreme Court of the United States, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective 1/1/05, I further hereby certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Date: August 23, 2006

David Kalow
Kalow & Springut LLP
488 Madison Avenue
New York, NY 10022
(212) 813-1600