IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: TRICOR INDIRECT PURCHASER ANTITRUST LITIGATION ) ) ) _____ ) THIS DOCUMENT RELATES TO: ALL ) ACTIONS ) ) ) | Civil Action No. 05-360-KAJ |

## ORDER

IT IS HEREBY ORDERED that the Motion of counsel for plaintiffs for admission pro hac vice of David Kalow of Kalow & Springut LLP, 488 Madison Avenue, New York, NY, 10022 to represent Indirect Purchaser Plaintiffs, in this action. in this matter is hereby GRANTED.

_____
United States District Judge

Dated: _____, 2006