IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE TRICOR INDIRECT PURCHASER ANTITRUST LITIGATION ) ) ) ) | C.A. No. 05-360 (KAJ) (consolidated) |
| THIS DOCUMENT RELATES TO: C.A. NOS. 05-360; 05-365; 05-390; 05-394; 05-426; 05-450; 05-467; 05-475; 05-482; 05-516 AND 05-695 ) ) ) ) ) ) | |

**NOTICE OF TAKING THE VIDEO-TAPED DEPOSITION OF
ROBERT NAVARRO**

PLEASE TAKE NOTICE that, pursuant to the Federal Rules of Civil Procedure, Plaintiffs in the above-referenced action will take the video-taped deposition upon oral examination of Robert Navarro. This deposition will occur as follows:

| **Date** | **Time** | **Place** |
|---|---|---|
| September 26, 2006 | 9:00 a.m. | Patterson Belknap Webb & Tyler LLP 1133 Avenue of the Americas New York, New York 10036 |

The testimony of the witness will be video-taped and will be recorded and transcribed by a court reporter. The deposition will continue from day to day until completed. All counsel are invited to attend and cross-examine.

PLEASE TAKE FURTHER NOTICE that, under Federal Rules of Civil Procedure 26(a)(2)

(B), 26 (b)(1), and 34, defendants are requested and required to produce the documents identified on

Exhibit "A" attached hereto.


Dated: September 12, 2006

                                        **CHIMICLES & TIKELLIS LLP**

                                        Pamela S. Tikellis (#2172)
                                        Robert J. Kriner, Jr. (#2546)
                                        A. Zachary Naylor (#4439)
                                        P.O. Box 1035
                                        One Rodney Square
                                        Wilmington, DE 19899
                                        Tel: 302-656-2500
                                        Fax: 302-656-9053
                                        *Liaison Counsel for End-Payor Plaintiffs*


**LABATON SUCHAROW**                    **SPECTOR ROSEMAN**
 **& RUDOFF LLP**                        **& KODROFF, P.C.**
Bernard Persky                          Jeffrey L. Kodroff
Christopher J. McDonald                 Theodore M. Lieverman
Kellie C. Safar                         Simon B. Paris
100 Park Avenue                         1818 Market Street, Suite 2500
New York, NY 10001                      Philadelphia, PA 19103


**MILLER FAUCHER**                      **HAGENS BERMAN**
 **and CAFFERTY LLP**                    **SOBOL SHAPIRO LLP**
Bryan L. Clobes                         Thomas M. Sobol
William R. Kane                         David S. Nalven
One Logan Square                        One Main Street, 4th Floor
18 & Cherry Streets, Suite 1700         Cambridge, MA 02142
Philadelphia, PA 19103                   -and-
 -and-                                  Steve W. Berman
Patrick E. Cafferty                     1301 Fifth Avenue, Suite 2900
101 N. Main Street, Suite 450           Seattle, WA 98101
Ann Arbor, MI 48101
 -and-
Marvin A. Miller
Jennifer W. Sprengel
30 N. LaSalle St. Suite 3200
Chicago, IL 60602

## EXHIBIT "A" TO THE NOTICE OF DEPOSITION OF ROBERT NAVARRO

The Defendants are required to produce the following documents:

1.     All documents, work papers, or other materials, electronic or otherwise, not yet produced to the Indirect Purchaser Class Plaintiffs in this litigation that:

> (a) Mr. Sherry is relying upon or intends to rely upon in connection with both of his August 16, 2006 Reports pertaining to class certification in the direct and indirect cases ("August 16 Reports") (and any and all opinions expressed therein);

> (b) were prepared by him or persons working under his direction in connection with his August 16 Reports, and upon which he is relying or intends to rely in any way for any of his opinions in this case;

> (c) reflect Dr. Navarro's testimony, reports, and/or opinions in the legal matters in which Dr. Navarro submitted an expert report or was deposed, including but not limited to the legal matters identified in ¶8 of his August 16 Reports;

> (d) relate to and include the presentations identified in the Curriculum Vitae ("CV") attached to Dr. Navarro's August 16 Reports under the heading "Selected Presentations."

2.     The publications identified under the heading "Publications' in the CV attached to Dr. Navarro's August 16 Reports.

## DEFINITIONS AND INSTRUCTIONS WITH RESPECT TO EXHIBIT "A"

A.     This set of document Requests is hereby served on the defendant (hereinafter referred to as "you" or "the deponent").

