IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE TRICOR DIRECT PURCHASER ANTITRUST LITIGATION ) ) ) ) THIS DOCUMENT RELATES TO: ) ) ) ALL ACTIONS ) ) | Civil Action No. 05-340-KAJ (Consolidated) |
| IN RE TRICOR INDIRECT PURCHASER ) ANTITRUST LITIGATION ) ) ) ) THIS DOCUMENT RELATES TO: ) ) ) ALL ACTIONS ) ) | Civil Action No. 05-360-KAJ (Consolidated) |

### ORDER

At Wilmington this **19th** day of **September, 2006**,

IT IS ORDERED that a teleconference relating to a discovery dispute has been scheduled for **September 26, 2006 at 11:00 a.m.** with the undersigned. **Liaison Counsel for the Direct Purchasers, Jeff Goddess, shall initiate the teleconference call.**

If there are out-of-state counsel working on this case, local counsel are reminded of their obligation to inform their out-of-state co-counsel of this Order.

_____
UNITED STATES DISTRICT JUDGE