IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE TRICOR DIRECT PURCHASER ANTITRUST LITIGATION | ) ) ) ) | C. A. No. 05-340 KAJ (Consolidated) |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | ) ) ) ) ) | |
| IN RE TRICOR INDIRECT PURCHASER ANTITRUST LITIGATION | ) ) ) ) | C. A. No. 05-360 KAJ (Consolidated) |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | ) ) ) ) ) | |

## NOTICE OF TAKING THE VIDEO-TAPED DEPOSITION OF KATHY McFARLAND

PLEASE TAKE NOTICE that, pursuant to the Federal Rules of Civil Procedure, Plaintiffs in the above-referenced action will take the video-taped deposition upon oral examination of Kathy McFarland. This deposition will occur as follows:

| **Date** | **Time** | **Place** |
|---|---|---|
| October 6, 2006 | 9:00 a.m. | Lincolnshire Marriott Resort Ten Marriott Drive Lincolnshire, IL 60069. |

The testimony of the witness will be video-taped and will be recorded and transcribed by a court reporter. The deposition will continue from day to day until completed. All counsel are invited to attend and cross-examine.

Dated: September 27, 2006

                                Respectfully submitted,
                                ___*/s/ Jeffrey S. Goddess*_____
                                Jeffrey S. Goddess (Del. Bar No. 630)
                                Jessica Zeldin (Del. Bar No. 3558)
                                Rosenthal, Monhait & Goddess, P.A.
                                919 Market Street, Suite 1401
                                P.O. Box 1070
                                Wilmington, DE 19899-1070
                                jgoddess@rmgglaw.com
                                jzeldin@rmgglaw.com
                                (302) 656-4433


                                ___*/s/ Elizabeth M. McGeever*_____
                                Elizabeth M. McGeever (Del. Bar No. 2057)
                                Prickett Jones & Elliott, P.A.
                                1310 King Street
                                P.O. Box 1328
                                Wilmington, DE 19899
                                emmcgeever@prickett.com
                                (302) 888-6521
                                Counsel for Walgreen Co., Eckerd Corporation,
                                The Kroger Co., Maxi Drug, INC. d/b/a Brooks
                                Pharmacy, Albertson's Inc., Safeway, Inc.,
                                Hy-Vee, Inc., American Sales Company, Inc.
                                CVS Pharmacy, Inc., Rite Aid Corporation and Rite
                                Aid Hdqtrs. Corp.


                                __*/s/ A. Zachary Naylor*_____
                                A. Zachary Naylor (Del. Bar No. 4439)
                                Chimicles & Tikellis LLP
                                One Rodney Square
                                P.O. Box 1035
                                Wilmington, DE 19899
                                zacharynaylor@chimicles.com
                                (302) 656-2500
                                Liaison Counsel for Indirect Purchaser Class

3

   */s/ Jonathan L. Parshall*
Jonathan L. Parshall (Del. Bar No. 3247)
Murphy, Spadaro & Landon
1011 Centre Road, Suite 210
Wilmington, DE 19805
jonp@msllaw.com
(302) 472-8100
Attorneys for Pacificare Health Systems, Inc.