IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE TRICOR INDIRECT PURCHASER ANTITRUST LITIGATION | C.A. No. 05-360 (KAJ) (consolidated) |
| THIS DOCUMENT RELATES TO: C.A. NOS. 05-360; 05-365; 05-390; 05-394; 05-426; 05-450; 05-467; 05-475; 05-482; 05-516 AND 05-695 | |

**NOTICE SERVICE**

The undersigned counsel hereby certifies that on September 29, 2006, A. Zachary Naylor, of Chimicles & Tikellis LLP caused to be served, by electronic mail, a copy of the Indirect Purchaser Plaintiffs' Second Set of Requests for Production of Documents from Defendants and Indirect Purchaser Plaintiffs' First Request for Admissions from Defendants upon all counsel listed on the accompanying certificate of service.

Dated: October 2, 2006

CHIMICLES & TIKELLIS LLP

Pamela S. Tikellis (#2172)
Robert J. Kriner, Jr. (#2546)
A. Zachary Naylor (#4439)
Daniel J. Brown (#4688)
P.O. Box 1035
One Rodney Square
Wilmington, DE 19899
Tel: 302-656-2500
Fax: 302-656-9053
*Liaison Counsel for End-Payor Plaintiffs*

1