# Chimicles & Tikellis LLP

ATTORNEYS AT LAW

One Rodney Square
P.O. Box 1035
Wilmington, DE 19899
Telephone: (302) 656.2500
Telecopier: (302) 656.9053
E-mail: Mail@Chimicles.com

October 6, 2006

Nicholas E. Chimicles
Pamela S. Tikellis *
James R. Malone, Jr.
Michael D. Gottsch
Robert J. Kriner, Jr. *
Steven A. Schwartz
Kimberly M. Donaldson
M. Katherine Meermans
Joseph G. Sauder
Daniel B. Scott
Fatema E.F. Burkey
Kimberly M. Litman
Timothy N. Mathews
A. Zachary Naylor *
Timothy P. Briggs
Daniel J. Brown *
Benjamin F. Johns

OF COUNSEL
Morris M. Shuster
Denise Davis Schwartzman
Anthony Allen Geyelin
Candice L.H. Hegedus

*Attorneys admitted to
practice in Delaware

**BY HAND DELIVERY & CM/ECF**

The Honorable Kent A. Jordan
United States District Court
844 North King Street
Lock Box 10
Wilmington, DE 19801

    RE:   **In re Tricor Indirect Purchaser Antitrust Litig.**
             **C.A. No. 05-360 (KAJ)**

Dear Judge Jordan:

    Pursuant to District of Delaware Local Rule 7.1.4, Plaintiffs respectfully request that Your Honor hear oral argument on Plaintiffs' Motion for Class Certification. With the filing of Plaintiffs' Reply Brief on October 4, 2006, the parties have completed briefing on the Motion.

    Counsel are available at the Court's convenience should Your Honor have any questions.

Respectfully,

Daniel J. Brown (#4688)

DJB/ald
cc:   Clerk, U.S. District Court (by e-file)
       All Counsel of Record (by e-mail)

HAVERFORD OFFICE
One Haverford Centre
361 West Lancaster Avenue
Haverford, PA 19041
Telephone: (610) 642.8500
Telecopier: (610) 649.3633