IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE TRICOR INDIRECT PURCHASER ANTITRUST LITIGATION | C.A. No. 05-360 (KAJ) (consolidated) |
| THIS DOCUMENT RELATES TO: | |
| PAINTERS' DISTRICT COUNCIL NO. 30 HEALTH AND WELFARE FUND, et al. | C.A. No. 05-360 |
| VISTA HEALTH PLAN, INC., et al. | C.A. No. 05-365 |
| PENNSYLVANIA EMPLOYEES BENEFIT TRUST FUND | C.A. No. 05-390 |
| ALLIED SERVICES DIVISION WELFARE FUND, et al. | C.A. No. 05-394 |
| DIANA KIM | C.A. No. 05-426 |
| ELAINE M. PULLMAN, et al. | C.A. No. 05-450 |
| PHILADELPHIA FEDERATION OF TEACHERS HEALTH AND WELFARE FUND | C.A. No. 05-467 |
| CINDY CRONIN | C.A. No. 05 482 |
| CHARLES SHAIN, et al. | C.A. No. 05-475 |
| LOCAL 28 SHEET METAL WORKERS | C.A. No. 05-516 |
| ALBERTO LITTER | C.A. No. 05-695 |

**REPLY DECLARATION OF CHRISTOPHER J. MCDONALD
IN FURTHER SUPPORT OF END-PAYOR PLAINTIFFS'
MOTION FOR CLASS CERTIFICATION [PUBLIC VERSION]**

CHRISTOPHER J. McDONALD, hereby declares as follows:

1. I am a member of the bars of the State of New York and the Southern and Eastern Districts of New York. I have also been admitted to appear *pro hac vice* before this Court in the above-captioned action. I have personal knowledge of the facts set forth herein and, if called as a witness, I could competently testify to the matters set forth herein.

2. In connection with End-Payor Plaintiffs' Motion for Class Certification [D.I. 116], I submitted a declaration in support [D.I. 118, 119, 126] ("my earlier declaration"). I now submit this reply declaration to further supplement the record with materials referred to in the Reply Memorandum in Support of End-Payor Plaintiffs' Motion for Class Certification ("End-Payors' Reply Memorandum"), filed simultaneously herewith, and the Reply Declaration of Charles King III (the "King Reply Report"), which is attached hereto as Exhibit 49.[1]

3. The King Reply Report makes reference to, *inter alia*, documents, or excerpts of documents, that have been produced in discovery in the *TriCor Antitrust Litigation*. Annexed hereto as Exhibits 50 through 60 are true and correct copies of the 11 discovery documents cited in the King Reply Report.[2] Table One, on the following page, lists these materials and identifies where they appear in the King Reply Report:

---

[1] My earlier declaration had 48 exhibits. The exhibit numbering in this declaration picks up where my earlier declaration left off.

[2] In addition, there are two documents cited in the King Reply Report that were previously submitted as exhibits to my earlier declaration. *See* King Reply Report at pg. 9, n. 32 and Attachment C, n. 6 (citing REDACTED which is Exhibit 11 to my earlier declaration) and at pg. 24, n. 90 (citing , which is Exhibit 18 to my earlier declaration, and which Dr. King also refers to as Sherry Exhibit 20).

- 2 -

REDACTED

4.   Also annexed hereto are true and correct copies of excerpts of the depositions of the following individuals taken in this matter, which are referred to in End-Payors' Reply Memorandum and/or the King Reply Report:

REDACTED

---

[3]   Referred to in the King Reply Report as Sherry Exhibit 19.

- 2 -

5. Also annexed hereto are two documents marked as exhibits at the deposition of Robert Navarro:

| Exhibit No. | Title | Deposition Exhibit No. |
|---|---|---|
| 65 | Chapter 15: Prescription Drug Benefits in Managed Care | Navarro Ex. 10 |
| 66 | Chapter 6: Evolution of the Management of U.S. Health Care: Managing Costs to Care Management | Navarro Ex. 11 |

6. Annexed hereto as Exhibit 67 is the Proposed Trial Plan submitted in *In re Pharmaceutical Industry Average Wholesale Price Litig.*, C.A. No. 01-12257(PBS) (D. Mass.).

7. Annexed hereto as Exhibit 68 is the Proposed Trial Plan submitted in *Schwab v. Philip Morris USA, Inc.*, C.A. No. 04-1945(JBW) (E.D.N.Y.).

8. Annexed hereto as Exhibit 69 is the Second Declaration of Laurence H. Tribe dated Aug. 19, 2005, submitted in *Schwab*.

9. REDACTED

10. 
REDACTED

s/Christopher J. McDonald
Christopher J. McDonald