## CERTIFICATE OF SERVICE

I, Daniel J. Brown, do hereby certify that on this 12th day of October 2006, I caused copies of the Public Version of the Reply Memorandum in Support of End Payor Plaintiff's Motion for Class Certification and attachments thereto, the Public Version of the Reply Declaration of Christopher J. McDonald in Further Support of End-Payor Plaintiffs' Motion for Class Certification and Public Versions of Exhibits 49-71 of the Reply Declaration of Christopher J. McDonald in Support of End-Payor Plaintiff's Motion for Class Certification, upon all counsel to be served on the following counsel by electronic mail:

Elizabeth M. McGeever
*emmcgeever@prickett.com*
Prickett Jones & Elliott P.A.
1310 King Street
Wilmington, DE 19899

Scott E. Perwin
*sperwin@kennynachwalter.com*
Kenny Nachwalter, P.A.
1100 Miami Center
201 South Biscayne Boulevard
Miami, FL 33131

Joseph T. Lukens
*jlukens@hangley.com*
Hangley Aronchick Segal & Pudlin P.C.
One Logan Square
18th & Cherry Streets
27th Floor
Philadelphia, PA 19103-6933

Jeffrey S. Goddess
*jgoddess@rmgglaw.com*
Rosenthal Monhait Gross & Goddess, P.A.
919 Market Street, Suite 1401
Wilmington, DE 19899

Bruce E. Gerstein
*bgerstein@garwingerstein.com*
Barry S. Taus
*btaus@garwingerstein.com*
Adam M. Steinfeld
*asteinfeld@garwingerstein.com*
Garwin Gerstein & Fisher LLP
1501 Broadway
New York, NY 10036

Thomas M. Sobol
David Nalven
Gregory H. Matthews
*tricor@chimicles.com*
Hagens Berman Sobol Shapiro LLP
One Main Street, 4th Floor
Cambridge, MA 02142

Patrick E. Cafferty
Bryan L. Clobes
Michael S. Tarringer
Timothy M. Fraser
*tricor@chimicles.com*
Miller Faucher and Cafferty LLP
One Logan Square
18th & Cherry Streets, Suite 1700
Philadelphia, PA 19103

Bernard J. Persky
Christopher J. McDonald
Kellie Safar
*tricor@chimicles.com*
Labaton Sucharow & Rudoff LLP
100 Park Avenue
New York, NY 10017

Bruce M. Gagala
*tricor@ycst.com*
Leydig Voit & Mayer Ltd.
Two Prudential Plaza, Suite 4900
180 N. Stetson Avenue
Chicago, IL 60601

Josy W. Ingersoll
Karen E. Keller
*tricor@ycst.com*
Young Conaway Stargatt & Taylor LLP
1000 West Street, 17th Floor
Wilmington, DE 19899

Kenneth A. Cohen
Elaine Herrman Blais
Chrsitopher T. Holding
*tricor@ycst.com*
Goodwin Procter, LLP
Exchange Place
Boston, MA 02109

Frederick L. Cottrell, III
Anne Shea Gaza
*tricor@rlf.com*
Richards, Layton & Finger

Jeffrey L. Kodroff
Theodore M. Lieverman
Pat Howard
*tricor@chimicles.com*
Spector Roseman & Kodroff, P.C.
1818 Market Street Suite 2500
Philadelphia, PA 19103

Jonathan L. Parshall
*jonp@msllaw.com*
Murphy Spadaro & Landon
824 N. Market Street, Suite 700
Wilmington, DE 19899

Kendall S. Zylstra
*kzylstra@sbclasslaw.com*
Lyle Stamps
*lstamps@sbclasslaw.com*
Schiffrin & Barroway LLP
280 King of Prussia Road
Radnor, PA 19087

William Christopher Carmody
*bcarmody@susmangodfrey.com*
John W. Turner
*jturner@susmangodfrey.com*
Shawn J. Rabin
*srabin@susmangodfrey.com*
Justin Nelson
*jnelson@susmangodfrey.com*
Cindy Tijerina
*ctijerina@susmangodfrey.com*
Susman Godfrey LLP
901 Main Street, Suite 5100
Dallas, TX 75202-3775

Mary B. Graham
*tricor@mnat.com*
Morris Nichols Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19801

One Rodney Square  
Wilmington, DE 19801  
Asim Bhansali  
*abhansali@kvn.com*  
Keker & Van Nest LLP  
710 Sansome Street  
San Francisco, CA 94111  

Timothy C. Bickham  
*tricor@rlf.com*  
Steptoe & Johnson LLP  
1330 Connecticut Avenue, NW  
Washington, DC 20036  

Mark Sandman  
*mms@rawlingsandassociates.com*  
Jeffrey Swann  
*js5@rawlingsandassociates.com*  
Rawlings & Associates  
1700 Watterson Trail  
Louisville, KY 40299  

Mary Matterer  
*mmatterer@morrisjames.com*  
Morris James Hitchens & Williams LLP  
222 Delaware Avenue, 10th Floor  
Wilmington, DE 19899  

John C. Vetter  
*jvetter@kenyon.com*  
Kenyon & Kenyon  
333 West Can Carlos Street, Suite 600  
San Jose, CA 95110  

Steven Sunshine  
Maria M. DiMoscato  
*tricor@rlf.com*  
Cadwalader Wickersham & Taft LLP  
1201 F. Street, N.W., Suite 110  
Washington, DC 2004  

Matthew P. Hendrickson  
Bradley J. Demuth  
*tricor@rlf.com*  
Cadwalader Wickersham & Taft LLP  
One World Financial Center  
New York, NY 10281  

William F. Cavanaugh, Jr  
*wfcavanaugh@pbwt.com*  
Chad J. Petterman, Esq.  
*cjpeterman@pbwt.com*  
Patterson Belknap Webb & Tyler LLP  
1133 Avenue of the Americas  
New York, NY 10036  

/Daniel J. Brown (No. 4688)