IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE TRICOR INDIRECT PURCHASER ANTITRUST LITIGATION | C.A. No. 05-360 (KAJ) (consolidated) |
| THIS DOCUMENT RELATES TO: | |
| PAINTERS' DISTRICT COUNCIL NO. 30 HEALTH AND WELFARE FUND, et al. | C.A. No. 05-360 |
| VISTA HEALTH PLAN, INC., et al. | C.A. No. 05-365 |
| PENNSYLVANIA EMPLOYEES BENEFIT TRUST FUND | C.A. No. 05-390 |
| ALLIED SERVICES DIVISION WELFARE FUND, et al. | C.A. No. 05-394 |
| DIANA KIM | C.A. No. 05-426 |
| ELAINE M. PULLMAN, et al. | C.A. No. 05-450 |
| PHILADELPHIA FEDERATION OF TEACHERS HEALTH AND WELFARE FUND | C.A. No. 05-467 |
| CINDY CRONIN | C.A. No. 05 482 |
| CHARLES SHAIN, et al. | C.A. No. 05-475 |
| LOCAL 28 SHEET METAL WORKERS | C.A. No. 05-516 |
| ALBERTO LITTER | C.A. No. 05-695 |

**EXHIBITS 49-71 TO REPLY DECLARATION OF CHRISTOPHER J. MCDONALD IN FURTHER SUPPORT OF END-PAYOR PLAINTIFFS' MOTION FOR CLASS CERTIFICATION [PUBLIC VERSION]**