# Exhibits 49–64

# Redacted in Full