# Exhibits 70-71

# Redacted in Full