IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE TRICOR INDIRECT PURCHASER ANTITRUST LITIGATION | ) ) ) ) C.A. No. 05-360 (KAJ) (consolidated) |
| THIS DOCUMENT RELATES TO: C.A. NOS. 05-360; 05-365; 05-390; 05-394; 05-426; 05-450; 05-467; 05-475; 05-516; AND 05-695 | ) ) ) ) ) ) ) |

NOTICE SERVICE

The undersigned counsel hereby certifies that on October 17, 2006, Daniel J. Brown, of Chimicles & Tikellis LLP caused to be served, by electronic mail, a copy of the Indirect Purchaser Plaintiffs' Responses to Defendants' First Set of Requests for Admissions upon all counsel listed on the accompanying certificate of service.

Dated: October 17, 2006

CHIMICLES & TIKELLIS LLP

*[signature]*

Pamela S. Tikellis (#2172)
Robert J. Kriner, Jr. (#2546)
A. Zachary Naylor (#4439)
Daniel J. Brown (#4688)
P.O. Box 1035
One Rodney Square
Wilmington, DE 19899
Tel: 302-656-2500
Fax: 302-656-9053

*Liaison Counsel for End-Payor Plaintiffs*