IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE TRICOR INDIRECT PURCHASER ANTITRUST LITIGATION ) ) ) ) | C.A. No. 05-360 (KAJ) (Consolidated) |
| THIS DOCUMENT RELATES TO: ) ) 05-591 (*PacifiCare Health Systems, Inc.*) ) ) | |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE THAT ON October 18, 2006, I electronically filed this NOTICE OF SERVICE OF PACIFICARE HEALTH SYSTEMS, INC.'S RESPONSES TO DEFENDANTS' FIRST SET OF REQUESTS FOR ADMISSIONS with the Clerk of the Court using CM/ECF which will send notification of such filing to all registered participant(s).

PLEASE TAKE FURTHER NOTICE that a copy of the foregoing document, along with this NOTICE OF SERVICE, were served on October 17, 2006, as follows:

**VIA E-MAIL**

| | |
|---|---|
| REPRESENTING DIRECT PURCHASER CLASS (C.A. No. 05-340): | Bruce E. Gerstein<br>bgerstein@garwingerstein.com<br><br>Barry S. Taus<br>btaus@garwingerstein.com<br><br>Adam M. Steinfeld<br>asteinfeld@garwingerstein.com<br><br>Rimma Neman<br>rneman@garwingerstein.com<br><br>Daniel Berger<br>danberger@bm.net |

714490v1/009078

|  |  |
|---|---|
|  | Eric L. Cramer<br>ecramer@bm.net<br><br>Peter Kohn<br>pkohn@bm.net<br><br>Neill W. Clark<br>nclark@bm.net<br><br>Linda P. Nussbaum<br>lnussbaum@cmht.com<br><br>Steig D. Olson<br>solson@cmht.com<br><br>David P. Germaine<br>dgermaine@vaneklaw.com<br><br>Joseph Vanek<br>jvanek@vaneklaw.com<br><br>Stuart Des Roches<br>stuart@odrlaw.com<br><br>Andrew Kelly<br>akelly@odrlaw.com<br><br>Adelaida Ferchmin<br>aferchmin@odrlaw.com<br><br>David P. Smith<br>dpsmith@psfllp.com<br><br>Russell A. Chorush<br>rchorush@hpcllp.com<br><br>Michael F. Heim<br>mheim@hpcllp.com |
| REPRESENTING WALGREEN, ECKERD, KROGER, MAXI, CVS, RITE AID (C.A. No. 05-340): | Elizabeth M. McGeever<br>emmcgeever@prickett.com<br><br>Scott E. Perwin<br>sperwin@kennynachwalter.com |

|  |  |
|---|---|
|  | Lauren Ravkind<br>lravkind@kennynachwalter.com |
|  | Joseph T. Lukens<br>jlukens@hangley.com |
| REPRESENTING PACIFICARE<br>(C.A. No. 05-340): | Jonathan L. Parshall<br>jonp@msllaw.com |
|  | William Christopher Carmody<br>bcarmody@susmangodfrey.com |
|  | John Turner<br>jturner@susmangodfrey.com |
|  | Shawn Rabin<br>srabin@susmangodfrey.com |
|  | Justin Nelson<br>jnelson@susmangodfrey.com |
|  | Ken Zylstra<br>kzylstra@sbclasslaw.com |
|  | Lyle Stamps<br>lstamps@sbclasslaw.com |
|  | Steve Connolly<br>sconnolly@sbclasslaw.com |
|  | Casey Murphy<br>cmurphy@sbclasslaw.com |
|  | Mark Sandman<br>mms@rawlingsandassociates.com |
|  | Jeffrey Swann<br>js5@rawlingsandassociates.com |
| REPRESENTING IMPAX<br>LABORATORIES (C.A. No. 03-120): | Mary Matterer<br>mmatterer@morrisjames.com |
|  | John C. Vetter<br>jvetter@kenyon.com |

|  |  |
|---|---|
|  | Asim Bhansali<br>abhansali@kvn.com |
| REPRESENTING INDIRECT PARTY<br>PLAINTIFFS (C.A. No. 05-360): | Pamela S. Tikellis<br>Thomas M. Sobol<br>Patrick E. Cafferty<br>Jeffery L. Kodroff<br>Bernard J. Persky<br>Michael Gottsch<br>A. Zachary Naylor<br>Robert Davis<br>Brian Clobes<br>Michael Tarringer<br>Tim Fraser<br>David Nalven<br>Greg Matthews<br>Christopher McDonald<br>Kellie Safar<br>Ted Lieverman<br>Pat Howard<br>tricor@chimicles.com<br><br>Michael I. Silverman<br>mike@silverman-mcdonald.psemail.com<br><br>Lynne A. Iannone<br>lynn@silverman-mcdonald.psemail.com<br><br>Patrick Francis Morris<br>pmorris@morrisandmorrislaw.com |
| REPRESENTING TEVA<br>PHARMACEUTICALS (C.A. No. 02-1512): | Josy W. Ingersoll<br>Bruce M. Gagala<br>Karen E. Keller<br>Christopher T. Holding<br>Ken Cohen<br>Elaine Blais<br>tricor@ycst.com |
| REPRESENTING ABBOTT (ALL CASES): | Mary B. Graham<br>tricor@mnat.com<br><br>William F. Cavanaugh<br>wfcavanaugh@pbwt.com<br><br>Chad J. Peterman<br>cjpeterman@pbwt.com |

| | |
|---|---|
| REPRESENTING FOURNIER (ALL CASES): | Frederick L. Cottrell, III<br>Anne Shea Gaza<br>Steven S. Sunshine<br>Matthew P. Hendrickson<br>Bradley J. Demuth<br>Maggie DiMoscato<br>Timothy C. Bickham<br>tricor@rlf.com |

Respectfully submitted,

*/s/ Jon Parshall*
Jonathan L. Parshall
Murphy Spadaro & Landon
1011 Centre Road, Suite 210
Wilmington, DE 19805
Telephone: 302-472-8100
Facsimile: 302-472-8135

William Christopher Carmody
John W. Turner
Shawn J. Rabin
SUSMAN GODFREY L.L.P.
901 Main Street, Suite 5100
Dallas, TX 75202
Telephone: 214-754-1900
Facsimile: 214-754-1933

Mark D. Fischer
Mark S. Sandmann
Jeffrey C. Swann
RAWLINGS & ASSOCIATES
325 West Main, Suite 1700
Louisville, KY 40202
Telephone: 502-587-1279
Facsimile: 502-584-8580

Kendall Zylstra
SCHIFFRIN & BARROWAY, L.L.P.
280 King of Prussia Road
Radnor, PA 19087
Telephone: 610-822-0276
Facsimile: 610-667-7056

ATTORNEYS FOR PLAINTIFFS