IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| IN RE TRICOR INDIRECT PURCHASER ANTITRUST LITIGATION | ) ) ) ) | C.A. No. 05-360 (KAJ) (consolidated) |
| THIS DOCUMENT RELATES TO: C.A. NOS. 05-360; 05-365; 05-390; 05-394; 05-426; 05-450; 05-467; 05-475; 05-482; 05-516 AND 05-695 | ) ) ) ) ) |  |

### NOTICE OF TAKING THE DEPOSITION OF KAY MORGAN

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 30, plaintiffs will take the deposition upon oral examination of Kay Morgan. The deposition shall be taken by stenographic and/or videographic means before a notary public or another officer authorized by law to administer oaths. The deposition will occur as follows:

**Date**  
October 31, 2006

**Time**  
10:00 a.m.

**Place**  
Hilton Tampa Airport  
2225 North Lois Avenue  
Tampa, FL 33607

You are invited to attend and cross-examine.

Dated: October 20, 2006

CHIMICLES & TIKELLIS LLP

*/s/ Pamela S. Tikellis*

Pamela S. Tikellis (#2172)
Robert J. Kriner, Jr. (#2546)
A. Zachary Naylor (#4439)
Daniel J. Brown (#4688)
P.O. Box 1035
One Rodney Square
Wilmington, DE 19899
Tel: 302-656-2500
Fax: 302-656-9053
*Liaison Counsel for End-Payor Plaintiffs*

LABATON SUCHAROW
  & RUDOFF LLP
Bernard Persky
Christopher J. McDonald
Kellie C. Safar
100 Park Avenue
New York, NY 10001

MILLER FAUCHER
  and CAFFERTY LLP
Bryan L. Clobes
William R. Kane
One Logan Square
18 & Cherry Streets, Suite 1700
Philadelphia, PA 19103
  -and-
Patrick E. Cafferty
101 N. Main Street, Suite 450
Ann Arbor, MI 48101
  -and-
Marvin A. Miller
Jennifer W. Sprengel
30 N. LaSalle St. Suite 3200
Chicago, IL 60602

SPECTOR ROSEMAN
  & KODROFF, P.C.
Jeffrey L. Kodroff
Theodore M. Lieverman
Simon B. Paris
1818 Market Street, Suite 2500
Philadelphia, PA 19103

HAGENS BERMAN
  SOBOL SHAPIRO LLP
Thomas M. Sobol
David S. Nalven
One Main Street, 4th Floor
Cambridge, MA 02142
  -and-
Steve W. Berman
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101