IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE TRICOR INDIRECT PURCHASER ANTITRUST LITIGATION )<br>)<br>)<br>)<br>THIS DOCUMENT RELATES TO:    )<br>)<br>ALL ACTIONS                   ) | Civil Action No. 05-360-KAJ<br>(Consolidated) |

### ORDER

At Wilmington this **25th** day of **October, 2006,**

IT IS ORDERED that a teleconference relating to a discovery dispute has been scheduled for **November 1, 2006 at 2:30 p.m.** with the undersigned. **Liaison Counsel shall initiate the teleconference call.**

If there are out-of-state counsel working on this case, local counsel are reminded of their obligation to inform their out-of-state co-counsel of this Order.

_____
UNITED STATES DISTRICT JUDGE