**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted and in good standing as a member of the bars of Maryland, New Jersey and the District of Columbia and am admitted to practice in the United States District Courts for the District of Maryland, the District of New Jersey and the District of Columbia. Pursuant to Local Rule 83.6 I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective 1/1/05, I further hereby certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Date: 10/27/2006

Richard M. Volin
Finkelstein, Thompson & Loughran
The Duvall Foundry
1050 30th Street, N.W.
Washington, DC 20007