IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

_____
IN RE: TRICOR INDIRECT PURCHASER            )
ANTITRUST LITIGATION                        )   Civil Action No. 05-360-KAJ
_____)
THIS DOCUMENT RELATES TO:                   )
ALL ACTIONS                                 )
_____)

## ORDER

IT IS HEREBY ORDERED that the Motion of counsel for plaintiffs for admission <u>pro hac vice</u> of Richard M. Volin of the law firm of Finkelstein, Thompson & Loughran, The Duvall Foundry, 1050 30th Street, N.W., Washington, DC 20007 to represent plaintiffs in this matter is hereby GRANTED.

_____
United States District Judge

Date: _____, 2006