# CERTIFICATE OF SERVICE

I, A. Zachary Naylor, do hereby certify that on this 1st day of November, 2006, I caused copies of the foregoing Motion for Admission Pro Hac Vice to be served on the following counsel by electronic mail:

Elizabeth M. McGeever
Prickett Jones & Elliott P.A.
1310 King Street
Wilmington, DE 19899

Scott E. Perwin
Kenny Nachwalter, P.A.
1100 Miami Center
201 South Biscayne Boulevard
Miami, FL 33131

Joseph T. Lukens
Hangley Aronchick Segal & Pudlin P.C.
One Logan Square
18th & Cherry Streets
27th Floor
Philadelphia, PA 19103-6933

Patrick E. Cafferty
Bryan L. Clobes
Michael S. Tarringer
Timothy M. Fraser
Miller Faucher and Cafferty LLP
One Logan Square
18th & Cherry Streets, Suite 1700
Philadelphia, PA 19103

Bernard J. Persky
Christopher J. McDonald
Kellie Safar
Labaton Sucharow & Rudoff LLP
100 Park Avenue
New York, NY 10017

Jeffrey S. Goddess
Rosenthal Monhait Gross & Goddess, P.A.
919 Market Street, Suite 1401
Wilmington, DE 19899

Bruce E. Gerstein
Barry S. Taus
Adam M. Steinfeld
Garwin Gerstein & Fisher LLP
1501 Broadway
New York, NY 10036

Thomas M. Sobol
David Nalven
Gregory H. Matthews
Hagens Berman Sobol Shapiro LLP
One Main Street, 4th Floor
Cambridge, MA 02142

Jeffrey L. Kodroff
Theodore M. Lieverman
Pat Howard
Spector Roseman & Kodroff, P.C.
1818 Market Street Suite 2500
Philadelphia, PA 19103

Jonathan L. Parshall
Murphy Spadaro & Landon
824 N. Market Street, Suite 700
Wilmington, DE 19899

Kendall S. Zylstra
Lyle Stamps
Schiffrin & Barroway LLP
280 King of Prussia Road
Radnor, PA 19087
William Christopher Carmody

Bruce M. Gagala  
Leydig Voit & Mayer Ltd.  
Two Prudential Plaza, Suite 4900  
180 N. Stetson Avenue  
Chicago, IL 60601  

Josy W. Ingersoll  
Karen E. Keller  
Young Conaway Stargatt & Taylor LLP  
1000 West Street, 17th Floor  
Wilmington, DE 19899  

Kenneth A. Cohen  
Elaine Herrman Blais  
Chrsitopher T. Holding  
Goodwin Procter, LLP  
Exchange Place  
Boston, MA 02109  

Frederick L. Cottrell, III  
Anne Shea Gaza  
Richards, Layton & Finger  
One Rodney Square  
Wilmington, DE 19801  

Kenneth A. Cohen  
Elaine Herrman Blais  
Christopher T. Holding  
Goodwin Procter LLP  
Exchange Place  
Boston, MA 02109-2881  

Asim Bhansali  
Keker & Van Nest LLP  
710 Sansome Street  
San Francisco, CA 94111  

Timothy C. Bickham  
Steptoe & Johnson LLP  
1330 Connecticut Avenue, NW  
Washington, DC 20036  

John W. Turner  
Shawn J. Rabin  
Justin Nelson  
Cindy Tijerina  
Susman Godfrey LLP  
901 Main Street, Suite 5100  
Dallas, TX 75202-3775  

Mary B. Graham  
Morris Nichols Arsht & Tunnell  
1201 N. Market Street  
P.O. Box 1347  
Wilmington, DE 19801  

Mary Matterer  
Morris James Hitchens & Williams LLP  
222 Delaware Avenue, 10th Floor  
Wilmington, DE 19899  

John C. Vetter  
Kenyon & Kenyon  
333 West Can Carlos Street, Suite 600  
San Jose, CA 95110  

Steven Sunshine  
Maria M. DiMoscato  
Cadwalader Wickersham & Taft LLP  
1201 F. Street, N.W., Suite 110  
Washington, DC 2004  

Matthew P. Hendrickson  
Bradley J. Demuth  
Cadwalader Wickersham & Taft LLP  
One World Financial Center  
New York, NY 10281  

William F. Cavanaugh, Jr  
Chad J. Petterman, Esq.  
Patterson Belknap Webb & Tyler LLP  
1133 Avenue of the Americas  
New York, NY 10036

Mark Sandman
Jeffrey Swann
Rawlings & Associates
1700 Watterson Trail
Louisville, KY 40299

                                              _____
                                              A. Zachary Naylor (No. 4439)