# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| IN RE TRICOR INDIRECT PURCHASER ANTITRUST LITIGATION ) ) ) ) | C.A. No. 05-360 (KAJ) (Consolidated) |
| THIS DOCUMENT RELATES TO: ) ) 05-591 (*PacifiCare Health Systems, Inc.*) ) ) | |

## ENTRY OF APPEARANCE

PLEASE enter the appearance of Jerome M. Marcus of the firm of Marcus Auerbach & Zylstra, LLC as additional counsel for plaintiff PacifiCare Health Systems, Inc.  Mr. Marcus' contact information is provided below:

> Jerome M. Marcus, Esq.
> MARCUS AUERBACH & ZYLSTRA LLC
> P.O. Box 8876
> Elkins Park, PA 19027
> Telephone:  (215) 782-3300
> Facsimile:  (888) 875-0469
> Email:  jmarcus@marcusauerbach.com

Dated:  December 8, 2006

>                         MURPHY SPADARO & LANDON
>
>                         /s/ Jonathan L. Parshall
>                         Jonathan L. Parshall (No. 3247)
>                         1011 Centre Road, Suite 210
>                         Wilmington, DE 19805
>                         Telephone: (302) 472-8100
>                         Fax: (302) 472-8135
>                         e-mail: jonp@msllaw.com

1

## CERTIFICATE OF SERVICE

This is to certify that on this the 8th day of December 2006, I electronically filed Entry of Appearance with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to all counsel of record.

                                              MURPHY SPADARO & LANDON

                                              /s/ Jonathan L. Parshall
                                              Jonathan L. Parshall (No. 3247)
                                              1011 Centre Road, Suite 210
                                              Wilmington, Delaware 19805
                                              Telephone: 302-472-8100
                                              Fax: (302) 472-8135
                                              e-mail: jonp@msllaw.com