IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE TRICOR INDIRECT PURCHASER ANTITRUST LITIGATION ) ) ) ) | C.A. No. 05-360 (KAJ) (Consolidated) |
| THIS DOCUMENT RELATES TO: ) ) 05-591 (*PacifiCare Health Systems, Inc.*) ) ) | |

**NOTICE OF CHANGE OF ADDRESS**

PLEASE TAKE NOTICE that Kendall Zylstra, Esq., counsel for PacifiCare Health Systems, Inc., hereby advises that his firm association and contact information have changed. The new firm association and contact information for Kendall Zylstra is as follows:

>   MARCUS AUERBACH & ZYLSTRA LLC
>   P.O. Box 8876
>   Elkins Park, PA 19027
>   Telephone:  (215) 782-3300
>   Facsimile:  (888) 875-0469
>   Email:  Zylstra@marcusauerbach.com

Dated:  December 8, 2006

>   MURPHY SPADARO & LANDON
>
>   /s/ Jonathan L. Parshall
>   Jonathan L. Parshall (No. 3247)
>   1011 Centre Road, Suite 210
>   Wilmington, DE 19805
>   Telephone: (302) 472-8100
>   Fax: (302) 472-8135
>   e-mail: jonp@msllaw.com

**CERTIFICATE OF SERVICE**

This is to certify that on this the 8th day of December 2006, I electronically filed Notice of Change of Address with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to all counsel of record.

                MURPHY SPADARO & LANDON

                /s/ Jonathan L. Parshall
                Jonathan L. Parshall (No. 3247)
                1011 Centre Road, Suite 210
                Wilmington, Delaware 19805
                Telephone: 302-472-8100
                Fax: (302) 472-8135
                e-mail: jonp@msllaw.com