IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| IN RE TRICOR INDIRECT PURCHASER ANTITRUST LITIGATION ) ) ) ) | C.A. No. 05-360 (***) (Consolidated) |
| THIS DOCUMENT RELATES TO: ) ) 05-591 (*PacifiCare Health Systems, Inc.*) ) ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE THAT ON December 18, 2006, I electronically filed this NOTICE OF SERVICE OF PACIFICARE HEALTH SYSTEMS, INC.'S EXPERT DECLARATION OF DR. HAL SINGER and PACIFICARE HEALTH SYSTEMS, INC.'S SUPPLEMENTAL DISCLSOURE UNDER RULE 26(a)(2) with the Clerk of the Court using CM/ECF which will send notification of such filing to all registered participant(s).

PLEASE TAKE FURTHER NOTICE that a copy of the foregoing documents were served on December 15, 2006, as follows:

**VIA E-MAIL**

| REPRESENTING DIRECT PURCHASER CLASS (C.A. No. 05-340): | Bruce E. Gerstein<br>bgerstein@garwingerstein.com<br><br>Barry S. Taus<br>btaus@garwingerstein.com<br><br>Adam M. Steinfeld<br>asteinfeld@garwingerstein.com<br><br>Rimma Neman<br>rneman@garwingerstein.com<br><br>Daniel Berger |

danberger@bm.net

Eric L. Cramer
ecramer@bm.net

Peter Kohn
pkohn@bm.net

Neill W. Clark
nclark@bm.net

Linda P. Nussbaum
lnussbaum@cmht.com

Steig D. Olson
solson@cmht.com

David P. Germaine
dgermaine@vaneklaw.com

Joseph Vanek
jvanek@vaneklaw.com

Stuart Des Roches
stuart@odrlaw.com

Andrew Kelly
akelly@odrlaw.com

Adelaida Ferchmin
aferchmin@odrlaw.com

David P. Smith
dpsmith@psfllp.com

Russell A. Chorush
rchorush@hpcllp.com

Michael F. Heim
mheim@hpcllp.com

REPRESENTING WALGREEN, ECKERD, KROGER, MAXI, CVS, RITE AID (C.A. No. 05-340):

Elizabeth M. McGeever
emmcgeever@prickett.com

Scott E. Perwin
sperwin@kennynachwalter.com

723085v1/009078          2

|  |  |
|---|---|
|  | Lauren Ravkind<br>lravkind@kennynachwalter.com |
|  | Joseph T. Lukens<br>jlukens@hangley.com |
| REPRESENTING IMPAX<br>LABORATORIES (C.A. No. 03-120): | Mary Matterer<br>mmatterer@morrisjames.com |
|  | John C. Vetter<br>jvetter@kenyon.com |
|  | Asim Bhansali<br>abhansali@kvn.com |
| REPRESENTING INDIRECT PARTY<br>PLAINTIFFS (C.A. No. 05-360): | Pamela S. Tikellis<br>Thomas M. Sobol<br>Patrick E. Cafferty<br>Jeffery L. Kodroff<br>Bernard J. Persky<br>Michael Gottsch<br>A. Zachary Naylor<br>Robert Davis<br>Brian Clobes<br>Michael Tarringer<br>Tim Fraser<br>David Nalven<br>Greg Matthews<br>Christopher McDonald<br>Kellie Safar<br>Ted Lieverman<br>Pat Howard<br>tricor@chimicles.com |
|  | Michael I. Silverman<br>mike@silverman-mcdonald.psemail.com |
|  | Lynne A. Iannone<br>lynn@silverman-mcdonald.psemail.com |
|  | Patrick Francis Morris<br>pmorris@morrisandmorrislaw.com |

| | |
|---|---|
| REPRESENTING TEVA PHARMACEUTICALS (C.A. No. 02-1512): | Josy W. Ingersoll<br>Bruce M. Gagala<br>Karen E. Keller<br>Christopher T. Holding<br>Ken Cohen<br>Elaine Blais<br>tricor@ycst.com |
| REPRESENTING ABBOTT (ALL CASES): | Mary B. Graham<br>tricor@mnat.com<br><br>William F. Cavanaugh<br>wfcavanaugh@pbwt.com<br><br>Chad J. Peterman<br>cjpeterman@pbwt.com |
| REPRESENTING FOURNIER (ALL CASES): | Frederick L. Cottrell, III<br>Anne Shea Gaza<br>Steven S. Sunshine<br>Matthew P. Hendrickson<br>Bradley J. Demuth<br>Maggie DiMoscato<br>Timothy C. Bickham<br>tricor@rlf.com |

Respectfully submitted,

*/s/ Jonathan L. Parshall*
Jonathan L. Parshall (#3247)
Murphy Spadaro & Landon
1011 Centre Road, Suite 210
Wilmington, DE 19805
Telephone: 302-472-8100
Facsimile: 302-472-8135