IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE TRICOR INDIRECT PURCHASER ANTITRUST LITIGATION | C.A. No. 05-360 (consolidated) |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

### NOTICE OF FIRM NAME CHANGE

PLEASE TAKE NOTICE that effective January 1, 2007, the name of Miller Faucher and Cafferty LLP, Counsel for Indirect Purchaser Class Plaintiffs, has changed to:

Cafferty Faucher LLP

The firm's addresses, telephone and facsimile numbers remain the same.

Dated: January 15, 2007

CHIMICLES & TIKELLIS LLP

Pamela S. Tikellis (No. 2172)
A. Zachary Naylor (No. 4439)
One Rodney Square
P.O. Box 1035
Wilmington, DE 19899
(302) 656-2500

*Liaison Counsel for Indirect Purchaser Class Plaintiffs*