IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE TRICOR INDIRECT PURCHASER ANTITRUST LITIGATION | C.A. No. 05-360 (***) (consolidated) |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

## NOTICE OF WITHDRAW

TO:   Clerk of the Court
      District Court of Delaware
      800 N. King Street
      Wilmington, DE 19801

**PLEASE WITHDRAW** the appearance of Daniel J. Brown, Esquire, as attorney for plaintiffs, Painters District Council No. 30 Health & Welfare Fund; Charles M. Shain; Sandra Krone; Elaine M. Pullman; Neil Perlmutter; Helena Perlmutter; Lula Ramsey; Local 28 Sheet Metal Workers; Richard G. Wilde; Alberto Litter; Vista Healthplan Inc.; Allied Services Division Welfare Fund; Hector Valdes; Pennsylvania Employees Benefit Trust Fund; Diana Kim; Philadelphia Federation of Teachers Health and Welfare Fund; and Cindy Cronin.

CHIMICLES & TIKELLIS LLP

_/s/ Daniel J. Brown_
Daniel J. Brown (I.D. No. 4688)
Chimicles & Tikellis LLP
One Rodney Square
P.O. Box 1035
Wilmington, DE 19899
(302) 656-2500

DATED: January 29, 2007