## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the bars of Illinois and New York and am admitted to practice in the United States District Courts for the Northern District of Illinois, Northern District of California, Eastern District of Michigan, Southern District of New York, Second Circuit Court of Appeals, Third Circuit Court of Appeals, Fourth Circuit Court of Appeals, Seventh Circuit Court of Appeals, and Eleventh Circuit Court of Appeals. Pursuant to Local Rule 83.6 I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective 1/1/05, I further hereby certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Date: January 30, 2007

Marvin A. Miller
Miller Law LLC
101 W. Wacker Drive
Suite 2010
Chicago, IL 60606