**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE: TRICOR INDIRECT PURCHASER ) <br> ANTITRUST LITIGATION ) <br> _____) <br> THIS DOCUMENT RELATES TO: ) <br> ALL ACTIONS ) <br> _____) | Civil Action No. 05-360-(***) |

## ORDER

IT IS HEREBY ORDERED that the Motion of counsel for plaintiffs for admission <u>pro hac vice</u> of Marvin A. Miller of the law firm of Miller Law LLC, 101 W. Wacker Drive, Suite 2010, Chicago, IL 60606, to represent plaintiff Painters District Council No 30 Health & Welfare Fund in this matter is hereby GRANTED.

_____

Date: _____, 2007