IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE TRICOR INDIRECT PURCHASER ANTITRUST LITIGATION | ) ) ) ) | C.A. No. 05-360 (***) (consolidated) |
| THIS DOCUMENT RELATES TO: | ) ) | |
| PAINTERS' DISTRICT COUNCIL NO. 30 HEALTH AND WELFARE FUND, et al., C.A. No. 05-360 (***) | ) ) ) ) | |

## NOTICE OF WITHDRAWAL

TO:    Clerk of the Court
        District of Delaware
        800 N. King Street
        Wilmington, DE 19801

PLEASE WITHDRAW the appearance of Patrick E. Cafferty as attorney for Plaintiff

Painters District Council No. 30 Health and Welfare Fund only.

CHIMICLES & TIKELLIS LLP

A. Zachary Naylor (#4439)
P.O. Box 1035
One Rodney Square
Wilmington, DE 19899
Tel: 302-656-2500
Fax: 302-656-9053
*Liaison Counsel for End-Payor Plaintiffs*

Dated: February 8, 2007