IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE TRICOR DIRECT PURCHASER ANTITRUST LITIGATION ) ) ) | ) ) | C.A. No. 05-340 (***) |
| | ) | (consolidated) |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | ) ) ) ) ) | |
| IN RE TRICOR INDIRECT PURCHASER ANTITRUST LITIGATION | ) ) ) ) | C.A. No. 05-360 (***) |
| | ) | (consolidated) |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | ) ) ) ) ) | |

**JOINT STATUS REPORT**

Pursuant to this Court's Scheduling Order dated October 27, 2005 (the "Scheduling Order"), Coordinated Direct Purchaser Plaintiffs, Indirect Purchaser Class Plaintiffs, and Indirect Purchaser Plaintiff Pacificare Health Systems, Inc. ("Pacificare"), (collectively "Plaintiffs"), and Defendants Abbott Laboratories ("Abbott"), Fournier Industrie et Sante, and Laboratories Fournier ("Fournier") (collectively, "Defendants"), by and through their counsel, hereby submit this Joint Status Report.

1. Pursuant to the Scheduling Order, the deadline for completion of fact discovery was October 31, 2006. By stipulated order entered on November 7, 2006, the Court extended the deadline to November 30, 2006 in order to allow additional time for certain specific written discovery responses and for completion of depositions noticed

1

prior to the deadline. C.A. No. 05-340 (D.I. 293); C.A. No. 05-340 (D.I. 278). As of the below date, this written discovery has been completed. Additionally, the parties are working in good-faith to quickly resolve an outstanding discovery issue related to the production of other lipid products by certain Direct Purchaser Plaintiffs.

2. By mutual agreement, certain depositions noticed prior to the October 31, 2006 discovery cutoff were scheduled after that date. As of the below date, there is only one deposition still outstanding: Direct Purchaser Plaintiff Eckerd is offering another Rule 30(b)(6) witness on March 2, 2007 in response to the Rule 30(b)(6) notice Defendants served in October 2006. The parties are working in good faith to complete this last deposition in a timely manner, and do not expect any depositions conducted after October 31, 2006 to impact any other scheduled deadline.

3. Pursuant to the Scheduling Order, Plaintiffs submitted opening expert reports on December 15, 2006. At Coordinated Direct Purchaser Plaintiffs' request, Defendants agreed to extend the due date for Dr. Alan Schwartzbard's expert report to January 15, 2007.

4. On January 10, 2007, the Court held a status conference in the above-referenced cases. As a result, the Court entered an Amended Scheduling Order dated February 2, 2007, which, *inter alia*, modified certain deadlines relevant to expert discovery, including the due dates for the submission of responsive and reply expert reports. Furthermore, pursuant to the instructions of the Court during the status conference, the parties have been negotiating a schedule of depositions for those experts from whom opening reports were submitted.

Dated: March 2, 2007

/s/ Jeffrey S. Goddess
Jeffrey S. Goddess (No. 630)
Rosenthal, Monhait & Goddess, P.A.
919 Market Street, Suite 1401
P. O. Box 1070
Wilmington, DE 19899-1070
(302) 656-4433
jgoddess@rmgglaw.com
   Liaison Counsel for Direct
   Purchaser Class

/s/ Mary G. Graham
Mary B. Graham (No. 2256)
James W. Parrett, Jr. (No. 4292)
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P. O. Box 1347
Wilmington, DE 19899
(302) 658-9200
mbgefiling@mnat.com
   Attorney for Abbott Laboratories

/s/ Elizabeth M. McGeever
Elizabeth M. McGeever (No. 2057)
Prickett Jones & Elliott, P.A.
1310 King Street
P. O. Box 1328
Wilmington, DE 19899
(302) 888-6521
emmcgeever@prickett.com
   Counsel for Walgreen Co., Eckerd
   Corporation, The Kroger Co., Maxi Drug,
   Inc. d/b/a Brooks Pharmacy, Albertson's,
   Inc., Safeway, Inc. and Hy-Vee, Inc.,
   American Sales Company, Inc.,
   CVS Pharmacy, Inc. Rite Aid Corporation
   and Rite Aid Hdqtrs. Corp.

