IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE TRICOR INDIRECT PURCHASER ANTITRUST LITIGATION | C.A. No. 05-360 (***) (consolidated) |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

### NOTICE OF FIRM NAME CHANGE

PLEASE TAKE NOTICE that effective January 1, 2007, the name of Finkelstein, Thompson & Loughran, counsel for Indirect Purchaser Class Plaintiffs, has changed to:

Finkelstein Thompson LLP

The firm's address, telephone and facsimile numbers remain the same. However, the electronic mail contact information for counsel has changed as noted below.

Dated: April 26, 2007

**CHIMICLES & TIKELLIS LLP**

Pamela S. Tikellis (No. 2172)
A. Zachary Naylor (No. 4439)
One Rodney Square
P.O. Box 1035
Wilmington, DE 19899
(302) 656-2500
*Liaison Counsel for Indirect Purchaser Class Plaintiffs*

**FINKELSTEIN THOMPSON LLP**
L. Kendall Satterfield
ksatterfield@finkelsteinthompson.com
Richard M. Volin
rvolin@finkelsteinthompson.com
Karen J. Marcus
kmarcus@finkelsteinthompson.com
The Duvall Foundry
1050 30th Street, N.W.
Washington, DC 20007
(202) 337-8000