**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| IN RE TRICOR INDIRECT PURCHASER ANTITRUST LITIGATION | : : : | **C.A. No. 05-360 (***)** **(consolidated)** |
| THIS DOCUMENT RELATES TO: | : : | |
| C.A. NOS. 05-360; 05-365; 05-390; 05-394; 05-426; 05-450; 05-467; 05-475; 05-482; 05-516 AND 05-695. | : : : : | |

**END-PAYOR PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO SERVE**
**SUPPLEMENTAL DECLARATION OF CHARLES KING III**
<u>**CONCERNING DAMAGES PURSUANT TO FED. R. CIV. P. 26(a)(2)(b) and 26(e)**</u>

1.    Pursuant to Fed. R. Civ. P. 26(a)(2)(b) and 26(e), End-Payor Plaintiffs respectfully move to serve the Supplemental Declaration of Charles King III Concerning Damages, dated May 1, 2007 (the "Supplemental Damages Report").  The reasons are as follows:

2.    End Payor Plaintiffs served the initial Declaration of Charles King III Concerning Damages on December 15, 2006, within the time required by the Court's schedule for the service of plaintiffs' expert reports.  Early last month, Dr. King determined that his initial report required supplementation to account for a previously unrecognized inconsistency in the way certain transactional data relied upon in the report was presented.  End-Payor Plaintiffs promptly disclosed Dr. King's discovery to the defendants, and provided the Supplemental Damages Report containing End-Payor Plaintiffs' recalculation on May 2, 2007.  Defendants are not disadvantaged by the submission of the Supplemental Damages Report at this time because they have not yet deposed Dr. King or submitted their economic reports.

3.    The preferred practice in this Court is to seek leave to serve a supplemental report. *Inline Connection Corporation v. AOL Time Warner Inc.,* 2007 WL 61883 at *4 (D. Del. 2007) (Thynge, M.J.).  End-Payor Plaintiffs have properly and fully discharged their responsibility to supplement under Fed. R. Civ. P. 26(a)(2)(b) and 26(e). *See Freeman v. Minnesota Mining and*

*Manufacturing Co.,* 675 F. Supp. 877, 888 (D. Del. 1987) (permitting plaintiff to rely on rule 26(e) supplement to expert disclosure at summary judgment).

    4.     Defendants do not oppose this motion and further have provided their assurance that they will not at some later date claim prejudice as a result of End-Payor Plaintiffs' service of the Supplemental Damages Report at this time.

    WHEREFORE, for the foregoing reasons, End-Payor Plaintiffs respectfully request that this motion be granted.

Dated: May 11, 2007

                  **CHIMICLES & TIKELLIS LLP**

                  Pamela S. Tikellis (#2172)
                  Robert J. Kriner, Jr. (#2546)
                  A. Zachary Naylor (#4439)
                  P.O. Box 1035
                  One Rodney Square
                  Wilmington, DE 19899
                  Tel: 302-656-2500
                  Fax: 302-656-9053

                  *Liaison Counsel for End-Payor Plaintiffs*

**CAFFERTY FAUCHER LLP**
Bryan L. Clobes
William R. Kane
One Logan Square
18th & Cherry Streets, Suite 1700
Philadelphia, PA 19103
  -and-
Patrick E. Cafferty
101 N. Main Street, Suite 450
Ann Arbor, MI 48101

**HAGENS BERMAN
  SOBOL SHAPIRO LLP**
Thomas M. Sobol
David S. Nalven
One Main Street, 4th Floor
Cambridge, MA 02142
  -and-
Steve W. Berman
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101

**LABATON SUCHAROW**
 **& RUDOFF LLP**
Bernard Persky
Christopher J. McDonald
100 Park Avenue
New York, NY 10001

**SPECTOR ROSEMAN**
 **& KODROFF, P.C.**
Jeffrey L. Kodroff
Theodore M. Lieverman
1818 Market Street, Suite 2500
Philadelphia, PA 19103

*Lead Counsel for End-Payor Plaintiffs*