IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE TRICOR INDIRECT PURCHASER ANTITRUST LITIGATION | : :  C.A. No. 05-360 (***) :  (consolidated) |
| THIS DOCUMENT RELATES TO: | : : |
| C.A. NOS. 05-360; 05-365; 05-390; 05-394; 05-426; 05-450; 05-467; 05-475; 05-482; 05-516 AND 05-695. | : : : : |

[PROPOSED]
ORDER END PAYOR PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO SERVE
THE SUPPLEMENTAL DECLARATION OF CHARLES KING III
CONCERNING DAMAGES PURSUANT TO FED. R. CIV. P. 26(a)(2)(b) and 26(e)

Upon End Payor Plaintiffs' Unopposed Motion for Leave to Serve the Supplemental Declaration of Charles King III Concerning Damages ("Supplemental Damages Declaration"), and for good cause shown, IT IS HEREBY ORDERED that Plaintiffs' motion is GRANTED. The Supplemental Damages Declaration shall be deemed served as of May 2, 2007.

Date: _____     _____
                                                                Thynge, M.J.