# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: TRICOR INDIRECT PURCHASER ANTITRUST LITIGATION ) ) ) | Civil Action No. 05-360-*** |
| THIS DOCUMENT RELATES TO: ALL ACTIONS ) ) ) ) | |

## MOTION FOR ADMISSION PRO HAC VICE

A. Zachary Naylor, a member of the bar of this Court, pursuant to Local Rule 83.5(c) and the attached certification, moves for the admission pro hac vice of Stan M. Doerrer of the law firm of Finkelstein Thompson, LLP, The Duvall Foundry, 1050 30th Street, N.W., Washington, DC 20007, to represent plaintiffs in this action.

Dated: May 11, 2007

CHIMICLES & TIKELLIS, LLP

Pamela S. Tikellis (No. 2172)
A. Zachary Naylor (No. 4439)
One Rodney Square
P.O. Box 1035
Wilmington, DE 19899

Attorneys for Plaintiffs