## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: TRICOR INDIRECT PURCHASER ) <br> ANTITRUST LITIGATION ) <br> _____) <br> THIS DOCUMENT RELATES TO: ) <br> ALL ACTIONS ) <br> _____) | Civil Action No. 05-360-*** |

### ORDER

IT IS HEREBY ORDERED that the Motion of counsel for plaintiffs for admission pro hac vice of Stan M. Doerrer of the law firm of Finkelstein Thompson, LLP, The Duvall Foundry, 1050 30th Street, N.W., Washington, DC 20007 to represent plaintiffs in this matter is hereby GRANTED.

_____

Date: _____, 2007