IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: TRICOR INDIRECT PURCHASER ANTITRUST LITIGATION )<br>)<br>) | Civil Action No. 05-360-*** |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS )<br>)<br>)<br>) | |

## MOTION FOR ADMISSION PRO HAC VICE

A. Zachary Naylor, a member of the bar of this Court, pursuant to Local Rule 83.5(c) and the attached certification, moves for the admission pro hac vice of Christine Pedigo Bartholomew of the law firm of Finkelstein Thompson, LLP, 601 Montgomery Street, Suite 665, San Francisco, CA 94111, to represent plaintiffs in this action.

Dated: May 14, 2007

CHIMICLES & TIKELLIS, LLP

_/s/ A. Zachary Naylor_
Pamela S. Tikellis (No. 2172)
A. Zachary Naylor (No. 4439)
One Rodney Square
P.O. Box 1035
Wilmington, DE 19899

Attorneys for Plaintiffs