IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: TRICOR INDIRECT PURCHASER ANTITRUST LITIGATION ) ) ) | Civil Action No. 05-360-*** |
| THIS DOCUMENT RELATES TO: ALL ACTIONS ) ) ) ) | |

**ORDER**

IT IS HEREBY ORDERED that the Motion of counsel for plaintiffs for admission pro hac vice of Christine Pedigo Bartholomew of the law firm of Finkelstein Thompson, LLP, 601 Montgomery Street, Suite 665, San Francisco, CA 94111 to represent plaintiffs in this matter is hereby GRANTED.

_____

Date: _____, 2007