IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: TRICOR INDIRECT PURCHASER ANTITRUST LITIGATION ) ) ) ) | C.A. No. 05-360 (KAJ) (Consolidated) |
| THIS DOCUMENT RELATES TO: PACIFICARE HEALTH SYSTEMS, INC. C.A. No. 05-591 (KAJ) ) ) ) ) | Hon. Kent Jordan, U.S.D.J. |

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached Certification, counsel moves the admission *pro hac vice* of Garrick B. Pursley, Esquire, of Susman Godfrey L.L.P., 901 Main Street, Suite 5100, Dallas, Texas 75202, to represent Plaintiff PacifiCare Health Systems, Inc. in this matter.

Respectfully submitted,

*/s/ Jonathan L. Parshall*
Jonathan L. Parshall (#3247)
Murphy & Landon
1011 Centre Road, Suite 210
Wilmington, DE 19805
Telephone: 302-472-8100
Facsimile: 302-472-8135
E-Mail: jonp@msllaw.com

ATTORNEYS FOR PLAINTIFFS

Date: May 17, 2007

757032v1/009078

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* of Garrick B. Pursley, Esquire is granted.

Date: _____

_____
UNITED STATES DISTRICT JUDGE

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Texas and pursuant to Local Rule 83.6submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with the Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Garrick B. Pursley
SUSMAN GODFREY L.L.P.
901 Main Street, Suite 5100
Dallas, Texas 75202
Telephone: 214-754-1900
Facsimile: 214-754-1933
E-Mail: gpursley@susmangodfrey.com

Date: May 16, 2007

## CERTIFICATE OF SERVICE

This is to certify that on the ___17___ day of May, 2007, a true and correct copy of the above and foregoing instrument was properly forwarded to the following counsel of record via Electronic Mail, in accordance with the Court's ECF Filing Procedure and the Pretrial Order.

| | |
|---|---|
| REPRESENTING DIRECT PURCHASER CLASS (C.A. No. 05-340): | Bruce E. Gerstein<br>bgerstein@garwingerstein.com |
| | Barry S. Taus<br>btaus@garwingerstein.com |
| | Adam M. Steinfeld<br>asteinfeld@garwingerstein.com |
| | Rimma Neman<br>rneman@garwingerstein.com |
| | Daniel Berger<br>danberger@bm.net |
| | Eric L. Cramer<br>ecramer@bm.net |
| | Peter Kohn<br>pkohn@bm.net |
| | Neill W. Clark<br>nclark@bm.net |
| | Linda P. Nussbaum<br>lnussbaum@cmht.com |
| | Steig D. Olson<br>solson@cmht.com |
| | David P. Germaine<br>dgermaine@vaneklaw.com |
| | Joseph Vanek<br>jvanek@vaneklaw.com |
| | Stuart Des Roches<br>stuart@odrlaw.com |

|  |  |
|---|---|
|  | Andrew Kelly<br>akelly@odrlaw.com |
|  | Adelaida Ferchmin<br>aferchmin@odrlaw.com |
|  | David P. Smith<br>dpsmith@psfllp.com |
|  | Russell A. Chorush<br>rchorush@hpcllp.com |
|  | Michael F. Heim<br>mheim@hpcllp.com |
| REPRESENTING WALGREEN, ECKERD, KROGER, MAXI, CVS, RITE AID (C.A. No. 05-340): | Elizabeth M. McGeever<br>emmcgeever@prickett.com |
|  | Scott E. Perwin<br>sperwin@kennynachwalter.com |
|  | Lauren Ravkind<br>lravkind@kennynachwalter.com |
|  | Joseph T. Lukens<br>jlukens@hangley.com |
| REPRESENTING IMPAX LABORATORIES (C.A. No. 03-120): | Mary Matterer<br>mmatterer@morrisjames.com |
|  | John C. Vetter<br>jvetter@kenyon.com |
|  | Asim Bhansali<br>abhansali@kvn.com |
| REPRESENTING INDIRECT PARTY PLAINTIFFS (C.A. No. 05-360): | Pamela S. Tikellis<br>Thomas M. Sobol<br>Patrick E. Cafferty<br>Jeffery L. Kodroff<br>Bernard J. Persky<br>Michael Gottsch |

757032v1/009078

5

|  |  |
|---|---|
|  | A. Zachary Naylor<br>Robert Davis<br>Brian Clobes<br>Michael Tarringer<br>Tim Fraser<br>David Nalven<br>Greg Matthews<br>Christopher McDonald<br>Kellie Safar<br>Ted Lieverman<br>Pat Howard<br>tricor@chimicles.com<br><br>Michael I. Silverman<br>mike@silverman-mcdonald.psemail.com<br><br>Lynne A. Iannone<br>lynn@silverman-mcdonald.psemail.com<br><br>Patrick Francis Morris<br>pmorris@morrisandmorrislaw.com |
| REPRESENTING TEVA<br>PHARMACEUTICALS (C.A. No. 02-1512): | Josy W. Ingersoll<br>Bruce M. Gagala<br>Karen E. Keller<br>Christopher T. Holding<br>Ken Cohen<br>Elaine Blais<br>tricor@ycst.com |
| REPRESENTING ABBOTT (ALL CASES): | Mary B. Graham<br>tricor@mnat.com<br><br>William F. Cavanaugh<br>wfcavanaugh@pbwt.com<br><br>Chad J. Peterman<br>cjpeterman@pbwt.com |
| REPRESENTING FOURNIER (ALL CASES): | Frederick L. Cottrell, III<br>Anne Shea Gaza<br>Steven S. Sunshine<br>Matthew P. Hendrickson<br>Bradley J. Demuth<br>Maggie DiMoscato<br>Timothy C. Bickham<br>tricor@rlf.com |

Respectfully submitted,


*/s/ Jonathan L. Parshall*
Jonathan L. Parshall (#3247)
Murphy & Landon
1011 Centre Road, Suite 210
Wilmington, DE 19805
Telephone: 302-472-8100
Facsimile: 302-472-8135