IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: TRICOR INDIRECT PURCHASER ) <br> ANTITRUST LITIGATION ) <br> _____ ) <br> THIS DOCUMENT RELATES TO: ) <br> ALL ACTIONS ) <br> _____ ) | Civil Action No. 05-360-(***) |

## MOTION FOR ADMISSION PRO HAC VICE

A. Zachary Naylor, a member of the bar of this Court, pursuant to Local Rule 83.5(c) and the attached certification, moves for the admission pro hac vice of Cyrus Mehri of the law firm of Mehri & Skalet, PLLC, 1250 Connecticut Avenue NW, Suite 300, Washington, DC 20036, to represent plaintiffs in this action.

Dated: July 3, 2007

CHIMICLES & TIKELLIS, LLP

*/s/ A. Zachary Naylor*
Pamela S. Tikellis (No. 2172)
A. Zachary Naylor (No. 4439)
One Rodney Square
P.O. Box 1035
Wilmington, DE 19899

Attorneys for Plaintiffs

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: TRICOR INDIRECT PURCHASER ANTITRUST LITIGATION ) ) ) | Civil Action No. 05-360-(***) |
| THIS DOCUMENT RELATES TO: ALL ACTIONS ) ) ) ) | |

## ORDER

IT IS HEREBY ORDERED that the Motion of counsel for plaintiffs for admission pro hac vice of Cyrus Mehri of the law firm of Mehri & Skalet, PLLC, 1250 Connecticut Avenue NW, Suite 300, Washington, DC 20036 to represent plaintiffs in this matter is hereby GRANTED.

_____

Date: _____, 2007

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, I am admitted, practicing and in good standing as a member of the state bars of Connecticut and the District of Columbia, and I am admitted to practice in the United States District Courts for Connecticut. Pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective 1/1/05, I further hereby certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Date: July 2, 2007

Cyrus Mehri
Mehri & Skalet, PLLC
1250 Connecticut Ave., NW
Suite 300
Washington, D.C. 20036
Phone: (202) 822-5100
Fax: (202) 822-4997