IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| IN RE TRICOR INDIRECT PURCHASER ANTITRUST LITIGATION ) ) ) ) | C.A. No. 05-360 (***) (consolidated) |
| THIS DOCUMENT RELATES TO ALL ACTIONS ) ) ) ) | |

**NOTICE OF TAKING THE VIDEO-TAPED DEPOSITION OF
RICHARD J. GILBERT**

PLEASE TAKE NOTICE that, pursuant to the Federal Rules of Civil Procedure, Plaintiffs in the above-referenced action will take the video-taped deposition upon oral examination of Richard J. Gilbert. This deposition will occur as follows:

| **Date** | **Time** | **Place** |
|---|---|---|
| July 25, 2007 | 9:00 a.m. | Keker & Van Nest, LLP |
| July 26, 2007 | 9:00 a.m. | 710 Sansome Street |
|  |  | San Francisco, CA 94111 |

The testimony of the witness will be video-taped and will be recorded and transcribed by a court reporter. The deposition will continue from day to day until completed. All counsel are invited to attend and cross-examine.

PLEASE TAKE FURTHER NOTICE that, under Federal Rules of Civil Procedure 26(a)(2)(B), 26 (b)(1), and 34, defendants are requested and required to produce the documents identified on Exhibit A attached hereto in advance of the deposition.

            CHIMICLES & TIKELLIS LLP

            /s/ A. Zachary Naylor
            Pamela S. Tikellis (#2172)
            A. Zachary Naylor (#4439)
            One Rodney Square
            Wilmington, DE 19899
            (302) 656-2500
            zn@chimicles.com

            *Liaison Counsel for End-Payor Plaintiffs*

| LABATON SUCHAROW & RUDOFF LLP | SPECTOR ROSEMAN & KODROFF, P.C. |
|---|---|
| Bernard Persky | Jeffrey L. Kodroff |
| Christopher J. McDonald | Theodore M. Lieverman |
| 100 Park Avenue | 1818 Market Street, Suite 2500 |
| New York, NY 10001 | Philadelphia, PA 19103 |
| (212) 907-0700 | (215) 496-0300 |
| **CAFFERTY FAUCHER LLP** | **HAGENS BERMAN SOBOL SHAPIRO LLP** |
| Patrick E. Cafferty | Thomas M. Sobol |
| 101 N. Main Street, Suite 450 | David S. Nalven |
| Ann Arbor, MI 48101 | One Main Street |
| (734) 769-2144 | Cambridge, MA 02142 |
| -and- | (617) 482-3700 |
| Bryan L. Clobes | -and- |
| William R. Kane | Steve W. Berman |
| One Logan Square, Suite 1700 | 1301 Fifth Avenue, Suite 2900 |
| Philadelphia, PA 19103 | Seattle, WA 98101 |
| (215) 864-2800 | (206) 623-7292 |

Dated: July 17, 2007

# EXHIBIT A

## DOCUMENTS TO BE PRODUCED
## IN ADVANCE OF THE DEPOSITION OF RICHARD GILBERT

Please produce the following documents:

1. All documents, work papers, data, or other materials, electronic or otherwise, not yet produced to the Indirect Purchaser Class Plaintiffs in this litigation that:

   (a) Dr. Gilbert is relying upon or intends to rely upon in connection with his June 29, 2007 report (and any and all opinions expressed therein);

   (b) were prepared by him or persons working under his direction in connection with his June 29, 2007 reports, and upon which he is relying or intends to rely in any way for any of his opinions in this case, including the non-public materials cited in Exhibit C to Dr. Gilbert's report;

   (c) relate to all tables and figures in Dr. Gilbert's June 29, 2007 report.

2. Dr. Gilbert's testimony, reports, and/or opinions in the legal matters in which he has submitted an expert report or was deposed, including the non-confidential materials cited in Exhibit B to Dr. Gilbert's June 29, 2007 report.

3. All documents produced at any time to any other party in connection with Dr. Gilbert's June 29, 2007 report or testimony in this case.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE TRICOR INDIRECT PURCHASER ANTITRUST LITIGATION | ) ) ) ) C.A. No. 05-360 (***) (consolidated) |

## CERTIFICATE OF SERVICE

I, A. Zachary Naylor, do hereby certify that on this 17th day of July 2007, I caused copies of the Notice of Taking the Video-Taped Deposition of Richard J. Gilbert, to be served on the following counsel by electronic mail:

Elizabeth M. McGeever
*emmcgeever@prickett.com*
Prickett Jones & Elliott P.A.
1310 King Street
Wilmington, DE 19899

Scott E. Perwin
*sperwin@kennynachwalter.com*
Kenny Nachwalter, P.A.
1100 Miami Center
201 South Biscayne Boulevard
Miami, FL 33131

