IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TEVA PHARMACEUTICALS USA, INC., TEVA PHARMACEUTICAL INDUSTRIES LTD., and NOVOPHARM, LTD., | ) ) ) ) | |
| Counterclaim Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 02-1512 (***) |
| ABBOTT LABORATORIES, FOURNIER INDUSTRIE ET SANTÉ, and LABORATOIRES FOURNIER S.A., | ) ) ) ) | CONSOLIDATED |
| Counterclaim Defendants. | ) ) | |
| ABBOTT LABORATORIES, FOURNIER INDUSTRIE ET SANTÉ, and LABORATOIRES FOURNIER S.A. | ) ) ) ) | |
| Plaintiffs, v. | ) ) ) | C.A. No. 03-120 (***) |
| IMPAX LABORATORIES, INC. | ) ) | CONSOLIDATED |
| Defendant. | ) ) | |
| IN RE TRICOR DIRECT PURCHASER ANTITRUST LITIGATION | ) ) ) | C.A. No. 05-340 (***) |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | ) ) ) | CONSOLIDATED |
| IN RE TRICOR INDIRECT PURCHASER ANTITRUST LITIGATION | ) ) ) | C.A. No. 05-360 (***) |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | ) ) ) | CONSOLIDATED |

**STIPULATION**

IT IS HEREBY STIPULATED by the Plaintiffs and the Defendants, subject to the Court's approval, as follows:

1. Paragraph 3 of the Stipulation filed by the parties on June 26, 2007, and approved by the Court on June 27, 2007 (Docket No. 325 in Case No. 05-360, Docket No. 541 in Case No. 02-1512, Docket No. 453 in Case No. 03-120, and Docket No. 331 in Case No. 05-340), is modified such that Abbott and Fournier shall have until September 14, 2007 to serve their responses to Plaintiffs' list of documents to be reviewed.

| ROSENTHAL, MONHAIT & GODDESS, P.A. | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| /s/ Jeffrey S. Goddess<br>Jeffrey S. Goddess (# 630)<br>Jessica Zeldin (# 3558)<br>919 Market Street, Suite 1401<br>P.O. Box 1070<br>Wilmington, DE 19899-1070<br>(302) 656-4433<br><br>*Liaison Counsel for Direct Purchasers* | /s/ James W. Parrett, Jr.<br>Mary B. Graham (# 2256)<br>James W. Parrett, Jr. (# 4292)<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br><br>*Attorneys for Abbott Laboratories* |
| PRICKETT JONES & ELLIOTT, P.A. | RICHARDS, LAYTON & FINGER, P.A. |
| /s/ Elizabeth M. McGeever<br>Elizabeth M. McGeever (# 2057)<br>1310 King Street<br>P.O. Box 1328<br>Wilmington, DE 19899<br>(302) 888-6521<br><br>*Counsel for Walgreen Co., Eckerd Corp., The Kroger Co., Maxi Drug, Inc. d/b/a Brooks Pharmacy, Albertson's Inc., Safeway, Inc. and Hy-Vee, Inc., CVS Pharmacy, Inc., Rite Aid Corp. and Rite Aid Hdqtrs Corp., and American Sales Company Inc.* | /s/ Anne Shea Gaza<br>Frederick L. Cottrell, III (# 2555)<br>Anne Shea Gaza (# 4093)<br>One Rodney Square<br>Wilmington, DE 19801<br>(302) 651-7700<br><br>*Attorneys for Fournier Industrie et Santé and Laboratoires Fournier, S.A.* |

- 3 -

| CHIMICLES & TIKELLIS LLP | MURPHY & LANDON |
|---|---|
| /s/ Pamela S. Tikellis | /s/ Jonathan L. Parshall |
| Pamela S. Tikellis (#2172) | Jonathan L. Parshall (# 3247) |
| A. Zachary Naylor (# 4439) | 1011 Centre Road, Suite 210 |
| One Rodney Square | Wilmington, DE 19805 |
| P.O. Box 1035 | (302) 472-8100 |
| Wilmington, DE 19899 | |
| (302) 656-2500 | *Attorneys for Pacificare Health Systems, Inc.* |
| *Liaison Counsel for Indirect Purchasers* | |
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | MORRIS JAMES HITCHENS & WILLIAMS LLP |
| /s/ Josy W. Ingersoll | /s/ Mary B. Matterer |
| Josy W. Ingersoll (#1088) | Mary B. Matterer (#2696) |
| Karen E. Keller (#4489) | 222 Delaware Avenue, 10th Floor |
| The Brandywine Building | Wilmington, DE 19899-2306 |
| 1000 West Street, 17th Floor | (302) 888-6800 |
| Wilmington, DE 19899-0391 | |
| (302) 571-6600 | *Attorneys for Impax Laboratories Inc.* |
| *Attorneys for Teva Pharmaceuticals USA, Inc., Teva Pharmaceuticals Industries Ltd., and Novopharm Ltd.* | |

SO ORDERED this _____ day of _____, 2007.

_____
UNITED STATES MAGISTRATE JUDGE