IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TEVA PHARMACEUTICALS USA, INC., TEVA PHARMACEUTICAL INDUSTRIES LTD., and NOVOPHARM, LTD., <br><br> Counterclaim Plaintiffs, <br><br> v. <br><br> ABBOTT LABORATORIES, FOURNIER INDUSTRIE ET SANTÉ, and LABORATOIRES FOURNIER S.A., <br><br> Counterclaim Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 02-1512 (***) <br><br> CONSOLIDATED |
| IMPAX LABORATORIES, INC., <br><br> Counterclaim Plaintiffs, <br><br> v. <br><br> ABBOTT LABORATORIES, FOURNIER INDUSTRIE ET SANTÉ, and LABORATOIRES FOURNIER S.A., <br><br> Counterclaim Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 03-120 (***) <br><br> CONSOLIDATED |
| IN RE TRICOR DIRECT PURCHASER ANTITRUST LITIGATION <br><br> THIS DOCUMENT RELATES TO: ALL ACTIONS | ) ) ) ) ) ) ) ) | C.A. No. 05-340 (***) <br><br> CONSOLIDATED |
| IN RE TRICOR INDIRECT PURCHASER ANTITRUST LITIGATION <br><br> THIS DOCUMENT RELATES TO: ALL ACTIONS | ) ) ) ) ) ) ) ) ) | C.A. No. 05-360 (***) <br><br> CONSOLIDATED |

1371268v1

## **STIPULATION AND PROPOSED ORDER RE SCHEDULE**

IT IS HEREBY STIPULATED by the Plaintiffs and the Defendants, subject to the approval of the Court, that the following modification to the schedule *(see, e.g., D.I. 521 and D.I. 540 in C.A. No. 02-1512)* will apply:

1. Any party serving an initial expert report on December 15, 2006 to which Abbott and Fournier responded on June 29, 2007 may serve a reply report on or before September 28, 2007 to contradict or rebut evidence on the same subject matter.

2. Abbott and Fournier may serve on September 28, 2007 expert reports responsive to Impax's and Teva's expert reports on product improvements served on July 20, 2007.

3. The parties shall work in good faith to promptly provide proposed expert deposition dates for all experts whose reports have been served as of the date of this Order.

4. All other scheduling dates, as modified by the stipulation approved by the Court on July 24, 2007, stand.

| | |
|---|---|
| ROSENTHAL, MONHAIT & GODDESS, P.A. | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| | |
| */s/ Jeffrey S. Goddess* | */s/ James W. Parrett, Jr.* |
| Jeffrey S. Goddess (# 630) | Mary B. Graham (# 2256) |
| Jessica Zeldin (# 3558) | James W. Parrett, Jr. (# 4292) |
| 919 Market Street, Suite 1401 | 1201 N. Market Street |
| P.O. Box 1070 | P.O. Box 1347 |
| Wilmington, DE 19899-1070 | Wilmington, DE 19899 |
| (302) 656-4433 | (302) 658-9200 |
| | |
| *Liaison Counsel for Direct Purchasers* | *Attorneys for Abbott Laboratories* |

PRICKETT JONES & ELLIOTT, P.A.

/s/ Elizabeth M. McGeever
Elizabeth M. McGeever (# 2057)
1310 King Street
P.O. Box 1328
Wilmington, DE 19899
(302) 888-6521

*Counsel for Walgreen Co., Eckerd Corp., The Kroger Co., Maxi Drug, Inc. d/b/a Brooks Pharmacy, Albertson's Inc., Safeway, Inc. and Hy-Vee, Inc., CVS Pharmacy, Inc., Rite Aid Corp. and Rite Aid Hdqtrs Corp., and American Sales Company Inc.*

CHIMICLES & TIKELLIS LLP

/s/ A. Zachary Naylor
Pamela S. Tikellis (#2172)
A. Zachary Naylor (# 4439)
One Rodney Square
P.O. Box 1035
Wilmington, DE 19899
(302) 656-2500

*Liaison Counsel for Indirect Purchasers*

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Josy W. Ingersoll
Josy W. Ingersoll (#1088)
Karen E. Keller (#4489)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899-0391
(302) 571-6600

*Attorneys for Teva Pharmaceuticals USA, Inc., Teva Pharmaceuticals Industries Ltd., and Novopharm Ltd.*

RICHARDS, LAYTON & FINGER, P.A.

