IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE TRICOR INDIRECT PURCHASER ANTITRUST LITIGATION | ) ) ) ) ) ) ) ) ) ) |
| THIS DOCUMENT RELATES TO: 05-591 (*PacifiCare Health Systems, Inc.*) | C.A. No. 05-360 (***) (Consolidated) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE THAT ON October 9, 2007 PACIFICARE HEALTH SYSTEMS, INC.'S REPLY EXPERT DECLARATION OF DR. HAL SINGER was served via e-mail on the following:

**VIA E-MAIL**

REPRESENTING DIRECT PURCHASER CLASS
(C.A. No. 05-340):

Bruce E. Gerstein
bgerstein@garwingerstein.com

Barry S. Taus
btaus@garwingerstein.com

Adam M. Steinfeld
asteinfeld@garwingerstein.com

Eric L. Cramer
ecramer@bm.net

Peter Kohn
pkohn@bm.net

Stuart Des Roches
stuart@odrlaw.com

Russell A. Chorush
rchorush@hpcllp.com

| | |
|---|---|
| REPRESENTING WALGREEN, ECKERD, KROGER, MAXI, CVS, RITE AID (C.A. No. 05-340): | Elizabeth M. McGeever<br>emmcgeever@prickett.com<br><br>Scott E. Perwin<br>sperwin@kennynachwalter.com<br><br>Lauren Ravkind<br>lravkind@kennynachwalter.com<br><br>Joseph T. Lukens<br>jlukens@hangley.com |
| REPRESENTING IMPAX LABORATORIES (C.A. No. 03-120): | Mary Matterer<br>mmatterer@morrisjames.com<br><br>John C. Vetter<br>jvetter@kenyon.com<br><br>Asim Bhansali<br>abhansali@kvn.com |
| REPRESENTING INDIRECT PARTY PLAINTIFFS (C.A. No. 05-360): | Pamela S. Tikellis<br>Thomas M. Sobol<br>Patrick E. Cafferty<br>Jeffery L. Kodroff<br>Bernard J. Persky<br>Michael Gottsch<br>A. Zachary Naylor<br>Robert Davis<br>Brian Clobes<br>Michael Tarringer<br>Tim Fraser<br>David Nalven<br>Greg Matthews<br>Christopher McDonald<br>Kellie Safar<br>Ted Lieverman<br>Pat Howard<br>tricor@chimicles.com |

| | |
|---|---|
| REPRESENTING TEVA PHARMACEUTICALS (C.A. No. 02-1512): | Josy W. Ingersoll<br>Bruce M. Gagala<br>Karen E. Keller<br>Christopher T. Holding<br>Ken Cohen<br>Elaine Blais<br>tricor@ycst.com |
| REPRESENTING ABBOTT (ALL CASES): | Mary B. Graham<br>tricor@mnat.com<br><br>William F. Cavanaugh<br>wfcavanaugh@pbwt.com<br><br>Chad J. Peterman<br>cjpeterman@pbwt.com |
| REPRESENTING FOURNIER (ALL CASES): | Frederick L. Cottrell, III<br>Anne Shea Gaza<br>Steven S. Sunshine<br>Matthew P. Hendrickson<br>Bradley J. Demuth<br>Maggie DiMoscato<br>Timothy C. Bickham<br>David King<br>tricor@rlf.com |

Respectfully submitted,


*/s/ Jonathan L. Parshall*
Jonathan L. Parshall (#3247)
Murphy & Landon
1011 Centre Road, Suite 210
Wilmington, DE 19805
Telephone: 302-472-8100
Facsimile: 302-472-8135