IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE TRICOR INDIRECT PURCHASER ANTITRUST LITIGATION ) ) ) | C.A. No. 05-360 (***) (consolidated) |
| THIS DOCUMENT RELATES TO: ) ) ALL ACTIONS ) ) | |

### NOTICE OF CHANGE OF FIRM NAME AND ADDRESS

PLEASE TAKE NOTICE that effective immediately, Labaton Sucharow & Rudolph, LLP has changed its name and its office has relocated from 100 Park Avenue, New York, New York 10017 to the following:

**Labaton Sucharow LLP**
**140 Broadway**
**New York, New York 10005**

PLEASE TAKE FURTHER NOTICE that all other contact information for Labaton Sucharow LLP attorneys remains unchanged. All further pleadings and correspondence in this action should be sent to the new address.

Dated: October 15, 2007

CHIMICLES & TIKELLIS LLP

Pamela S. Tikellis (#2172)
Robert J. Kriner, Jr. (#2546)
A. Zachary Naylor (#4439)
P.O. Box 1035
One Rodney Square
Wilmington, DE 19899
Tel: 302-656-2500
Fax: 302-656-9053

*Liaison Counsel for End-Payor Plaintiffs*