IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ABBOTT LABORATORIES, an Illinois corporation, FOURNIER INDUSTRIE ET SANTÉ, a French corporation, and LABORATOIRES FOURNIER, S.A., a French corporation,<br>            Plaintiffs,<br><br>v.<br><br>TEVA PHARMACEUTICALS USA, INC., a Delaware corporation,<br>            Defendant. | Civil Action No. 02-1512 (***)<br>(Consolidated) |
| TEVA PHARMACEUTICALS USA, INC., a Delaware corporation, TEVA PHARMACEUTICAL INDUSTRIES LTD., an Israeli corporation, and NOVOPHARM, LTD., a Canadian Corporation,<br>            Counterclaim Plaintiffs,<br><br>v.<br><br>ABBOTT LABORATORIES, an Illinois corporation, FOURNIER INDUSTRIE ET SANTÉ, a French corporation, and LABORATOIRES FOURNIER, S.A., a French corporation,<br>            Counterclaim Defendants. | |
| ABBOTT LABORATORIES, an Illinois corporation, FOURNIER INDUSTRIE ET SANTÉ, a French corporation, and LABORATOIRES FOURNIER, S.A., a French corporation,<br>            Plaintiffs,<br><br>IMPAX LABORATORIES, INC., a Delaware corporation,<br>            Defendant. | Civil Action No. 03-120 (***)<br>(Consolidated) |

|  |  |
|---|---|
| IMPAX LABORATORIES, INC., a Delaware corporation,<br><br>                Counterclaim Plaintiff,<br><br>v.<br><br>ABBOTT LABORATORIES, an Illinois corporation, FOURNIER INDUSTRIE ET SANTÉ, a French corporation, and LABORATOIRES FOURNIER, S.A., a French corporation,<br><br>                Counterclaim Defendant. |  |
| IN RE TRICOR DIRECT PURCHASER ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | CASE NO. 05-340 (***)<br>(consolidated) |
| IN RE TRICOR INDIRECT PURCHASER ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | CASE NO. 05-360 (***)<br>(consolidated) |

**NOTICE OF TAKING THE VIDEO-TAPED**
**DEPOSITION OF LAWRENCE GOLDKIND**

PLEASE TAKE NOTICE that, pursuant to the Federal Rules of Civil Procedure, Plaintiffs/Counterclaim Plaintiffs in the above-referenced actions will take the video-taped deposition upon oral examination of Lawrence Goldkind. This deposition will occur as follows:

| **Date** | **Time** | **Place** |
|---|---|---|
| December 4, 2007 | 9:00 a.m. | Arnold & Porter, LLP<br>555 Twelfth Street, NW<br>Washington, DC 20004-1206 |

The testimony of the witness will be video-taped and will be recorded and transcribed by a court reporter. The deposition will continue from day to day until completed. All counsel are invited to attend and cross-examine.

Respectfully submitted,

/s/ Jeffrey S. Goddess
Jeffrey S. Goddess (No. 630)
Rosenthal, Monhait & Goddess, P.A.
919 Market Street, Suite 1401
P. O. Box 1070
Wilmington, DE 19899-1070
(302) 656-4433
jgoddess@rmgglaw.com
  *Liaison Counsel for Direct*
  *Purchaser Class*

/s/ Elizabeth M. McGeever
Elizabeth M. McGeever (No. 2057)
Prickett Jones & Elliott, P.A.
1310 King Street
P. O. Box 1328
Wilmington, DE 19899
(302) 888-6521
emmcgeever@prickett.com
  *Counsel for Walgreen Co., Eckerd*
  *Corporation, The Kroger Co., Maxi Drug,*
  *Inc. d/b/a Brooks Pharmacy, Albertson's,*
  *Inc., Safeway, Inc. and Hy-Vee, Inc.,*
  *CVS Pharmacy, Inc. Rite Aid Corporation,*
  *Rite Aid Hdqtrs. Corp. and American Sales*
  *Company, Inc.*

/s/ A. Zachary Naylor
A. Zachary Naylor (No. 4439)
Chimicles & Tikellis LLP
One Rodney Square
P. O. Box 1035
Wilmington, DE 19899
(302) 656-2500
zacharynaylor@chimicles.com
  *Liaison Counsel for Indirect Purchaser*
  *Class*

/s/ Josy W. Ingersoll
Josy W. Ingersoll (No. 1088)
Karen E. Keller (No. 4489)
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899-0391
(302) 571-6600
jingersoll@ycst.com
kkeller@ycst.com
  *Attorneys for Teva Pharmaceuticals USA,*
  *Inc., Teva Pharmaceuticals Industries Ltd.,*
  *and Novopharm Ltd.*

/s/ Jonathan L. Parshall
Jonathan L. Parshall (No. 3247)
Murphy & Landon
1011 Centre Road, Suite 210
Wilmington, DE 19805
(302) 472-8100
jonp@msllaw.com
  *Attorney for Pacificare Health Systems, Inc.*

/s/ Mary B. Matterer
Mary G. Matterer (No. 2696)
Morris James, LLP
500 Delaware Avenue, Suite 1500
P. O. Box 2306
Wilmington, DE 19899-2306
(302) 888-6800
mmatterer@morrisjames.com
  *Attorneys for Impax Laboratories Inc.*