# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE TRICOR DIRECT PURCHASER ANTITRUST LITIGATION | ) ) ) ) | C.A. No. 05-340 (***) |
| | ) | (consolidated) |
| THIS DOCUMENT RELATES TO: | ) ) | |
| ALL ACTIONS | ) ) | |
| IN RE TRICOR INDIRECT PURCHASER ANTITRUST LITIGATION | ) ) ) ) | C.A. No. 05-360 (***) |
| | ) | (consolidated) |
| THIS DOCUMENT RELATES TO: | ) ) | |
| ALL ACTIONS | ) ) | |

## JOINT STATUS REPORT

Pursuant to this Court's Scheduling Order dated October 27, 2005 (the "Scheduling Order"), Coordinated Direct Purchaser Plaintiffs, Indirect Purchaser Class Plaintiffs, and Indirect Purchaser Plaintiff Pacificare Health Systems, Inc. ("Pacificare"), (collectively "Plaintiffs"), and Defendants Abbott Laboratories ("Abbott"), Fournier Industrie et Sante, and Laboratories Fournier ("Fournier") (collectively, "Defendants"), by and through their counsel, hereby submit this Joint Status Report.

1

1.      As of the below date, fact discovery has been completed. On June 26, 2007, the court entered a stipulated agreement among the parties regarding the authentication of certain documents produced during the course of fact discovery. In accordance with this stipulation (in accordance with deadlines subsequently modified by the Court), the Plaintiffs designated certain documents for authentication, to which Defendants responded on September 14, 2007.

2.      Pursuant to the Scheduling Order, Plaintiffs submitted opening expert reports on December 15, 2006. At Coordinated Direct Purchaser Plaintiffs' request, Defendants agreed to extend the due date for Dr. Arthur Schwartzbard's expert report to January 15, 2007. Upon request of the Defendants and following a status conference with the Court, the Court then entered an Amended Scheduling Order on February 2, 2007, which modified certain deadlines for the submission of responsive and rebuttal reports. Pursuant to the Amended Scheduling Order, on April 18, 2007, Defendants submitted their expert reports responding to Plaintiffs' December 15, 2006 reports and Dr. Schwartzbard's January 15, 2007 report, with the exception of reports from Margaret E. Guerin-Calvert, Richard Gilbert and Sally A. Look (which were subsequently served on June 29, 2007). On May 14, 2007, the Court granted Indirect Class Plaintiffs unopposed motion for leave to serve the Supplemental Declaration of Charles King III Concerning Damages, which was deemed served on May 2, 2007.

3.      On June 11, July 23, September 9, October 1, and November 13, 2007, the Court entered, at the request of the parties, further amended scheduling orders modifying, inter alia, the deadlines for the submissions of expert reports and expert depositions. Pursuant to these orders,

the parties served rebuttal expert reports on August 10, and October 8, 2007. Furthermore, the Court's latest scheduling order, entered November 13, 2007 also sets the following deadlines: (a) To the extent any objection to expert testimony is made pursuant to the principles announced in Daubert v. Merrell Dow Pharm., Inc., 509 U.S. 579 (1993), it shall be made by motion no later than April 4, 2008. Answering briefs shall be served on or before May 2, 2008; and (b) All case dispositive motions, and an opening brief, and affidavits, if any, in support of the motion shall be served and filed on or before April 18, 2008. Answering briefs shall be served and filed by May 27, 2008 and reply briefs shall be served and filed by June 27, 2008.

4.    As of the below date, all expert reports have been served, depositions of expert witnesses have begun, and the parties continue to work toward scheduling all expert depositions prior to the close of expert discovery on February 29, 2008.

Dated: December 21, 2007

| | |
|---|---|
| */s/ Jeffrey S. Goddess* | */s/ James W. Parrett, Jr.* |
| Jeffrey S. Goddess (No. 630) | Mary B. Graham (No. 2256) |
| Rosenthal, Monhait & Goddess, P.A. | James W. Parrett, Jr. (No. 4292) |
| 919 Market Street, Suite 1401 | Morris, Nichols, Arsht & Tunnell |
| P. O. Box 1070 | 1201 North Market Street |
| Wilmington, DE 19899-1070 | P. O. Box 1347 |
| (302) 656-4433 | Wilmington, DE 19899 |
| jgoddess@rmgglaw.com | (302) 658-9200 |
|   Liaison Counsel for Direct | mbgefiling@mnat.com |
|   Purchaser Class |   Attorney for Abbott Laboratories |

3

| | |
|---|---|
| /s/ Elizabeth M. McGeever<br>Elizabeth M. McGeever (No. 2057)<br>Prickett Jones & Elliott, P.A.<br>1310 King Street<br>P. O. Box 1328<br>Wilmington, DE 19899<br>(302) 888-6521<br>emmcgeever@prickett.com<br>  Counsel for Walgreen Co., Eckerd<br>  Corporation, The Kroger Co., Maxi Drug,<br>  Inc. d/b/a Brooks Pharmacy, Albertson's,<br>  Inc., Safeway, Inc. and Hy-Vee, Inc.,<br>  American Sales Company, Inc.,<br>  CVS Pharmacy, Inc. Rite Aid Corporation<br>  and Rite Aid Hdqtrs. Corp. | /s/ Anne Shea Gaza<br>Frederick L. Cottrell, III (No. 2555)<br>Anne Shea Gaza (No. 4093)<br>Richards, Layton & Finger<br>One Rodney Square<br>Wilmington, DE 19801<br>(302) 651-7700<br>cottrell@rlf.com<br>gaza@rlf.com<br>  Attorneys for Fournier Industrie<br>  et Sante and Laboratories Fournier<br>  S.A. |

/s/ A. Zachary Naylor
A. Zachary Naylor (No. 4439)
Chimicles & Tikellis LLP
One Rodney Square
P. O. Box 1035
Wilmington, DE 19899
(302) 656-2500
zacharynaylor@chimicles.com
  Liaison Counsel for Indirect Purchaser
  Class


/s/ Jonathan L. Parshall
Jonathan L. Parshall (No. 3247)
Murphy & Landon
1011 Centre Road, Suite 210
Wilmington, DE 19805
(302) 472-8100
jonp@msllaw.com
  Attorney for Pacificare Health Systems, Inc.

4