IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ABBOTT LABORATORIES, an Illinois corporation, FOURNIER INDUSTRIE ET SANTÉ, a French corporation, and LABORATOIRES FOURNIER S.A., a French corporation,<br><br>       Plaintiffs,<br> v.<br><br>TEVA PHARMACEUTICALS USA, Inc., a Delaware corporation,<br><br>       Defendant. | C.A. No. 02-1512-***<br>(consolidated) |
| TEVA PHARMACEUTICALS USA, Inc., a Delaware corporation, TEVA PHARMACEUTICAL INDUSTRIES LTD., an Israeli corporation, and NOVOPHARM, LTD.,<br><br>       Counterclaim Plaintiffs,<br> v.<br><br>ABBOTT LABORATORIES, an Illinois corporation, FOURNIER INDUSTRIE ET SANTÉ, a French corporation, and LABORATOIRES FOURNIER S.A., a French corporation,<br><br>       Counterclaim Defendants. | |
| ABBOTT LABORATORIES, an Illinois corporation, FOURNIER INDUSTRIE ET SANTÉ, a French corporation, and LABORATOIRES FOURNIER S.A., a French corporation,<br><br>       Plaintiffs,<br> v.<br><br>IMPAX LABORATORIES, INC., a Delaware corporation,<br><br>       Defendant. | C.A. No.: 03-120-***<br>(Consolidated) |

| | |
|---|---|
| IMPAX LABORATORIES, INC., a Delaware corporation,<br><br>                  Counterclaim Plaintiff,<br><br>v.<br><br>ABBOTT LABORATORIES, an Illinois corporation, FOURNIER INDUSTRIE ET SANTÉ, a French corporation, and LABORATOIRES FOURNIER, S.A., a French corporation,<br><br>                  Counterclaim Defendants. | |
| IN RE TRICOR DIRECT PURCHASER ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | C.A. No. 05-340- ***<br>(consolidated) |
| IN RE TRICOR INDIRECT PURCHASER ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | C.A. No. 05-360- ***<br>(consolidated) |

**MOTION AND ORDER**
**FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 83.5, and the attached certifications, undersigned counsel hereby moves the admission *pro hac vice* of Chieko M. Clarke of Arnold & Porter LLP to represent Fournier Industrie et Santé and Laboratoires Fournier S.A. in the above-captioned actions.

*Of Counsel:*
Steven C. Sunshine
Tara Reinhart
Skadden, Arps, Slate, Meagher & Flom LLP
1440 New York Avenue, NW
Washington, DC 20005
(202) 371-7000

Matthew P. Hendrickson
Bradley J. Demuth
Skadden, Arps, Slate, Meagher & Flom LLP
4 Times Square
New York, NY 10036
(212) 735-3000

Timothy C. Bickham
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, N.W.
Washington, DC 20036-1795
(202) 429-5517

William Baer, Esquire
Anne P. Davis, Esquire
James Cooper, Esquire
Charles D. Ossola, Esquire
Arnold & Porter LLP
555 Twelfth Street, NW
Washington, DC 20004-1206
(202)-942-5000

/s/ Anne Shea Gaza
Frederick L. Cottrell, III (I.D. #2555)
Anne Shea Gaza (I.D. #4093)
cottrell@rlf.com
gaza@rlf.com
RICHARDS, LAYTON & FINGER
One Rodney Square
Wilmington, DE 19801
(302) 651-7700
*Attorneys for Fournier Industrie et Santé and Laboratoires Fournier S.A*

Dated: January 14, 2008

　　　　IT IS HEREBY ORDERED this _____ day of _____, 2008 that counsel's motion for admission *pro hac vice* is GRANTED.

_____
Judge, U.S.D.C.

## CERTIFICATION BY CHIEKO M. CLARKE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the Commonwealth of Virginia and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for the District Court Fund, effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon filing of this motion.

_Chieko Clarke_
Chieko M. Clarke
Arnold & Porter LLP
555 Twelfth Street, NW
Washington, DC  20004-1206

Dated: December 18, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on January 14, 2008, I caused to be served by hand delivery the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Josy W. Ingersoll
John W. Shaw
Karen Keller
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391

Jeffrey S. Goddess
Rosenthal, Monhait, Gross & Goddess, P.A.
919 Market Street, Suite 1401
P.O. Box 1070
Wilmington, DE 19899-1070
Tel. (302) 656-4433
Fax. (302) 658-7567

Jonathan L. Parshall
Murphy Spadaro & Landon
1011 Centre Road, Suite 210
Wilmington, DE 19801

Michael I. Silverman
Lynn A. Iannone
Silverman & McDonald
1010 North Bancroft Parkway
Suite 22
Wilmington, DE 19805

