# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ABBOTT LABORATORIES, an Illinois corporation, FOURNIER INDUSTRIE ET SANTÉ, a French corporation, and LABORATOIRES FOURNIER, S.A., a French corporation, <br><br>                Plaintiffs, <br><br>    v. <br><br>TEVA PHARMACEUTICALS USA, INC., a Delaware corporation, <br>                Defendant. | |
| TEVA PHARMACEUTICALS USA, INC., a Delaware corporation, TEVA PHARMACEUTICAL INDUSTRIES LTD., an Israeli corporation, and NOVOPHARM, LTD., a Canadian Corporation, <br><br>                Counterclaim Plaintiffs, <br><br>    v. <br><br>ABBOTT LABORATORIES, an Illinois corporation, FOURNIER INDUSTRIE ET SANTÉ, a French corporation, and LABORATOIRES FOURNIER, S.A., a French corporation, <br><br>                Counterclaim Defendants. | C.A. No. 02-1512 (***) <br> (Consolidated) |
| ABBOTT LABORATORIES, an Illinois corporation, FOURNIER INDUSTRIE ET SANTÉ, a French corporation, and LABORATOIRES FOURNIER, S.A., a French corporation, <br><br>                Plaintiffs, <br><br>IMPAX LABORATORIES, INC., a Delaware corporation, <br>                Defendant. | C.A. No. 03-120 (***) <br> (Consolidated) |

|  |  |  |
|---|---|---|
| _____ | ) | |
| IMPAX LABORATORIES, INC., a Delaware corporation, | ) ) ) | |
| Counterclaim Plaintiff, | ) ) ) | |
| v. | ) ) | |
| ABBOTT LABORATORIES, an Illinois corporation, FOURNIER INDUSTRIE ET SANTÉ, a French corporation, and LABORATOIRES FOURNIER, S.A., a French corporation, | ) ) ) ) ) | |
| Counterclaim Defendant. | ) ) | |
| _____ | ) | |
| IN RE TRICOR DIRECT PURCHASER ANTITRUST LITIGATION | ) ) ) | C.A. No. 05-340 (***) (Consolidated) |
| THIS DOCUMENT RELATES TO: | ) ) | |
| ALL ACTIONS | ) ) | |
| _____ | ) | |
| IN RE TRICOR INDIRECT PURCHASER ANTITRUST LITIGATION | ) ) ) | C.A. No. 05-360 (***) (Consolidated) |
| THIS DOCUMENT RELATES TO: | ) ) | |
| ALL ACTIONS | ) ) | |
| _____ | ) | |

### NOTICE OF TAKING THE VIDEO-TAPED DEPOSITION OF ARTHUR GOLDBERG

PLEASE TAKE NOTICE that, pursuant to the Federal Rules of Civil Procedure, Plaintiffs/Counterclaim Plaintiffs in the above-referenced actions will take the video-taped deposition upon oral examination of Arthur Goldberg.  This deposition will occur as follows:

| Date | Time | Place |
|---|---|---|
| February 29, 2008 | 9:00 a.m. | Steptoe & Johnson 1330 Connecticut Avenue, NW Washington, DC 20036 |

The testimony of the witness will be video-taped and will be recorded and transcribed by a court reporter. The deposition will continue from day to day until completed. All counsel are invited to attend and cross-examine.

Dated: January 15, 2008

Respectfully submitted,

*/s/ Jeffrey S. Goddess*
Jeffrey S. Goddess (No. 630)
Rosenthal, Monhait & Goddess, P.A.
919 Market Street, Suite 1401
P. O. Box 1070
Wilmington, DE 19899-1070
(302) 656-4433
jgoddess@rmgglaw.com
  *Liaison Counsel for Direct*
  *Purchaser Class*

*/s/ Elizabeth M. McGeever*
Elizabeth M. McGeever (No. 2057)
Prickett Jones & Elliott, P.A.
1310 King Street
P. O. Box 1328
Wilmington, DE 19899
(302) 888-6521
emmcgeever@prickett.com
  *Counsel for Walgreen Co., Eckerd*
  *Corporation, The Kroger Co., Maxi Drug,*
  *Inc. d/b/a Brooks Pharmacy, Albertson's,*
  *Inc., Safeway, Inc. and Hy-Vee, Inc.,*
  *CVS Pharmacy, Inc. Rite Aid Corporation,*
  *Rite Aid Hdqtrs. Corp. and American Sales*
  *Company, Inc.*

*/s/ A. Zachary Naylor*
A. Zachary Naylor (No. 4439)
Chimicles & Tikellis LLP
One Rodney Square
P. O. Box 1035
Wilmington, DE 19899
(302) 656-2500
zacharynaylor@chimicles.com
  *Liaison Counsel for Indirect Purchaser*
  *Class*

*/s/ Karen E. Keller*
Josy W. Ingersoll (No. 1088)
Karen E. Keller (No. 4489)
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899-0391
(302) 571-6600
jingersoll@ycst.com
kkeller@ycst.com
  *Attorneys for Teva Pharmaceuticals USA,*
  *Inc., Teva Pharmaceuticals Industries Ltd.,*
  *and Novopharm Ltd.*

| | |
|---|---|
| */s/ Jonathan L. Parshall* | */s/ Mary B. Matterer* |
| Jonathan L. Parshall (No. 3247) | Mary B. Matterer (No. 2696) |
| Murphy & Landon | Morris James, LLP |
| 1011 Centre Road, Suite 210 | 500 Delaware Avenue, Suite 1500 |
| Wilmington, DE 19805 | P. O. Box 2306 |
| (302) 472-8100 | Wilmington, DE 19899-2306 |
| jonp@msllaw.com | (302) 888-6800 |
| *Attorney for Pacificare Health Systems, Inc.* | mmatterer@morrisjames.com |
| | *Attorneys for Impax Laboratories Inc.* |