# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ABBOTT LABORATORIES, an Illinois corporation, FOURNIER INDUSTRIE ET SANTÉ, a French corporation, and LABORATOIRES FOURNIER, S.A., a French corporation, )))) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| TEVA PHARMACEUTICALS USA, INC., a Delaware corporation, )) | |
| Defendant. ) | |
| ) | C.A. No. 02-1512 (SLR) (Consolidated) |
| TEVA PHARMACEUTICALS USA, INC., a Delaware corporation, TEVA PHARMACEUTICAL INDUSTRIES LTD., an Israeli corporation, and NOVOPHARM, LTD., a Canadian Corporation, )))) | |
| ) | |
| Counterclaim Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| ABBOTT LABORATORIES, an Illinois corporation, FOURNIER INDUSTRIE ET SANTÉ, a French corporation, and LABORATOIRES FOURNIER, S.A., a French corporation, )))) | |
| ) | |
| Counterclaim Defendants. ) | |
| ABBOTT LABORATORIES, an Illinois corporation, FOURNIER INDUSTRIE ET SANTÉ, a French corporation, and LABORATOIRES FOURNIER, S.A., a French corporation, )))) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| IMPAX LABORATORIES, INC., a Delaware corporation, )) | |
| Defendant. ) | |
| ) | C.A. No. 03-120 (SLR) (Consolidated) |

```
_____ )
IMPAX LABORATORIES, INC., a Delaware        )
corporation,                                )
                                            )
                    Counterclaim Plaintiff, )
                                            )
          v.                                )
                                            )
ABBOTT LABORATORIES, an Illinois corporation, )
FOURNIER INDUSTRIE ET SANTÉ, a French       )
corporation, and LABORATOIRES FOURNIER, S.A., )
a French corporation,                       )
                                            )
                    Counterclaim Defendant. )
_____ )
IN RE TRICOR DIRECT PURCHASER               )
ANTITRUST LITIGATION                        )       C.A. No. 05-340 (SLR)
                                            )       (Consolidated)
THIS DOCUMENT RELATES TO:                   )
                                            )
ALL ACTIONS                                 )
_____ )
IN RE TRICOR INDIRECT PURCHASER             )       C.A. No. 05-360 (SLR)
ANTITRUST LITIGATION                        )       (Consolidated)
                                            )
THIS DOCUMENT RELATES TO:                   )
                                            )
ALL ACTIONS                                 )
_____ )
```

## RE-NOTICE OF TAKING THE VIDEO-TAPED
## DEPOSITION OF JAMES McGINITY

PLEASE TAKE NOTICE that, pursuant to the Federal Rules of Civil Procedure, Plaintiffs/Counterclaim Plaintiffs in the above-referenced actions will take the video-taped deposition upon oral examination of James McGinity. This deposition will occur as follows:

| Date | Time | Place |
|------|------|-------|
| February 20, 2008 | 9:00 a.m. | Steptoe & Johnson |
| | | 1330 Connecticut Avenue, NW |
| | | Washington, DC 20036 |

The testimony of the witness will be video-taped and will be recorded and transcribed by a court reporter. The deposition will continue from day to day until completed. All counsel are invited to attend and cross-examine.


_/s/ Jeffrey S. Goddess_

Jeffrey S. Goddess (No. 630)
Rosenthal, Monhait & Goddess, P.A.
919 Market Street, Suite 1401
P. O. Box 1070
Wilmington, DE 19899-1070
(302) 656-4433
jgoddess@rmgglaw.com
*Liaison Counsel for Direct Purchaser Class*


_/s/ Elizabeth M. McGeever_

Elizabeth M. McGeever (No. 2057)
Prickett Jones & Elliott, P.A.
1310 King Street
P. O. Box 1328
Wilmington, DE 19899
(302) 888-6521
emmcgeever@prickett.com
*Counsel for Walgreen Co., Eckerd Corporation, The Kroger Co., Maxi Drug, Inc. d/b/a Brooks Pharmacy, Albertson's, Inc., Safeway, Inc. and Hy-Vee, Inc., CVS Pharmacy, Inc. Rite Aid Corporation, Rite Aid Hdqtrs. Corp. and American Sales Company, Inc.*


_/s/ A. Zachary Naylor_

A. Zachary Naylor (No. 4439)
Chimicles & Tikellis LLP
One Rodney Square
P. O. Box 1035
Wilmington, DE 19899
(302) 656-2500
zacharynaylor@chimicles.com
*Liaison Counsel for Indirect Purchaser Class*


_/s/ Karen E. Keller_

Josy W. Ingersoll (No. 1088)
Karen E. Keller (No. 4489)
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899-0391
(302) 571-6600
jingersoll@ycst.com
kkeller@ycst.com
*Attorneys for Teva Pharmaceuticals USA, Inc., Teva Pharmaceuticals Industries Ltd., and Novopharm Ltd.*

_____/s/ Jonathan L. Parshall_____
Jonathan L. Parshall (No. 3247)
Murphy & Landon
1011 Centre Road, Suite 210
Wilmington, DE 19805
(302) 472-8100
jonp@msllaw.com
*Attorney for Pacificare Health Systems, Inc.*

_____/s/ Mary B. Matterer_____
Mary B. Matterer (No. 2696)
Morris James, LLP
500 Delaware Avenue, Suite 1500
P. O. Box 2306
Wilmington, DE 19899-2306
(302) 888-6800
mmatterer@morrisjames.com
*Attorneys for Impax Laboratories Inc.*

Dated: February 12, 2008