# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE TRICOR INDIRECT PURCHASER ANTITRUST LITIGATION | ) ) ) ) | C.A. No. 05-360 (SLR) (Consolidated) |
| THIS DOCUMENT RELATES TO: | ) ) ) | |
| 05-591 (*PacifiCare Health Systems, Inc.*) | ) ) | |

## NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that Stephen Connolly, Esq., counsel for PacifiCare Health Systems, Inc., hereby advises that his firm association and contact information have changed.

The new firm association and contact information for Stephen Connolly is as follows:

Stephen Connolly, Esq.
FARUQI & FARUQI LLP
2600 Philmont Avenue, Suite 324
Huntingdon Valley, PA  19006
Tel: 215-914-2460
Fax: 215-914-2462
sconnolly@faruqilaw.com


Dated:  March 4, 2008

                                        MURPHY & LANDON

                                        /s/ Jonathan L. Parshall
                                        Jonathan L. Parshall (No. 3247)
                                        1011 Centre Road, Suite 210
                                        Wilmington, DE 19805
                                        Telephone: (302) 472-8100
                                        Fax: (302) 472-8135
                                        e-mail: jonp@msllaw.com

1

## CERTIFICATE OF SERVICE

This is to certify that on this the 4th day of March 2008, I electronically filed Notice of Change of Address with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to all counsel of record.

                MURPHY & LANDON

                /s/ Jonathan L. Parshall
                Jonathan L. Parshall (No. 3247)
                1011 Centre Road, Suite 210
                Wilmington, Delaware 19805
                Telephone: 302-472-8100
                Fax: (302) 472-8135
                e-mail: jonp@msllaw.com