# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| IN RE TRICOR INDIRECT PURCHASER ANTITRUST LITIGATION ) ) ) ) | C.A. No. 05-360 (SLR) (Consolidated) |
| THIS DOCUMENT RELATES TO:  ) ) 05-591 (*PacifiCare Health Systems, Inc.*) ) ) | |

## NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that Kendall Zylstra, Esq., counsel for PacifiCare Health Systems, Inc., hereby advises that his firm association and contact information have changed.

The new firm association and contact information for Kendall Zylstra is as follows:

Kendall Zylstra, Esq.
FARUQI & FARUQI LLP
2600 Philmont Avenue, Suite 324
Huntingdon Valley, PA  19006
Tel: 215-914-2460
Fax: 215-914-2462
kzylstra@verizon.net


Dated:  March 4, 2008

              MURPHY & LANDON

              /s/ Jonathan L. Parshall
              Jonathan L. Parshall (No. 3247)
              1011 Centre Road, Suite 210
              Wilmington, DE 19805
              Telephone: (302) 472-8100
              Fax: (302) 472-8135
              e-mail: jonp@msllaw.com

1

**CERTIFICATE OF SERVICE**

This is to certify that on this the 4th day of March 2008, I electronically filed Notice of Change of Address with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to all counsel of record.

                                              MURPHY & LANDON

                                              /s/ Jonathan L. Parshall
                                              Jonathan L. Parshall (No. 3247)
                                              1011 Centre Road, Suite 210
                                              Wilmington, Delaware 19805
                                              Telephone: 302-472-8100
                                              Fax: (302) 472-8135
                                              e-mail: jonp@msllaw.com