## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

TEVA PHARMACEUTICALS USA, )
Inc. and TEVA PHARMACEUTICAL )
INDUSTRIES LTD., )
     )
        Counterclaim Plaintiffs, )
     )
v. ) Civ. No. 02-1512-SLR
     ) (Consolidated)
ABBOTT LABORATORIES, )
FOURNIER INDUSTRIE ET SANTE, )
and LABORATOIRES FOURNIER S.A., )
     )
        Counterclaim Defendants. )

---

IMPAX LABORATORIES, INC., )
     )
        Counterclaim Plaintiff, )
     )
v. ) Civ. No. 03-120-SLR
     ) (Consolidated)
ABBOTT LABORATORIES, )
FOURNIER INDUSTRIE ET SANTE, )
and LABORATOIRES FOURNIER S.A., )
     )
        Counterclaim Defendants. )

---

IN RE TRICOR DIRECT PURCHASER ) Civ. No. 05-340-SLR
ANTITRUST LITIGATION ) (Consolidated)

---

IN RE TRICOR INDIRECT ) Civ. No. 05-360-SLR
PURCHASER ANTITRUST ) (Consolidated)
LITIGATION )

## O R D E R

At Wilmington this 3d day of April, 2008, having conferred with counsel;

IT IS ORDERED that:

1. **Class certification.**  Defendants may file a supplemental brief (limited to 10 pages) in opposition to plaintiffs' motions for class certification on or before **April 17, 2008.**  Plaintiffs may file responses to the above (limited to 10 pages) on or before **May 1, 2008.**  The court shall conduct oral argument on class certification on **May 9, 2008** starting at **1:30 p.m.** in courtroom 6B sixth floor Federal Building, 844 King Street, Wilmington, Delaware.  The class proponents (direct and indirect purchasers) each shall have 20 minutes in which to present their arguments; defendants (collectively) shall have 40 minutes in which to present their arguments.

2. **Bifurcation.**  The case will proceed forward only on liability issues.  All issues related to damages shall be stayed until further order of the court.

3. **Summary judgment.**  The parties may file summary judgment motions related to two issues:  market definition and the propriety of the patent litigations.  The motions, along with opening briefs and appendices, shall be filed on or before **May 1, 2008.**  Responsive briefs and appendices shall be filed on or before **May 29, 2008.** Reply briefs shall be filed on or before **June 12, 2008.**  The court shall conduct oral argument on the summary judgment motions on **June 27, 2008** starting at **1:30 p.m.** in courtroom 6B sixth floor Federal Building, 844 King Street, Wilmington, Delaware. Counterclaim defendants shall have (collectively) 1.5 hours in which to present their arguments; counterclaim plaintiffs shall have (collectively) 1.5 hours in which to present

2

their arguments.

    4. **Daubert motions.**  All Daubert motions shall be filed on or before **September 22, 2008**; responses shall be filed on or before **September 29, 2008.**

    5. **Pretrial conference.**  A pretrial conference shall be conducted by the court in courtroom 6B on **October 6, 2008** at **4:30 p.m..**  The court does not allow motions in limine to be filed; all evidentiary issues shall be identified in the parties' proposed pretrial order, which order shall be filed with the court on or before **September 29, 2008**, along with proposed voir dire and preliminary and final jury instructions.  At the pretrial conference, the court will issue a specific trial schedule with the number of trial hours allocated to each litigant group.

    6. **Trial.**  The court has set aside the weeks of **November 3, November 10** and **November 17, 2008** for the above captioned cases to be tried to the same jury on all issues related to liability.


                                            United States District Judge


3