IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE TRICOR INDIRECT PURCHASER ANTITRUST LITIGATION | ) ) ) | C.A. No. 05-360 (SLR) (consolidated) |
| THIS DOCUMENT RELATES TO: C.A. NOS. 05-360; 05-365; 05-390; 05-394; 05-426; 05-450; 05-467; 05-475; 05-482; 05-516 AND 05-695 | ) ) ) ) ) | |

## SUPPLEMENTAL BRIEF IN SUPPORT OF END-PAYOR PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

Date: May 1, 2008

**CHIMICLES & TIKELLIS, LLP**
Pamela S. Tikellis (#2172)
A. Zachary Naylor (#4439)
P.O. Box 1035
One Rodney Square
Wilmington, DE 19899
Tel: 302-656-2500
Fax: 302-656-9053

Attorneys for the End-Payor Class

## SEALED DOCUMENT