**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE TRICOR INDIRECT PURCHASER ANTITRUST LITIGATION ) ) ) THIS DOCUMENT RELATES TO: ) C.A. NOS. 05-360; 05-365; 05-390; 05-394; ) 05-426; 05-450; 05-467; 05-475; 05-482; ) 05-516 AND 05-695 ) | C.A. No. 05-360 (SLR) (consolidated) |

**EXHIBITS 72-74 TO THE SUPPLEMENTAL DECLARATION OF CHRISTOPHER J. MCDONALD IN FURTHER SUPPORT OF END-PAYOR PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

Date: May 1, 2008

CHIMICLES & TIKELLIS, LLP
Pamela S. Tikellis (#2172)
A. Zachary Naylor (#4439)
P.O. Box 1035
One Rodney Square
Wilmington, DE 19899
Tel: 302-656-2500
Fax: 302-656-9053

Attorneys for the End-Payor Class

**SEALED DOCUMENT**