IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TEVA PHARMACEUTICALS USA, INC., TEVA PHARMACEUTICAL INDUSTRIES LTD., and NOVOPHARM, LTD., | ) ) ) ) | |
| | ) | C.A. No. 02-1512 (SLR) |
| Counterclaim Plaintiffs, | ) | |
| v. | ) | CONSOLIDATED |
| | ) | |
| ABBOTT LABORATORIES, FOURNIER INDUSTRIE ET SANTÉ, and LABORATOIRES FOURNIER S.A., | ) ) ) ) | |
| Counterclaim Defendants. | ) ) | |
| IMPAX LABORATORIES, INC., | ) ) ) | |
| Counterclaim Plaintiff, | ) | |
| v. | ) | C.A. No. 03-120 (SLR) |
| | ) | |
| ABBOTT LABORATORIES, FOURNIER INDUSTRIE ET SANTÉ, and LABORATOIRES FOURNIER S.A., | ) ) ) ) | CONSOLIDATED |
| Counterclaim Defendants. | ) ) | |
| IN RE TRICOR DIRECT PURCHASER ANTITRUST LITIGATION | ) ) ) | C.A. No. 05-340 (SLR) |
| | ) | CONSOLIDATED |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | ) ) ) | |
| IN RE TRICOR INDIRECT PURCHASER ANTITRUST LITIGATION | ) ) ) | C.A. No. 05-360 (SLR) |
| | ) | CONSOLIDATED |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | ) ) | |

**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT ON THE CLAIMS OF "SHAM LITIGATION" AND *WALKER PROCESS* VIOLATIONS**

Abbott and Fournier hereby move for summary judgment in their favor pursuant to Fed. R. Civ. P. 56 on the claims of "sham litigation" and *Walker Process* violations. The grounds for this motion are set forth in defendants' opening brief being filed herewith.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | RICHARDS, LAYTON & FINGER, P.A. |
|---|---|
| */s/ Mary B. Graham* | */s/ Frederick L. Cottrell, III* |
| Mary B. Graham (#2256)<br>James W. Parrett, Jr. (#4292)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>mgraham@mnat.com<br>jparrett@mnat.com | Frederick L. Cottrell, III (#2555)<br>Anne Shea Gaza (#4093)<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE 19899<br>(302) 651-7700<br>cottrell@rlf.com<br>gaza@rlf.com |
| OF COUNSEL: | OF COUNSEL: |
| William F. Cavanaugh, Jr.<br>Thomas W. Pippert<br>Chad J. Peterman<br>Alexis Deise<br>PATTERSON, BELKNAP, WEBB & TYLER LLP<br>1133 Avenue of the Americas<br>New York, NY 10036-6710<br>(212) 336-2000<br><br>*Attorneys for Defendant Abbott Laboratories* | William Baer<br>James Cooper<br>Anne P. Davis<br>ARNOLD & PORTER LLP<br>555 12th Street, N.W.<br>Washington, DC 20004<br>(202) 942-5000<br><br>Timothy C. Bickham<br>STEPTOE & JOHNSON LLP<br>1330 Connecticut Avenue, N.W.<br>Washington, DC 20036-1795<br>(202) 429-5517<br><br>*Attorneys for Fournier Industrie Et Santé and Laboratoires Fournier, S.A.* |

Dated:  May 5, 2008
2317389