IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE TRICOR INDIRECT PURCHASER ANTITRUST LITIGATION | ) ) ) | C.A. No. 05-360 (SLR) (consolidated) |
| THIS DOCUMENT RELATES TO: C.A. NOS. 05-360; 05-365; 05-390; 05-394; 05-426; 05-450; 05-467; 05-475; 05-482; 05-516 AND 05-695 | ) ) ) ) ) | REDACTED PUBLIC VERSION |

### EXHIBITS 72-74 TO THE SUPPLEMENTAL DECLARATION OF CHRISTOPHER J. MCDONALD IN FURTHER SUPPORT OF END-PAYOR PLAINTIFFS' MOTION FOR CLASS CERTIFICATION [PUBLIC VERSION]

# Exhibits 72-74

# Redacted in Full