**IMS HEALTH BUSINESS WATCH**

Exhibit 5

## LEADING THERAPEUTIC CLASSES – SALES VOLUME

| 1998 Rank | 1999 Rank | Class | 1999 Sales Dollars* | % Growth/Decline |
|---|---|---|---|---|
| 1 | 1 | Anti-Ulcerants | 8,588 | 19 |
| 3 | 2 | Cholesterol Reducers, Rx Statins | 7,248 | 24 |
| 2 | 3 | Specific Neurotransmitter Modulators | 6,995 | 18 |
| 5 | 4 | Cytostatics, Other | 4,800 | 21 |
| 4 | 5 | Calcium Channel Blockers | 4,612 | 2 |
| 6 | 6 | Ace Inhibitors, Alone | 3,360 | 8 |
| 7 | 7 | Anti-Psychotics, Other | 3,121 | 33 |
| 10 | 8 | Erythropoietins | 3,046 | 40 |
| 12 | 9 | Antihistamine Caps/Tablets | 2,791 | 29 |
| 9 | 10 | Seizure Disorders | 2,766 | 24 |
| 8 | 11 | Cephalosporins and Related | 2,274 | 1 |
| 14 | 12 | Quinolones, Systemic | 1,989 | 23 |
| 13 | 13 | O/C Estrogen/Progesterone | 1,951 | 12 |
| 15 | 14 | Extended Spectrum Macrolides | 1,827 | 22 |
| – | 15 | COX-2 Inhibitors | 1,792 | **** |
| 11 | 16 | Anti-Arthritics, Plain | 1,787 | -18 |
| 18 | 17 | HIV-Reverse Transcriptase Inhibitors | 1,563 | 33 |
| 17 | 18 | Beta-Lactam, Increased Activity | 1,496 | 20 |
| 16 | 19 | Fungicides, Alone/Comb., Systemic | 1,384 | 9 |
| 19 | 20 | Steroids, Nasal Inhalants | 1,384 | 20 |

Sources: Retail Perspective™ and Provider Perspective™

*Represents prescription pharmaceutical purchases, in millions of dollars, at pharmacy acquisition costs by independent, chain, food store, mail order, non-federal and federal hospital, clinic, closed-wall HMO and long-term care pharmacies.

Exhibit 6

## LEADING THERAPEUTIC CLASSES – DISPENSED Rx VOLUME

| 1998 Rank | 1999 Rank | Class | 1999 Rxs* | % Growth/Decline |
|---|---|---|---|---|
| 1 | 1 | Codeine & Combinations, Non-Inj. | 114.3 | 11 |
| 2 | 2 | Calcium Channel Blockers | 93.1 | 2 |
| 4 | 3 | Anti-Ulcerants | 90.3 | 11 |
| 3 | 4 | Ace Inhibitors, Alone | 88.7 | 6 |
| 7 | 5 | Specific Neurotransmitter Modulators | 84.0 | 17 |
| 9 | 6 | Cholesterol Reducers, Rx Statins | 82.2 | 21 |
| 6 | 7 | Beta Blockers | 79.9 | 11 |
| 8 | 8 | O/C Estrogen/Progesterone | 73.7 | 7 |
| 5 | 9 | Anti-Arthritics, Plain | 70.7 | -8 |
| 10 | 10 | Benzodiazepines | 64.8 | 4 |
| 13 | 11 | Thyroid, Synthetic | 64.4 | 11 |
| 11 | 12 | Amoxicillin | 63.5 | 4 |
| 12 | 13 | Estrogens, Oral | 61.5 | 4 |
| 17 | 14 | Antihistamine Caps/Tablets | 51.2 | 21 |
| 16 | 15 | Seizure Disorders | 50.4 | 15 |
| 14 | 16 | Cephalosporins and Related | 49.8 | -2 |
| 15 | 17 | Diuretics, Non-Inj., Other | 48.3 | 2 |
| 20 | 18 | Extended Spectrum Macrolides | 44.3 | 23 |
| 18 | 19 | Sulfonylureas | 41.7 | 4 |
| 19 | 20 | Beta Agonists, Aerosol | 41.2 | 7 |

Source: NPA Plus™

*Represents total prescriptions, in millions, dispensed through independent, chain, food store, long-term care and mail order pharmacies.

