## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE TRICOR DIRECT PURCHASER ANTITRUST LITIGATION ) ) ) ) | C.A. No. 05-340 (SLR) (Consolidated) |
| THIS DOCUMENT RELATES TO: ) ) ) | |
| ALL ACTIONS ) ) | |
| IN RE TRICOR INDIRECT PURCHASER ANTITRUST LITIGATION ) ) ) ) | C.A. No. 05-360 (SLR) (Consolidated) |
| THIS DOCUMENT RELATES TO: ) ) ) | |
| ALL ACTIONS ) ) | |

**REDACTED / PUBLIC VERSION**

**DECLARATION OF DAVID S. NALVEN**

**Chimicles & Tikellis, LLP**
Pamela S. Tikellis (#2172)
A. Zachary Naylor (#4439)
P.O. Box 1035
One Rodney Square
Wilmington, DE 19899
Tel: 302-656-2500
Fax: 302-656-9053

ADDITIONAL COUNSEL ON SIGNATURE PAGE

Date: June 9, 2008

**CONTAINS HIGHLY CONFIDENTIAL INFORMATION: SUBJECT TO PROTECTIVE ORDER**

## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE TRICOR DIRECT PURCHASER ANTITRUST LITIGATION | C.A. No. 05-340 (SLR) (Consolidated) |
| THIS DOCUMENT RELATES TO: | |
| ALL ACTIONS | |
| IN RE TRICOR INDIRECT PURCHASER ANTITRUST LITIGATION | C.A. No. 05-360 (SLR) (Consolidated) |
| THIS DOCUMENT RELATES TO: | |
| ALL ACTIONS | |

## DECLARATION OF DAVID S. NALVEN

David S. Nalven, being sworn, states under pains and penalties of perjury based on personal knowledge as follows:

1.      I am a member of Hagens Berman Sobol Shapiro LLP and have been admitted *pro hac vice* to this Court. I am one of Interim Co-Lead Counsel for End-Payor Class Plaintiffs. In that capacity, my firm and others retained Stanley A. Kaplan, Ph. D. to serve as an expert on certain patent matters in the above-captioned action.

2.      On December 15, 2006, Dr. Kaplan submitted an expert report in this case entitled "Expert Report of Stanley A. Kaplan, Ph. D." Dr. Kaplan's Expert Report is

attached as Exhibit A to this Declaration. In addition to setting forth his expert opinion, Dr. Kaplan's Expert Report also contains his curriculum vitae.

      3.    On August 10, 2007, Dr. Kaplan submitted another expert report in this case entitled "Reply Expert Report of Stanley A. Kaplan, Ph. D." Dr. Kaplan's Reply Expert Report is attached as Exhibit B to this Declaration.

      4.    Dr. Kaplan is currently traveling in China and unavailable to submit a declaration presenting his reports to the Court, but if called upon will be able to do so upon his return to the United States.

Dated: June 2, 2008

_____

David S. Nalven

# EXHIBITS A-B

# REDACTED