IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TEVA PHARMACEUTICALS USA, INC., TEVA PHARMACEUTICAL INDUSTRIES LTD., and NOVOPHARM, LTD., | ) ) ) ) | **REDACTED PUBLIC VERSION** |
| Counterclaim Plaintiffs, | ) ) | C.A. No. 02-1512 (SLR) |
| v. | ) ) | CONSOLIDATED |
| ABBOTT LABORATORIES, FOURNIER INDUSTRIE ET SANTÉ, and LABORATOIRES FOURNIER S.A., | ) ) ) ) | |
| Counterclaim Defendants. | ) ) | |
| IMPAX LABORATORIES, INC., | ) ) | |
| Counterclaim Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 03-120 (SLR) |
| ABBOTT LABORATORIES, FOURNIER INDUSTRIE ET SANTÉ, and LABORATOIRES FOURNIER S.A., | ) ) ) ) | CONSOLIDATED |
| Counterclaim Defendants. | ) ) | |
| IN RE TRICOR DIRECT PURCHASER ANTITRUST LITIGATION | ) ) ) | C.A. No. 05-340 (SLR) |
| | ) ) | CONSOLIDATED |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | ) ) ) | |
| IN RE TRICOR INDIRECT PURCHASER ANTITRUST LITIGATION | ) ) ) | C.A. No. 05-360 (SLR) |
| | ) ) | CONSOLIDATED |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | ) ) | |

**DEFENDANTS' JOINT APPENDIX IN SUPPORT OF THEIR SUMMARY JUDGMENT REPLY BRIEFS**

MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Mary B. Graham (#2256)
James W. Parrett, Jr. (#4292)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
mgraham@mnat.com
jparrett@mnat.com

OF COUNSEL:

William F. Cavanaugh, Jr.
Thomas W. Pippert
Chad J. Peterman
Alexis Deise
PATTERSON, BELKNAP, WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY 10036-6710
(212) 336-2000

*Attorneys for Defendant Abbott Laboratories*

RICHARDS, LAYTON & FINGER, P.A.
Frederick L. Cottrell, III (#2555)
Anne Shea Gaza (#4093)
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(302) 651-7700
cottrell@rlf.com
gaza@rlf.com

OF COUNSEL:

William Baer
James L. Cooper
Anne P. Davis
ARNOLD & PORTER LLP
555 12th Street, N.W.
Washington, DC 20004
(202) 942-5000

Timothy C. Bickham
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, N.W.
Washington, DC 20036-1795
(202) 429-5517

*Attorneys for Fournier Industrie Et Santé and Laboratoires Fournier, S.A.*

Dated: June 16, 2008
Redacted Filing Date: June 24, 2008

# DEFENDANTS' JOINT APPENDIX IN SUPPORT OF THEIR SUMMARY JUDGMENT REPLY BRIEFS

## TABLE OF CONTENTS

| DOCUMENT DESCRIPTION | APPENDIX PAGES |
|---|---|
| **DEPOSITION TRANSCRIPTS** | |
| Excerpts from the Deposition of Dr. Loyd V. Allen, December 20, 2001 | DJA-Reply-1 to DJA-Reply-6 |
| Excerpts from the Deposition of Philippe Reginault, October 24, 2006 | DJA-Reply-7 to DJA-Reply-28 |
| Excerpts from the Deposition of Pascale Blouquin, November 30, 2006 | DJA-Reply-29 to DJA-Reply-30 |
| Excerpts from the Deposition of Sander J. Robins, December 19, 2007 | DJA-Reply-31 to DJA-Reply-37 |
| Excerpts from the Deposition of Iain Cockburn, January 9, 2008 | DJA-Reply-38 to DJA-Reply-41 |
| Excerpts from the Deposition of Gerhard Levy, January 15, 2008 | DJA-Reply-42 to DJA-Reply-45 |
| Excerpts from the Deposition of Stephen Schondelmeyer, January 24, 2008 | DJA-Reply-46 to DJA-Reply-48 |
| Excerpts from the Deposition of Arthur Schwartzbard, February 12, 2008 | DJA-Reply-49 to DJA-Reply-53 |
| Excerpts from the Deposition of Edmund J. Elder, Ph. D., February 13, 2008 | DJA-Reply-53.001 to DJA-Reply-53.006 |
| Excerpts from the Deposition of Arthur H. Goldberg, February 29, 2008 | DJA-Reply-54 to DJA-Reply-63 |
| Excerpts from the Deposition of Richard Grimm, March 4, 2008 | DJA-Reply-64 to DJA-Reply-68 |
| Excerpts from the Deposition of Rodolfo Soto, March 12, 2008 | DJA-Reply-69 to DJA-Reply-74 |

