### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE TRICOR INDIRECT PURCHASER ANTITRUST LITIGATION | ) ) ) ) C.A. No. 05-360 (SLR) ) (Consolidated) |
| THIS DOCUMENT RELATES TO: | ) ) ) |
| 05-591 (*PacifiCare Health Systems, Inc.*) | ) ) ) |

**NOTICE OF WITHDRAWAL OF APPEARANCE OF JOHN W. TURNER**

PLEASE TAKE NOTICE that John W. Turner, Esq. hereby withdraws his appearance for PacifiCare Health Systems, Inc. ("PacifiCare") pursuant to Local Rule 83.7. The undersigned and counsel previously admitted pro hac vice for PacifiCare will continue their representation of PacifiCare.

Dated: July 7, 2008

                            MURPHY & LANDON

                            /s/ Jonathan L. Parshall
                            Jonathan L. Parshall (No. 3247)
                            1011 Centre Road, Suite 210
                            Wilmington, DE 19805
                            Telephone: (302) 472-8100
                            Fax: (302) 472-8135
                            e-mail: jonp@msllaw.com

## CERTIFICATE OF SERVICE

This is to certify that on this the 7th day of July 2008, I electronically filed Notice of Withdrawal of Appearance of John W. Turner with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to all counsel of record.

                                                MURPHY & LANDON

                                            /s/ Jonathan L. Parshall
                                            Jonathan L. Parshall (No. 3247)
                                            1011 Centre Road, Suite 210
                                            Wilmington, Delaware 19805
                                            Telephone: 302-472-8100
                                            Fax: (302) 472-8135
                                            e-mail: jonp@msllaw.com