# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| IN RE TRICOR INDIRECT PURCHASER ANTITRUST LITIGATION | ) ) ) | C.A. No. 05-360 (SLR) (Consolidated) |
| THIS DOCUMENT RELATES TO: | ) ) ) | |
| 05-591 (*PacifiCare Health Systems, Inc.*) | ) ) | |

## NOTICE OF WITHDRAWAL OF APPEARANCE OF GARRICK B. PURSLEY

PLEASE TAKE NOTICE that Garrick B. Pursley, Esq. hereby withdraws his appearance for PacifiCare Health Systems, Inc. ("PacifiCare") pursuant to Local Rule 83.7. The undersigned and counsel previously admitted pro hac vice for PacifiCare will continue their representation of PacifiCare.

Dated: August 19, 2008

                                              MURPHY & LANDON

                                              /s/ Jonathan L. Parshall
                                              Jonathan L. Parshall (No. 3247)
                                              1011 Centre Road, Suite 210
                                              Wilmington, DE 19805
                                              Telephone: (302) 472-8100
                                              Fax: (302) 472-8135
                                              e-mail: jonp@msllaw.com

## CERTIFICATE OF SERVICE

This is to certify that on this the 19th day of August 2008, I electronically filed Notice of Withdrawal of Appearance of Garrick B. Pursley with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to all counsel of record.

                        MURPHY & LANDON

/s/ Jonathan L. Parshall
Jonathan L. Parshall (No. 3247)
1011 Centre Road, Suite 210
Wilmington, Delaware 19805
Telephone: 302-472-8100
Fax: (302) 472-8135
e-mail: jonp@msllaw.com

1