IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TEVA PHARMACEUTICALS USA, INC., TEVA PHARMACEUTICAL INDUSTRIES LTD., and NOVOPHARM, LTD., <br><br>  Counterclaim Plaintiffs,<br> v.<br><br>ABBOTT LABORATORIES, FOURNIER INDUSTRIE ET SANTÉ, and LABORATOIRES FOURNIER S.A.,<br><br>  Counterclaim Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 02-1512 (SLR)<br><br>CONSOLIDATED |
| IMPAX LABORATORIES, INC.,<br><br>  Counterclaim Plaintiff,<br> v.<br><br>ABBOTT LABORATORIES, FOURNIER INDUSTRIE ET SANTÉ, and LABORATOIRES FOURNIER S.A.,<br><br>  Counterclaim Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 03-120 (SLR)<br><br>CONSOLIDATED |
| IN RE TRICOR DIRECT PURCHASER ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | ) ) ) ) ) ) ) | C.A. No. 05-340 (SLR)<br><br>CONSOLIDATED |
| IN RE TRICOR INDIRECT PURCHASER ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | ) ) ) ) ) ) ) | C.A. No. 05-360 (SLR)<br><br>CONSOLIDATED |

**<u>NOTICE OF WITHDRAW OF COUNSEL</u>**

PLEASE TAKE NOTICE that, pursuant to Local Rule 83.7, Anjan Mishra of Patterson, Belknap, Webb and Tyler LLP hereby withdraws as counsel for Abbott Laboratories in this action. Abbott Laboratories continues to be represented in this action by the law firms Morris, Nichols, Arsht & Tunnell LLP and Patterson, Belknap, Webb and Tyler LLP.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ James W. Parrett, Jr.*
Mary B. Graham (#2256)
James W. Parrett, Jr. (#4292)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
mgraham@mnat.com
jparrett@mnat.com

OF COUNSEL:

William F. Cavanaugh, Jr.
Thomas W. Pippert
Rosanne E. Felicello
PATTERSON, BELKNAP, WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY 10036-6710
(212) 336-2000

*Attorneys for Abbott Laboratories*

Date: August 22, 2008
2458125

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 22, 2008, the foregoing was caused to be electronically filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to all registered participants.

In addition, the undersigned hereby certifies that true and correct copies of the foregoing were caused to be served via electronic mail on August 22, 2008 upon the following parties:

| | |
|---|---|
| REPRESENTING DIRECT PURCHASER CLASS PLAINTIFFS (LOUISIANA WHOLESALE, ROCHESTER DRUG, MEIJER)<br><br>(C.A. 05-340) | Jeffrey S. Goddess<br>jgoddess@rmgglaw.com<br>Bruce E. Gerstein<br>bgerstein@garwingerstein.com<br>Barry S. Taus<br>btaus@garwingerstein.com<br>Adam M. Steinfeld<br>asteinfeld@garwingerstein.com<br>Daniel Berger<br>danberger@bm.net<br>Eric L. Cramer<br>ecramer@bm.net<br>Peter Kohn<br>pkohn@bm.net<br>Linda P. Nussbaum<br>lnussbaum@kaplanfox.com<br>Stuart Des Roches<br>stuart@odrlaw.com |
| REPRESENTING WALGREEN, ECKERD, KROGER, MAXI<br><br>(C.A. 05-340) | Elizabeth M. McGeever<br>emmcgeever@prickett.com<br>Scott E. Perwin<br>sperwin@kennynachwalter.com |
| REPRESENTING CVS, RITE AID<br><br>(C.A. 05-340) | Elizabeth M. McGeever<br>emmcgeever@prickett.com<br>Joseph T. Lukens<br>jlukens@hangley.com<br>Steve D. Shadowen<br>sshadowen@hangley.com |

| | |
|---|---|
| REPRESENTING AMERICAN SALES COMPANY INC.<br><br>(C.A. 05-340) | Elizabeth M. McGeever<br>**emmcgeever@prickett.com**<br>Scott E. Perwin<br>**sperwin@kennynachwalter.com** |
| REPRESENTING INDIRECT PURCHASER CLASS PLAINTIFFS<br><br>(C.A. 05-360) | A. Zachary Naylor<br>Pamela S. Tikellis<br>Thomas M. Sobol<br>Patrick E. Cafferty<br>Jeffrey L. Kodroff<br>Bernard J. Persky<br>Mike Gottsch<br>Brian Clobes<br>Michael Tarringer<br>Tim Fraser<br>David Nalven<br>Greg Matthews<br>Christopher McDonald<br>Kellie Safar<br>Theodore M. Lieverman<br>Pat Howard<br>**tricor@chimicles.com** |
| REPRESENTING PACIFICARE<br><br>(C.A. 05-360) | Jonathan L. Parshall<br>**jonp@msllaw.com**<br>William Christopher Carmody<br>**bcarmody@susmangodfrey.com**<br>Shawn Rabin<br>**srabin@susmangodfrey.com**<br>Justin Nelson<br>**jnelson@susmangodfrey.com**<br>Ken Zylstra<br>**kzylstra@faruqilaw.com**<br>Mark Sandman<br>**mms@rawlingsandassociates.com**<br>Jeffrey Swann<br>**js5@rawlingsandassociates.com** |
| REPRESENTING TEVA PHARMACEUTICALS<br><br>(C.A. 02-1512) | Josy W. Ingersoll<br>Karen E. Keller<br>Bruce M. Gagala<br>Christopher T. Holding<br>Ken Cohen<br>Elaine Blais<br>**tricor@ycst.com** |

- 3 -

| | |
|---|---|
| REPRESENTING IMPAX LABORATORIES<br><br>(C.A. 03-120) | Mary Matterer<br>**mmatterer@morrisjames.com**<br>Asim Bhansali<br>**abhansali@kvn.com** |
| REPRESENTING FOURNIER<br><br>(ALL CASES) | Frederick L. Cottrell, III<br>Anne Shea Gaza<br>William Baer<br>James Cooper<br>Anne P. Davis<br>Timothy C. Bickham<br>**tricor@rlf.com** |

*/s/ James W. Parrett, Jr.*
_____
Jams W. Parrett, Jr. (#4292)

520842