# EXHIBIT A

## MAGAZINE

AARP Magazine

## LOCAL GENERAL MARKET NEWSPAPERS

| *Newspaper* | City | *Est. Circulation* |
|---|---|---|
| *New York Times* | New York | 1,086,798 |
| *New York Post* | New York | 724,728 |
| *Newark Star Ledger* | Newark | 396,871 |
| *Miami Herald/El Nuevo Herald* | Miami | 384,532 |
| *Ft. Lauderdale Sun-Sentinel* | Ft Lauderdale | 259,859 |
| *LA Times* | Los Angeles | 905,107 |
| *San Francisco Chronicle* | San Francisco | 446,745 |
| *Chicago Tribune* | Chicago | 683,741 |
| *Washington Post* | Washington DC | 715,181 |
| *Philadelphia Inquirer/Daily News* | Philadelphia | 499,274 |
| *Houston Chronicle* | Houston | 524,571 |
| *Atlanta Journal-Constitution* | Atlanta | 366,865 |
| *Dallas Morning News* | Dallas | 408,294 |

## NEWSPAPERS IN THE PARADE NETWORKS

| State | City | Newspaper | Circulation | Sunday Magazine |
|---|---|---|---|---|
| AK | Anchorage | Daily News | 72,488 | Parade Magazine |
| AK | Fairbanks | News-Miner | 1 8,494 | Parade Magazine |
| AL | Alexander City | Outlook | 3,766 | Parade Magazine |
| AL | Anniston | Star | 25,403 | Parade Magazine |
| AL | Birmingham | News | 176,087 | Parade Magazine |
| AL | Decatur | Daily | 23,944 | Parade Magazine |
| AL | Florence | Times Daily | 31,654 | Parade Magazine |
| AL | Gadsen | Times | 21,238 | Parade Magazine |
| AL | Huntsville | Times | 71,793 | Parade Magazine |
| AL | Mobile | Register | 114,247 | Parade Magazine |
| AL | Selma | The Selma Times-Journal | 6,241 | Parade Magazine |
| AL | Talladega | Daily Home | 9,641 | Parade Magazine |
| AL | Tuscaloosa | News | 35,324 | Parade Magazine |
| AR | Blytheville | Courier News | 4,351 | Parade Magazine |
| AR | Little Rock | Arkansas Democrat-Gazette | 276,436 | Parade Magazine |
| AZ | Flagstaff | Arizona Daily Sun | 12,076 | Parade Magazine |
| AZ | Mesa | Tribune | 79,066 | Parade Magazine |
| AZ | Tucson | Arizona Daily Star | 168,861 | Parade Magazine |
| AZ | Yuma | Daily Sun | 26,015 | Parade Magazine |
| CA | Bakersfield | Californian | 72,557 | Parade Magazine |
| CA | Fresno | Bee | 180,043 | Parade Magazine |
| CA | Los Angeles | Times | 1,173,096 | Parade Magazine |
| CA | Merced | Sun Star | 19,41 5 | Parade Magazine |
| CA | Modesto | Bee | 86,055 | Parade Magazine |
| CA | Oceanside/Escondido | North County Times | 91,627 | Parade Magazine |
| CA | Redding | Record Searchlight | 37,365 | Parade Magazine |
| CA | Riverside | Press-Enterprise | 178,062 | Parade Magazine |
| CA | Sacramento | Bee | 324,613 | Parade Magazine |
| CA | San Diego | Union-Tribune | 378,696 | Parade Magazine |
| CA | San Francisco | Chronicle | 438,006 | Parade Magazine |
| CA | San Luis Obispo | Tribune | 42,619 | Parade Magazine |
| CA | Santa Ana | Orange County Register | 329,549 | Parade Magazine |
| CA | Santa Rosa | Press Democrat | 83,436 | Parade Magazine |
| CA | Stockton | Record | 62,910 | Parade Magazine |
| CA | Ventura County | Star | 95,861 | Parade Magazine |
| CO | Boulder | Sunday Camera | 35,826 | Parade Magazine |
| CO | Colorado Springs | Gazette | 108,639 | Parade Magazine |
| CO | Denver | Post & Rocky Mountain News | 704,168 | Parade Magazine |
| CO | Glenwood Springs | Western Slope | 1,877 | Parade Magazine |
| CO | Grand Junction | Sentinel | 33,821 | Parade Magazine |
| CO | Pueblo | Chieftan | 51,932 | Parade Magazine |
| CT | Danbury | News-Times | 32,906 | Parade Magazine |
| CT | Manchester | Journal Inquirer | 44,71 9 | Parade Magazine |

