**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

CHAMBERS OF
SUE L. ROBINSON
U.S. DISTRICT JUDGE



LOCKBOX 31
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
302 573-6310

September 4, 2008

Dear Counsel:

    You all have civil trials scheduled to commence before me in October and November. In an effort to accommodate these trials, as well as my criminal calendar, I am asking you to adjust your trial schedules as indicated below. Obviously, if the parties in a case have resolved their dispute and have no need for a trial, please let me know immediately. Otherwise, if you and/or your critical witnesses are unavailable during the revised trial days, contact me via my court email to set up a telephone conference.

    I am thanking you in advance for your cooperation in this regard.

| | |
|---|---|
| October 6 - 8 | *Spirit Airlines, Inc. v. 24/7 Real Media, Inc.,* Civ. No. 07-341 |
| October 16 - 20 | *Mattern v. Seidel,* Civ. No. 06-36 |
| October 27 - 28, November 3 - 7 | *Zymogenetics v. Bristol-Meyers,* Civ. No. 06-500 |
| November 10 - 24 | *TriCor Litigation,* Civ. Nos. 02-1512, 03-120, 05-340, 05-360 |

Cordially,

Sue L. Robinson