# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: TRICOR INDIRECT PURCHASER ANTITRUST LITIGATION ) ) ) | Civil Action No. 05-360-SLR |
| THIS DOCUMENT RELATES TO: ALL ACTIONS ) ) ) ) | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Nicholas E. Chimicles to represent indirect purchaser class plaintiffs in this matter.

Dated: September 10, 2008

_____
A. Zachary Naylor (#4439)
Chimicles & Tikellis LLP
One Rodney Square
Wilmington, DE 19801
(302) 656-2500
Attorney for Indirect Purchaser Class Plaintiffs

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____        _____
                              United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Pennsylvania and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Dated: September 10, 2008

_____
Nicholas E. Chimicles
Chimicles & Tikellis LLP
361 West Lancaster Ave
Haverford, Pennsylvania 19041