B.     You must produce all of the described documents called for by these Requests. "Document" means all material within the scope of the applicable Rules of Civil Procedure, including but not limited to:

1.     All depositions, communications, letters, telegrams, reports, cablegrams, correspondence, memoranda, records, reports, notes, drafts, data, data compilations, spreadsheets, charts, calculations, proposals, minutes, affidavits, books, papers, magazines, newspaper articles, logs, calendars, diaries, journals, lists, brochures, pamphlets, literature, advertising, computations, tabulations, computer printouts, computer files, computer drives, home computer contents, personal computer contents, floppy disks, zip disks, databases, database entries, database queries, database query results, word processing files, spreadsheet program files, bills, statements, invoices, vouchers, bills of lading, schedules, purchase orders, change orders, work orders, contracts, agreements, books of original entry, accounts, checks, tape recordings, photostats, motion pictures, slides, photographs, sketches, drawings, charts, graphs, video recordings, writings, electronic transmissions, e-mail transmissions, images, interoffice communications, satellite network communications, manuals, brochures, computerized memorializations, network communications and transmissions, VSAT network communications, VPN communications and transmissions, transcripts and other similar objects, or any other written, printed, recorded, electronic, electric, magnetic, digital, or video matter or tangible thing on which any words, numbers, or phrases are affixed or conveyed;

2.     All depositions and documents, including pleadings, Interrogatory answers, responses to requests for production, responses to requests for admission, and any other document containing statements, admissions, or other matter prepared by or on behalf of you, your party-opponent(s), or codefendants, from any and all other lawsuits or other legal proceedings.

3.     Copies of such documents upon which appear any initialing, notation or handwriting of any kind not appearing on the original;

4.     Such documents, whether they are prepared by you or your agents, employees, consultants, representatives or attorneys, for their own use, or for transmittal in any manner, or were received by any means by you and prepared by another; and

5.     Such documents, wherever located, whether in the files of any agent, employee, consultant, contractor, representative, or attorney of yours, or in any file in the possession, custody or control of you.

4

C.    In producing the requested documents, you must include all documents or writings of which you have knowledge:

1.    whether created by you, sent by you, sent to you, received by you, in your possession

2.    whether created by, sent by, sent to, received by, or in the possession of any other person, firm, corporation or other entity

3.    whether a previous version, edition, revision or draft; a subsequent version, edition, revision or draft; a superseded version, edition, revision or draft; or an obsolete version, edition, revision or draft

4.    that constitute the sought document or writing, or which refer to, relate to, pertain to, or reflect the sought document or writing.

The foregoing is hereby incorporated into each applicable Request in this set as though set forth fully at length as a subpart thereof.

D.    Whenever you choose to withhold from production any document called for by these Requests, you must provide a log containing the following information:

1.    The title of the document or writing;

2.    The number of pages of the document or writing;

3.    The identity of all author(s) or drafters of the document or writing;

4.    The identity of each person to whom an original or a copy of the document or writing was sent;

5.    The subject matter of the document or writing;

6.    The subject matter and a description of the material withheld, to the fullest extent possible short of waiving the claim to privilege; and

7.    The reason for withholding the document or writing.

8.    The identity of each person, firm, corporation or other entity in possession of an original or copy of the document or writing;

9.    The identity of each person, firm, corporation or other entity in last known possession of an original or copy of the document or writing;

10.    The date the document or writing was created;

11.    The version, revision or edition of the document or writing;

5

12.    Whether the document or writing is a draft copy or final version;

13.    The identity of all other versions, editions, revisions or drafts of the document or writing (even if superseded or obsolete), together with the creation dates and effective dates of all other versions, editions, revisions or drafts.

The foregoing is hereby incorporated into each applicable Request in this set as though set forth fully at length as a subpart thereof.

E.    You have the duty to seasonably supplement your responses into the future.

F.    The singular form of a word shall refer to the plural as well and words used in the masculine gender shall also include the feminine.

G.    "And" and "or" shall be construed either conjunctively or disjunctively as required by the context of the Request to bring within the scope of the Request any document or writing or information that might be deemed outside its scope by another construction.