/s/ Anne Shea Gaza
Frederick L. Cottrell, III (No. 2555)
Anne Shea Gaza (No. 4093)
Richards, Layton & Finger
One Rodney Square
Wilmington, DE 19801
(302) 651-7700
cottrell@rlf.com
gaza@rlf.com
   Attorneys for Fournier Industrie
   et Sante and Laboratories Fournier
   S.A.

/s/ A. Zachary Naylor
A. Zachary Naylor (No. 4439)
Chimicles & Tikellis LLP
One Rodney Square
P. O. Box 1035
Wilmington, DE 19899
(302) 656-2500
zacharynaylor@chimicles.com
   Liaison Counsel for Indirect Purchaser
   Class

3

*/s/ Jonathan L. Parshall*
Jonathan L. Parshall (No. 3247)
Murphy & Landon
1011 Centre Road, Suite 210
Wilmington, DE 19805
(302) 472-8100
jonp@msllaw.com
   Attorney for Pacificare Health Systems, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on March 2, 2007 I electronically filed the foregoing document using CM/ECF, which will send notification of such filing to all registered participants, including:

Josy W. Ingersoll, Esquire
John W. Shaw, Esquire
Karen Keller, Esquire
Young Conaway Stargatt
  & Taylor LLP
The Brandywine Building
1000 West Street, 17th Floor
P. O. Box 391
Wilmington, DE 19899-0391

Frederick L. Cottrell, III, Esquire
Anne Shea Gaza, Esquire
Richards Layton & Finger
One Rodney Square
920 North King Street
Wilmington, DE 19801

Pamela S. Tikellis, Esquire
Robert J. Kriner, Jr., Esquire
A. Zachary Naylor, Esquire
Chimicles & Tikellis LLP
One Rodney Square
P. O. Box 1035
Wilmington, DE 19899

Elizabeth M. McGeever, Esquire
Prickett Jones Elliott, P.A.
1310 King Street
P. O. Box 1328
Wilmington, DE 19899

Mary B. Graham, Esquire
James W. Parrett, Jr., Esquire
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P. O. Box 1347
Wilmington, DE 19899

Mary B. Matterer, Esquire
Morris James Hitchens & Williams LLP
222 Delaware Avenue
10th Floor
P. O. Box 2306
Wilmington, DE 19899

Jonathan L. Parshall, Esquire
Murphy & Landon
1011 Centre Road
Suite 210
Wilmington, DE 19801

Michael I. Silverman, Esquire
Lynn A. Iannone, Esquire
Silverman & McDonald
1010 N. Bancroft Parkway #22
Wilmington, DE 19805

Patrick Francis Morris, Esquire
Morris & Morris
1105 North Market Street
Suite 803
Wilmington, DE 19801

I hereby certify that on March 2, 2007 I sent by electronic mail the foregoing document to the following non-registered participants:

| | |
|---|---|
| REPRESENTING DIRECT PURCHASER CLASS (C.A. No. 05-340): | Bruce E. Gerstein<br>**bgerstein@garwingerstein.com**<br><br>Barry S. Taus<br>**btaus@garwingerstein.com**<br><br>Adam M. Steinfeld<br>**asteinfeld@garwingerstein.com**<br><br>Rimma Neman<br>**rneman@garwingerstein.com**<br><br>Daniel Berger<br>**danberger@bm.net**<br><br>Eric L. Cramer<br>**ecramer@bm.net**<br><br>Peter Kohn<br>**pkohn@bm.net**<br><br>Neill W. Clark<br>**nclark@bm.net**<br><br>Linda P. Nussbaum<br>**lnussbaum@kaplanfox.com**<br><br>Steig D. Olson<br>**solson@cmht.com**<br><br>David P. Germaine<br>**dgermaine@vaneklaw.com** |