Joseph T. Lukens
*jlukens@hangley.com*
Hangley Aronchick Segal & Pudlin P.C.
One Logan Square
18th & Cherry Streets
27th Floor
Philadelphia, PA 19103-6933

Patrick E. Cafferty
Bryan L. Clobes
Michael S. Tarringer
Timothy M. Fraser
*tricor@chimicles.com*
Miller Faucher and Cafferty LLP
One Logan Square
18th & Cherry Streets, Suite 1700
Philadelphia, PA 19103

Jeffrey S. Goddess
*jgoddess@rmgglaw.com*
Rosenthal Monhait Gross & Goddess, P.A.
919 Market Street, Suite 1401
Wilmington, DE 19899

Bruce E. Gerstein
*bgerstein@garwingerstein.com*
Barry S. Taus
*btaus@garwingerstein.com*
Adam M. Steinfeld
*asteinfeld@garwingerstein.com*
Garwin Gerstein & Fisher LLP
1501 Broadway
New York, NY 10036

Thomas M. Sobol
David Nalven
Gregory H. Matthews
*tricor@chimicles.com*
Hagens Berman Sobol Shapiro LLP
One Main Street, 4th Floor
Cambridge, MA 02142

Bernard J. Persky
Christopher J. McDonald
Kellie Safar
*tricor@chimicles.com*
Labaton Sucharow & Rudoff LLP
100 Park Avenue
New York, NY 10017

Bruce M. Gagala
*tricor@ycst.com*
Leydig Voit & Mayer Ltd.
Two Prudential Plaza, Suite 4900
180 N. Stetson Avenue
Chicago, IL 60601

Josy W. Ingersoll
Karen E. Keller
*tricor@ycst.com*
Young Conaway Stargatt & Taylor LLP
1000 West Street, 17th Floor
Wilmington, DE 19899

Kenneth A. Cohen
Elaine Herrman Blais
Chrsitopher T. Holding
*tricor@ycst.com*
Goodwin Procter, LLP
Exchange Place
Boston, MA 02109

Frederick L. Cottrell, III
Anne Shea Gaza
*tricor@rlf.com*
Richards, Layton & Finger
One Rodney Square
Wilmington, DE 19801
Asim Bhansali
*abhansali@kvn.com*
Keker & Van Nest LLP
710 Sansome Street
San Francisco, CA 94111

Jeffrey L. Kodroff
Theodore M. Lieverman
Pat Howard
*tricor@chimicles.com*
Spector Roseman & Kodroff, P.C.
1818 Market Street Suite 2500
Philadelphia, PA 19103

Jonathan L. Parshall
*jonp@msllaw.com*
Murphy Spadaro & Landon
824 N. Market Street, Suite 700
Wilmington, DE 19899

Kendall S. Zylstra
*kzylstra@sbclasslaw.com*
Lyle Stamps
*lstamps@sbclasslaw.com*
Schiffrin & Barroway LLP
280 King of Prussia Road
Radnor, PA 19087

William Christopher Carmody
*bcarmody@susmangodfrey.com*
John W. Turner
*jturner@susmangodfrey.com*
Shawn J. Rabin
*srabin@susmangodfrey.com*
Justin Nelson
*jnelson@susmangodfrey.com*
Cindy Tijerina
*ctijerina@susmangodfrey.com*
Susman Godfrey LLP
901 Main Street, Suite 5100
Dallas, TX 75202-3775

Mary B. Graham
*tricor@mnat.com*
Morris Nichols Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19801

Timothy C. Bickham
*tricor@rlf.com*
Steptoe & Johnson LLP
1330 Connecticut Avenue, NW
Washington, DC 20036

Mark Sandman
*mms@rawlingsandassociates.com*
Jeffrey Swann
*js5@rawlingsandassociates.com*
Rawlings & Associates
1700 Watterson Trail
Louisville, KY 40299

Mary Matterer
*mmatterer@morrisjames.com*
Morris James Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE 19899

John C. Vetter
*jvetter@kenyon.com*
Kenyon & Kenyon
333 West Can Carlos Street, Suite 600
San Jose, CA 95110
Steven Sunshine
Maria M. DiMoscato
*tricor@rlf.com*
Cadwalader Wickersham & Taft LLP
1201 F. Street, N.W., Suite 110
Washington, DC 2004

Matthew P. Hendrickson
Bradley J. Demuth
*tricor@rlf.com*
Cadwalader Wickersham & Taft LLP
One World Financial Center
New York, NY 10281

William F. Cavanaugh, Jr
*wfcavanaugh@pbwt.com*
Chad J. Petterman, Esq.
*cjpeterman@pbwt.com*
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036

_____
A. Zachary Naylor (No. 4439)