/s/ Anne Shea Gaza
Frederick L. Cottrell, III (# 2555)
Anne Shea Gaza (# 4093)
One Rodney Square
Wilmington, DE 19801
(302) 651-7700

*Attorneys for Fournier Industrie et Santé and Laboratoires Fournier, S.A.*

MURPHY & LANDON

/s/ Jonathan L. Parshall
Jonathan L. Parshall (# 3247)
1011 Centre Road, Suite 210
Wilmington, DE 19805
(302) 472-8100

*Attorneys for Pacificare Health Systems, Inc.*

MORRIS JAMES LLP

/s/ Mary B. Matterer
Mary B. Matterer (#2696)
500 Delaware Avenue, Suite 1500
P. O. Box 2306
Wilmington, DE 19899-2306
(302) 888-6960

*Attorneys for Impax Laboratories Inc.*

- 3 -

1371268v1

SO ORDERED this _____ day of _____, 2007.

_____
UNITED STATES MAGISTRATE JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that on September 6, 2007, I electronically filed the foregoing document using CM/ECF, which will send notification of such filing to all registered participants, including:

Josy W. Ingersoll, Esquire
John W. Shaw, Esquire
Karen Keller, Esquire
Young Conaway Stargatt
  & Taylor LLP
The Brandywine Building
1000 West Street, 17th Floor
P. O. Box 391
Wilmington, DE 19899-0391

Mary B. Graham, Esquire
James W. Parrett, Jr., Esquire
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P. O. Box 1347
Wilmington, DE 19899

Frederick L. Cottrell, III, Esquire
Anne Shea Gaza, Esquire
Richards Layton & Finger
One Rodney Square
920 North King Street
Wilmington, DE 19801

Mary B. Matterer, Esquire
Morris James Hitchens & Williams LLP
222 Delaware Avenue
10th Floor
P. O. Box 2306
Wilmington, DE 19899

Pamela S. Tikellis, Esquire
Robert J. Kriner, Jr., Esquire
A. Zachary Naylor, Esquire
Chimicles & Tikellis LLP
One Rodney Square
P. O. Box 1035
Wilmington, DE 19899

Jonathan L. Parshall, Esquire
Murphy & Landon
1011 Centre Road
Suite 210
Wilmington, DE 19801

Elizabeth M. McGeever, Esquire
Prickett Jones Elliott, P.A.
1310 King Street
P. O. Box 1328
Wilmington, DE 19899

Michael I. Silverman, Esquire
Lynn A. Iannone, Esquire
Silverman & McDonald
1010 N. Bancroft Parkway #22
Wilmington, DE 19805

Patrick Francis Morris, Esquire
Morris & Morris
1105 North Market Street
Suite 803
Wilmington, DE 19801

I hereby certify that on September 6, 2007, I sent by electronic mail the foregoing document to the following non-registered participants:

| | |
|---|---|
| REPRESENTING DIRECT PURCHASER CLASS (C.A. No. 05-340): | Bruce E. Gerstein<br>**bgerstein@garwingerstein.com**<br><br>Barry S. Taus<br>**btaus@garwingerstein.com**<br><br>Adam M. Steinfeld<br>**asteinfeld@garwingerstein.com**<br><br>Rimma Neman<br>**rneman@garwingerstein.com**<br><br>Daniel Berger<br>**danberger@bm.net**<br><br>Eric L. Cramer<br>**ecramer@bm.net**<br><br>Peter Kohn<br>**pkohn@bm.net**<br><br>Neill W. Clark<br>**nclark@bm.net**<br><br>John D. Radice<br>**jradice@bm.net**<br><br>Linda P. Nussbaum<br>**lnussbaum@kaplanfox.com**<br><br>David P. Germaine<br>**dgermaine@vaneklaw.com** |