Mary B. Graham
Morris Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899

Mary B. Matterer
Morris James, LLP
500 Delaware Ave., Ste. 1500
Wilmington, DE 19801-1494

Pamela S. Tikellis
Robert J. Kriner, Jr.
A. Zachary Naylor
Chimicles & Tikellis LLP
One Rodney Square
P.O. Box 1035
Wilmington, DE 19899

Elizabeth M. McGeever
Prickett Jones Elliott, P.A.
1310 King Street
Wilmington, DE 19801

Patrick Francis Morris
Morris & Morris LLC
4001 Kennett Pike, Suite 300
Wilmington, Delaware 19807

I hereby certify that on January 14, 2008, I sent by electronic mail the foregoing document to the following:

| | |
|---|---|
| REPRESENTING DIRECT PARTY PLAINTIFFS (C.A. 05-340): | Jeffrey S. Goddess<br>**jgoddess@rmgglaw.com**<br><br>Bruce E. Gerstein<br>**bgerstein@garwingerstein.com**<br>Barry S. Taus<br>**btaus@garwingerstein.com**<br><br>Adam M. Steinfeld<br>**asteinfeld@garwingerstein.com**<br><br>Daniel Berger<br>**danberger@bm.net**<br><br>Eric L. Cramer<br>**ecramer@bm.net**<br><br>Peter Kohn<br>**pkohn@bm.net**<br><br>Linda P. Nussbaum<br>**lnussbaum@cmht.com**<br><br>Steig D. Olson<br>**solson@cmht.com** |
| REPRESENTING WALGREEN, ECKERD, KROGER, MAXI, CVS, RITE AID, ALBERTSON'S, SAFEWAY, HY-VEE AND AMERICAN SALES (C.A. 05-340): | Elizabeth M. McGeever<br>**emmcgeever@prickett.com**<br><br>Scott E. Perwin<br>**sperwin@kennynachwalter.com**<br><br>Joseph T. Lukens<br>**jlukens@hangley.com** |
| REPRESENTING PACIFICARE (C.A. 05-340): | Jonathan L. Parshall<br>**jonp@msllaw.com**<br><br>William Christopher Carmody<br>**bcarmody@susmangodfrey.com**<br><br>John Turner:<br>**jturner@susmangodfrey.com** |

RLF1-2950085-1

|  |  |
|---|---|
|  | Shawn Rabin: **srabin@susmangodfrey.com** |
|  | Justin Nelson: **jnelson@susmangodfrey.com** |
|  | Cindy Tijerina: **ctijerina@susmangodfrey.com** |
|  | Ken Zylstra: **kzylstra@sbclasslaw.com** |
|  | Lyle Stamps: **lstamps@sbclasslaw.com** |
|  | Steve Connolly **Sconnolly@abclasslaw.com** |
|  | Mark Sandman: **mms@rawlingsandassociates.com** |
|  | Jeffrey Swann: **js5@rawlingsandassociates.com** |
| REPRESENTING INDIRECT PARTY PLAINTIFFS (C.A. 05-360): | Pamela S. Tikellis<br>Thomas M. Sobol<br>Patrick E. Cafferty<br>Jeffrey L. Kodroff<br>Bernard J. Persky<br>William C. Carmody<br>Mike Gottsch<br>Zach Naylor<br>Robert Davis<br>Brian Clobes<br>Michael Tarringer<br>Tim Fraser<br>David Nalven<br>Greg Matthews<br>Christopher McDonald<br>Kellie Safar<br>Ted Lieverman<br>Pat Howard<br><br>**Tricor@chimicles.com** |

| | |
|---|---|
| REPRESENTING IMPAX LABORATORIES (C.A. 03-120): | Mary Matterer<br>**mmatterer@morrisjames.com**<br><br>John C. Vetter<br>**jvetter@kenyon.com**<br><br>Asim Bhansali<br>**abhansali@kvn.com** |
| REPRESENTING TEVA PHARMACEUTICALS (C.A. 02-1512): | Josy W. Ingersoll<br>Bruce M. Gagala<br>Karen E. Keller<br>Christopher T. Holding<br>Ken Cohen<br>Elaine Blais<br><br>**tricor@ycst.com** |
| REPRESENTING ABBOTT (ALL CASES): | Mary B. Graham<br>**Tricor@mnat.com**<br><br>William F. Cavanaugh<br>**wfcavanaugh@pbwt.com**<br><br>Chad J. Peterman<br>**cjpeterman@pbwt.com** |

*/s/ Anne Shea Gaza*
Anne Shea Gaza (#4093)
gaza@rlf.com