- The most dramatic shift of the year took place in the anti-arthritic market, which was forever changed in January 1999, with Searle's introduction of the first Cox-2 inhibitor, Celebrex. Merck's Vioxx followed in May. Plain anti-arthritics inhibit both the Cox-1 enzyme, which works to protect the stomach and kidneys, and the Cox-2 enzyme, which is associated with the inflammatory process. By targeting the Cox-2 enzyme, these drugs hold the promise of being as effective as the old NSAIDs in managing pain and inflammation with a reduced potential for gastrointestinal side effects. Consequently, in only one year, the Cox-2 inhibitors have managed to catapult to a 15th place ranking, matching the $1.8 billion in sales of the well-established and crowded anti-arthritic class. Meanwhile, the latter suffered a significant 18-percent decline, plummeting from 11th to 16th place.

### Prescriptions
The top 20 prescription classes have remained the same as in 1998, but there has been some posturing for position as well as significant gains and losses (see Exhibit 6, left).
- The codeine market grew by 11 percent, and is still the only class to reach over 100 million Rxs. It continues to be led by the fifth-ranked product, Watson's hydrocodone with APAP, tallying 30.4 million prescriptions — a notable achievement in a class rife with generic choices.
- Calcium channel blockers retained second place, despite minimal growth to 93 million scripts. Pfizer's Norvasc holds a 29-percent share of the class, more than the combined shares of the declining second and third place contenders, Aventis' Cardizem CD and Pfizer's own Procardia XL.

continued on page 48

Reproduced with permission of the copyright owner. Further reproduction prohibited without permission.

**IMS HEALTH BUSINESS WATCH**

Exhibit 7

### LEADING DIAGNOSES – PATIENT VISITS

| 1998 Rank | 1999 Rank | Diagnosis | 1999 Visits* | % Growth/ Decline |
|---|---|---|---|---|
| 1 | 1 | Essential Hypertension, Unspecified | 70.2 | 2 |
| 2 | 2 | Diabetes Mellitus w/o Complications | 33.3 | 4 |
| 3 | 3 | Acute Respiratory Infec., Unspec. Site | 27.3 | 5 |
| 4 | 4 | Otitis Media, Unspecified | 25.1 | -1 |
| 5 | 5 | Chronic Sinusitis, Unspecified | 18.0 | 2 |
| 7 | 6 | Bronchitis | 16.0 | 2 |
| 6 | 7 | Depressive Disorder | 15.8 | -1 |
| 9 | 8 | Asthma, Unspecified | 15.6 | 5 |
| 10 | 9 | Allergic Rhinitis, Unspecified | 15.3 | 5 |
| 11 | 10 | Hyperlipidemia | 14.1 | 9 |
| 8 | 11 | Acute Pharyngitis | 14.0 | -7 |
| 13 | 12 | Osteoarthritis | 12.5 | 10 |
| 12 | 13 | Urinary Tract Infection | 11.8 | -3 |
| 19 | 14 | Esophagitis | 11.1 | 19 |
| 14 | 15 | Abdominal Pain | 10.9 | -1 |
| 15 | 16 | Anxiety States | 10.4 | -2 |
| 16 | 17 | Pure Hypercholesterolemia | 10.4 | 4 |
| 18 | 18 | Hypothyroidism | 10.0 | 3 |
| 17 | 19 | Menopausal Climacteric State | 9.5 | -4 |
| 20 | 20 | Dermatitis & Eczema, Unspec. Cause | 9.1 | 4 |

Source: National Disease and Therapeutic Index™

*Represents, in millions, projected number of patient visits specific to the diagnoses for which they are being treated by office-based physicians in the U.S. Excludes all post-operative visits and wellness exams.

Exhibit 8

### LEADING PRODUCTS – SALES VOLUME

| 1998 Rank | 1999 Rank | Product | 1999 Sales Dollars* | % Growth/ Decline |
|---|---|---|---|---|
| 1 | 1 | Prilosec (Astra) | 4,187 | 21 |
| 4 | 2 | Lipitor (Warner-Lambert) | 3,002 | 57 |
| 2 | 3 | Prozac (Lilly) | 2,571 | 5 |
| 7 | 4 | Prevacid (TAP) | 2,364 | 67 |
| 3 | 5 | Zocor (Merck) | 2,301 | 16 |
| 6 | 6 | Epogen (Amgen) | 1,842 | 26 |
| 5 | 7 | Zoloft (Pfizer) | 1,737 | 12 |
| 9 | 8 | Claritin (Schering) | 1,534 | 18 |
| 8 | 9 | Paxil (SmithKline Beecham) | 1,516 | 16 |
| 11 | 10 | Zyprexa (Lilly) | 1,495 | 36 |
| 10 | 11 | Norvasc (Pfizer) | 1,482 | 16 |
| – | 12 | Celebrex (Searle) | 1,419 | – |
| 17 | 13 | Glucophage (Bristol-Myers Squibb) | 1,318 | 53 |
| 25 | 14 | Procrit (Ortho Biotech) | 1,204 | 68 |
| 12 | 15 | Pravachol (Bristol-Myers Squibb) | 1,182 | 9 |
| 15 | 16 | Augmentin (SmithKline Beecham) | 1,164 | 25 |
| 13 | 17 | Premarin (Wyeth-Ayerst) | 1,082 | 8 |
| 23 | 18 | Risperdal (Janssen) | 1,034 | 31 |
| 14 | 19 | Imitrex | 955 | 1 |
| 22 | 20 | Cipro (Bayer) | 921 | 16 |