| Document Description | Appendix Pages |
|---|---|
| Excerpts from the Deposition of Jeffrey J. Leitzinger, March 13, 2008 | DJA-Reply-75 to DJA-Reply-76 |
| **Discovery Documents** | |
| Abbott_Tricor 00002566 at 00002571 | DJA-Reply-77 to DJA-Reply-78 |
| Abbott_Tricor 00003084 at 00003093 | DJA-Reply-79 to DJA-Reply-80 |
| Abbott_Tricor 00003108 at 00003139 | DJA-Reply-81 to DJA-Reply-82 |
| Abbott_Tricor 00003906 at 00003941-42 | DJA-Reply-83 to DJA-Reply-85 |
| Abbott_Tricor 00006665 at 00006668 | DJA-Reply-86 to DJA-Reply-87 |
| Abbott_Tricor 00012660 at 00012674 | DJA-Reply-88 to DJA-Reply-89 |
| Abbott_Tricor 00013266 at 00013272 | DJA-Reply-90 to DJA-Reply-91 |
| FIMPAX 050448-454 DJA-Reply G (Table II Memo) | DJA-Reply-92 to DJA-Reply-107 |
| **Expert Reports** | |
| Excerpts from the Expert Report of Jeffrey J. Leitzinger, December 15, 2006 | DJA-Reply-108 to DJA-Reply-110 |
| Excerpts from the Expert Report of Gerhard Levy, December 15, 2006 | DJA-Reply-111 to DJA-Reply-116 |
| Excerpts from the Expert Report Stephen W. Schondelmeyer, December 15, 2006 | DJA-Reply-117 to DJA-Reply-122 |
| Excerpts from the Expert Report of Richard J. Gilbert, June 29, 2007 | DJA-Reply-123 to DJA-Reply-129 |
| Excerpts from the Expert Report of Margaret E. Guerin-Calvert, June 29, 2007 | DJA-Reply-130 to DJA-Reply-136 |
| **Miscellaneous** | |
| Zocor Approval Letter, November 22, 1999 | DJA-Reply-137 to DJA-Reply-139 |

| DOCUMENT DESCRIPTION | APPENDIX PAGES |
| --- | --- |
| PATENTS | |
| United States Patent No. 4,895,726 | DJA-Reply-140 to DJA-Reply-147 |
| Request for Reexamination (`726 Patent), January 23, 1990 | DJA-Reply-148 to DJA-Reply-152 |
| Transmittal Letter (`726 Patent), December 13, 1999 | DJA-Reply-153 to DJA-Reply-154 |
| Response Filed Under 37 C.F.R. §1.530(b), December 13, 1999 | DJA-Reply-155 to DJA-Reply-168 |

# DJA-REPLY-1 - 136

# REDACTED IN THEIR ENTIRETY

 DEPARTMENT OF HEALTH & HUMAN SERVICES

Public Health Service

Food and Drug Administration
Rockville MD 20857

NDA 19-766/S-034, S-036

Merck & Co., Inc.
Attention: Robert Silverman, M.D., Ph.D.
Senior Director, Regulatory Affairs
Sumneytown Pike, P.O. Box 4
BLA-20
West Point, PA 19486

NOV 22 1999

Dear Dr. Silverman:

Please refer to your supplemental new drug applications dated January 21, 1999, received January 22, 1999, submitted under section 505(b) of the Federal Food, Drug, and Cosmetic Act for Zocor (simvastatin) Tablets.