| NEWSPAPERS IN THE PARADE NETWORKS | | | | |
|---|---|---|---|---|
| *State* | *City* | *Newspaper* | *Circulation* | *Sunday Magazine* |
| CT | Meriden | *Record-Journal* | 23,577 | Parade Magazine |
| CT | New London | *Day* | 42,108 | Parade Magazine |
| CT | Stamford/Greenwich | *Advocate/Times* | 36,950 | Parade Magazine |
| CT | Waterbury | *Republican-American* | 59,1 73 | Parade Magazine |
| DC | Washington | *Post* | 929,921 | Parade Magazine |
| DE | Dover | *Delaware State News* | 22,1 25 | Parade Magazine |
| FL | Bradenton | *Herald* | 54,233 | Parade Magazine |
| FL | Fort Walton Beach | *Northwest Florida News* | 43,1 20 | Parade Magazine |
| FL | Gainesville | *Sun* | 52,827 | Parade Magazine |
| FL | Lake City | *Reporter* | 9,126 | Parade Magazine |
| FL | Lakeland | *Ledger* | 89,487 | Parade Magazine |
| FL | Miami | *El Nuevo Herald* | 90,023 | Parade Magazine |
| FL | Miami | *Herald* | 342,432 | Parade Magazine |
| FL | Naples | *News* | 75,553 | Parade Magazine |
| FL | Ocala | *Star-Banner* | 52,864 | Parade Magazine |
| FL | Orlando | *Sentinel* | 335,689 | Parade Magazine |
| FL | Sarasota | *Herald-Tribune* | 134,101 | Parade Magazine |
| FL | St. Petersburg | *Times* | 430,893 | Parade Magazine |
| FL | Tampa | *Tribune* | 298,674 | Parade Magazine |
| FL | Treasure Coast | *News-Press-Tribune* | 11 9,357 | Parade Magazine |
| FL | West Palm Beach | *Post* | 204,847 | Parade Magazine |
| GA | Americus | *Times-Recorder* | 5,269 | Parade Magazine |
| GA | Atlanta | *Journal-Constitution* | 523,687 | Parade Magazine |
| GA | Bryan County | *News* | 3,033 | Parade Magazine |
| GA | Columbus | *Ledger-Enquirer* | 51,410 | Parade Magazine |
| GA | Cordele | *Dispatch* | 4,061 | Parade Magazine |
| GA | Hinesville | *The Coastal Courier* | 4,503 | Parade Magazine |
| GA | Macon | *Telegraph* | 73,395 | Parade Magazine |
| GA | Moultrie | *Observer* | 6,314 | Parade Magazine |
| GA | Rome | *News Tribune* | 18,569 | Parade Magazine |
| GA | Rincone | *Efþngham Herald* | 12,231 | Parade Magazine |
| GA | Statesboro | *Herald* | 7,753 | Parade Magazine |
| GA | Thomasville | *Times-Enterprise* | 9,298 | Parade Magazine |
| GA | Tifton | *Gazette* | 7,657 | Parade Magazine |
| GA | Valdosta | *Daily Times* | 17,997 | Parade Magazine |
| HI | Honolulu | *Star-Bulletin* | 62,678 | Parade Magazine |
| HI | Wailuku | *Maui News* | 24,958 | Parade Magazine |
| IA | Ames | *Tribune* | 11,959 | Parade Magazine |
| IA | Cedar Rapids | *Gazette* | 73,685 | Parade Magazine |
| IA | Davenport-Bettendorf | *Quad City Times* | 67,749 | Parade Magazine |
| IA | Fort Dodge | *Messenger* | 18,561 | Parade Magazine |
| IA | Marshalltown | *Times-Republican* | 10,741 | Parade Magazine |
| IA | Mason City | *Globe-Gazette* | 22,504 | Parade Magazine |
| IA | Waterloo | *Courier* | 50,1 33 | Parade Magazine |

| | NEWSPAPERS IN THE PARADE NETWORKS | | | |
|---|---|---|---|---|
| *State* | *City* | *Newspaper* | *Circulation* | *Sunday Magazine* |
| ID | Idaho Falls | *Post-Register* | 24,762 | Parade Magazine |
| ID | Lewiston-Clarkson | *Tribune* | 25,095 | Parade Magazine |
| ID | Nampa-Caldwell | *Idaho Press Tribune* | 21,468 | Parade Magazine |
| ID | Pocatello | *Idaho State Journal* | 18,735 | Parade Magazine |
| ID | Twin Falls | *Times-News* | 23,849 | Parade Magazine |
| ID | Boise | *Idaho Statesman* | 83,787 | Parade Magazine |
| ID | Rexburg | *Standard Journal* | 4,874 | Parade Magazine |
| IL | Belleville | *News-Democrat* | 64,959 | Parade Magazine |
| IL | Bloomington | *Pantagraph* | 50,066 | Parade Magazine |
| IL | Carbondale | *Southern Illinoisan* | 36,776 | Parade Magazine |
| IL | Centralia-Central City | *Sentinel* | 14,528 | Parade Magazine |
| IL | Champaign | *News-Gazette* | 45,689 | Parade Magazine |
| IL | Chicago | *Redeye* | 100,000 | Parade Magazine |
| IL | Chicago | *Tribune* | 940,620 | Parade Magazine |
| IL | Decatur | *Herald and Review* | 45,559 | Parade Magazine |
| IL | DeKalb | *Daily Chronicle* | 11,1 83 | Parade Magazine |
| IL | Freeport | *Journal-Standard* | 12,977 | Parade Magazine |
| IL | Galesburg | *Register-Mail* | 13,355 | Parade Magazine |
| IL | Peoria | *Journal-Star* | 82,654 | Parade Magazine |
| IL | Quincy | *Herald-Whig* | 25,369 | Parade Magazine |
| IL | Springfield | *State Journal-Register* | 61,1 78 | Parade Magazine |
| IN | Anderson | *Herald Bulletin* | 23,370 | Parade Magazine |
| IN | Bloomington-Bedford | *Times* | 42,206 | Parade Magazine |
| IN | Evansville | *Courier & Press* | 87,771 | Parade Magazine |
| IN | Fort Wayne | *Journal-Gazette* | 11 7,777 | Parade Magazine |
| IN | Goshen | *News* | 13,568 | Parade Magazine |
| IN | Kokomo | *Tribune* | 21,705 | Parade Magazine |
| IN | Logansport | *Pharos-Tribune* | 9,487 | Parade Magazine |
| IN | Munster | *Times* | 89,942 | Parade Magazine |
| IN | New Albany/Jeffersonville | *Evening News/Tribune* | 13,656 | Parade Magazine |
| IN | South Bend | *Tribune* | 91,862 | Parade Magazine |
| IN | Terre Haute | *Tribune-Star* | 28,986 | Parade Magazine |
| KS | Great Bend | *Tribune* | 5,768 | Parade Magazine |
| KS | Manhattan | *The Manhattan Mecury* | 11,119 | Parade Magazine |
| KS | Olathe | *News* | 4,196 | Parade Magazine |
| KS | Wichita | *Eagle* | 135,998 | Parade Magazine |
| KY | Ashland | *Sunday Independent* | 17,858 | Parade Magazine |
| KY | Bowling Green | *News* | 24,863 | Parade Magazine |
| KY | Elizabethtown | *News-Enterprise* | 20,1 74 | Parade Magazine |
| KY | Glasgow | *Glasgow Daily Times* | 8,936 | Parade Magazine |
| KY | Henderson | *Gleaner* | 11,750 | Parade Magazine |
| KY | Lexington | *Herald-Leader* | 138,986 | Parade Magazine |
| KY | Somerset | *Commonwealth Journal* | 9,238 | Parade Magazine |