## CERTIFICATE OF SERVICE

I, A. Zachary Naylor, do hereby certify that on this 12th day of September, 2006, I

caused copies of the Notice Of Taking The Video-Taped Deposition Of Robert Navarro

to be served on the following counsel by electronic mail:

Elizabeth M. McGeever
*emmcgeever@prickett.com*
Prickett Jones & Elliott P.A.
1310 King Street
Wilmington, DE 19899

Scott E. Perwin
*sperwin@kennynachwalter.com*
Kenny Nachwalter, P.A.
1100 Miami Center
201 South Biscayne Boulevard
Miami, FL 33131

Joseph T. Lukens
*jlukens@hangley.com*
Hangley Aronchick Segal & Pudlin P.C.
One Logan Square
18th & Cherry Streets
27th Floor
Philadelphia, PA 19103-6933

Patrick E. Cafferty
Bryan L. Clobes
Michael S. Tarringer
Timothy M. Fraser
*tricor@chimicles.com*
Miller Faucher and Cafferty LLP
One Logan Square
18th & Cherry Streets, Suite 1700
Philadelphia, PA 19103

Jeffrey S. Goddess
*jgoddess@rmgglaw.com*
Rosenthal Monhait Gross & Goddess, P.A.
919 Market Street, Suite 1401
Wilmington, DE 19899

Bruce E. Gerstein
*bgerstein@garwingerstein.com*
Barry S. Taus
*btaus@garwingerstein.com*
Adam M. Steinfeld
*asteinfeld@garwingerstein.com*
Garwin Gerstein & Fisher LLP
1501 Broadway
New York, NY 10036

Thomas M. Sobol
David Nalven
Gregory H. Matthews
*tricor@chimicles.com*
Hagens Berman Sobol Shapiro LLP
One Main Street, 4th Floor
Cambridge, MA 02142

Jeffrey L. Kodroff
Theodore M. Lieverman
Pat Howard
*tricor@chimicles.com*
Spector Roseman & Kodroff, P.C.
1818 Market Street Suite 2500
Philadelphia, PA 19103

Bernard J. Persky
Christopher J. McDonald
Kellie Safar
*tricor@chimicles.com*
Labaton Sucharow & Rudoff LLP
100 Park Avenue
New York, NY 10017

Bruce M. Gagala
*tricor@ycst.com*
Leydig Voit & Mayer Ltd.
Two Prudential Plaza, Suite 4900
180 N. Stetson Avenue
Chicago, IL 60601

Josy W. Ingersoll
Karen E. Keller
*tricor@ycst.com*
Young Conaway Stargatt & Taylor LLP
1000 West Street, 17th Floor
Wilmington, DE 19899

Kenneth A. Cohen
Elaine Herrman Blais
Chrsitopher T. Holding
*tricor@ycst.com*
Goodwin Procter, LLP
Exchange Place
Boston, MA 02109

Frederick L. Cottrell, III
Anne Shea Gaza
*tricor@rlf.com*
Richards, Layton & Finger
One Rodney Square
Wilmington, DE 19801
Asim Bhansali
*abhansali@kvn.com*
Keker & Van Nest LLP
710 Sansome Street
San Francisco, CA 94111

Jonathan L. Parshall
*jonp@msllaw.com*
Murphy Spadaro & Landon
824 N. Market Street, Suite 700
Wilmington, DE 19899

Kendall S. Zylstra
*kzylstra@sbclasslaw.com*
Lyle Stamps
*lstamps@sbclasslaw.com*
Schiffrin & Barroway LLP
280 King of Prussia Road
Radnor, PA 19087

William Christopher Carmody
*bcarmody@susmangodfrey.com*
John W. Turner
*jturner@susmangodfrey.com*
Shawn J. Rabin
*srabin@susmangodfrey.com*
Justin Nelson
*jnelson@susmangodfrey.com*
Cindy Tijerina
*ctijerina@susmangodfrey.com*
Susman Godfrey LLP
901 Main Street, Suite 5100
Dallas, TX 75202-3775

Mary B. Graham
*tricor@mnat.com*
Morris Nichols Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19801

Mary Matterer
*mmatterer@morrisjames.com*
Morris James Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE 19899

John C. Vetter
*jvetter@kenyon .com*
Kenyon & Kenyon
333 West Can Carlos Street, Suite 600

Timothy C. Bickham
*tricor@rlf.com*
Steptoe & Johnson LLP
1330 Connecticut Avenue, NW
Washington, DC 20036

Mark Sandman
*mms@rawlingsandassociates.com*
Jeffrey Swann
*js5@rawlingsandassociates.com*
Rawlings & Associates
1700 Watterson Trail
Louisville, KY 40299

San Jose, CA 95110
Steven Sunshine
Maria M. DiMoscato
*tricor@rlf.com*
Cadwalader Wickersham & Taft LLP
1201 F. Street, N.W., Suite 110
Washington, DC 2004

Matthew P. Hendrickson
Bradley J. Demuth
*tricor@rlf.com*
Cadwalader Wickersham & Taft LLP
One World Financial Center
New York, NY 10281

William F. Cavanaugh, Jr
*wfcavanaugh@pbwt.com*
Chad J. Petterman, Esq.
*cjpeterman@pbwt.com*
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036

_____
A. Zachary Naylor (No. 4439)