|  |  |
|---|---|
|  | Joseph Vanek<br>**jvanek@vaneklaw.com**<br><br>Stuart Des Roches<br>**stuart@odrlaw.com**<br><br>Andrew Kelly<br>**akelly@odrlaw.com**<br><br>Adelaida Ferchmin<br>**aferchmin@odrlaw.com**<br><br>David P. Smith<br>**dpsmith@psfllp.com**<br><br>Russell A. Chorush<br>**rchorush@hpcllp.com**<br><br>Michael F. Heim<br>**mheim@hpcllp.com** |
| REPRESENTING WALGREEN, ECKERD, KROGER, MAXI, CVS, RITE AID (C.A. No. 05-340): | Elizabeth M. McGeever<br>**emmcgeever@prickett.com**<br><br>Scott E. Perwin<br>**sperwin@kennynachwalter.com**<br><br>Lauren Ravkind<br>**lravkind@kennynachwalter.com**<br><br>Joseph T. Lukens<br>**jlukens@hangley.com** |
| REPRESENTING PACIFICARE (C.A. No. 05-340): | Jonathan L. Parshall<br>**jonp@msllaw.com**<br><br>William Christopher Carmody<br>**bcarmody@susmangodfrey.com** |

|  |  |
|---|---|
|  | John Turner<br>**jturner@susmangodfrey.com** |
|  | Shawn Rabin<br>**srabin@susmangodfrey.com** |
|  | Ken Zylstra<br>**zylstra@marcusauerbach.com** |
|  | Jerome Marcus<br>**jmarcus@marcusauerbach.com** |
|  | Lyle Stamps<br>**lstamps@sbclasslaw.com** |
|  | Steve Connolly<br>**sconnolly@sbclasslaw.com** |
|  | Casey Murphy<br>**cmurphy@sbclasslaw.com** |
|  | Mark Sandman<br>**mms@rawlingsandassociates.com** |
|  | Jeffrey Swann<br>**js5@rawlingsandassociates.com** |
| REPRESENTING IMPAX<br>LABORATORIES (C.A. No. 03-120) | Mary Matterer<br>**mmatterer@morrisjames.com** |
|  | John C. Vetter<br>**jvetter@kenyon.com** |
|  | Asim Bhansali<br>**abhansali@kvn.com** |

| | |
|---|---|
| REPRESENTING INDIRECT PARTY PLAINTIFFS (C.A. No. 05-360): | Pamela S. Tikellis<br>Thomas M. Sobol<br>Patrick E. Cafferty<br>Jeffery L. Kodroff<br>Bernard J. Persky<br>Michael Gottsch<br>A. Zachary Naylor<br>Robert Davis<br>Brian Clobes<br>Michael Tarringer<br>Tim Fraser<br>David Nalven<br>Greg Matthews<br>Christopher McDonald<br>Kellie Safar<br>Ted Lieverman<br>Pat Howard<br>**tricor@chimicles.com**<br><br>Michael I. Silverman<br>mike@silverman-mcdonald.psemail.com<br><br>Lynn A. Iannone<br>lynn@silverman-mcdonald.psemail.com<br><br>Patrick Francis Morris<br>**pmorris@morrisandmorrislaw.com** |
| REPRESENTING TEVA PHARMACEUTICALS (C.A. No. 02-1512): | Josy W. Ingersoll<br>Bruce M. Gagala<br>Karen E. Keller<br>Christopher T. Holding<br>Ken Cohen<br>Elaine Blais<br>**tricor@ycst.com** |

| | |
|---|---|
| REPRESENTING ABBOTT (ALL CASES): | Mary B. Graham<br>**tricor@mnat.com**<br><br>James W. Parrett, Jr.<br>**jparrett@mnat.com**<br><br>William F. Cavanaugh<br>**wfcavanaugh@pbwt.com**<br><br>Chad J. Peterman<br>**cjpeterman@pbwt.com** |
| REPRESENTING FOURNIER (ALL CASES): | Frederick L. Cottrell, III<br>Anne Shea Gaza<br>Steven S. Sunshine<br>Matthew P. Hendrickson<br>Bradley J. Demuth<br>Maggie DiMoscato<br>Timothy C. Bickham<br>**tricor@rlf.com** |

/s/ *Jeffrey S. Goddess*
Jeffrey S. Goddess (Del. Bar No. 630)
Jessica Zeldin (Del. Bar No. 3558)
Rosenthal, Monhait & Goddess, P.A.
Suite 1401, 919 Market Street
P. O. Box 1070
Wilmington, DE 19899-1070
(302) 656-4433
jgoddess@rmgglaw.com
jzeldin@rmgglaw.com