|  |  |
|---|---|
|  | Joseph Vanek<br>**jvanek@vaneklaw.com**<br><br>Stuart Des Roches<br>**stuart@odrlaw.com**<br><br>Andrew Kelly<br>**akelly@odrlaw.com**<br><br>Adelaida Ferchmin<br>**aferchmin@odrlaw.com**<br><br>David P. Smith<br>**dpsmith@psfllp.com**<br><br>Russell A. Chorush<br>**rchorush@hpcllp.com**<br><br>Michael F. Heim<br>**mheim@hpcllp.com** |
| REPRESENTING WALGREEN, ECKERD, KROGER, MAXI, CVS, RITE AID (C.A. No. 05-340): | Elizabeth M. McGeever<br>**emmcgeever@prickett.com**<br><br>Scott E. Perwin<br>**sperwin@kennynachwalter.com**<br><br>Lauren Ravkind<br>**lravkind@kennynachwalter.com**<br><br>Joseph T. Lukens<br>**jlukens@hangley.com** |
| REPRESENTING PACIFICARE (C.A. No. 05-340): | Jonathan L. Parshall<br>**jonp@msllaw.com**<br><br>William Christopher Carmody<br>**bcarmody@susmangodfrey.com** |

|  |  |
|---|---|
|  | John Turner<br>**jturner@susmangodfrey.com** |
|  | Shawn Rabin<br>**srabin@susmangodfrey.com** |
|  | Ken Zylstra<br>**zylstra@marcusauerbach.com** |
|  | Jerome Marcus<br>**jmarcus@marcusauerbach.com** |
|  | Lyle Stamps<br>**lstamps@sbclasslaw.com** |
|  | Steve Connolly<br>**sconnolly@sbclasslaw.com** |
|  | Casey Murphy<br>**cmurphy@sbclasslaw.com** |
|  | Mark Sandman<br>**mms@rawlingsandassociates.com** |
|  | Jeffrey Swann<br>**js5@rawlingsandassociates.com** |
| REPRESENTING IMPAX<br>LABORATORIES (C.A. No. 03-120) | Mary Matterer<br>**mmatterer@morrisjames.com** |
|  | John C. Vetter<br>**jvetter@kenyon.com** |
|  | Asim Bhansali<br>**abhansali@kvn.com** |

| | |
|---|---|
| REPRESENTING INDIRECT PARTY PLAINTIFFS (C.A. No. 05-360): | Pamela S. Tikellis<br>Thomas M. Sobol<br>Patrick E. Cafferty<br>Jeffery L. Kodroff<br>Bernard J. Persky<br>Michael Gottsch<br>A. Zachary Naylor<br>Robert Davis<br>Brian Clobes<br>Michael Tarringer<br>Tim Fraser<br>David Nalven<br>Greg Matthews<br>Christopher McDonald<br>Kellie Safar<br>Ted Lieverman<br>Pat Howard<br>**tricor@chimicles.com**<br><br>Michael I. Silverman<br>mike@silverman-mcdonald.psemail.com<br><br>Lynn A. Iannone<br>lynn@silverman-mcdonald.psemail.com<br><br>Patrick Francis Morris<br>**pmorris@morrisandmorrislaw.com** |
| REPRESENTING TEVA PHARMACEUTICALS (C.A. No. 02-1512): | Josy W. Ingersoll<br>Bruce M. Gagala<br>Karen E. Keller<br>Christopher T. Holding<br>Ken Cohen<br>Elaine Blais<br>**tricor@ycst.com** |

| | |
|---|---|
| REPRESENTING ABBOTT (ALL CASES): | Mary B. Graham<br>**tricor@mnat.com**<br><br>James W. Parrett, Jr.<br>**jparrett@mnat.com**<br><br>William F. Cavanaugh<br>**wfcavanaugh@pbwt.com**<br><br>Chad J. Peterman<br>**cjpeterman@pbwt.com**<br><br>Thomas W. Pippert<br>**twpippert@pbwt.com** |
| REPRESENTING FOURNIER (ALL CASES): | Frederick L. Cottrell, III<br>Anne Shea Gaza<br>Steven S. Sunshine<br>Matthew P. Hendrickson<br>Bradley J. Demuth<br>Maggie DiMoscato<br>Timothy C. Bickham<br>**tricor@rlf.com** |

*/s/ Jeffrey S. Goddess*
Jeffrey S. Goddess (Del. Bar No. 630)
Jessica Zeldin (Del. Bar No. 3558)
Rosenthal, Monhait & Goddess, P.A.
Suite 1401, 919 Market Street
P. O. Box 1070
Wilmington, DE 19899-1070
(302) 656-4433
jgoddess@rmgglaw.com
jzeldin@rmgglaw.com