Source: Retail Perspective™ and Provider Perspective™

*Represents prescription pharmaceutical purchases, in millions of dollars, at pharmacy acquisition costs by independent, chain, food store, mail order, non-federal and federal hospital, clinic, closed-wall HMO and long-term care pharmacies.

- Anti-ulcerants captured third place in the wake of an 11-percent increase to more than 90 million prescriptions. Prilosec sustained its leadership with 31 million Rxs, but Prevacid continues to close in with a growth rate more than three times that of AstraZeneca's blockbuster.
- Ace inhibitors slipped to fourth place with modest growth to 89 million prescriptions. Zeneca's Zestril is at the head of the class with a 23-percent share; its 18 percent growth rate allowed it to edge up to 17th place in the 1999 product rankings. Merck's Vasotec suffered a 12-percent loss, not only widening the gap between first and second places, but also opening the door to Warner-Lambert's Accupril, a third-place competitor on the move.
- The most significant gain was enjoyed by the statin class, increasing by 21 percent to 82.2 million prescriptions to move into sixth place — up from a 14th place slot in 1997. Not surprisingly, this is largely attributable to Lipitor. With 51-percent growth, this thriving product now accounts for nearly half of the total statin Rxs after grabbing nine share points from Zocor, Pravachol, and Mevacor.
- Conversely, Celebrex' launch dealt a serious blow to the anti-arthritic class, whose eight-percent decline forced it from fifth to ninth place. Watch for the Cox-2 category to move into the top 20 next year.

**Leading diagnoses**

As has been the case for several years, the top-five diagnoses treated by office-based physicians have not changed (see Exhibit 7, left). Essential benign hypertension at 70.2 million visits, was the most frequently diagnosed condition by a margin of more than 2-to-1 over diabetes mellitus,

Reproduced with permission of the copyright owner. Further reproduction prohibited without permission.

DJA-1162

Exhibit 9

### LEADING PRODUCTS – DISPENSED Rx VOLUME

| 1998 Rank | 1999 Rank | Product | 1999 Rxs* | % Growth/Decline |
|---|---|---|---|---|
| 1 | 1 | Premarin (Wyeth-Ayerst) | 47.8 | 2 |
| 2 | 2 | Synthroid (Knoll) | 41.1 | 6 |
| 7 | 3 | Lipitor (Warner-Lambert) | 37.7 | 51 |
| 5 | 4 | Prilosec (Astra) | 31.1 | 17 |
| 3 | 5 | Hydrocodone w/APAP (Watson) | 30.4 | 1 |
| 6 | 6 | Albuterol (Warrick) | 29.9 | 15 |
| 10 | 7 | Norvasc (Pfizer) | 27.1 | 16 |
| 11 | 8 | Claritin (Schering-Plough) | 25.4 | 14 |
| 4 | 9 | Trimox (Apothecon) | 24.8 | -13 |
| 8 | 10 | Prozac (Lilly) | 24.7 | -0 |
| 12 | 11 | Zoloft (Pfizer) | 23.1 | 10 |
| 19 | 12 | Glucophage (Bristol-Myers Squibb) | 22.7 | 32 |
| 9 | 13 | Lanoxin (Glaxo) | 22.3 | -8 |
| 16 | 14 | Prempro (Wyeth-Ayerst) | 21.9 | 19 |
| 13 | 15 | Paxil (SmithKline Beecham) | 21.1 | 11 |
| 22 | 16 | Zithromax Z-Pak (Pfizer) | 21.1 | 47 |
| 18 | 17 | Zestril (Zeneca) | 20.7 | 18 |
| 15 | 18 | Zocor (Merck) | 19.9 | 7 |
| 34 | 19 | Prevacid (TAP) | 18.7 | 60 |
| 20 | 20 | Augmentin (SmithKline Beecham) | 18.5 | 18 |
| — | 21 | Celebrex (Searle) | 17.5 | — |

Source: NPA Plus™

*Represents total prescriptions, in millions, dispensed through independent, chain, food store, long-term care and mail order pharmacies.