We acknowledge receipt of your submissions dated January 21(second submission) and November 16, 1999.

These supplemental new drug applications provide for a new indication for the treatment of patients with isolated hypertriglyceridemia (Fredrickson Type IV) (S-034) and for a new indication for the treatment of Type III hyperlipoproteinemia (S-036).

We have completed the review of these supplemental applications, as amended, and have concluded that adequate information has been presented to demonstrate that the drug product is safe and effective for use as recommended in the agreed upon labeling text. Accordingly, these supplemental applications are approved effective on the date of this letter.

The final printed labeling (FPL) must be identical to the submitted draft labeling (package insert submitted November 16, 1999).

Please submit 20 copies of the FPL as soon as it is available, in no case more than 30 days after it is printed to each application. Please individually mount ten of the copies on heavy-weight paper or similar material. For administrative purposes, these submissions should be designated "FPL for approved supplement NDA 19-766/S-034, S-036." Approval of these submissions by FDA is not required before the labeling is used.

Be advised that, as of April 1, 1999, all applications for new active ingredients, new dosage forms, new indications, new routes of administration, and new dosing regimens are required to contain an assessment of the safety and effectiveness of the product in pediatric patients unless this requirement is waived or deferred (63 *FR* 66632). We note that you have not fulfilled the

requirements of 21 CFR 314.55 (or 601.27). We are deferring submission of your pediatric studies until March 31, 2002. However, in the interim, please submit your pediatric drug development plans within 120 days from the date of this letter unless you believe a waiver is appropriate.

If you believe that this drug qualifies for a waiver of the pediatric study requirement, you should submit a request for a waiver with supporting information and documentation in accordance with the provisions of 21 CFR 314.55 within 60 days from the date of this letter. We will notify you within 120 days of receipt of your response whether a waiver is granted. If a waiver is not granted, we will ask you to submit your pediatric drug development plans within 120 days from the date of denial of the waiver.

Pediatric studies conducted under the terms of section 505A of the Federal Food, Drug, and Cosmetic Act may result in additional marketing exclusivity for certain products (pediatric exclusivity). You should refer to the *Guidance for Industry on Qualifying for Pediatric Exclusivity* (available on our web site at www.fda.gov.cder/pediatric) for details. If you wish to qualify for pediatric exclusivity you should submit a "Proposed Pediatric Study Request" (PPSR) in addition to your plans for pediatric drug development described above. We recommend that you submit a Proposed Pediatric Study Request within 120 days from the date of this letter. If you are unable to meet this time frame but are interested in pediatric exclusivity, please notify the division in writing. FDA generally will not accept studies submitted to an NDA before issuance of a Written Request as responsive to a Written Request. Sponsors should obtain a Written Request before submitting pediatric studies to an NDA. If you do not submit a PPSR or indicate that you are interested in pediatric exclusivity, we will proceed with the pediatric drug development plan that you submit and notify you of the pediatric studies that are required under section 21 CFR 314.55. Please note that satisfaction of the requirements in 21 CFR 314.55 alone may not qualify you for pediatric exclusivity. FDA does not necessarily ask a sponsor to complete the same scope of studies to qualify for pediatric exclusivity as it does to fulfill the requirements of the pediatric rule.

If a letter communicating important information about this drug product (i.e., a "Dear Health Care Practitioner" letter) is issued to physicians and others responsible for patient care, we request that you submit a copy of the letter to this NDA and a copy to the following address:

MEDWATCH, HF-2
FDA
5600 Fishers Lane
Rockville, MD 20857

We remind you that you must comply with the requirements for an approved NDA set forth under 21 CFR 314.80 and 314.81.

If you have any questions, contact Margaret Simoneau, R.Ph., Regulatory Management Officer, at (301) 827-6418.

Sincerely,

Solomon Sobel, M.D.
Director
Division of Metabolic and Endocrine Drug Products
Office of Drug Evaluation II
Center for Drug Evaluation and Research

APPEARS THIS WAY ON ORIGINAL

# DJA-REPLY-140 - 168

# REDACTED IN THEIR ENTIRETY

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on June 24, 2008, the foregoing was caused to be electronically filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to all registered participants.