| | NEWSPAPERS IN THE PARADE NETWORKS | | | |
|---|---|---|---|---|
| State | City | Newspaper | Circulation | Sunday Magazine |
| LA | Baton Rouge | Advocate | 123,032 | Parade Magazine |
| LA | Crowley | Post Signal | 3,800 | Parade Magazine |
| LA | Houma | Daily Courier | 19,549 | Parade Magazine |
| LA | LA State Newspaper Group | Abbeville/Eunice/Vill | 11,896 | Parade Magazine |
| LA | Lake Charles | American Press | 40,229 | Parade Magazine |
| LA | New Orleans | Times-Picayune | 205,763 | Parade Magazine |
| LA | Ruston | Leader | 6,200 | Parade Magazine |
| MA | Boston | Globe | 562,273 | Parade Magazine |
| MA | Cape Cod | Sunday Cape Cod Times | 48,661 | Parade Magazine |
| MA | New Bedford | Standard-Times | 32,971 | Parade Magazine |
| MA | Springfield | Sunday Republican | 124,492 | Parade Magazine |
| MA | Worcester | Sunday Telegram | 102,922 | Parade Magazine |
| MD | Baltimore | Sun | 377,561 | Parade Magazine |
| MD | Cumberland | Times-News | 30,887 | Parade Magazine |
| MD | Hagerstown | Herald/Mail | 38,213 | Parade Magazine |
| ME | Portland | Telegram | 102,904 | Parade Magazine |
| MI | Ann Arbor | News | 60,236 | Parade Magazine |
| MI | Bay City | Times | 40,914 | Parade Magazine |
| MI | Dearborn | Press & Guide | 13,268 | Parade Magazine |
| MI | Flint | Jounal | 99,956 | Parade Magazine |
| MI | Grand Rapids | Press | 1 82,252 | Parade Magazine |
| MI | Huron | Daily Tribune | 7,334 | Parade Magazine |
| MI | Jackson | Citizen Patriot | 36,548 | Parade Magazine |
| MI | Kalamazoo | Gazette | 69,393 | Parade Magazine |
| MI | Lapeer | The County Press | 10,537 | Parade Magazine |
| MI | Marquette | Mining Journal | 16,380 | Parade Magazine |
| MI | Midland | Daily News | 17,701 | Parade Magazine |
| MI | Monroe | News | 23,680 | Parade Magazine |
| MI | Mount Clemens | Macomb Daily | 59,667 | Parade Magazine |
| MI | Mount Pleasant | Morning Sun | 11,641 | Parade Magazine |
| MI | Muskegon | Chronicle | 47,146 | Parade Magazine |
| MI | Pontiac | The Oakland Press | 76,504 | Parade Magazine |
| MI | Royal Oak | Tribune | 11,662 | Parade Magazine |
| MI | Saginaw | News | 52,057 | Parade Magazine |
| MI | Southgate | News Herald | 46,778 | Parade Magazine |
| MI | Traverse City | Record-Eagle | 34,397 | Parade Magazine |
| MN | Albert Lea | Tribune | 6,901 | Parade Magazine |
| MN | Austin | Herald | 5,472 | Parade Magazine |
| MN | Bemidji | Pioneer | 10,408 | Parade Magazine |
| MN | Duluth | News-Tribune | 62,468 | Parade Magazine |
| MN | Faribault | News | 6,169 | Parade Magazine |
| MN | Mankato - N. Mankato | Free Press | 22,1 60 | Parade Magazine |
| MN | New Ulm | Journal | 8,838 | Parade Magazine |

| **NEWSPAPERS IN THE PARADE NETWORKS** |
| State | City | Newspaper | Circulation | Sunday Magazine |
|---|---|---|---|---|
| MN | Northfield | News | 5,054 | Parade Magazine |
| MN | Owatonna | People's Press | 7,588 | Parade Magazine |
| MN | Red Wing | Republican Eagle | 5,913 | Parade Magazine |
| MN | St. Paul | Pioneer Press | 251,838 | Parade Magazine |
| MN | West Central | Tibune | 16,692 | Parade Magazine |
| MN | Winona | News | 12,613 | Parade Magazine |
| MN | Worthington | Daily Globe | 9,254 | Parade Magazine |
| MO | Cape Girardeau | Southern Missourian | 10,810 | Parade Magazine |
| MO | Columbia | Missourian | 4,464 | Parade Magazine |
| MO | Dexter | Daily Statesman | 3,514 | Parade Magazine |
| MO | Jefferson City | News & Tribune | 22,585 | Parade Magazine |
| MO | Joplin | Globe | 35,989 | Parade Magazine |
| MO | Kansas City | Star | 359,477 | Parade Magazine |
| MO | Kennett | Daily Dunken Democrat | 3,923 | Parade Magazine |
| MO | Nevada | Sunday Journal | 3,204 | Parade Magazine |
| MO | Park Hills | Daily Journal | 8,381 | Parade Magazine |
| MO | Poplar Bluff | Daily American | 12,662 | Parade Magazine |
| MO | Sikeston | Standard Democrat | 3,441 | Parade Magazine |
| MO | St. Joseph | News-Press | 37,478 | Parade Magazine |
| MO | St. Louis | Post-Dispatch | 407,754 | Parade Magazine |
| MS | Biloxi | Sun Herald | 50,809 | Parade Magazine |
| MS | Brookhaven | Leader | 6,641 | Parade Magazine |
| MS | Columbus | Commercial Dispatch | 14,753 | Parade Magazine |
| MS | Delta | Democrat Times | 9,932 | Parade Magazine |
| MS | Greenwood | Commonwealth | 7,324 | Parade Magazine |
| MS | Laurel | Leader-Call | 7,573 | Parade Magazine |
| MS | McComb | Enterprise-Journal | 12,1 82 | Parade Magazine |
| MS | Meridian | Star | 1 5,752 | Parade Magazine |
| MS | Pascagoula | Mississippi Press | 1 5,056 | Parade Magazine |
| MS | Picayune | Picayune Item | 5,803 | Parade Magazine |
| MS | Tupelo | Northeast Mississippi Journal | 36,451 | Parade Magazine |
| MS | Vicksburg | Post | 14,398 | Parade Magazine |
| MT | Billings | Gazette | 52,442 | Parade Magazine |
| MT | Bozeman | Chronicle | 17,712 | Parade Magazine |
| MT | Butte-Anaconda | Montana Standard | 14,819 | Parade Magazine |
| MT | Helena | Independent-Record | 14,627 | Parade Magazine |
| MT | Kalispell | Daily Inter Lake | 1 7,453 | Parade Magazine |
| MT | Missoula | Missoulian | 33,455 | Parade Magazine |
| NC | Chapel Hill | News | 23,500 | Parade Magazine |
| NC | Charlotte | Observer | 270,347 | Parade Magazine |
| NC | Durham | News | 60,000 | Parade Magazine |
| NC | Elizabeth City | Daily Advance | 10,223 | Parade Magazine |
| NC | Fayetteville | Observer-Times | 69,880 | Parade Magazine |
| NC | Greensboro | News & Record | 106,416 | Parade Magazine |