Exhibit 10

### LEADING CORPORATIONS – SALES VOLUME

| 1998 Rank | 1999 Rank | Company | 1999 Sales* | % Growth/Decline | Market Share |
|---|---|---|---|---|---|
| 1 | 1 | Merck | 8,761 | 16 | 7.0 |
| 3 | 2 | Bristol-Myers Squibb | 7,919 | 22 | 6.3 |
| 2 | 3 | Pfizer | 7,647 | 13 | 6.1 |
| 4 | 4 | AstraZeneca | 7,511 | 21 | 6.0 |
| 5 | 5 | Glaxo Wellcome | 6,673 | 16 | 5.3 |
| 6 | 6 | Johnson & Johnson | 6,490 | 26 | 5.2 |
| 7 | 7 | American Home Products | 5,782 | 17 | 4.6 |
| 11 | 8 | Warner-Lambert | 5,674 | 34 | 4.5 |
| 8 | 9 | Lilly | 5,634 | 16 | 4.5 |
| 9 | 10 | Schering-Plough | 5,560 | 17 | 4.4 |
| 10 | 11 | Novartis | 4,962 | 8 | 4.0 |
| 12 | 12 | SmithKline Beecham | 4,659 | 15 | 3.7 |
| 14 | 13 | Aventis | 3,768 | 17 | 3.0 |
| 13 | 14 | Abbott | 3,714 | 2 | 3.0 |
| 15 | 15 | Roche | 3,354 | 15 | 2.7 |
| 17 | 16 | TAP Pharm | 3,264 | 46 | 2.6 |
| 19 | 17 | Searle | 3,024 | 92 | 2.4 |
| 16 | 18 | Amgen | 2,786 | 21 | 2.2 |
| 18 | 19 | Pharmacia & Upjohn | 2,328 | 18 | 1.9 |
| 20 | 20 | Bayer | 1,855 | 21 | 1.5 |

Source: Retail Perspective™ and Provider Perspective™

*Represents prescription pharmaceutical purchases, in millions of dollars, at pharmacy acquisition costs by independent, chain, food store, mail order, non-federal and federal hospital, clinic, closed-wall HMO and long-term care pharmacies.

followed by acute respiratory infection, otitis media, and chronic sinusitis.

The growth leaders among the top 20 — esophagitis, osteoarthritis, and hyperlipidemia, posted rates of 19, 10, and 9 percent, respectively. This change may be attributed not only to the availability of newer treatment options, but also to extensive advertising that urges consumers to "ask their doctors" about Prilosec, Celebrex, Vioxx, Lipitor, and Zocor.

**Leading products**

**Sales**

In 1999, an unprecedented eighteen products surpassed the billion-dollar mark, whereas 1998 saw eleven, and only six were able to hit the target in 1997. Moreover, of this year's top-20 products, none showed a decline, 16 had double-digit growth, and a star was born (see Exhibit 8, p. 48).

- Searle's Celebrex, the first Cox-2 inhibitor, exploded onto the market in January. By the end of its first year, Celebrex had captured the number-12 slot by posting $1.4 billion in sales and had replaced Viagra as the most successful product launch of all time.
- Anti-ulcerant products turned in noteworthy performances. Prilosec continued to lead the pack with $4.2 billion, while TAP's Prevacid vaulted from seventh to fourth after a phenomenal 67-percent increase to $2.4 billion.
- Cholesterol reducers also performed well, but only one of the three was on its way up the ranks. Lipitor closed the books with $3 billion, climbing two notches to nab second place from Prozac. Meanwhile, Zocor slipped to fifth place and Pravachol dropped to 15th.
- The five psychotherapeutics had their ups and downs. The older specific neurotransmitter modulators — Prozac, Zoloft, and Paxil — each moved down a slot or two in the wake of slowing growth. The more

*continued on page 54*

Reproduced with permission of the copyright owner. Further reproduction prohibited without permission.