In addition, the undersigned hereby certifies that true and correct copies of the foregoing were caused to be served via electronic mail on June 24, 2008 upon the following parties:

REPRESENTING DIRECT PURCHASER CLASS PLAINTIFFS (LOUISIANA WHOLESALE, ROCHESTER DRUG, MEIJER)

(C.A. 05-340)

Jeffrey S. Goddess
**jgoddess@rmgglaw.com**
Bruce E. Gerstein
**bgerstein@garwingerstein.com**
Barry S. Taus
**btaus@garwingerstein.com**
Adam M. Steinfeld
**asteinfeld@garwingerstein.com**
Daniel Berger
**danberger@bm.net**
Eric L. Cramer
**ecramer@bm.net**
Peter Kohn
**pkohn@bm.net**
Linda P. Nussbaum
**lnussbaum@kaplanfox.com**
Stuart Des Roches
**stuart@odrlaw.com**

REPRESENTING WALGREEN, ECKERD, KROGER, MAXI

(C.A. 05-340)

Elizabeth M. McGeever
**emmcgeever@prickett.com**
Scott E. Perwin
**sperwin@kennynachwalter.com**

REPRESENTING CVS, RITE AID

(C.A. 05-340)

Elizabeth M. McGeever
**emmcgeever@prickett.com**
Joseph T. Lukens
**jlukens@hangley.com**
Steve D. Shadowen
**sshadowen@hangley.com**

| | |
|---|---|
| REPRESENTING AMERICAN SALES COMPANY INC.<br><br>(C.A. 05-340) | Elizabeth M. McGeever<br>**emmcgeever@prickett.com**<br>Scott E. Perwin<br>**sperwin@kennynachwalter.com** |
| REPRESENTING INDIRECT PURCHASER CLASS PLAINTIFFS<br><br>(C.A. 05-360) | A. Zachary Naylor<br>Pamela S. Tikellis<br>Thomas M. Sobol<br>Patrick E. Cafferty<br>Jeffrey L. Kodroff<br>Bernard J. Persky<br>Mike Gottsch<br>Brian Clobes<br>Michael Tarringer<br>Tim Fraser<br>David Nalven<br>Greg Matthews<br>Christopher McDonald<br>Kellie Safar<br>Theodore M. Lieverman<br>Pat Howard<br>**tricor@chimicles.com** |
| REPRESENTING PACIFICARE<br><br>(C.A. 05-360) | Jonathan L. Parshall<br>**jonp@msllaw.com**<br>William Christopher Carmody<br>**bcarmody@susmangodfrey.com**<br>John Turner<br>**jturner@susmangodfrey.com**<br>Shawn Rabin<br>**srabin@susmangodfrey.com**<br>Justin Nelson<br>**jnelson@susmangodfrey.com**<br>Ken Zylstra<br>**kzylstra@faruqilaw.com**<br>Mark Sandman<br>**mms@rawlingsandassociates.com**<br>Jeffrey Swann<br>**js5@rawlingsandassociates.com** |

| | |
|---|---|
| REPRESENTING TEVA PHARMACEUTICALS<br><br>(C.A. 02-1512) | Josy W. Ingersoll<br>Karen E. Keller<br>Bruce M. Gagala<br>Christopher T. Holding<br>Ken Cohen<br>Elaine Blais<br>**tricor@ycst.com** |
| REPRESENTING IMPAX LABORATORIES<br><br>(C.A. 03-120) | Mary Matterer<br>**mmatterer@morrisjames.com**<br>Asim Bhansali<br>**abhansali@kvn.com** |
| REPRESENTING FOURNIER<br><br>(ALL CASES) | Frederick L. Cottrell, III<br>Anne Shea Gaza<br>Steven C. Sunshine<br>Matthew P. Hendrickson<br>Bradley J. Demuth<br>Maggie DiMoscato<br>Timothy C. Bickham<br>**tricor@rlf.com** |

*/s/ James W. Parrett, Jr.*

James W. Parrett, Jr. (#4292)

520842