| NEWSPAPERS IN THE PARADE NETWORKS | | | | |
|---|---|---|---|---|
| *State* | *City* | *Newspaper* | *Circulation* | *Sunday Magazine* |
| NC | Greenville | *Reflector* | 23,214 | Parade Magazine |
| NC | Hendersonville | *Times-News* | 18,216 | Parade Magazine |
| NC | Lumberton | *The Robesonian* | 14,936 | Parade Magazine |
| NC | Raleigh | *News and Observer* | 213,124 | Parade Magazine |
| NC | Richmond County | *Daily Journal* | 7,987 | Parade Magazine |
| NC | Rocky Mount | *Telegram* | 16,621 | Parade Magazine |
| NC | Sampson | *Independent* | 7,958 | Parade Magazine |
| NC | Wilmington | *Star, Star-News* | 57,306 | Parade Magazine |
| NC | Winston-Salem | *Journal* | 94,543 | Parade Magazine |
| ND | Dickinson | *Press* | 6,705 | Parade Magazine |
| ND | Fargo | *Forum* | 59,209 | Parade Magazine |
| ND | Jamestown | *Sun* | 6,692 | Parade Magazine |
| ND | Minot | *News* | 20,114 | Parade Magazine |
| NE | North Platte | *Telegraph* | 12,244 | Parade Magazine |
| NE | Omaha | *World-Herald* | 222,469 | Parade Magazine |
| NE | Scottsbluff | *Star-Herald* | 1 5,465 | Parade Magazine |
| NH | Manchester | *Sunday News* | 69,535 | Parade Magazine |
| NH | Portsmouth | *Herald* | 16,329 | Parade Magazine |
| NJ | Atlantic City | *The Press of Atlantic City* | 82,359 | Parade Magazine |
| NJ | Bergen, Passaic | *Record & Herald News* | 1 94,823 | Parade Magazine |
| NJ | Kinnelon | *Suburban Trends* | 9,006 | Parade Magazine |
| NJ | Newark | *Star-Ledger* | 570,523 | Parade Magazine |
| NJ | New Jersey | *Herlad* | 19,694 | Parade Magazine |
| NJ | Salem | *Today's Sunbeam* | 9,514 | Parade Magazine |
| NJ | Trenton | *Times* | 56,356 | Parade Magazine |
| NJ | Willingboro | *Burlington County Times* | 37,253 | Parade Magazine |
| NJ | Woodbury | *Gloucester County Times* | 25,752 | Parade Magazine |
| NM | Albuquerque | *Sunday Journal* | 146,931 | Parade Magazine |
| NM | Hobbs | *News-Sun* | 10,1 56 | Parade Magazine |
| NM | Santa Fe | *New Mexican* | 26,080 | Parade Magazine |
| NV | Carson City | *Nevada Appeal* | 22,465 | Parade Magazine |
| NV | Lahontan | *Valley News & Fallon Eagle* | 4,444 | Parade Magazine |
| NV | Las Vegas | *Review-Journal & Sun* | 204,036 | Parade Magazine |
| NV | Sparks | *Tribune* | 4,21 8 | Parade Magazine |
| NY | Albany | *Times Union* | 140,946 | Parade Magazine |
| NY | Auburn | *Citizen* | 13,387 | Parade Magazine |
| NY | Buffalo | *News* | 266,123 | Parade Magazine |
| NY | Canandaigua | *Messenger* | 13,201 | Parade Magazine |
| NY | Corning | *Leader* | 11,436 | Parade Magazine |
| NY | Geneva | *Finger Lakes Times* | 18,382 | Parade Magazine |
| NY | Gloversville | *Leader-Herald* | 11,225 | Parade Magazine |
| NY | Hornell | *Tribune* | 9,877 | Parade Magazine |
| NY | Middletown | *Record* | 86,350 | Parade Magazine |
| NY | New York | *Post* | 439,202 | Parade Magazine |