DJA-1163

Exhibit 11

### LEADING CORPORATIONS – DISPENSED Rx VOLUME

| 1998 Rank | 1999 Rank | Company | 1999 Rxs* | % Growth/Decline | Market Share |
|---|---|---|---|---|---|
| 1 | 1 | American Home Products | 163.5 | 2 | 5.8 |
| 2 | 2 | Bristol-Myers Squibb | 155.5 | 6 | 5.5 |
| 5 | 3 | Pfizer | 144.4 | 16 | 5.1 |
| 3 | 4 | Novartis | 144.3 | 6 | 5.1 |
| 4 | 5 | Mylan | 142.4 | 10 | 4.9 |
| 6 | 6 | Schering-Plough | 133.9 | 8 | 4.7 |
| 7 | 7 | Teva Pharm USA | 119.1 | 6 | 4.2 |
| 8 | 8 | Merck | 109.0 | 10 | 3.9 |
| 10 | 9 | Glaxo Wellcome | 88.8 | 4 | 3.1 |
| 12 | 10 | AstraZeneca | 86.1 | 19 | 3.1 |
| 9 | 11 | Watson | 85.2 | -12 | 3.0 |
| 11 | 12 | Johnson & Johnson | 84.4 | 6 | 3.0 |
| 15 | 13 | Warner-Lambert | 84.3 | 22 | 3.0 |
| 16 | 14 | SmithKline Beecham | 76.9 | 12 | 2.7 |
| 14 | 15 | Schein Pharm | 72.8 | 5 | 2.6 |
| 13 | 16 | Aventis | 72.6 | 4 | 2.6 |
| 17 | 17 | Pharmacia & Upjohn | 65.8 | -0 | 2.3 |
| 18 | 18 | Ivax | 52.6 | -4 | 1.9 |
| 19 | 19 | Knoll | 52.1 | 6 | 1.8 |
| 25 | 20 | Searle | 46.0 | 54 | 1.6 |

Source: NPA Plus™

*Represents total prescriptions, in millions, dispensed through independent, chain, food store, long-term care and mail order pharmacies.

recent anti-psychotics each grew by 30-plus percent, which allowed Lilly's Zyprexa to gain on Paxil and Janssen's Risperdal to make its debut to the top-20 list.

- Four products capped $1 billion for the first time. Ortho Biotech's Procrit is new to the list, and boasts the highest growth rate of the top 20. Bristol-Myers Squibb's Glucophage, an antihyperglycemic that entered the top 20 in 1998, grew by an impressive 53 percent and bounded into 13th place. SmithKline's Augmentin slipped into 16th place, despite a respectable 25-percent increase. Janssen's Risperdal moved up to the 18th slot, with a 31-percent increase in sales.

**Prescriptions**

As with sales, it was a record-breaking year in the prescription arena. In 1998, 12 products had dispensed prescriptions in excess of 20 million; in 1999, 17 products broke this barrier with another barely missing the mark. This year's top-product list has been expanded to 21 in order to include Celebrex (see Exhibit 9, p. 50).

- Wyeth's Premarin remained firmly entrenched at the top of the list with 47.8 million prescriptions and two-percent growth. Its sister product, Prempro advanced to rank 14th, with 21.9 million Rxs.
- Lipitor vaulted into third place with 51-percent growth that yielded 37.7 million prescriptions, while Zocor dropped three notches to 18th with just under 20 million.
- Prilosec inched up to rank fourth with 17-percent growth that added 4.4 million prescriptions to its 1998 tally. Prevacid catapulted into the group from 34th place as a result of its 60 percent growth rate, the highest among the top 20. This earned an additional seven million scripts and brought the TAP product closer to its thriving competitor.
- Two of the cardiovascular products, Norvasc at 27.1 million prescriptions and Zestril at 20.7 million, posted gains that allowed them to move up the ranks, while Glaxo's Lanoxin suffered an eight-percent loss to slip into 13th place.
- Among the psychotherapeutics in the top 20, Prozac's prescriptions were flat at 24.7 million, resulting in a two-slot slip to 10th. This opened the door for Zoloft to close in, narrowing the gap from 3.7 million Rxs in 1998 to 1.6 million this year. Meanwhile, Paxil's growth slowed to produce 21.1 million scripts, causing it to fall to 15th.
- There were several other noteworthy accomplishments among the top products. Celebrex barely missed being in the top 20, but was responsible for an astounding 17.5 million scripts in its first year. Schering-Plough's Claritin jumped three slots to eighth place with 25.4 million prescriptions. Glucophage enjoyed a 32-percent increase, allowing it to leap to 12th from 19th. Pfizer's Zithromax Z-Pak, a newcomer to the top-20 list, showed an impressive 47 percent growth rate, taking a giant step to rank 16th.