| **NEWSPAPERS IN THE PARADE NETWORKS** | | | | |
|---|---|---|---|---|
| *State* | *City* | *Newspaper* | *Circulation* | *Sunday Magazine* |
| NY | Ogdensburg | *Advance News* | 9,975 | Parade Magazine |
| NY | Oneonta | *Daily Star* | 16,272 | Parade Magazine |
| NY | Plattsburgh | *Press-Republican* | 20,466 | Parade Magazine |
| NY | Staten Island | *Staten Island Advance* | 73,203 | Parade Magazine |
| NY | Syracuse | *Post-Standard* | 164,702 | Parade Magazine |
| OH | Akron | *Beacon Journal* | 164,902 | Parade Magazine |
| OH | Cambridge | *Jeffersonian* | 13,048 | Parade Magazine |
| OH | Canton | *Repository* | 81,788 | Parade Magazine |
| OH | Cleveland | *Plain Dealer* | 442,482 | Parade Magazine |
| OH | Dayton | *Daily News* | 166,066 | Parade Magazine |
| OH | East Liverpool | *Review* | 8,556 | Parade Magazine |
| OH | Elyria | *Chronicle-Telegram* | 24,920 | Parade Magazine |
| OH | Hamilton | *Journal-News* | 22,755 | Parade Magazine |
| OH | Ironton | *Ironton Tribune* | 5,983 | Parade Magazine |
| OH | Middletown | *Journal* | 19,828 | Parade Magazine |
| OH | New Philadelphia | *Times Reporter* | 22,870 | Parade Magazine |
| OH | Portsmouth | *Daily Times* | 12,338 | Parade Magazine |
| OH | Salem | *News* | 5,627 | Parade Magazine |
| OH | Springfield | *Springfield News Sun* | 32,564 | Parade Magazine |
| OH | Toledo | *Blade* | 1 54,566 | Parade Magazine |
| OH | Youngstown | *Vindicator* | 79,434 | Parade Magazine |
| OK | Oklahoma City | *Oklahoman* | 282,119 | Parade Magazine |
| OR | Bend | *Bulletin* | 31,964 | Parade Magazine |
| OR | Eugene | *Register-Guard* | 72,1 99 | Parade Magazine |
| OR | Klamath Falls | *Herald & News* | 15,436 | Parade Magazine |
| OR | Medford | *Mail Tribune* | 31,446 | Parade Magazine |
| OR | Ontario | *Argus Observer* | 7,477 | Parade Magazine |
| OR | Pendleton | *East Oregonian* | 9,110 | Parade Magazine |
| OR | Portland | *Oregonian* | 375,913 | Parade Magazine |
| OR | Roseburg | *News-Review* | 19,770 | Parade Magazine |
| PA | Allentown | *Morning Call* | 147,696 | Parade Magazine |
| PA | Doylestown | *The Intelligencer Record* | 46,094 | Parade Magazine |
| PA | DuBois | *Tri-County Sunday* | 14,937 | Parade Magazine |
| PA | Erie | *Times-News* | 78,909 | Parade Magazine |
| PA | Harrisburg | *Patriot-News* | 144,210 | Parade Magazine |
| PA | Johnstown | *Tribune-Democrat* | 42,747 | Parade Magazine |
| PA | Lancaster | *Sunday News* | 100,060 | Parade Magazine |
| PA | Levittown | *Bucks County Courier Times* | 64,738 | Parade Magazine |
| PA | Philadelphia | *Inquirer* | 688,670 | Parade Magazine |
| PA | Pittsburgh | *Post Gazette* | 341,474 | Parade Magazine |
| PA | Reading | *Eagle* | 83,340 | Parade Magazine |
| PA | Sayre | *Morning Times* | 5,594 | Parade Magazine |
| PA | Sharon | *The Herald* | 20,429 | Parade Magazine |
| PA | State College- Bellefonte | *Centre Daily Times* | 31,904 | Parade Magazine |

| | NEWSPAPERS IN THE PARADE NETWORKS | | | |
|---|---|---|---|---|
| *State* | *City* | *Newspaper* | *Circulation* | *Sunday Magazine* |
| PA | Stroudsburg | *Pocono Record* | 24,801 | Parade Magazine |
| PA | Sunbury | *Item* | 25,812 | Parade Magazine |
| PA | Uniontown | *Herald-Standard* | 27,1 73 | Parade Magazine |
| PA | Wilkes-Barre | *Times Leader* | 51,573 | Parade Magazine |
| PA | Williamsport | *Sun-Gazette* | 31,730 | Parade Magazine |
| RI | Providence | *Journal* | 205,102 | Parade Magazine |
| SC | Anderson | *Independent-Mail* | 39,890 | Parade Magazine |
| SC | Beaufort | *Gazette* | 11,375 | Parade Magazine |
| SC | Charleston | *Post and Courier* | 109,888 | Parade Magazine |
| SC | Columbia | *State* | 139,022 | Parade Magazine |
| SC | Greenwood | *Index-Journal* | 1 5,222 | Parade Magazine |
| SC | Hilton Head Island | *Island Packet* | 20,816 | Parade Magazine |
| SC | Myrtle Beach | *Sun News* | 62,083 | Parade Magazine |
| SC | Rock Hill | *Herald* | 32,1 91 | Parade Magazine |
| SC | Spartanburg | *Herald-Journal* | 52,91 3 | Parade Magazine |
| SC | Sumter | *Item* | 1 9,526 | Parade Magazine |
| SD | Huron | *Plainsman* | 6,463 | Parade Magazine |
| SD | Lawrence | *County Journal* | 2,048 | Parade Magazine |
| SD | Mitchell | *The Daily Republic* | 12,736 | Parade Magazine |
| SD | Rapid City | *Journal* | 33,1 34 | Parade Magazine |
| TN | Chattanooga | *Free Press Times* | 95,786 | Parade Magazine |
| TN | Cookeville | *Herald-Citizen* | 14,248 | Parade Magazine |
| TN | Dyersburg | *Gazette* | 5,557 | Parade Magazine |
| TN | Greenville | *Sun* | 16,1 82 | Parade Magazine |
| TN | Johnson City | *Press* | 32,934 | Parade Magazine |
| TN | Knoxville | *News-Sentinel* | 1 50,147 | Parade Magazine |
| TN | Memphis | *Commercial Appeal* | 184,418 | Parade Magazine |
| TN | Morristown | *Citizen Tribune* | 24,295 | Parade Magazine |
| TN | Murfreesboro | *Post* | 45,000 | Parade Magazine |
| TN | Newport | *Plain Talk* | 6,884 | Parade Magazine |
| TN | Shelbyville | *Times-Gazette* | 6,958 | Parade Magazine |
| TN | Tullahoma | *Sunday News* | 10,400 | Parade Magazine |
| TX | Abilene | *Reporter-News* | 40,305 | Parade Magazine |
| TX | Austin | *American-Statesman* | 21 5,894 | Parade Magazine |
| TX | Beaumont | *Enterprise* | 54,734 | Parade Magazine |
| TX | Brownsville-Harlingen | *Brownsville Herald* | 20,468 | Parade Magazine |
| TX | Brownwood | *Bulletin* | 7,438 | Parade Magazine |
| TX | Corpus Christi | *Caller-Times* | 73,6 1 1 | Parade Magazine |
| TX | Dallas | *Morning News* | 563,079 | Parade Magazine |
| TX | Del Rio | *News-Herald* | 5,224 | Parade Magazine |
| TX | El Paso | *El Diario* | 8,639 | Parade Magazine |
| TX | Fort Worth | *Fort Worth Star-Telegram* | 304,200 | Parade Magazine |
| TX | Harlingen | *Valley Morning Star* | 25,001 | Parade Magazine |
| TX | Houston | *Chronicle* | 677,425 | Parade Magazine |