**Leading corporations**

**Sales**

Last year was rife with mergers and acquisitions: Astra and Zeneca are now one company, Hoechst Marion Roussel and Rhône-Poulenc Rorer merged to become Aventis, and Roche acquired Genentech. And there are more on the horizon: Pfizer and Warner-Lambert will be known as Pfizer, Inc., Glaxo Wellcome and SmithKline Beecham will form Glaxo SmithKline, and the most recent agreement combines Monsanto with Pharmacia & Upjohn, a

Reproduced with permission of the copyright owner. Further reproduction prohibited without permission.

DJA-1164

**IMS HEALTH BUSINESS WATCH**



Exhibit 12

**JANUARY – NOVEMBER 1999 TOTAL PROMOTIONAL SPENDING**

- $3,348 — Office Promotion
- $638 — Hospital Promotion
- $985 — Journal Advertising
- $662 — Retail Value of Samples
- $434 — Television Advertising
- $6,675 — Print Advertising

$000s

Source: IMS HEALTH: Integrated Promotional Services 1999

Exhibit 12b

**TOP-TEN PRODUCTS ACCOUNTED FOR 41% OF THE TOTAL DTC SPEND WITHIN THE INDUSTRY**

| 1999 Rank | Product | Manufacturer | YTD 11/99 Share (%) |
|---|---|---|---|
| 1 | Claritin Family | Schering-Plough | 8 |
| 2 | Propecia | Merck & Co. | 6 |
| 3 | Viagra | Pfizer | 5 |
| 4 | Prilosec | AstraZeneca | 4 |
| 5 | Zyrtec | Pfizer | 3 |
| 6 | Lipitor | Warner-Lambert | 3 |
| 7 | Flonase | Glaxo Wellcome | 3 |
| 8 | Nolvadex | Zeneca | 3 |
| 9 | Nasonex | Schering-Plough | 3 |
| 10 | Xenical | Roche | 3 |

Source: IMS HEALTH, Integrated Share of Voice and Competitive Media Reporting

**Performance Indicator:** The direct-to-consumer spend is estimated nationally across 11 monitored media including TV, magazines, newspapers, radio and other.

Rx sales), Singulair (a once-daily oral treatment for asthma), and Fosamax (an osteoporosis treatment).

Bristol-Myers Squibb inched closer to Merck, now separated by less than a share point, by displacing Pfizer as the second-place contender. Bristol-Myers Squibb grew by $1.4 billion, due largely to the stellar performance of Glucophage (the market leader in the treatment of Type 2 diabetes), whose phenomenal 53-percent increase moved it up four slots to 13th place. Two other products — Plavix, an anti-platelet launched in February 1998, and Taxol, a cancer treatment — were significant contributors, adding a total of $497 million to the pot. Bristol also launched two new products during the last half of the year — Avandia, for Type 2 diabetes, and Tequin, for bacterial infections. In addition, Bristol has two potential launches for 2000 — UFT for colorectal cancer was recommended for approval in September, while Vaniqa, a treatment for excessive facial hair in women, is awaiting FDA approval.

Pfizer dropped to third place, nipping at Bristol's heels, after a year that yielded a healthy 13-percent increase of $874 million. There were several contributing factors. Growth has slowed for six of its top-ten products and leveled off for the other four; the patent for Procardia XL expires in 2000; in May, the FDA restricted the use of Trovan, once a blockbuster quinolone, to the treatment of life-threatening illnesses. All is not dark on the horizon, however. Pfizer's top-three products, Zoloft, Norvasc, and the Zithromax line, which account for more than half of Pfizer's pharmaceutical sales, are each firmly entrenched as the leaders in their respective classes. Viagra experienced a 15-percent increase to $666 million. Pfizer co-markets Lipitor with Warner-Lambert and Celebrex with Searle — the two most successful products of all time. Pfizer's newest product, Tikosyn, a treat-

"merger of equals" to be called Pharmacia Corporation. All of these being in the top-20 companies promises to make 2000 one of the most competitive years in history.

The top-20 companies for 1999 were unchanged from 1998, with all but two of them showing double-digit growth (see Exhibit 10, p. 50). However, the race is on for the coveted number-one slot, and it will be an interesting one to watch as 2000 unfolds.

Merck strengthened its leadership position by adding $1.2 billion in sales. This is attributable to the introduction of Vioxx, as well as to the prominence of Zocor (which accounts for 26 percent of Merck's

Reproduced with permission of the copyright owner. Further reproduction prohibited without permission.

DJA-1165