| **NEWSPAPERS IN THE PARADE NETWORKS** |

| State | City | Newspaper | Circulation | Sunday Magazine |
|---|---|---|---|---|
| TX | Kerrville | Times | 10,741 | Parade Magazine |
| TX | Longview | News-Journal | 32,840 | Parade Magazine |
| TX | Lufkin | News | 14,539 | Parade Magazine |
| TX | Marshall | News Messenger | 6,873 | Parade Magazine |
| TX | Nacogdoches | Daily Sentinel | 8,828 | Parade Magazine |
| TX | Odessa | American | 24,396 | Parade Magazine |
| TX | Paris | News | 11,931 | Parade Magazine |
| TX | Plain View | Daily Herald | 5,754 | Parade Magazine |
| TX | San Angelo | Standard-Times | 29,888 | Parade Magazine |
| TX | San Antonio | Express-News | 333,902 | Parade Magazine |
| TX | Temple | Daily Telegram | 23,433 | Parade Magazine |
| TX | Tyler | Courier-Times--Telegraph | 44,077 | Parade Magazine |
| TX | Victoria | Advocate | 34,508 | Parade Magazine |
| TX | Waco | Tribune-Herald | 45,266 | Parade Magazine |
| TX | Wichita Falls | Times Record News | 33,215 | Parade Magazine |
| UT | Logan | Herald Journal | 16,486 | Parade Magazine |
| UT | Salt Lake City | Tribune & Deseret News | 226,807 | Parade Magazine |
| VA | Martinsville | Bulletin | 18,712 | Parade Magazine |
| VA | Newport News- Hampton | News/Daily Press | 107,701 | Parade Magazine |
| VA | Norfolk | Virginian-Pilot | 214,995 | Parade Magazine |
| VA | Petersburg | Progress-Index | 14,763 | Parade Magazine |
| VA | Richmond | Times-Dispatch | 214,971 | Parade Magazine |
| VA | Roanoke | Times | 103,483 | Parade Magazine |
| VT | Rutland | Herald | 29,209 | Parade Magazine |
| VT | Rutland | Times Argus | 9,336 | Parade Magazine |
| WA | Bellingham | Herald | 29,1 29 | Parade Magazine |
| WA | Ellensburg | Record | 5,497 | Parade Magazine |
| WA | Longview | Daily News | 21,517 | Parade Magazine |
| WA | Olympia | Olympian | 39,535 | Parade Magazine |
| WA | Pasco | Tri-City Herald | 43,532 | Parade Magazine |
| WA | Seattle | Times/Post-Intelligencer | 423,635 | Parade Magazine |
| WA | Spokane | Spokesman-Review | 119,155 | Parade Magazine |
| WA | Tacoma | News Tribune | 131,212 | Parade Magazine |
| WI | Chippewa | Valley Newspapers | 10,950 | Parade Magazine |
| WI | Kenosha | News | 27,402 | Parade Magazine |
| WI | La Crosse | Tribune | 41,492 | Parade Magazine |
| WI | Madison | Wisconsin State Journal | 143,543 | Parade Magazine |
| WI | Racine | Journal Times | 30,807 | Parade Magazine |
| WI | Rhinelander | Daily News | 3,919 | Parade Magazine |
| WV | Beckley | Register | 28,661 | Parade Magazine |
| WV | Bluefield | Daily Telegraph | 18,272 | Parade Magazine |
| WV | Charleston | Gazette Mail | 76,540 | Parade Magazine |
| WV | Clarksburg | Exponent Telegram | 20,491 | Parade Magazine |
| WV | Fairmont | Times West Virginian | 12,104 | Parade Magazine |

| \<NEWSPAPERS IN THE PARADE NETWORKS\> | | | | |
|---|---|---|---|---|
| State | City | Newspaper | Circulation | Sunday Magazine |
| WV | Logan | Banner | 8,356 | Parade Magazine |
| WV | Martinsburg | Journal | 19,638 | Parade Magazine |
| WV | Morgantown | The Dominion Post | 25,287 | Parade Magazine |
| WV | Parkersburg | News, Sentinel | 30,269 | Parade Magazine |
| WV | Wheeling | Intelligencer/News Register | 36,903 | Parade Magazine |
| WV | Williamson | News | 6,662 | Parade Magazine |
| WY | Casper | Star-Tribune | 32,400 | Parade Magazine |

# EXHIBIT B

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

## If You Paid for the Drug~~s~~ TriCor, ~~Lofibra, Antara, Triglide or generic versions,~~

## You May be Affected By a Class Action Lawsuit

*This Notice is being provided by Order of the U. S. District Count. It is not a solicitation from a lawyer. You are not being sued.*

- **There is a Class Action pending in the U.S. District Court for the District of Delaware, named In re TriCor Indirect Purchasers Antitrust Litigation, Civil Action No. 05-360(SLR). The lawsuit concerns individuals and entities that paid for some or all of the retail purchase price of ~~prescription drugs containing fenofibrate~~TriCor.**

- ~~**Fenofibrate is found in the brand-name drugs TriCor, Lofibra, Antara and Triglide, as well as generic versions of these drugs. Fenofibrate is used to lower cholesterol and triglycerides.**~~

- **You are automatically part of this Class Action if you fit the description above.**

**PLEASE READ THIS NOTICE CAREFULLY.** It will tell you what the case is about and who is included in the Class Action. It will also tell you where you can get additional information ~~and help~~.

**What is the lawsuit about?** The lawsuit claims that Abbott Laboratories, Fournier Industrie et Sante, and Laboratoires Fournier, S.A. (collectively, "Defendants") violated federal antitrust laws with respect to the sale of the prescription drug TriCor. The active ingredient in TriCor is fenofibrate. The lawsuit claims that Defendants impeded competition from less expensive generic versions of TriCor by executing a multifaceted scheme involving the conversion of their TriCor sales base to reformulated versions of TriCor before generic versions of previous forms of TriCor entered the market. The lawsuit claims that by engaging in this alleged scheme, Defendants were able to maintain a TriCor monopoly improperly, causing direct purchasers of TriCor to pay artificially inflated prices for fenofibrate products.

The Defendants deny that they did anything wrong and claim that any conduct they engaged in was reasonable and based upon independent, legitimate business and economic justifications, without the purpose or effect of injuring competition. They also claim that their actions have had pro-competitive effects that benefited competition and patients. In addition, Defendants claim that they do not have a monopoly, that Plaintiffs always had the option of choosing generic fenofibrate products, and that state

regulations, not Defendants' conduct, were the reason why Plaintiffs did not purchase more generic fenofibrate products.

***No question is raised about the safety or effectiveness of TriCor or other fenofibrate products.***

The Court has not decided whether Abbott or Fournier violated any laws.

~~Defendants, Abbott Laboratories, Fournier Industrie et Sante, and Laboratoires Fournier, S.A., sell TriCor, a brand-name drug that contains fenofibrate. Plaintiffs allege that Defendants illegally prevented competitors from selling cholesterol-lowering drugs that contain fenofibrate, and deprived doctors and consumers of an opportunity to choose lower-priced, generic versions of the drugs.~~

~~The alleged unlawful conduct involves several different steps, including:~~

> ~~1.  *Delaying* generic competitors from bringing to market lower-priced generic versions of TriCor;~~
>
> ~~2.  *Shifting* the market to "new and improved" formulations that were not materially different from the initial versions; and then~~
>
> ~~3.  *Withdrawing* their initial formulations from healthcare databases.~~

~~Because the initial formulation-branded product no longer exists, the new, lower cost version cannot be marketed as a generic, and cannot be automatically substituted for the more expensive brand name drug by pharmacists as is required or allowed in most states.~~

~~Plaintiffs allege that Defendants' conduct caused Class Members to pay too much for fenofibrate products.~~ ~~***No question is raised about the safety or effectiveness of TriCor or other fenofibrate products.***~~

Plaintiffs who brought the *lawsuit* make several different legal claims:

- They ask for an injunction under federal antitrust laws to prevent Defendants from continuing their alleged unlawful conduct. A trial on the Class' claims seeking injunctive relief only is scheduled to begin on ~~This claim will go to trial on~~ November 3, 2008.

- They ask for money damages under state antitrust or consumer protection laws, and the common law of unjust enrichment. The damage claims have been stayed by the ~~court~~ Court and have not yet been certified for class treatment. All Defendants deny that Plaintiffs' claims are true and dispute all of the allegations in the lawsuits.

You can read the about the claims in this lawsuit by going to the website, www.completeclaimsolutions.com/tricor.

2

**Does this mean I'm going to receive money?**  It is too soon to know.  So far, the Court has allowed the Class to ask only for an order under federal law ending the alleged misconduct.  The Court has not decided the issues in this case, and has not yet decided whether to allow the ~~class~~ Class to ask for money damages under state laws.

**Who is part of the Class?**  By order dated August 18, 2008, the U.S. District Court for the District of Delaware certified a Class, meaning that the Plaintiffs in the case will act not just on behalf of themselves, but on behalf of everyone in the following group:

All persons or entities in the United States and its territories who purchased, paid and/or reimbursed for ~~products containing~~ fenofibrate products, including TriCor tablets and TriCor capsules, intended for consumption by themselves, their families, or their members, employees, plan participants and beneficiaries or insureds during the period from April 9, 2002 through such time in the future as the effects of Defendants' illegal conduct, as alleged, has ceased.~~as Defendants' illegal conduct has ceased.~~

Excluded from the Class are all Defendants and their respective subsidiaries and affiliates, all governmental entities (except for government-funded employee benefit funds), and all persons or entities that purchased fenofibrate products:  (i) for purposes of resale or (ii) directly from any of the Defendants.

The class action is known as *In re TriCor Antitrust Litigation*, C.A. No. 05-360 (SLR) (Consolidated).  Judge Sue L. Robinson for the United States District Court for the District of Delaware is overseeing this class action.  You can review the Court's Decision and Order at the website, www.completeclaimsolutions.com/tricor.

**Why did I get this Notice?**  You received this because you may be an individual consumer or a third-party payor such as a health plan or an insurance company that may have paid for ~~the brand-name drugs~~ TriCor~~, Lofibra, Antara and Triglide, or generic versions of any of those drugs~~.

**If I paid for ~~drugs containing Fenofibrates~~TriCor, am I a member of the Class?**  Yes.  You are automatically part of the Class and you will be represented by the lawyers for the Class as approved by the Court.

**If I am a member of the Class, will I be bound by any Judgment of the Court?**  Yes.  If you are a member of the Class, all of the Court's orders, including any judgment for or against the Class, will apply to you and legally bind you.

**Can I exclude myself or "opt-out" of the Class?**  No.  Under the Court rules, where the class is certified for the purpose of seeking a court order against wrongdoing, class members do not have the ability to exclude themselves from the class ("opt-out").  A right to opt out would come when and if the Court approves a class to ask for damages.

**Will I be personally responsible for any costs or attorneys' fees in connection with of this lawsuit?**  No.  If the Court rules for the Class, Class Counsel will petition the Court for an award of attorneys' fees and reimbursement of their costs.

3

**Who are the lawyers for the Class?**  The following lawyers have been approved by the Court as Lead Counsel on behalf of the Class:

LABATON SUCHAROW LLP
Bernard Persky
Christopher J. McDonald
140 Broadway
New York, NY  10005

SPECTOR ROSEMAN & KODROFF, P.C.
Jeffrey L. Kodroff
Theodore M. Lieverman
1818 Market Street, Suite 2500
Philadelphia, PA  19103

CAFFERTY FAUCHER LLP
Patrick E. Cafferty
Bryan L. Clobes
1717 Arch Street, Suite 3610
Philadelphia, PA  19103

HAGENS BERMAN SOBOL SHAPIRO LLP
Thomas M. Sobol
David S. Nalven
One Main Street, 4th Floor
Cambridge, MA  02142

CHIMICLES & TIKELLIS LLP
Nicholas E. Chimicles
Pamela S. Tikellis
One Rodney Square
Wilmington, DE  19899

**Can I have my own lawyer?**  Yes, you ~~can be represented by~~ may retain your own lawyer, but you will have to pay all of your own lawyer's fees and expenses.

**What happens next?**  The Court has scheduled a trial ~~for~~ to begin on November 3, 2008, on the issue of whether ~~to order defendants~~ Defendants' conduct violated the federal antitrust laws. ~~to end their alleged unlawful conduct.~~  Other plaintiffs will be part of the same trial, including generic drug manufacturers, drug wholesalers and retailers, and one health insurance company.

## FOR FURTHER INFORMATION

This Notice contains only a summary of the relevant court papers.  Complete copies of the public versions of the pleadings, Court rulings and other filings are available for public review and copying at the Clerk's office, United States District Court for the District of Delaware, 844 North King Street, Wilmington, DE 19801.

Additional information about the case is posted on the website at www.copipleteclaimsolutions.com/tricor, or you can call the Claims Administrator at _____.  *Please do not contact the Court or the Judge.*

Dated:\_\_, 2008

Clerk
United States District Court
District of Delaware

4

# EXHIBIT C

*In re Tricor Indirect Purchaser Antitrust Litigation*
C.A. No. 05-360 (SLR) (consolidated)

---

**PRESS RELEASE   **   PRESS RELEASE   **   PRESS RELEASE**

For Immediate Release                                   Contact: Leigh Anna Thomure
Month Date Year                                         Kinsella/Novak Communications, LLC
                                                        (202) 686-4111

**~~Class Action Lawsuit May Benefit Purchasers of Drugs Containing Fenofibrate~~If You Paid For The Drug TriCor You May Be Affected By A Class Action Lawsuit**

Wilmington, DE – The United States District Court for the District of Delaware certified a class action lawsuit concerning individuals and entities (such as employee health benefit funds or insurance companies) that paid for ~~some or all of the purchase price of drugs containing fenofibrate~~TriCor. ~~Fenofibrate is found in the brand-name drugs TriCor, Lofibra, Antara and Triglide, as well as generic versions of these drugs. Fenofibrate is used to lower cholesterol and triglycerides.~~

The lawsuit claims that Defendants impeded competition from less expensive generic versions of TriCor by executing a multifaceted scheme involving the conversion of their TriCor sales base to reformulated versions of TriCor before generic versions of the previous forms of TriCor entered the market. Plaintiffs claim that by engaging in this scheme, Defendants were able to maintain a TriCor monopoly improperly, causing members of the Class to pay artificially inflated prices for fenofibrate products.

~~engaged in unlawful anticompetitive conduct to prevent generic competition for cholesterol-lowering drugs that contain fenofibrate. This alleged conspiracy deprived doctors and consumers of an opportunity to choose lower-priced, generic versions of fenofibrate drugs.~~ Defendants deny these allegations and claim any conduct they engaged in was reasonable and based upon independent, legitimate business and economic justifications, without the purpose or effect of injuring competition. They also claim that their actions have had pro-competitive effects that benefited competition and patients. In addition, Defendants claim that they do not have a monopoly, that Plaintiffs always had the option of choosing generic fenofibrate products, and that state regulations, not Defendants' conduct, were the reason why Plaintiffs did not purchase more generic fenofibrate products. No question is raised about the safety or effectiveness of TriCor or other fenofibrate products.

The Court has certified this case as a Class Action. An individual or entity in the United States and its territories is part of the Class Action if they purchased, paid and/or reimbursed for ~~products containing~~ fenofibrate products, including TriCor tablets and TriCor capsules, intended for consumption by themselves, their families, or their members, employees, plan participants and beneficiaries or insureds during the period

from April 9, 2002 through such time in the future as the effects that of Defendants' illegal conduct, as alleged, has ceased.  Excluded from the Class are all Defendants and their respective subsidiaries and affiliates, all governmental entities (except for government-funded employee benefit funds), and all persons or entities that purchased fenofibrate products:  (i) for purposes of resale or (ii) directly from any of the Defendants.

At this time, the lawsuit asks for an injunction under federal antitrust laws to prevent Defendants from continuing their alleged unlawful conduct.  The Court has not decided the issues in this case, and has not yet decided whether to allow the class Class to ask for damages under state laws. There is no money available to Class Members at this time.

Class Members who wish to remain a member of the Class do not need to do anything at this time.  Individuals and entities that are affected by the Class Action are automatically a part of the class and will be represented by the lawyers for the Class as approved by the Court.  The outcome of the litigation will be binding on all Class Members.  A right to opt out of the Class would become available to Class Members if and when the Court approves the Class to ask for damages.

For more information regarding the lawsuit and Plaintiffs' claims against the Defendants, please visit www.xxxxxxxxxxxxxx.com or call 1-8X.X-XXX-XXXX.

###